Index # **1:16-CV-02134-ALC**

Purchased/Filed: April 6, 2016

Attorney(s)

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

James Morales

Plaintiff

against

Kavulich & Associates P.C. et al

Defendant

---

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS 
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age:   55 yrs

Weight:   120lbs   Height:   5'1   Sex:   female   Color of skin:   white

Hair color:   brown   Other:

Sean Warner , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on   April 25, 2016 , at   11:25 AM , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Complaint

---

on

**Kavulich & Associates P.C.**

the Defendant in this action, by delivering to and leaving with   Nancy Dougherty

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

25th   day of   April 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Sean Warner

**Invoice·Work Order #** 1608199

Attorney File #   **Morales**

State of New York - Department of State
Receipt for Service

Receipt #:  201605030563                          Cash #: 201605030286
Date of Service:  04/25/2016                      Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  KAVULICH & ASSOCIATES, P.C.


Plaintiff/Petitioner:
          MORALES, JAMES


Service of Process Address:
BLANK ROME, LLP
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK,  NY 10174
                                                  Secretary of State
                                                  By  NANCY DOUGHERTY