UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| JAMES MORALES, | } | |
| | } | |
| Plaintiff, | } | Civil Action, File No. |
| v | } | 1:16-cv-02134-ALC |
| | } | |
| KAVULICH & ASSOCIATES, P.C., | } | |
| GARY KAVULICH, | } | |
| ROSEWALL GARDENS ASSOCIATES, LP | } | |
| F/K/A ROSEWALL GARDENS ASSOCIATES, | } | |
| ROSEWALL INC. | } | |
| | } | |
| Defendants. | } | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears for Defendants.

Dated:      May 20, 2016

/s/  Mitchell L. Pashkin
Mitchell L. Pashkin (MP 9016)
Attorney For Defendants
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107
mpash@verizon.net