# MITCHELL L. PASHKIN, ATTORNEY AT LAW

Mitchell L. Pashkin, Esq., Principal

<u>Admitted</u>
Supreme Court of the United States
United States Court of Appeals for the Second Circuit
Eastern, Southern and Western Federal District of New York
New York State

Cell:  (631) 335-1107
Tel:   (631) 629-7709
Fax:  (631) 824-9328

mpash@verizon.net

<u>775 PARK AVENUE, STE. 255, HUNTINGTON, NY  11743</u>

Hon. Andrew L. Carter, Jr.
United States District Court
40 Foley Square
New York, NY 10007

Re:   <u>James Morales v Kavulich & Associates, P.C., et. al.</u>
       Civil Action File No. 1:16-cv-02134-ALC
       Motion For Extension of Time to Answer

May 20, 2016

Dear Judge Carter:

    I represent Defendants.  I just was retained yesterday; and today I file my Notice of Appearance.

    Defendants' Answer was due on May 16, 206.  I have obtained the consent of Plaintiff's counsel for a 30 day extension of time to file an Answer on behalf of all Defendants.  I write this letter seeking an Order from you allowing the above 30 day extension of time.

    Defendants' failure to timely retain counsel or file an Answer was due to a medical issue with the person handling the case on behalf of the Defendants, Mr. Kavulich.  Until recently, he was been in the hospital for a major surgical procedure.  This resulted in the above delays.

Sincerely,
*Mitchell L. Pashkin*
Mitchell L. Pashkin