```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-29-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MORALES,

                     Plaintiff,

      -against-                         16-cv-02134 (ALC)

KAVULICH & ASSOCIATES, P.C. et al.,     ORDER OF REFERRAL

                    Defendants.

------------------------------------------------------------ x

ANDREW L. CARTER, JR., United States District Judge:

The above-captioned action is referred to Magistrate Judge James L. Cott for the following purpose[s]:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated: July 29, 2016
       New York, New York

                                    ANDREW L. CARTER, JR.
                                    United States District Judge