USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/3/2016_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MORALES,                                   :
                                                 :     **ORDER**
                  Plaintiff,                     :
                                                 :     16-CV-2134 (ALC) (JLC)
         - against -                             :
                                                 :
KAVULICH & ASSOCIATES, P.C., *et al.*,           :
                                                 :
                  Defendants.                    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     On September 21, 2016, plaintiff filed a letter-motion requesting a conference as a predicate to moving to compel the production of responses to certain discovery requests (Dkt. No. 32). Plaintiffs' letter-motion also requests a *nunc pro tunc* order to correct any deficiencies in the service of the complaint given the answer's assertion of defective service as an affirmative defense. To date, defendants have not responded to plaintiff's letter-motion in violation of the undersigned's Individual Rules. Defendants are directed to respond no later than **October 6, 2016**. The Court will hold a telephone conference to resolve the issues raised by plaintiff on **October 14, 2016** at **2:30 p.m.** At the time of the conference, counsel should call (212) 805-0250 with both sides on the line. <u>The parties are directed to meet and confer once more before the conference in an attempt to resolve (or at least narrow) these disputes without the need for judicial intervention.</u>

     **SO ORDERED.**

Dated: New York, New York
       October 3, 2016

_____
JAMES L. COTT
United States Magistrate Judge