

445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
T 914 761 1300
F 914 761 5372
cuddyfeder.com

May 17, 2017

**VIA ECF**
U.S. Magistrate Judge James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

   Re: *Morales v. Kavulich & Associates, P.C., et al*, 16-cv-2134 ALC-JLC
      Letter Motion on Consent to Extend Non-Party Marshal Biegel's May 19th
      Deadline to Move for Fees and Costs Attendant to the Production of Documents
      in Response to Plaintiff's Subpoena

Dear Judge Cott:

This office represents New York City Marshal Stephen W. Biegel (the "Marshal"), a nonparty to this lawsuit. Pursuant to Your Honor's May 11th Order (Docket No. 72), the Court directed that the Marshal produce documents responsive to Plaintiff's March 8th Subpoena no later than May 19th, and further directed that if Marshal Biegel wishes to move for his fees and costs attendant to the production in response to the subpoena, any such application (in the form of a letter-motion with any appropriate attachments) must be made by May 19th.

The Marshal intends to produce responsive documents to Plaintiff's counsel by the May 19th deadline. With respect to the Marshal's fee petition deadline, we've discussed with Plaintiff's counsel, Ahmad Keshavarz, Esq., the possibility of resolving such fee issues without having to make a motion to the Court. However, given Mr. Keshavarz's current work load, he suggested via email that we discuss the fee issue next week and that the Marshal file an agreed letter to the Court requesting a one week extension of the Marshal's fee petition deadline (see attached email).

As such, we respectfully request that the Marshal's time to move for his fees and costs attendant to the production in response to the Subpoena be extended from May 19, 2017 to May 26, 2017. The Court's consideration of this request is greatly appreciated. If the Court has any further questions or concerns regarding this letter motion, I can be reached at 914-761-1300.

Sincerely,

Troy D. Lipp

cc: Ahmad Keshavarz, Esq.

**Lipp, Troy**

| | |
|---|---|
| **From:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **Sent:** | Wednesday, May 17, 2017 11:31 AM |
| **To:** | Lipp, Troy |
| **Cc:** | Melissa Koven; Matthew Schedler; Jessica Moody; Schriever, Andrew P. |
| **Subject:** | RE: Morales v. Kavulich - subpoena to Biegel. |

Troy,

Listen, I have a bunch of motions due in the next few days. I suggest you file an agreed letter to extend the fee petition deadlines by one week. We can discuss the fee issue next week. The search now is just limited to searching for the name of your firm. Those emails get segregated. All the other emails get dropped into a folder and mailed to me in the stick drive I previously sent. This should not take more than 5 minutes.

-- Ahmad


**The Law Office of Ahmad Keshavarz**
16 Court St., 26th Floor, Brooklyn, NY 11241-1026
Phone: (718) 522-7900  Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com
Email: ahmad@NewYorkConsumerAttorney.com
**Debt collection violations * Identity Theft * Deceptive car sales & financing scams**

**From:** Lipp, Troy [mailto:TLipp@CUDDYFEDER.COM]
**Sent:** Tuesday, May 16, 2017 11:36 AM
**To:** Ahmad Keshavarz
**Cc:** Melissa Koven; Matthew Schedler; Jessica Moody
**Subject:** RE: Morales v. Kavulich - subpoena to Biegel.

We wanted to discuss with you whether your client is willing to pay any amount above your prior offer which we would bring back to our client (who can then decide if he would like to proceed with making a fee application to the Court or whether to just accept any new offer). We wanted to clear this up before we start our review of the documents for production.

Thanks,

Troy

**From:** Ahmad Keshavarz [mailto:ahmad@newyorkconsumerattorney.com]
**Sent:** Tuesday, May 16, 2017 11:27 AM
**To:** Lipp, Troy <TLipp@CUDDYFEDER.COM>
**Cc:** Melissa Koven <MelissaK@CAMBA.ORG>; Matthew Schedler <MatthewSc@CAMBA.ORG>; Jessica Moody <jessica@newyorkconsumerattorney.com>
**Subject:** RE: Morales v. Kavulich - subpoena to Biegel.

In the middle of something at the moment. What's up? (also, please copy all counsel).

**The Law Office of Ahmad Keshavarz**
16 Court St., 26th Floor, Brooklyn, NY 11241-1026
Phone: (718) 522-7900  Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com
Email: ahmad@NewYorkConsumerAttorney.com
**Debt collection violations * Identity Theft * Deceptive car sales & financing scams**

1

**From:** Lipp, Troy [mailto:TLipp@CUDDYFEDER.COM]
**Sent:** Tuesday, May 16, 2017 11:25 AM
**To:** Ahmad Keshavarz
**Subject:** Kavulich

Hi Ahmad,

I tried calling you earlier re: this matter. Please call me back when you get a chance.

Thanks,

Troy



Troy D. Lipp, Esq.
Associate
Cuddy & Feder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
T 914 761 1300 | F 914 761 5372
TLipp@cuddyfeder.com
cuddyfeder.com

NOTE: The information in this e-mail message and any attachments thereto have been sent by an attorney or his/her agent, and is or are intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message and any attachments thereto is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this e-mail message and any attachments is strictly prohibited. Although this e-mail message (and any attachments) is believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, the intended recipient is responsible to ensure that it is virus free. The sender and Cuddy & Feder LLP shall not have any responsibility for any loss occasioned in any manner by the receipt and use of this e-mail message and any attachments.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

2