07 3067049                                                                PETITION Non-Payment

2007

Civil Court of the City of New York
unty of        BRONX        Housing Part

ROSEWALL GARDENS ASSOCIATE Petitioner
                                                    Landlord
                    against
JAMES MORALES                              Respondent
CLARA POTTER                                   Tenant
2300 SEDSWICK AVENUE
BRONX, NEW YORK                              Address
APT# 4K                                         10468
                                             Undertenant
ount Claimed $    $2,550.00

TITION-NON-PAYMENT    DWELLING

Notice of
Petition served on

Notice of
Petition returned on

Notice of
Petition issued on

Tenant appears on
                        but fails to answer.

Tenant answers on

Answer is

Set for Trial on

Landlord notified on

Sufficiency of answer referred
to court
Raises

BRONX HOUSING COURT
2007 FEB 14 PM 1:30

Attorney for Petitioner                         Judge

GUTMAN, MINTZ, BAKER & SONNENFELDT
813 JERICHO TURNPIKE
NEW HYDE PARK, N.Y. 11040
516-775-6590

---

THE PETITION OF    ROSEWALL    GARDENS    ASSOCIATES
     alleges:    upon Information and Belief
1. Petitioner is the landlord                of the premises

2. Respondent(s)   JAMES MORALES                         CLARA POTTER
is (are) tenant(s) in possession of said
premises pursuant to a   WRITTEN
wherein respondent promised to pay to landlord as rent $        850.00
each month in advance on the        1st day of each month
3. Respondent is                                       rental agreement  MADE HERETOFORE

4. Respondents are now in possession of said premises. Said premises are
the residence of the tenant(s) and undertenant is he
5. The premises from which removal is sought were rented for dwelling
purposes and are described as foll
ALL ROOMS        APT# 4K        in building known as   2300 SEDSWICK AVENUE
situated within the territorial jurisdiction of the Civil Court of the City of New York, County of    BRONX .
6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $2,550.00 in rent and additional rent as foll

AUG07          SEP07          $850.00       $850.00
$850.00       OCT07          $850.00

7. THE APARTMENT IS SUBJECT TO RENT STABILIZATION LAW AND THE RENT DOES N
EXCEED THE LAWFULLY STABILIZED RENT PERMITTED UNDER THE LAW.
THE APARTMENT IS NOW SUBJECT TO THE OMNIBUS HOUSING ACT OF 1983 AND I
REGISTERED WITH DHCR.

7B. REASONABLE LEGAL AND LATE FEES TO BE DETERMINED BY THE COURT.

8. Said rent has been demanded   BY A FIVE            DAY WRITTEN NOTICE        from the tenant(s) since the same became
9. Respondents have defaulted in the payment thereof and continue in possession of premises without permission after said default.
10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registra
statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 ye
of age, to be in control of and responsible for the maintenance and operation of the dwelling.    Name Dwelling No.   0 2 04 159
AND CHRIS WALSH            141-50 85TH ROAD      JAMAICA NEW YORK      11

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded herein, awarding possession of
premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises tog
with costs and disbursements of this proceeding.    Dated:    10/04/07   ROSEWALL GARDENS ASSOCIATES

STATE OF NEW YORK, COUNTY OF        NASSAU
that he is one of the attorneys for the Petitioner;                The Undersigned affirms under penalty of per
that he has read the foregoing petition and knows the contents thereof; that the same are true to his own knowledge except as to mat
stated to be upon information and belief; and as to those matters he believes them to be true.
"The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: statements and/or rec
provided by petitioner, its agents and/or employees and contained in the file in the attorney's office."    Page 1
This verification is made pursuant to the                                              Chaim Delaney, ESQ.

RICARDO DIAZ
BRONX, NY

State of New York, County of Nassau  SS: 01/01/04

server over 18 years of age and resides at _____ being duly sworn, deposes and says: that deponent is not a party to this proceeding; is a licensed pro
at 230 A SEDGWICK AVENUE _____ that on _____ 11/01/04 A.M./P.M.
upon JAMES MORALES _____ BRONX, NEW YORK   APT# 4K   deponent served the within NOTICE OF PETITION and PETIT
PERSONAL SERVICE   CLARA JOLITER   tenant(s)/occupant(s) therein nai

(a)  by delivering a true copy thereof to said tenant(s)/occupant(s) personally, deponent knew the person so served to be the pe
described as said tenant(s)/occupant(s) therein.

CORPORATION  (b)  a _____ corporation, by delivering thereat a true copy thereof to _____
personally, deponent knew said corporation so served to be the corporation described in said NOTICE OF PETITION and P
TION as said tenant(s)/occupant(s) and knew said individual to be

SUBSTITUTED SERVICE   By delivering thereat a true copy thereof personally to a person of suitable age and discretion, who was willing to receive s
and who resides at/employed at said property, having previously called there on _____ at _____ o'clock ___ m.
and on _____ at _____ o'clock ___ m.

Deponent describes the individual served as follows:

Sex:  ___ Male,  ___ Female
Skin Color:  ___ White,  ___ Black,  ___ Yellow,  ___ Brown,  ___ Red
Hair Color:  ___ White,  ___ Black,  ___ Blonde,  ___ Brown,  ___ Red,  ___ Gray,  ___ Balding
Age:  ___ 14-20,  ___ 21-35,  ___ 36-50,  ___ 51-65,  ___ over 65
Height:  ___ under 5',  ___ 5'0"-5'3",  ___ 5'4"-5'8",  ___ 5'9"-6'0",  ___ over 6'
Weight:  ___ under 100,  ___ 100-130,  ___ 131-160,  ___ 161-200,  ___ over 200

Other identifying features:
Name and Signature of individual Served: _____

CONSPICUOUS PLACE
SERVICE  by affixing a true copy/copies thereof, upon a conspicuous part, to wit—the entrance door outside the entrance door of
property. Deponent was unable to gain admittance thereat or to find a person of suitable age and discretion willing to receiv
same, having previously called there on _____ at _____ o'clock ___ m and on _____ at _____ o'clock ___

Deponent describes the premises as follows:

___ Elevator,  ___ Walkup Only,  ___ Storefront
Color/Hallway Walls:  ___ White,  ___ Brown,  ___ Blue,  ___ Green,  ___ Other
Color/Hallway Floors:  ___ White,  ___ Brown,  ___ Black,  ___ Black & White,  ___ Other
Hallway Floors:  ___ Carpet,  ___ Tile,  ___ Other
Color/Apt. Door:  ___ White,  ___ Brown,  ___ Black,  ___ Red,  ___ Green,  ___ Other
Apt. Door Has:  ___ Peephole,  ___ Bell,  ___ Knocker,  ___ Nameplate,  ___ Apt #,  ___ Other

Other identifying features: _____

Sworn to before me on 11/01/04

CLARA E. RODRIGUEZ
Notary Public, State of New York
No. 01RO6040006
Qualified in Nassau County
Commission Expires 10/02/10

RICARDO DIAZ
BRONX, NY
LIC # 1065188

---

State of New York, County of Nassau  SS: _____

server over 18 years of age and resides at 230 D SEDGWICK AVENUE _____ being duly sworn, deposes and says: that deponent is not a party to this proceeding, is a licensed pr
MAILING  _____ deponent served another copies of the NOTICE OF PETITION and PETITION on tenant(s)/occup
that on _____ BRONX, NEW YORK _____ 10/68, by enclosing true copies
Sworn to before me on _____ same enclosed in a post paid addressed wrapper, in the post office by certified mail and regular mail within the State of New

