# Kavulich & Associates, P.C.

Collections Case - 3594

File No: Show

| | | Quick Edits Show/Hide | | | Case Type | Rent |
|---|---|---|---|---|---|---|
| **Assigned Attorney** | Gary Kavulich | **Debt Amt** | $4,352.74 | | **File No** | 3594 |
| **Plaintiff** | ROSEWALL GARDENS ASSOCIATES | **U&O Amt** | $0.00 | | **Opened** | 07/31/2008 |
| **As on Lease** | ROSEWALL GARDENS ASSOCIATES | **Damages** | $0.00 | | **Status** | EOJ |
| **Payee** | ROSEWALL GARDENS ASSOCIATES | **Referral Amt** | $4,352.74 | | | |
| **Agent / Mgmt Co** | METROPOLITAN PROPERTIES | | | | | |
| **Building** | 2300 Sedgwick Avenue, Unit: 4K BRONX, NY 10463 | **Amt Collected** | $4,505.47 | | | |
| | | **Case Balance** | $4,352.74 | | | |
| **County** | Bronx County of NY | | | | | |

| Last Action | BR Req Snt | 03/29/2016 |
|---|---|---|
| Hold | none | none |
| Next Action | EMP Resp | 08/04/2015 |

Client Aff of Amt Due Recd  Yes
Override Client Aff Hold  No
Override Need SSN/TIN Hold  No

| **Pri. Judgment Date** | 03/13/2008 |
|---|---|
| **Pri. Judgment Amt** | $4,352.74 |
| **Pri. Judgment Bal** | $4,352.74 |

| **Court** | CIV CNTY BRX |
|---|---|
| **Court Actions** | L&T: 67409/07 |

**More Info**  SUMMARY  CASE-NOTES  SUBPOENAS  DOCUMENTS

Select document to generate... ▼ Generate | Add Manual Case Note

## Tenancy

| Lease | | Use & Occupancy | | Other | |
|---|---|---|---|---|---|
| Lease Start | 10/01/2007 | U&O Start | | Evicted | No |
| Lease End | 09/30/2008 | U&O End | | Vacate Date | 05/31/2008 |
| Monthly Rent | $875.79 | Monthly Pymt | | Re-rent Date | |
| | | | | Sue Thru Date | |
| | | | | Sue Thru Period | 4 Months, 30 Days (01/01/2008..05/31/2008) |

## Process Service

| Type | Action Date | Served Date | Served On | Served Type | Served By | Filed Date | Mailed Date |
|---|---|---|---|---|---|---|---|

## Court Related Actions

| Type | Action Date | Court Action | Issued/Submitted | Entered | Amount | Balance | Case Meeting | Def Att |
|---|---|---|---|---|---|---|---|---|
| Court Date Scheduled | 05/05/2015 | Prior L&T: 67409/07 | | | $0.00 | $0.00 | Motion: 05/18/2015, 09:30 AM, 851 Grand Concourse, Room 503 | |
| Summons & Complaint Issued | 07/02/2008 | | 07/01/2008 | | $0.00 | $0.00 | | |
| Prior L&T | 03/13/2008 | | | 03/13/2008 | $4,352.74 | $0.00 | | |