CLARA E. RODRIGUEZ
Notary Public, State of New York
No. 01RO6040006
Qualified in Nassau County
Commission Expires 10/02/10

MANUEL VAZQUEZ
BRONX, NY
LIC # 820672

Page 2

State of New York, County of Nassau   SS:

RICARDO DIAZ
BRONX, NY

server over 18 years of age and resides at
at 2300 SEDGWICK AVENUE
upon JAMES MORALES

being duly sworn, deposes and says: that deponent is not a party to this proceeding, is licensed pro-
_____ that on _____ at _____ at _____ A.M./P.
deponent served the within NOTICE OF PETITION and PETITI
tenant(s)/occupant(s) therein nar

**PERSONAL SERVICE**

(a) by delivering a true copy thereof to said tenant(s)/occupant(s) personally, deponent knew the person so served to be the per
described as said tenant(s)/occupant(s) therein

**CORPORATION** ☐

(b) a _____ corporation, by delivering thereat a true copy thereof to
personally, deponent knew said corporation so served to be the corporation described in said NOTICE OF PETITION and Pl
TION as said tenant(s)/occupant(s) and knew said individual to be

**SUBSTITUTED SERVICE** ☐

By delivering thereat a true copy thereof personally to a person of suitable age and discretion, who was willing to receive s;
and who resides at/employed at said property, having previously called there on _____ at _____
and on _____ o'clock __m.

Deponent describes the individual served as follows:

| Sex: | ☐ Male, | ☐ Female | | | |
| Skin Color: | ☐ White, | ☐ Black, | ☐ Yellow, | ☐ Brown, | ☐ Red |
| Hair Color: | ☐ White, | ☐ Black, | ☐ Blonde, | ☐ Brown, | ☐ Red, | ☐ Gray, | ☐ Balding |
| Age: | ☐ 14-20, | ☐ 21-35, | ☐ 36-50, | ☐ 51-65, | ☐ over 65 |
| Height: | ☐ under 5', | ☐ 5'0"-5'3", | ☐ 5'4"-5'8", | ☐ 5'9"-6'0", | ☐ over 6' |
| Weight: | ☐ under 100, | ☐ 100-130, | ☐ 131-160, | ☐ 161-200, | ☐ over 200 |

Other identifying features:

**Name and Signature of individual Served:**

**CONSPICUOUS PLACE SERVICE** ☐

by affixing a true copy/copies thereof upon a conspicuous part, to wit—the entrance door of under the entrance door of
property. Deponent was unable to gain admittance thereat to find a person of suitable age and discretion willing to receive
same, having previously called there on _____ at _____ o'clock __m and _____ at _____ o'clock __

Deponent Describes the premises as follows:

| Elevator, | ☐ Walkup Only, | ☐ Storefront. | |
| Color/Hallway Walls: | ☐ White, | ☐ Brown, | ☐ Blue, | ☐ Green. |
| Color/Hallway Floors: | ☐ White, | ☐ Brown, | ☐ Black, | ☐ Black & White, | ☐ Other _____ |
| Hallway Floors: | ☐ Carpet, | ☐ Tile, | ☐ Other _____ |
| Color/Apt. Door: | ☐ White, | ☐ Brown, | ☐ Black, | ☐ Red, | ☐ Green. |
| Apt. Door Has: | ☐ Peephole, | ☐ Bell, | ☐ Knocker, | ☐ Nameplate, | ☐ Apt #, | ☐ Other _____ |

Other identifying features:

Sworn to before me on 10/11/10

CLARA E. RODRIGUEZ
Notary Public, State of New York
No. 01RO6049006
Qualified in Nassau County
Commission Expires 10/02/10

BRONX, NEW YORK   APT# 4 K
CLARA POTTER

State of New York, County of Nassau   SS:
SAMUEL VAZQUEZ
BRONX, NY
Lic #872973

server over 18 years of age and resides at
deponent served copies of the NOTICE OF PETITION and PETITION or tenant(s)/occupant
being duly sworn, deposes and says: that deponent is not a party to this proceeding, is a licensed pro

**MAILING**

that on 10/11/10

CLARA E. RODRIGUEZ
Notary Public, State of New York
Qualified in Nassau County
Commission Expires 10/02/10

RICARDO DIAZ
BRONX, NY
Lic #1065188
Page 3

County of _____ 15x_____      Index No.: 6789970?

Housing Part

Roseuall Garden

Petitioner(s),

-against-

Moralas/Potter
Respondent(s)

**LANDLORD/TENANT**
**ANSWER IN PERSON**

Address: 9300 Sedgwick

10468 Apt. 4K

Respondent has appeared and has orally answered the Petition as follows:

Answer      Clara Potter

### SERVICE

1. _____ The Respondent did not receive a copy of the Notice of Petition and Petition.
2. _____ The Respondent received the Notice of Petition and Petition, but service was not correct as required by law.

### PARTIES

SPANISH INTERPRETER

3. _____ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Notice of Petition and Petition.
4. _____ The Petitioner is not the Landlord or Owner of the building, or a proper party.

### RENT

5. _____ No rent demand or proper rent demand, either oral or written, was made before this proceeding.
6. _____ The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. _____ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. _____ The Petitioner owes money to the Respondent because of a rent overcharge.
9. ✓ The rent, or a portion of the rent, has already been paid to the Petitioner.

### APARTMENT

10. ✓ There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. _____ Public Assistance shelter allowance has stopped because of housing code violations in the apartment or the building.
12. _____ The apartment is an illegal apartment.

### OTHER

13. _____ Laches.
14. X General Denial.    T. DISPUTES AMOUNT
15. _____ Other Answer _____

10/7/19
Dated      Clerk's Initials

### NOTICE OF SCHEDULED APPEARANCE

This case is scheduled to appear on the calendar as follows:

FECHA / DATE: 10/24/19    HORA / TIME: 9:30    PARTE / PART: L    SALA / ROOM: 452

YOU SHOULD ARRIVE AT THE COURTHOUSE <u>AT LEAST ONE HALF HOUR BEFORE</u> THE ABOVE SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE, YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.

THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.
YOU MUST APPEAR AND BRING THIS FORM WITH YOU.

*For assistance visit a Resource Center in the courthouse or the court's website: NYCourts.Gov/NYCHousing.*

CIV-LT-91(Revised May 2006)

COUNTY OF _BX_ : PART _____

Resevell Gardens Assoc                                                   Petitioner-
                                                                                  Landlord          DATE 1/29/08

                                    - against -                                                     HON. _McClaran_

James Morshe                                                            Respondent-          INDEX NO. 670497/07
Clara Potter                                                            Tenant                        YR        INDEX NUMBER

ADDRESS                                              APT.