## Debt Recovery

| Type | Action Date | Debtor | Amount | Marshal | Docket No |
|---|---|---|---|---|---|
| Docket Num for IE or PX Recd | 04/30/2015 | James Morales | $0.00 | | |
| Property Execution Created | 04/27/2015 | James Morales | $4,352.74 | Stephen W. Biegel | E000021285 |
| Income Execution Created | 01/26/2012 | | $0.00 | | |
| Payment Received | 12/28/2011 | | $57.78 | | |
| Payment Received | 11/28/2011 | | $136.03 | | |
| Payment Received | 10/28/2011 | | $67.14 | | |
| Payment Received | 09/27/2011 | | $52.71 | | |
| Payment Received | 08/25/2011 | | $148.01 | | |
| Payment Received | 07/26/2011 | | $57.75 | | |
| Payment Received | 06/27/2011 | | $51.25 | | |
| Payment Received | 05/24/2011 | | $121.15 | | |
| Payment Received | 04/27/2011 | | $143.67 | | |
| Payment Received | 03/28/2011 | | $36.00 | | |
| Payment Received | 03/03/2011 | | $93.27 | | |
| Payment Received | 01/28/2011 | | $112.47 | | |
| Payment Received | 12/28/2010 | | $107.75 | | |
| Payment Received | 11/26/2010 | | $91.09 | | |
| Payment Received | 10/28/2010 | | $51.49 | | |
| Payment Received | 08/24/2010 | | $110.83 | | |
| Payment Received | 07/26/2010 | | $107.22 | | |
| Payment Received | 06/28/2010 | | $117.51 | | |
| Payment Received | 05/25/2010 | | $250.00 | | |
| Payment Received | 05/04/2010 | | $62.19 | | |
| Payment Received | 03/31/2010 | | $65.01 | | |
| Payment Received | 03/02/2010 | | $201.22 | | |
| Payment Received | 01/26/2010 | | $123.06 | | |
| Payment Received | 12/28/2009 | | $125.36 | | |
| Payment Received | 11/25/2009 | | $147.38 | | |
| Payment Received | 10/26/2009 | | $196.83 | | |
| Payment Received | 10/16/2009 | | $54.14 | | |
| Payment Received | 08/26/2009 | | $164.36 | | |
| Payment Received | 07/27/2009 | | $152.75 | | |
| Payment Received | 06/26/2009 | | $227.12 | | |
| Payment Received | 05/26/2009 | | $69.90 | | |
| Payment Received | 04/27/2009 | | $138.46 | | |
| Payment Received | 03/26/2009 | | $141.26 | | |
| Payment Received | 02/25/2009 | | $133.23 | | |

| | | | |
|---|---|---|---|
| Payment Received | 01/26/2009 | | $400.00 |
| Payment Received | 01/26/2009 | | $122.72 |
| Conditional Release Created | 01/16/2009 | | $0.00 |
| Conditional Release Created | 01/16/2009 | | $0.00 |
| Payment Received | 12/29/2008 | | $67.36 |
| Income Execution Created | 09/05/2008 | | $0.00 |

## Debtors

| Name | SSN/TIN | Mailing Address | As Of | Service Address | DNR | W/N | AKA | Guar | EMP | VSNT | BKT | MIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D Morales, James | 6502 | 1160 Cromwell Avenue, Apt. #2A Bronx, NY 10452-8723 | 07/01/2008 | 1160 Cromwell Avenue, Apt. #2A Bronx, NY 10452-8723 | Yes | No | No | No | No | No | No | No |
| Potter, Clara | 0004 | 2430 Morris Avenue, Apt. #2B Bronx, NY 10468-6618 | 07/01/2008 | 2430 Morris Avenue, Apt. #2B Bronx, NY 10468-6618 | No | No | No | No | No | No | No | No |