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:

(1) PETITION IS AMENDED TO INCLUDE ALL RENT DUE THROUGH _1/08_

(2) FINAL JUDGEMENT IS ENTERED IN FAVOR OF THE PETITIONER IN THE SUM OF $ _2,601.16_

(3) ISSUANCE OF THE WARRANT SHALL BE (FORTHWITH, EXECUTION) STAYED AS FOLLOWS:

   (A) TENANT TO PAY $ _2,601.16_ ON OR BEFORE _2/29/08_

   (B) TENANT TO PAY $ _____ ON OR BEFORE _____

   (C) TENANT TO PAY $ _____ ON OR BEFORE _____

   (D) TENANT TO PAY $ _____ ON OR BEFORE _____

(4) IN THE EVENT TENANT FAILS TO MAKE ANY PAYMENT(S) ABOVE, THE WARRANT SHALL (ISSUE UPON LANDLORD'S AFFIDAVIT OF NONCOMPLIANCE OR ATTORNEYS AFFIRMATION) EXECUTE UPON SERVICE OF MARSHALL'S NOTICE.

(5) IN THE EVENT TENANT DEFAULTS ON ANY PAYMENT(S) INCLUDING CURRENT RENT, THE ENTIRE FINAL JUDGEMENT AMOUNT WILL BE DUE IMMEDIATELY.

(6) THE ABOVE FINAL JUDGEMENT AMOUNT DOES NOT INCLUDE RENT FOR THE MONTH(S) OCCURRING AFTER THIS DATE WHICH RENT IS PAYABLE WHEN DUE AS FOLLOWS:

(7) THEREFORE, ALL PAYMENT(S) RECEIVED DURING THE MONTHS HEREIN AFTER WILL BE APPLIED TO CURRENT RENT FOR THAT MONTH, AND THEN SATISFY THE JUDGEMENT AMOUNT AS PER PARAGRAPH THREE.

(8) IF ANY DISPUTED BALANCE CANNOT BE RESOLVED, THE PETITIONER MAY MOVE TO AMEND THE JUDGEMENT AMOUNT OR INSTITUTE A NEW PROCEEDING FOR SAID DISPUTED BALANCE.

(9) Petitioner waives RPAPL 747(a) for 1 OSC for good cause shown

(10) Petitioner to inspect & make repairs as legally required: bathroom ceiling light, leaking ceiling Respondent to provide access on 2/13/08 but 4-5 pm (Workers to arrive by 11 am). Condition to be corrected w/in 30 days of access.
Resp's # 347.726.4700

DATED: 1/29/08

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
ATTORNEYS FOR PETITIONERS

BY: _____          _____          _Clara Potter_
813 JERICHO TURNPIKE                        AGENT                              TENANT
NEW HYDE PARK, N.Y. 11040

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX        PART
DECISION AND JUDGMENT

INDEX # 067049/2007
JUDGMENT SEQ # 001

ROSEWALL GARDENS, ASSOCIATES                    Petitioner(s)

AGAINST
MORALES, JAMES
POTTER, CLARA                                   Respondent(s)

Decision and judgment is rendered based upon
a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
ROSEWALL GARDENS, ASSOCIATES
and against
POTTER, CLARA
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
ROSEWALL GARDENS, ASSOCIATES
and against
POTTER, CLARA

for a total amount of   $2601.16

(Monthly use and occupancy is set at    $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue as per stip/order        Execution ___05 p/5 p/p___

HON. KEVIN C. McCLANAHAN

Date   JAN 2 9 2008                        Judge, Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

ENTRY OF JUDGMENT

Judgment entered in accordance with the above on JAN 2 9 2008        Chief Clerk, Civil Court

Warrant issued to Marshal _____ On _____

Page 1 of 1

CIV-LT-50(2006)

CIVIL COURT OF THE CITY OF NEW YORK                    INDEX NO. 067040/2007
COUNTY OF BRONX                                         SEQ NO. 001
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR


ROSEWALL GARDENS        ASSOCIATES
                        PETITIONER(S),
        AGAINST                                PREMISES:
MORALES/POTTER    JAMES/CLARA                  2300   SEDGWICK AVENUE          4K
                        RESPONDENT(S)          BRONX              NY 104680000


        UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JAMES/CLARA      MORALES/POTTER,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON  FEBRUARY  28, 2008,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

    LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                    CIVIL COURT OF THE CITY OF NEW YORK
                    HOUSING PART: PART L, RM. 450
                    LOCATED AT:   1118 GRAND CONCOURSE, BRONX
                    ON:           MARCH 13, 2008, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

    VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
    RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
    AND FURTHER RELIEF AS MAY BE JUST.

    UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

    SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON TH
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
        ATTORNEY (OR PARTY)                          MARSHAL:
(JUDGE TO INITIAL)                          (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY."    __BY PERSONAL SERVICE "IN HAND DELIVER
__BY CERTIFIED MAIL, R. R. R.                __BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE       __BY FIRST CLASS MAIL WITH CERTIFICATE
ON OR BEFORE _____ 2/28/8 _____, OF MAILING AT POST OFFICE
OF MAILING AT POST OFFICE                      SHALL BE DEEMED GOOD AND SUFFICIEN
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

    PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABO
OR IN THE L & T CLERK"S OFFICE, BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUS

ATTORNEY:                              MARSHAL:
GUTMAN, MINTZ, BAKER & SONNENFELDT
813 JERICHO TURNPIKE              1    _____
NEW HYDEPARK, NY 11040                _____
TELEPHONE: (516) 775-6590             _____


_____2/28/8_____                    _____
   DATE                               KEVIN MCCLANAN
                                      JUDGE, CIVIL HOUSING COURT


DENIED _____
GENERATED: 02/28/2008 @ 13:26:53      CIV-LT-71 (REVISED 7/99)

# Civil Court of the City of New York

RESIDENT CARD

COUNTY OF _____

Housing Part _____

Index No. LT _____ 67049-07

_____ Petitioner,

against

Menmes/Potter _____ Respondent

[PLEASE PRESS HARD]

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Address: 2300 SEDGWICK
BRONX, NY 10468 Apt 4S

SPANISH INTERPRETER

State of New York, County of ___BX___ : ss.:

___Clara Potter___
Tenant's Initials   (Print Your Name)
_____, being duly sworn, deposes and says:

**1. PARTY**
_____ a) I am the tenant named as respondent in the above summary proceeding.
_____ b) I am the person claiming possession to these premises and am the _____
of the tenant named above.

**2. SERVICE and ANSWER**
_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**
On the Date of Trial before Judge _____
_____ a) a Judgment was entered against me by default for my *failure to appear.* My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: _____

_____ b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because: _____

**4. DEFENSE**
I allege that I have a good defense because:
_____ I was improperly served.
_____ the amount being claimed is incorrect.
_____ there is credit due for rent overcharge.
_____ the rent has been offered and refused.
_____ there are conditions in the apartment which need repair, or services which have not been provided.
_____ petitioner is not the owner.
_____ no rent was demanded.
_____ the rent has been partially/fully paid.*
_____ I have been harassed.

por que tenian que arreglar en el apt, el 6/13/08 feb no lo hicieron

*Explain rent payments, if any, or other defense: Necesito mas tiempo. Por que estoy esperando el income tax, ya esta lleno solo espero el dinero si necesitan papeles ya la tengo.

**5. REQUEST**
_____ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person. I am waiting for the income tax return to pay.