## Case Notes

| DateTime | Type | Note | Man! | Disb Amt | Related Case | User | Show | |
|---|---|---|---|---|---|---|---|---|
| 2016-09-06 21:45 | Note | marshal was subpoenaed | Yes | | | Gkavulich | Yes | Edit \| Delete |
| 2016-06-06 15:31 | Note | response recieved from chase -- account closed -- no POB | Yes | | | Lpetrillo | Yes | Edit \| Delete |
| 2016-03-29 16:37 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Clara Potter; Disb Bank Restraint Disbursement-Civil: $110.00 | No | $110.00 | | Gcruz | Yes | Edit \| Delete |
| 2015-07-23 10:13 | Note | judgment is not v. him | Yes | | | Gkavulich | Yes | Edit \| Delete |
| 2015-07-23 10:13 | Note | advised Marshal to vacate execution v Morales | Yes | | | Gkavulich | Yes | Edit \| Delete |
| 2015-07-15 12:30 | Info Subp Sent | Subpoena sent to Employer: Institute Home Care Services, Inc. for Clara Potter | No | | | Michram | Yes | Edit \| Delete |
| 2015-07-15 11:17 | Note | returned mail from; Institute of home care; unable to forward | Yes | | | Michram | Yes | Edit \| Delete |
| 2015-06-30 10:45 | Warning Letter Sent | Warning letter with copy of subpoena to Employer: Institute of Home care for Clara Potter | No | | | Emiranda | No | Edit \| Delete |
| 2015-06-30 10:45 | Info Subp Response Recd | Info subpoena resp recd from Institute of Home care re Clara Potter; In dispute, unable to forward; | No | | | Emiranda | Yes | Edit \| Delete |
| 2015-06-30 10:44 | Info Subp Response Recd | Institute of Home Care INF returned: In dispute, will send WL | Yes | | | Emiranda | Yes | Edit \| Delete |
| 2015-05-19 09:51 | Note | Pls send Release on Morales (no judgment v him). Thanks | Yes | | | Ckingsid | Yes | Edit \| Delete |
| 2015-05-19 09:51 | Discontinued Debtor | Discontinued Debtor for James Morales | No | | | Ckingsid | Yes | Edit \| Delete |
| 2015-05-19 09:41 | Release - Bank Restraint | Release - Bank Restraint for James Morales | No | | | Ckingsid | Yes | Edit \| Delete |
| 2015-05-19 09:41 | Release - Bank Restraint | Bank Account released for James Morales at TD Bank | No | | | Ckingsid | Yes | Edit \| Delete |
| 2015-05-18 18:17 | Note | advised marshal to vacate PX v Morales - FJ not against him; Col to send Release | Yes | | | Gkavulich | Yes | Edit \| Delete |
| 2015-05-18 11:44 | Info Subp Sent | Subpoena sent to Employer: Institute of Home care for Clara Potter; Disb Information Subpoena Disbursement-Civil: $60.00 | No | $60.00 | | Michram | Yes | Edit \| Delete |
| 2015-05-07 16:30 | Note | Rec'd another call from a legal aid attorney insisting that our restraint is bad. She looked up the L&T index number on ecourts and saw a different caption. I explained to her that the L&T index numbers aren't on ecourts and that what she is seeing is indeed a different case with a SIMILAR index number but its not the SAME. | Yes | | | Mkasper | Yes | Edit \| Delete |
| 2015-05-05 18:33 | Court Date Scheduled | Court date scheduled for L&T on 05/18/2015 at 09:30 AM in location 851 Grand Concourse, Room 503 | No | | | Gkavulich | Yes | Edit \| Delete |