**6. PRIOR ORDER**
_____ a) I have not had a previous Order to Show Cause regarding this index number.
_____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: and the L.L. has not done the repairs

Sworn to before me this 28 day of Feb, 2008

_____ Clara Potter
Signature of Court Employee and Title   Signature of Respondent

CIVIL COURT OF THE CITY OF NEW YORK
    COUNTY OF BRONX
    HOUSING PART L, RM. 450
    MARCH 13, 2008

INDEX NO. 067049/2007
MOTION SEQUENCE NO. : 001

DECISION/ORDER

ROSEWALL GARDENS    ASSOCIATES
               PETITIONER(S),
      AGAINST
MORALES/POTTER    JAMES/CLARA
              RESPONDENT(S)

PRESENT:

KEVIN MCCLANAHAN
     JUDGE

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

                PAPERS                    NUMBERED

NOTICE OF MOTION AND AFFIDAVITS ANNEXED.......
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED....
ANSWERING AFFIDAVITS....................
REPLYING AFFIDAVITS.....................
EXHIBITS................................
STIPULATIONS............................
OTHER...................................

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

_Mt. Crumfel_

_Prior Jdmt Vacated_

F S L L 4352.74

3/13/08
DATE

JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
HOUSING PART L, RM. 450
MARCH 13, 2008

INDEX NO. 067049/2007
MOTION SEQUENCE NO.: 001

SPANISH INTERPRETER

ROSEWALL GARDENS    ASSOCIATES
                        PETITIONER(S),
        AGAINST
MORALES/POTTER    JAMES/CLARA
                    RESPONDENT(S)

DECISION/ORDER

PRESENT:

KEVIN MCCLANAHAN
    JUDGE

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

PAPERS                                                  NUMBERED

NOTICE OF MOTION AND AFFIDAVITS ANNEXED.......
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED....
ANSWERING AFFIDAVITS.........................
REPLYING AFFIDAVITS.........................
EXHIBITS..................................
STIPULATIONS..............................
OTHER_____

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

_Mt Grantd_

_Prior Jdmt Vacatd_

_FSLL 4352.74_

3/13/08
DATE

JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF _Bx_ : PART _L_

Rosewall Gardens Assoc.          Petitioner-Landlord          DATE 3/11/08   3/13

- against -                                                   HON. Mo.___

Clare Potter
James Morales                    Respondent-Tenant          INDEX NO.  67049/07

ADDRESS  2300 Sedgwick APT. Av  4K                           YR    INDEX NUMBER

_Prior Judgment vacated_                                     (CONTEMPT)

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:

(1) PETITION IS AMENDED TO INCLUDE ALL RENT DUE THROUGH ___3/08___

(2) FINAL JUDGEMENT IS ENTERED IN FAVOR OF THE PETITIONER IN THE SUM OF $ _4,352.74_

(3) ISSUANCE OF THE WARRANT SHALL BE (FORTHWITH, EXECUTION) STAYED AS FOLLOWS:

   (A) TENANT TO PAY $ _4,352.74_          ON OR BEFORE _4/4/08_

   (B) TENANT TO PAY $ _____          ON OR BEFORE _____

   (C) TENANT TO PAY $ _____          ON OR BEFORE _____

   (D) TENANT TO PAY $ _____          ON OR BEFORE _____

(4) IN THE EVENT TENANT FAILS TO MAKE ANY PAYMENT(S) ABOVE, THE WARRANT SHALL (ISSUE UPON LANDLORD'S AFFIDAVIT OF NONCOMPLIANCE OR ATTORNEYS AFFIRMATION) EXECUTE UPON SERVICE OF MARSHALL'S NOTICE.

(5) IN THE EVENT TENANT DEFAULTS ON ANY PAYMENT(S) INCLUDING CURRENT RENT, THE ENTIRE FINAL JUDGEMENT AMOUNT WILL BE DUE IMMEDIATELY.

(6) THE ABOVE FINAL JUDGEMENT AMOUNT DOES NOT INCLUDE RENT FOR THE MONTH(S) OCCURRING AFTER THIS DATE WHICH RENT IS PAYABLE WHEN DUE AS FOLLOWS:

(7) THEREFORE, ALL PAYMENT(S) RECEIVED DURING THE MONTHS HEREIN AFTER WILL BE APPLIED TO CURRENT RENT FOR THAT MONTH, AND THEN SATISFY THE JUDGEMENT AMOUNT AS PER PARAGRAPH THREE.

(8) IF ANY DISPUTED BALANCE CANNOT BE RESOLVED, THE PETITIONER MAY MOVE TO AMEND THE JUDGEMENT AMOUNT OR INSTITUTE A NEW PROCEEDING FOR SAID DISPUTED BALANCE.

(9) LL to inspect & repair as required by law 4K following alleged repairs: (a) windows, (b) bathroom ceiling, (c) bedroom ceiling leak
Access 3/27/08

(10) James Morales, who fails to appear today & is not currently in the military as supported by affidavit as affirmed by Clare Potter, is defaulted & as such a default judgment is entered herein.

DATED:

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
ATTORNEYS FOR PETITIONERS

BY: _____          _____          _/s/ Clare Potter_
813 JERICHO TURNPIKE                        AGENT                        TENANT
NEW HYDE PARK, N.Y. 11040

JUDGEMENT

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX    PART
DECISION AND JUDGMENT

INDEX # 067049/2007
JUDGMENT SEQ # 002

ROSEWALL GARDENS, ASSOCIATES

Petitioner(s)

AGAINST
MORALES, JAMES
POTTER, CLARA

Respondent(s)

Decision and judgment is rendered based upon
a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
ROSEWALL GARDENS, ASSOCIATES
and against
POTTER, CLARA
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
ROSEWALL GARDENS, ASSOCIATES
and against
POTTER, CLARA

for a total amount of  $4352.74

(Monthly use and occupancy is set at    $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith        Execution    4 / 4 - 2008

Date   MAR 1 3 2008              HON. KEVIN C. McCLANAHAN
                                Judge, Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

ENTRY OF JUDGMENT
Judgment entered in accordance with the above on   MAR 1 3 2008

Chief Clerk, Civil Court

Warrant issued to Marshal _____   On _____

CIV-LT-50(2006)                                                    Page 1 of 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX    PART    L
DECISION AND JUDGMENT

INDEX # 067049/2007
JUDGMENT SEQ # 003

ROSEWALL GARDENS, ASSOCIATES

Petitioner(s)

AGAINST
MORALES, JAMES
POTTER, CLARA

Respondent(s)

Decision and judgment is rendered based upon
respondents failure to appear for trial as follows:
Judgment of possession is granted in favor of:
ROSEWALL GARDENS, ASSOCIATES
and against
MORALES, JAMES
A counterclaim is granted in favor of the respondent in the amount of      $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of      $0.00 in favor of:
ROSEWALL GARDENS, ASSOCIATES
and against
MORALES, JAMES

for a total amount of      $0.00

(Monthly use and occupancy is set at      $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue after 03/18/2008_____    Execution _stayed 5 days_

Date ___MAR 12 2008___                          _KEVIN C. McCLANAHAN_
                                                Judge, Civil/Housing Court
Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied.  Failure to do so subjects the judgment creditor to penalties.