| 2015-05-05 18:32 | Note | recvd Exemption Claim; did motion objecting to same; served via mail & fax | Yes | | | Gkavulich | Yes | Edit \| Delete |
| 2015-05-05 09:32 | Note | recvd exemption from james, gave to GK to do objection | Yes | | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-30 14:46 | Note | Patrick Castellan (atty w/CLARO): c/o and stated we don't have a judgment; explained L&T judgment and kinda set him back on his heels | Yes | | | Gkavulich | Yes | Edit \| Delete |
| 2015-04-30 09:36 | Docket Num for IE or PX Recd | Docket Num E000021285 was received from Marshal or Sheriff for 3594-PX-4352.74 | No | | | Michram | No | Edit \| Delete |
| 2015-04-29 16:25 | Bank Info Subp/Rstr Req Resp Recd | Info subpoena resp recd from JP MORGAN CHASE BANK re James Morales; no deposit accounts ; | No | | | Michram | Yes | Edit \| Delete |
| 2015-04-27 11:12 | Property Execution Created | Property Execution Created for James Morales Amt $4,352.74; Bank: TD Bank; Disb Property Execution Disbursement-Civil: $50.00 | No | $50.00 | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-27 11:12 | Note | James, - TD bank has 1081.19 restrained will PX, no pob in TD | Yes | | | Ckingsid | Yes | Edit \| Delete |
| 2015-04-21 10:34 | Note | 347-649-4820 defendant called becasue his TD bank account is restrain, he signed a lease for a women he hardly knew he never lived in this apt i explained to him when you sign a lease with another person your are just as responsible for what ever happens to this apt, def was very angry and hung up, well have to wait in a response from the bank. | Yes | | | Mramirez | Yes | Edit \| Delete |
| 2015-04-02 15:32 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) James Morales | No | | | Lromeo | Yes | Edit \| Delete |
| 2015-04-01 13:42 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Clara Potter | No | | | Lromeo | Yes | Edit \| Delete |
| 2015-04-01 10:52 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) James Morales | No | | | Lromeo | Yes | Edit \| Delete |
| 2015-03-19 17:19 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) Clara Potter | No | | | Lromeo | Yes | Edit \| Delete |
| 2015-03-19 17:18 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s) JP MORGAN CHASE BANK for debtor(s) James Morales; Disb Bank Restraint Disbursement-Civil: $110.00 | No | $110.00 | | Lromeo | Yes | Edit \| Delete |
| 2014-11-12 10:16 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to bank(s): CITIBANK N.A. | No | | | Tdewey | Yes | Edit \| Delete |
| 2014-04-10 14:52 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to 1 banks. | No | | | Mverilli | Yes | Edit \| Delete |
| 2014-04-10 14:51 | Bank Info Subp/Rstr Req Sent | Sent bank subpoena/restraint reqs to 1 banks. | No | | | Mverilli | Yes | Edit \| Delete |
| 2014-02-25 18:20 | Note | Restraint Ltr 3594 To 1 Banks | Yes | | | Cking | Yes | Edit \| Delete |