ENTRY OF JUDGMENT
Judgment entered in accordance with the above on ___MAR 2 2008___

Chief Clerk, Civil Court

Warrant issued to Marshal _____ On _____

CIV-LT-50(2006)                                          Page 1 of 1

RICHARD E. MCCOY
MARSHAL
CITY OF NEW YORK

241-04 HILLSIDE AVENUE
BELLEROSE, NEW YORK        11426
718-347-6844

# W A R R A N T     R E Q U I S I T I O N

COUNTY    BRONX

INDEX NUMBER B-07-067049                    MARSHAL'S DOCKET #    243050

\*\*\*\*\*\*\* PETITIONER(S) \*\*\*\*\*\*\*\*          \*\*\*\*\*\*\*\* RESPONDENT(S) \*\*\*\*\*\*\*\*

ROSEWALL GARDENS ASSOCIATES                 JAMES MORALES

                                            CLARA POTTER

. . . . . . . . . . . . ADDRESS . . . . . . . . . . . . . . . . .

2300 SEDGWICK AVENUE            APT# 4K        ALL ROOMS

BRONX, NEW YORK                 10468

N/P X   H/O____        A/T X   DEF____        RES X    COM____

COMMENTS:

DATE    3/17/08                             SIGNATURE

        RICHARD E. MCCOY              CITY MARSHAL BADGE#   43

CIVIL COURT OF THE CITY OF NEW YORK
County of Bronx
------------------------------------------------------------------X

ROSEWALL GARDENS ASSOCIATES,

                          Plaintiff (Judgment Creditor),

          -against-

James Morales,

                          Defendant(s) (Judgment Debtor(s)).

INFORMATION
SUBPOENA WITH
RESTRAINING NOTICE

L + T
File No. 3594-1
Index No. 67409/07

THE PEOPLE OF THE STATE OF NEW YORK
------------------------------------------------------------------X

To:   TD Bank N. A.
      Levy Department
      P.O. Box 1800
      Cherry Hill, NJ 08034
Account Holds and Levies
          RE:   ROSEWALL GARDENS ASSOCIATES   v   James Morales
      WHEREAS, there is an action in the above entitled Court, between the above named Plaintiff and
Defendant who are all the parties named in said action, and a Judgment, which was entered on 03/13/2008 in
favor of the Plaintiff, ROSEWALL GARDENS ASSOCIATES against the Defendant James Morales, in the total
amount of  4352.74 of which 4352.74, together with interest thereon from the date of entry of Judgment
remains due and unpaid.

      WHEREAS, it appears that you may be in possession or custody of property which Judgment Debtor has an interest.

      NOW THEREFORE, YOU ARE HEREBY COMMANDED, to furnish to the undersigned, in writing under oath, separate,
complete and full answers to each written question on the questionnaire accompanying this Subpoena, and each answer
referring to the questions to which it responds must be clearly notes; YOU MUST RETURN THE ANSWERS TOGETHER WITH THE
ORIGINAL QUESTIONNAIRE WITHIN SEVEN (7) DAYS, after your receipt of this Subpoena.
                                RESTRAINING NOTICE
      PLEASE TAKE NOTICE, that pursuant to subdivision (b) of Section 5222 of the CPLR which is set forth in full
herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, interference with any property
in which you have an interest, except as therein provided And  that this notice also covers all property in which the
Judgment Debtor has an interest hereinafter coming into your possession or custody, and all debts hereafter coming due
from you to the Judgment Debtor.
                            CIVIL PRACTICE LAW AND RULES
Section 5222(b) Effect of restrain, prohibition of transfer, duration. A judgment debtor served with a restraining
notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has
an interest, except upon direction of the sheriff or pursuant to an order of the Court, until the Judgment is satisfied
or vacated. A restraining notice served upon a person other than the Judgment Debtor is effective only if, at the time
of service, he owes a debt to the Judgment Debtor or he is in possession or custody of property in which he knows or
has reason to believe the Judgment Debtor has an interest, or if the judgment credit has stated in the notice that a
specified debt is owed by the person served to the judgment debtor or that the judgment debtor has an interest in
specified property in the possession or custody of the person served, all property in which the judgment debtor is
known or believed to have an interest then in and thereafter coming into the possession or custody of such a person
including any specified in the notice, and all debts of such a person, including any specified in the notice, then due
and thereafter coming due to the judgment debtor, shall be subject to the notice, such a person is forbidden to make or
suffer any sale, assignment or transfer of, or any interest with, any such property, or pay over or otherwise dispose
of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of
the Court, until the expiration of one year after the notice is served upon him or until the judgment is satisfied or
vacated, whichever event first occurs. A judgment creditor who has a specified personal property or debt in a
restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than
the judgment debtor, for any damages sustained by reason of the restrain. If a garnishee served with a restraining
notice withholds the payment of money belonging or owed to the judgment debtor in an amount equal to twice the amount
due on the judgment, the restraining notice is not effective as to other property or money.

Funds Defined as "exempt" or otherwise excluded under applicable law must not be restrained under this notice. If you
have any questions regarding such funds, refer to the attached information subpoena, or contact your attorney or the
undersigned.

PLEASE TAKE FURTHER NOTICE that false swearing or failure to comply with this Subpoena and Restraining Notice is
punishable as a Contempt of Court.

Date:      3/18/2015

                                                RESPONSE IS ONLY REQUIRED IF JUDGEMENT DEBTOR(S)
                                                HAS EVER HAD A RELATIONSHIP WITH YOUR INSTITUTION

      Gary Kavulich Esq.
Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
      (914) 355-2074

                                DO NOT RESTRAIN IF ONLY EXEMPT
                                MONIES IN ANY DEPOSITORY ACCOUNT

                                                                                    Page 15

Civil Court of the City of New York
County of Bronx

Index No. L&T 67409/07
Claim No. 3594

ROSEWALL GARDENS ASSOCIATES

Plaintiff,

-against-

**EXECUTION**
**WITH NOTICE**
**TO GARNISHEE**

James Morales,

Defendant.

THE PEOPLE OF THE STATE OF NEW YORK TO THE SHERIFF OR ANY MARSHAL OF THE CITY
OF NEW YORK, GREETING:

WHEREAS, in an action in the Civil Court of the City of New York, County of Bronx

| between ROSEWALL GARDENS ASSOCIATES, | as Plaintiff and |
| James Morales, | as Defendant |

who are all the parties named in said action, a judgment was entered on 03/13/2008
in favor of ROSEWALL GARDENS ASSOCIATES, Judgment-Creditor
and against James Morales, Judgment-Debtor

whose last known address is 1160 Cromwell Avenue, Apt. #2A, Bronx, NY 10452-8723
in the amount of $4,352.74 including costs, of which $0.00 interest thereon from 03/13/2008 remains due and unpaid;

NOW, THEREFORE, WE COMMAND YOU as satisfy the said judgment out of the personal property of the above named
Judgment-Debtor and the debts due to him; and that only the property in which said Judgment-Debtor who is not deceased has an
interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above
captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time
made in writing by the attorney(s) for the judgment creditor.