| Date | Type | Description | Flag | User | Flag2 | Actions |
|---|---|---|---|---|---|---|
| 2013-07-12 15:42 | Note | City payroll not found | Yes | Ashley | Yes | Edit \| Delete |
| 2013-07-12 11:44 | Note | Credit report done/ Bad credit | Yes | Ashley | Yes | Edit \| Delete |
| 2013-05-28 15:29 | Info Subp Sent | Inf Subp Clara Potter To Debtors Place Of Emloymen | No | Cking | Yes | Edit \| Delete |
| 2012-01-26 12:34 | Income Execution Created | Inc Exec Clara Potter- Ronnie 3rd service | No | Cking | Yes | Edit \| Delete |
| 2012-01-26 12:27 | Note | recvd CHA said new POB is NY Foundation for clara | Yes | Cking | Yes | Edit \| Delete |
| 2011-12-28 13:32 | Payment Received | PAYMENT RECEIVED $57.78 | No | Vanessa | Yes | Edit \| Delete |
| 2011-11-28 12:24 | Payment Received | PAYMENT RECEIVED $136.03 | No | Vanessa | Yes | Edit \| Delete |
| 2011-10-28 11:10 | Payment Received | PAYMENT RECEIVED $67.14 | No | Vanessa | Yes | Edit \| Delete |
| 2011-09-27 12:45 | Payment Received | PAYMENT RECEIVED $52.71 | No | Vanessa | Yes | Edit \| Delete |
| 2011-08-25 15:28 | Payment Received | PAYMENT RECEIVED $148.01 | No | Vanessa | Yes | Edit \| Delete |
| 2011-07-26 15:28 | Payment Received | PAYMENT RECEIVED $57.75 | No | Vanessa | Yes | Edit \| Delete |
| 2011-06-27 13:23 | Payment Received | PAYMENT RECEIVED $51.25 | No | Vanessa | Yes | Edit \| Delete |
| 2011-05-24 11:21 | Payment Received | PAYMENT RECEIVED $121.15 | No | Vanessa | Yes | Edit \| Delete |
| 2011-04-27 11:02 | Payment Received | PAYMENT RECEIVED $143.67 | No | Vanessa | Yes | Edit \| Delete |
| 2011-03-28 12:39 | Payment Received | PAYMENT RECEIVED $36 | No | Vanessa | Yes | Edit \| Delete |
| 2011-03-03 09:23 | Payment Received | PAYMENT RECEIVED $93.27 | No | Vanessa | Yes | Edit \| Delete |
| 2011-01-28 12:16 | Payment Received | PAYMENT RECEIVED $112.47 | No | Vanessa | Yes | Edit \| Delete |
| 2010-12-28 15:01 | Payment Received | PAYMENT RECEIVED $107.75 | No | Vanessa | Yes | Edit \| Delete |
| 2010-11-26 10:55 | Payment Received | PAYMENT RECEIVED $91.09 | No | Vanessa | Yes | Edit \| Delete |
| 2010-10-28 14:02 | Payment Received | PAYMENT RECEIVED $51.49 | No | Vanessa | Yes | Edit \| Delete |
| 2010-08-24 11:39 | Payment Received | PAYMENT RECEIVED $110.83 | No | Vanessa | Yes | Edit \| Delete |
| 2010-07-26 13:58 | Payment Received | PAYMENT RECEIVED $107.22 | No | Vanessa | Yes | Edit \| Delete |
| 2010-06-28 16:20 | Payment Received | PAYMENT RECEIVED $117.51 | No | Vanessa | Yes | Edit \| Delete |
| 2010-05-25 16:33 | Payment Received | PAYMENT RECEIVED $250 | No | Vanessa | Yes | Edit \| Delete |
| 2010-05-04 18:16 | Payment Received | PAYMENT RECEIVED $62.19 | No | Vanessa | Yes | Edit \| Delete |
| 2010-03-31 14:17 | Payment Received | PAYMENT RECEIVED $65.01 | No | Dmiranda | Yes | Edit \| Delete |
| 2010-03-02 16:02 | Payment Received | PAYMENT RECEIVED $201.22 | No | Vanessa | Yes | Edit \| Delete |
| 2010-01-26 17:49 | Payment Received | PAYMENT RECEIVED $123.06 | No | Vanessa | Yes | Edit \| Delete |
| 2009-12-28 13:15 | Payment Received | PAYMENT RECEIVED $125.36 | No | Vanessa | Yes | Edit \| Delete |
| 2009-12-28 11:00 | Note | Recvd empire inf response - no record | Yes | Fromeo | Yes | Edit \| Delete |
| 2009-11-25 14:21 | Payment Received | PAYMENT RECEIVED $147.38 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-10-26 17:25 | Payment Received | PAYMENT RECEIVED $196.83 | No | Vanessa | Yes | Edit \| Delete |
| 2009-10-16 11:59 | Payment Received | PAYMENT RECEIVED $54.14 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-08-26 17:00 | Payment Received | PAYMENT RECEIVED $164.36 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-07-27 15:57 | Payment Received | PAYMENT RECEIVED $152.75 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-06-26 15:38 | Payment Received | PAYMENT RECEIVED $227.12 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-05-26 16:16 | Payment Received | PAYMENT RECEIVED $69.9 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-04-27 14:16 | Payment Received | PAYMENT RECEIVED $138.46 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-03-26 12:13 | Payment Received | PAYMENT RECEIVED $141.26 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-02-25 18:15 | Payment Received | PAYMENT RECEIVED $133.23 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-01-26 15:13 | Payment Received | PAYMENT RECEIVED $400 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-01-26 11:26 | Payment Received | PAYMENT RECEIVED $122.72 | No | Dmiranda | Yes | Edit \| Delete |