NOTICE TO GARNISHEE          TO:     TD Bank
                                     855 Franklin Avenue
                                     Garden City, NY 11530

WHEREAS, it appears that you are indebted to the judgment debtor, above named, or in possession or custody of property
not capable of delivery in which the Judgment Debtor has an interest, including, without limitation, the following specified debt and
property:

NOW, THEREFORE, YOU ARE REQUIRED by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to
the said sheriff or marshal all personal property not capable of delivery in which the Judgment-Debtor is known or believed to have an
interest ow in or hereafter coming into your possession or custody including any property specified in this notice;' and to pay to the
said sheriff or marshal, upon maturity, all debts now due or hereafter coming due from you to the Judgment Debtor, including any
debts specified in this notice; and to execute any documents necessary to effect such transfer or payment;

AND TAKE NOTICE that until such transfer or payment is made or until the expiration of 90 days after the service of this
execution upon you or such further time as it provided by any order of the court service upon you whichever event first occurs, you
are forbidden to make or suffer any sale assignment or transfer of, or any interference with, any such property, or pay over or
otherwise dispose of any such debt, to any person other than said sheriff or marshal, except upon directions of said sheriff or marshal
or pursuant to an order of the court;

AND TAKE FURTHER NOTICE THAT at the expiration of 90 days after a levy is made by service of this execution, or of
such further time as the court upon motion of the Judgment-Creditor has provided, this levy shall be void except as to property or
debts which have been transferred or paid to said sheriff or marshal or as to which a proceeding under sections 5225 or 5227 of the
Civil Practice Law and Rules has been brought.

Dated: 4/27/2015

Gary Kavulich, Esq.
Kavulich & Associates, P. C.
181 Westchester Avenue, Suite 500
Port Chester, NY 10573
(914) 355-2074

# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 · New York, NY 10018
Phone: (212) MARSHAL (627-7425) · Fax: (212) 398-2000
NYC@MarshalBiegel.com · www.NewYorkCityMarshal.com

# LEVY AND DEMAND ON

April 27, 2015

TD BANK
401 FIFTH AVENUE (AT 37TH STREET)
NEW YORK NY 10016

**JUDGMENT CREDITOR**
ROSEWALL GARDENS ASSOCIATES

VS

JAMES MORALES

**JUDGMENT DEBTOR**

### MARSHAL'S DOCKET # E-21285

Attached you will find a Property Execution with Notice to Garnishee. As directed under CPLR §5232(a), you are required to turn over to me all property of the judgment debtor currently in your possession or custody, not to exceed the following amount:

| | |
|---|---|
| Judgment . . . . . . . . . . | $4,352.74 |
| Interest . . . . . . . . . . | $2,795.33 |
| Statutory Fees . . . . . . . | $85.00 |
| Expense . . . . . . . . . . | $0.96 |
| Poundage . . . . . . . . . . | $361.70 |
| TOTAL | $7,595.73 |

## Should you have any questions, kindly contact my office.

FOR BANK USE ONLY.  Please checkmark account status: ☑

☐ Check is enclosed and accounts released
☐ No account or assets maintained at this office
☐ Account open but contains no funds.

☐ Account(s) closed on: _____
☐ Joint account / Turnover needed
☐ The account of the judgment debtor is overdrawn

Name: _____     Position: _____

I AGREE THAT THE FOLLOWING FORMS ARE ATTACHED TO THIS LEVY:

☑ Execution
☑ Exemption notice and claim forms

☐ Information subpoena
☐ Restraining notice

☐ Copy of check
☐ Other _____

SIGNATURE OF OFFICIAL ACCEPTING LEVY: _____

PRINTED NAME: _____     DATE: _____     (BANKATI)

**EXEMPTION NOTICE**
as required by New York Law

## YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt".

## DOES YOUR BANK ACCOUNT CONTAIN ANY OF THE FOLLOWING TYPES OF FUNDS?

1. Social Security;
2. Social Security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits;

If YES, you can claim that your money is exempt and cannot be taken.

To make a claim, you must
a) complete the EXEMPTION CLAIM FORM attached;
b) deliver or mail the form to the bank with the restrained or "frozen" account; and
c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 days of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditors attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form.

### MARSHAL'S DOCKET # E-21285

(EXMPT:NTC)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BORNX INDEX# L&T67409/07

Docket # E-21285

Judgment Creditor
ROSEWALL GARDENS ASSOCIATES

## EXEMPTION CLAIM FORM

vs

Judgment Debtor

JAMES MORALES

1160 CROMWELL AVENUE APT# 2A
BRONX, NY 10452

| NAME AND ADDRESS OF JUDGMENT CREDITOR OR ATTORNEY | NAME AND ADDRESS OF FINANCIAL INSTITUTION |
|---|---|
| ADDRESS A | ADDRESS B |
| KAVULICH & ASSOCIATES, PC | TD BANK |
| 181 WESTCHESTER AVE. PORT CHESTER, NY 10573 | 401 FIFTH AVENUE (AT 37TH STREET) NEW YORK, NY 10016 |

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice.  *****If you have any documents such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

\_\_\_\_\_ Social Security
\_\_\_\_\_ Social Security disability (SSD)
\_\_\_\_\_ Supplemental security income (SSI)
\_\_\_\_\_ Public assistance
\_\_\_\_\_ Wages while receiving SSI or public assistance
\_\_\_\_\_ Veterans benefits
\_\_\_\_\_ Unemployment insurance
\_\_\_\_\_ Payments from pensions and retirement accounts
\_\_\_\_\_ Income earned in last 60 days (90% of which is exempt)
\_\_\_\_\_ Child support
\_\_\_\_\_ Spousal support or maintenance (alimony)
\_\_\_\_\_ Workers' compensation benefits
\_\_\_\_\_ Railroad retirement or Black lung benefits
\_\_\_\_\_ Other (describe exemption)_____

I request that any correspondence to me my claim be sent to
The following address:_____

## (FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_____

DATE                           SIGNATURE OF JUDGMENT DEBTOR

(EXMPTJITC)

County of Bronx

INDEX NO. 67409/07
FILE NO. 3594-1

ROSEWALL GARDENS ASSOCIATES /Plaintiff

## EXEMPTION CLAIM FORM

vs

James Morales /Defendant

NAME AND ADDRESS OF JUDGEMENT
CREDITOR OR ATTORNEY
ADDRESS A
  KAVULICH & ASSOCIATES, P.C.
  SUITE 500C
  181 WESTCHESTER AVENUE
  PORT CHESTER, NY 10573

NAME AND ADDRESS OF FINANCIAL
INSTITUTION
ADDRESS B
  TD Bank N. A.
  Levy Department
  P.O. Box 1880
  Cherry Hill, NJ 08034

Directions: To claim that some or all of the funds in you account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice.
*****If you have any documents such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity, include copies of those documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

\_\_\_\_ Social Security
\_\_\_\_ Social Security Disability (SSD)
\_\_\_\_ Supplemental Security Income (SSI)
\_\_\_\_ Public assistance
\_\_\_\_ Wages while receiving SSI or public assistance
\_\_\_\_ Veterans benefits
\_\_\_\_ Unemployment Insurance
\_\_\_\_ Payments from pensions and retirement accounts
\_\_\_\_ Income earned in last 60 days (90% of which is exempt)
\_\_\_\_ Child support
\_\_\_\_ Spousal support or maintenance (alimony)
\_\_\_\_ Workers' compensation benefits
\_\_\_\_ Railroad retirement or Black lung benefits
  ✓ Other (describe exemption) _Earned income from the past 60 days_ .
I request that any correspondence to me my claim be sent to
the following address: _2400 Walton Ave., Apt H_
      _Bronx, NY  10468_
(FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_4-30-15_

DATE        SIGNATURE OF JUDGMENT DEBTOR

Page 20

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34H

NO CALENDAR NUMBER ASSIGNED
L&T INDEX NO. 67409/07
FILE NO. 3594

------------------------------------------------------------X

ROSEWALL GARDENS ASSOCIATES,

                                    Petitioner,                         NOTICE OF MOTION

            - against -                                                 POST- POSSESSION
                                                                        MONEY ENFORCEMENT
JAMES MORALES,
CLARA POTTER,
TD BANK, N.A.,

                                    Respondents.