| 2009-01-16 13:22 | Conditional Release Created | Shawana did 3way, there was 589 in accnt, did CR for 400.00 | Yes | Cking | Yes | Edit \| Delete |
| 2009-01-16 12:17 | Conditional Release Created | Cond. Release 3594 To JP MORGAN CHASE BANK | Yes | Shawanan | Yes | Edit \| Delete |
| 2009-01-14 14:08 | Note | 718-220-2241 | Yes | Cking | Yes | Edit \| Delete |
| 2009-01-14 14:07 | Note | but she said she had money, will call her back to find out then do CR | Yes | Cking | Yes | Edit \| Delete |
| 2009-01-14 14:06 | Note | recvd Chase BR, called they faxed it right away, will ask for | Yes | Cking | Yes | Edit \| Delete |
| 2009-01-14 14:06 | Note | Brandi Jackson, next time I call Chase, said she has no $$, -73.38 | Yes | Cking | Yes | Edit \| Delete |
| 2008-12-29 13:41 | Payment Received | PAYMENT RECEIVED $67.36 | No | Dmiranda | Yes | Edit \| Delete |
| 2008-12-17 10:02 | Info Subp Sent | Restraint Ltr 3594 To 18 Banks | No | Gkavulich | Yes | Edit \| Delete |
| 2008-09-08 10:15 | Note | Local 223 | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-09-05 16:47 | Note | local 153 | Yes | Cking | Yes | Edit \| Delete |
| 2008-09-05 16:46 | Income Execution Created | Inc Exec Clara Potter | No | Cking | Yes | Edit \| Delete |
| 2008-09-05 15:34 | Note | recvd POB INF, will IE for clara | Yes | Cking | Yes | Edit \| Delete |
| 2008-08-26 11:44 | Note | (nod on index 60346/08) | Yes | Dmiranda | Yes | Edit \| Delete |
| 2008-08-20 14:32 | Info Subp Sent | Inf Subp James Morales To Local 223 | No | Ray | Yes | Edit \| Delete |
| 2008-08-20 14:29 | Info Subp Sent | Inf Subp Clara Potter To Debtors Place Of Emloymen | No | Ray | Yes | Edit \| Delete |
| 2008-08-19 17:32 | Info Subp Sent | Inf Subp Clara Potter To Debtors Place Of Emloymen | No | Ray | Yes | Edit \| Delete |
| 2008-08-19 17:30 | Note | Recvd INF from POP Display, D is NLE there, He was in Union Local 223 | Yes | Ray | Yes | Edit \| Delete |
| 2008-08-13 15:08 | Note | Recv'd green card from Pop Display | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-08-07 16:48 | Note | Recv'd green card from HSBC/TAX | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-07-28 19:15 | Info Subp Sent | Inf Subp Clara Potter To HSBC/TAX | No | Ray | Yes | Edit \| Delete |
| 2008-07-28 19:13 | Info Subp Sent | Inf Subp James Morales To Debtors Place Of Emloyme | No | Ray | Yes | Edit \| Delete |
| 2008-07-28 17:45 | Info Subp Sent | Inf Subp James Morales To Debtors Place Of Emloyme | No | Ray | Yes | Edit \| Delete |
| 2008-07-25 09:57 | Note | of Discontinuance filed | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-07-25 09:57 | Note | process server instructed not to serve & Notice | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-07-23 16:55 | Note | STRIKE s&c ABOVE: WE HAVE FJ | Yes | Gkavulich | Yes | Edit \| Delete |
| 2008-07-02 00:51 | Summons & Complaint Issued | Summ & Comp James Morales | No | Dmiranda | Yes | Edit \| Delete |
| 2008-06-03 17:34 | Demand Letter Sent | Demand Letter for James Morales | No | Dave/decom | Yes | Edit \| Delete |
| 2008-06-03 17:34 | Demand Letter Sent | Demand Letter for Clara Potter | No | Dave/decom | Yes | Edit \| Delete |
| 2008-05-29 15:05 | Note | Demand Letter to Clara Potter | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-05-29 15:04 | Note | Demand letter to James Morales | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-05-22 14:49 | Note | PO search, no new address found | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-05-22 14:49 | Note | Vacated 3/08, security to 6/08 | Yes | Dave/decom | Yes | Edit \| Delete |
| 2008-03-13 05:00 | Prior L&T | Prior Judgment for $4352.74 on 3/13/2008 | No | Dianawild | No | Edit \| Delete |