------------------------------------------------------------X


MOTION BY:                          Kavulich & Associates, P.C.
                                    Attorneys for Petitioner


DATE, TIME AND PLACE
OF HEARING:                         May 18, 2015
                                    9:30 a.m.
                                    Motion Term: Part 34H, Room 503
                                    Civil Court of the City of New York
Never Calendered                    County of Bronx
                                    851 Grand Concourse
                                    Bronx, NY 10451


                                    Affirmation of Gary Kavulich, Esq., dated
                                    May 5, 2015, and upon all the papers and
                                    proceedings heretofore had herein.

RELIEF REQUESTED:                    Order: directing JP Morgan Chase Bank,
                                     N.A. to release all non-exempt funds it
                                     presently holds of Judgment-
                                     Debtor/Respondent James Morales Francois
                                     to the Petitioner forthwith, and for such
                                     other and further relief as to this court may
                                     seem just and proper.


Dated:        Port Chester, New York
              May 5, 2015


                                     Yours, Etc.


                                     Kavulich & Associates, P.C.
                                     By: Gary Kavulich, Esq.
                                     Attorneys for Plaintiff
                                     181 Westchester Ave., Suite 500C
                                     Port Chester, NY 10573
                                     Phone (914) 355-2074


TO:    James Morales                        Clara Potter
       2400 Walton Avenue, Apt. H           2430 Morris Avenue, Apt. 4B
       Bronx, NY 10468                      Bronx, NY 10468

       JP Morgan Chase Bank, N.A.
       Court Orders & Levies Department
       PO Box 183164
       Columbus, OH 43218

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34H
-------------------------------------------------------------X
ROSEWALL GARDENS ASSOCIATES,

                        Petitioner,

      - against -

JAMES MORALES,
CLARA POTTER,
TD BANK, N.A.,

                      Respondents.
-------------------------------------------------------------X

L&T INDEX NO. 67409/07
FILE NO. 3594

NOTICE OF MOTION

POST- POSSESSION
MONEY ENFORCEMENT

     Gary Kavulich, Esq., an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms the following under the penalty of perjury pursuant to CPLR 2106.

1.    I am a member of the law office of Kavulich & Associates, P.C., attorneys for the Petitioner herein, and as such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated to be based upon information and belief, and as to those matters, I believe them to be true. The basis of my belief is information furnished to me by my client, information contained within the Court's file, and information contained within the file as maintained by your affirmant's office.

2.    I make this affirmation in support of the instant motion for an Order directing TD Bank, N.A. (hereinafter "the Bank") to release to the Petitioner all non-exempt funds presently held by the Bank in the Respondent/Judgment Debtors' account(s) (hereinafter "Respondent") and for such other and further relief as to this court may seem just and proper.

3.    The within proceeding was commenced by the Petitioner against the Respondent and co-Respondent Clara Potter in the Civil Court of the City of New York, County of Bronx, Housing Part, under the instant index number.

4.    Thereafter, Petitioner obtained a money judgment on or about March 13, 2008, against the Respondents in the sum of $4,352.74. Annexed hereto as Exhibit "1" is a copy of said judgment.

5.    Thereafter, your affirmant's office began execution measures to collect on the outstanding judgment.

6.   The Petitioner has garnished co-Respondent/Judgment Debtor Clara Potter and there remains, as of today, a balance due of $1,811.08.

7.   No monies have been received since December 28, 2011.

8.   As a part of those execution measures, your affirmant's office served upon the Bank a retraining notice with information subpoena on or about April 2, 2015.

9.   Thereafter, our offices were notified by the Defendant that his bank account had been restrained.

10.   Your affirmant's office had not yet received a response to the restraining notice from the Bank.

11.   As such, your affirmant's office called the Bank and was advised that the Defendant's account was restrained, after applying the exemption amount, in the sum of $20,749.26.

12.   To this date, we have not received a written response from the Bank.

13.   Thereafter, on May 5, 2015, your affirmant received an Exemption Claim Form from the Defendant. Annexed hereto as Exhibit "2" is a copy of said Exemption Claim Form.

14.   As a part of his Exemption Claim, the Defendant alleges that monies being deposited into said account(s) contain funds earned from unemployment within the last 60 days. Please see aforementioned Exhibit "2."

15.   However, while said account(s) may contain some of such monies, assuming for this moment that said claim is true, there is no accounting of the funds in the account(s). Please see aforementioned Exhibit "2."

16.   Defendant's claim for exemption that he should not have his account garnished because it contains such funds cannot be granted as there is no accounting of the funds in the subject account(s). Please see aforementioned Exhibit "2."

17.   Moreover, Defendant has not offered a bank statement or any alternative proof that the monies stated in the account(s) consist of only exempt funds.

18.   If the funds were/are co-mingled with non-exempt funds, the law clearly states that the otherwise exempt funds lose their protected status.

19.     Thereafter, and pursuant to the directive in said Exemption Claim Form, your affirmant's office caused to be served upon the Bank a copy of this motion as an Objection to the Claimed Exemption. Annexed hereto as Exhibit "3" is a copy of the cover page and facsimile transmittal form illustrating the service of said Objection.

20.     Without comprehensive proof of what funds are in the subject account(s) and that they meet the statutory requirements entitling those funds to an exemption, Plaintiff/Judgment-Creditor is entitled to any non-exempt funds to satisfy the underlying judgment.

21.     Since entry of the judgment, no monies have been paid by the Defendants or any other source.

22.     No prior application for the relief requested herein has been made.

    WHEREFORE, your affirmant respectfully requests that the within motion be granted in all respects and for such other and further relief as to this Court may seem just and proper.


        Dated: Port Chester, NY
               May 5, 2015


                                    Kavulich & Associates, P.C.
                                    By: Gary Kavulich, Esq.
                                    Attorneys for Plaintiff
                                    181 Westchester Ave., Suite 500C
                                    Port Chester, NY 10573
                                    (914) 355-2074

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF _____ : PART _____

Roscwall Gardens Asso          Petitioner-
                               Landlord        DATE _____ 31.3

                  - against -                  HON. McGrippin

Clara Porter
James Muraio                   Respondent-
                               Tenant          INDEX NO. 67019 07
                                                         YR   INDEX NUMBER

ADDRESS 2360 Sedgwick APT. Ave 4K

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:

(1) PETITION IS AMENDED TO INCLUDE ALL RENT DUE THROUGH ___3|08___

(2) FINAL JUDGEMENT IS ENTERED IN FAVOR OF THE PETITIONER IN THE SUM OF $ 4,352.71

(3) ISSUANCE OF THE WARRANT SHALL BE (FORTHWITH, EXECUTION) STAYED AS FOLLOWS:

(A)  TENANT TO PAY $ 4,352.71 _____ ON OR BEFORE 4-1-08

(B)  TENANT TO PAY $ _____ ON OR BEFORE _____

(C)  TENANT TO PAY $ _____ ON OR BEFORE _____

(D)  TENANT TO PAY $ _____ ON OR BEFORE _____

(4) IN THE EVENT TENANT FAILS TO MAKE ANY PAYMENT(S) ABOVE, THE WARRANT SHALL (ISSUE UPON LANDLORD'S AFFIDAVIT OF NONCOMPLIANCE OR ATTORNEYS AFFIRMATION) EXECUTE UPON SERVICE OF MARSHALL'S NOTICE.

(5) IN THE EVENT TENANT DEFAULTS ON ANY PAYMENT(S) INCLUDING CURRENT RENT, THE ENTIRE FINAL JUDGEMENT AMOUNT WILL BE DUE IMMEDIATELY.

(6) THE ABOVE FINAL JUDGEMENT AMOUNT DOES NOT INCLUDE RENT FOR THE MONTH(S) OCCURRING AFTER THIS DATE WHICH RENT IS PAYABLE WHEN DUE AS FOLLOWS:

(7) THEREFORE, ALL PAYMENT(S) RECEIVED DURING THE MONTHS HEREIN AFTER WILL BE APPLIED TO CURRENT RENT FOR THAT MONTH, AND THEN SATISFY THE JUDGEMENT AMOUNT AS PER PARAGRAPH THREE.

(8) IF ANY DISPUTED BALANCE CANNOT BE RESOLVED, THE PETITIONER MAY MOVE TO AMEND THE JUDGEMENT AMOUNT OR INSTITUTE A NEW PROCEEDING FOR SAID DISPUTED BALANCE.

(9) LL to repair a repair as required under the following
alleged repairs (1) windows (2) bathroom ceiling. (Between entry
Access 3/27/08

(10) James Muraio who fails to appear today cannot
currently in the military as supported by _____ affirmed on law filed
in attached _____ form filed _____ under a

DATED:

GUTMAN, MINTZ, BAKER & SONNENFELDT, P.C.
ATTORNEYS FOR PETITIONERS

BY: _____        _____        _____
813 JERICHO TURNPIKE              AGENT                  TENANT
NEW HYDE PARK, N.Y. 11040

Page 26

EXHIBIT 2

County of Bronx

ROSEWALL GARDENS ASSOCIATES /Plaintiff

vs

James Morales /Defendant

INDEX NO. 67409/07
FILE NO. 3594-1

## EXEMPTION CLAIM FORM

NAME AND ADDRESS OF JUDGEMENT
CREDITOR OR ATTORNEY
ADDRESS A
  KAVULICH & ASSOCIATES, P.C.
  SUITE 500C
  181 WESTCHESTER AVENUE
  PORT CHESTER, NY 10573

NAME AND ADDRESS OF FINANCIAL
  INSTITUTION
ADDRESS B
TD Bank N. A.
Levy Department
P.O. Box 1880
Cherry Hill, NJ 08034

Directions: To claim that some or all of the funds in you account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice.
*****If you have any documents such as an award letter, an annual statement from your pension, pay stubs, copies of checks or bank records showing the last two months of account activity, include copies of those documents with this form. Your account may be released more quickly.

I state that my account contains the following type(s) of funds (check all that apply):

___ Social Security
___ Social Security Disability (SSD)
___ Supplemental Security Income (SSI)
___ Public assistance
___ Wages while receiving SSI or public assistance
___ Veterans benefits
___ Unemployment insurance
___ Payments from pensions and retirement accounts
___ Income earned in last 60 days (90% of which is exempt)
___ Child support
___ Spousal support or maintenance (alimony)
___ Workers' compensation benefits
___ Railroad retirement or Black lung benefits
_✓_ Other (describe exemption) _Earned income from the past 60 days_ .
I request that any correspondence to me my claim be sent to
the following address: _2400 Walton Ave, Apt 4_
            _Bronx, NY 10468_
      (FILL IN YOUR COMPLETE ADDRESS)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

_4-30-15_

DATE             SIGNATURE OF JUDGMENT DEBTOR

EXHIBIT 3

181 Westchester Ave
Suite 500C
Port Chester, NY 10573
Phone: (914) 355-2074
Fax: (914) 355-2078

**Kavulich & Associates, P.C.**

# Fax

| | | |
|---|---|---|
| To: *T.D. Bank* | From: *Gary Kavulich* | |
| Attn: *Levy Dept.* | | |
| Fax: *856.914.3704* | Pages: *13* | |
| Phone: | Date: *May 5, 2015* | |
| Re: *Objection to Exemption Claim: James Morales (Act Holder)* | | |

Urgent      For Review          Please Comment          Please Reply
Comments:

05/05/2015 17:38                                                                                    P.001

```
**********************************
***        TX REPORT         ***
**********************************
```

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---|---|---|---|---|---|---|---|---|
| 6920 | TX | ECM | 001 | 18569143704 | 05/05 17:36 | 013 | OK | 02'46 |

181 Westchester Ave
Suite 500C
Port Chester, NY 10573
Phone: (914) 355-2074
Fax: (914) 355-2078


Kawulich & Associates, P.C.

# Fax

To: _T.D. Bank_          From: _Gary Kawulich_

Attn: _Levy Dept._

Fax: _856-914-3704_       Pages: _13_

Phone:                    Date: _May 5, 2015_

Re: _Objection to Exemption Claim: James Morales (Acct.Holder)_

Urgent        For Review        Please Comment        Please Reply

Comments:

This facsimile contains information which is confidential and/or legally privileged. This information is intended for use only by the addressee indicated above. If you are the not the intended recipient, please be advised that any disclosure, copying and/or distribution of the contents of this information is strictly prohibited, and that any misdirected or otherwise improperly received information must be returned to the firm immediately. Your cooperation in advising us of erroneous receipt is hereby requested.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34H
--------------------------------------------------------------X
ROSEWALL GARDENS ASSOCIATES,

                 Petitioner,

       - against -

JAMES MORALES,
CLARA POTTER
TD BANK, N.A.,

             Respondents.
--------------------------------------------------------------X

L&T INDEX NO. 67409/07
FILE NO. 3594

AFFIRMATION OF
SERVICE

       Gary Kavulich, Esq., an attorney duly admitted to practice law before the courts of the State of New York hereby affirms the following under the penalty of perjury.

       On May 5, 2015, I served the within Notice of Motion and Motion upon James Morales and Clara Potter, the Respondents/Judgment-Debtors in this action, and TD Bank, N.A. by depositing a true copy in a post paid envelope addressed to:

James Morales
2400 Walton Avenue, Apt. H
Bronx, NY 10468

Clara Potter
2430 Morris Avenue, Apt. 4B
Bronx, NY 10468

TD Bank, N.A.
Levy Department
PO Box 1880
Cherry Hill, NJ 08034

       And Via Facsimile to TD Bank, N.A. @ (856) 914-3704

in an official depository under the exclusive dominion and control of the United States Postal Service within the State of New York via regular first class mail with certificate of mailing.

                               Gary Kavulich, Esq.