

# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 · New York, NY 10018

Phone: (212) MARSHAL (627-7425) · Fax: (212) 398-2000

NYC@MarshalBiegel.com · www.NewYorkCityMarshal.com

February 4, 2015

ANDRYA BIBBS
100 WASHINGTON ST
APT 4T
HEMPSTEAD NY 11550

JUDGMENT CREDITOR
S&H CLINTON ASSOCIATES LLC

vs

ANDRYA BIBBS
JUDGMENT DEBTOR

# NOTICE OF GARNISHMENT

Please take notice that a judgment has been entered against the above named judgment debtor. Pursuant to the **INCOME EXECUTION** delivered to me, you are required to have your first payment in my office within 20 days from the above date. Payments must be 10% of your gross wages payable on each payday and must be accompanied by your most recent paystub. Upon your default, a copy of this execution will be served upon any person (corporation, etc.) from whom you are receiving or will receive money and will result in additional costs to you.

| | |
|---|---:|
| JUDGMENT | $4,438.10 |
| STATUTORY MARSHAL FEES | $0.00 |
| POUNDAGE | $233.89 |
| EXPENSES | $7.45 |
| INTEREST | $232.40 |
| TOTAL | $4,911.84 |

**IN ADDITION, INTEREST FROM 02/04/15 will be calculated on a daily basis. You will be notified of the final balance due when your payments approach completion.**

ALL PAYMENTS SHOULD BE MARKED
WITH YOUR NAME AND THIS DOCKET NUMBER:

G8785

payable to:

MARSHAL STEPHEN W. BIEGEL

(FSTSRVSL)

To: HORING, WELIKSON & ROSEN,  153351- 1
    11 HILLSIDE AVE
    WILLISTON PARK, NY 11596-

Index Date: 06/25/2014
Index No.: LT3408-14
File No. 668490

**FIRST DISTRICT COURT**
**COUNTY OF NASSAU**

Court Date: 07/07/2014

S & H CLINTON ASSOCIATES LLC      plaintiff(s)

against ANDRYA BIBBS

defendant(s)

**AFFIDAVIT OF SERVICE**

State of New York, County of Nassau     SS.:

ROBERT PELTZ being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at NASSAU COUNTY, N.Y..

That on June 30, 2014 at 08:25 AM at 100 WASHINGTON ST, APT 4T, HEMPSTEAD, NY 11550 deponent served the within PETITION AND NOTICE OF PETITION
In this action on : ANDRYA BIBBS defendant(s) therein named.

By affixing a true copy of each to the door of said premises which is defendant's dwelling house within the state. Deponent was unable, with due diligence, to find defendant(s) or a person of suitable age and discretion, thereat, having gone there,
    on 06/26/2014 at 06:50 PM
    on 06/27/2014 at 07:20 AM
    on 06/30/2014 at 08:25 AM.

Deponent deposited in the United States mail another true copy or copies of same properly enclosed and sealed in a post paid wrapper addressed to the said defendant(s) at the aforementioned address last known residence. mailed under regular and certified mail #:70140510000002773869 07/01/2014.

I asked the person spoken to MR BENNY, SECURITY GUARD whether the defendant(s) was/were in active military service of the United States in any capacity whatever and received a negative reply.

Sworn before me this 1st day of July, 2014

ALEXANDER LAUBER
NOTARY PUBLIC, State of NEW YORK
No. 01LA6094704
Qualified in NASSAU
Term expires June 28, 2015

ROBERT PELTZ
License No.728272

Page 2

Scanned by CamScanner

## CASE SUMMARY

| | |
|---|---|
| Court: | Nassau County District Court – 1st District |
| Index Number: | LT-003408-14/NA |
| | |
| | Petitioner(s): |
| | S & H Clinton Associates LLC |
| | |
| Case Type: | Landlord and Tenant |
| Filed Date: | 06/25/2014 |
| Classification: | Non-Payment |
| Status: | Post Disposition |
| | |
| | vs. |
| | |
| | Respondent(s): |
| | Andrya Bibbs |
| | |
| Disposed Date: | 07/07/2014 |
| Disposed Reason: | Settled Stip in File |

Cause(s) of Action:   Non-Payment in the amount of $3,263.10

Property Address(es):   100 Washington Street, Apt 4T, Hempstead, NY 11550-

(P)   S & H Clinton Associates LLC
       Horing, Weliksen & Rosen PC – 11 Hillside Avenue, Williston Park, NY 11596, (516) 535-1700 ext:

(R)   Andrya Bibbs – 100 Washington Street, Apt 4T, Hempstead, NY 11550

### PAPERS RECORDED

06/25/2014   Petition by Attorney, Filed By: (P) S & H Clinton Associates LLC
02/17/2015   Motion (Order to Show Cause), Seq 1, Filed By: (R) Andrya Bibbs, Relief: Vacate, Status: Filed

### APPEARANCE ACTIVITY

07/07/2014   Landlord/Tenant, Judge: Eric Bjorneby, Purpose: Hearing, Outcome(s): Settled Stip in File

This report reflects information recorded as of 02/17/2015 01:00 PM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System thereby is responsible for any error in the information provided in this data.

Page 1 of 1

Scanned by CamScanner

| Index No. | DISTRICT COURT OF STATE OF NEW YORK | | L-003408-14 |
|---|---|---|---|
| Before ........................... Justice | COUNTY OF NASSAU - FIRST DISTRICT | | |
| | S & H CLINTON ASSOCIATES LLC | Petitioner(s)-Landlord(s) | NOTICE OF PETITION |
| S & H CLINTON ASSOCIATES LLC | -against- | | |
| -against-   Petitioner(s)-Landlord(s) | ANDRYA BIBBS | Respondent -Tenant | TO RECOVER |
| ANDRYA BIBBS | | | REAL PROPERTY |
| Respondent -Tenant | -address- | | |
| | 100 WASHINGTON ST. | | Non-Payment |
| | APT.# 4T | | |
| -address- | HEMPSTEAD, NY 11550 | | |
| 100 WASHINGTON ST. | | | |
| APT.# 4T | | | |
| HEMPSTEAD, NY 11550 | | | |

First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.
Person intended being in possession of the premises herein described

### Notice of Petition - Non Payment

Rent $3,263.10                              Returnable
the  7th  day of  July    20 14
at 09:30 A.M.

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming possession thereof:
100 WASHINGTON ST., APT: 4T
HEMPSTEAD, NY 11550

The Petitioner appears on ................... 2014....
and demands the rent and possession of the
premises within mentioned for the non-payment
of the rent
The Respondent Tenant appears ...................

TAKE NOTICE that a hearing on the annexed petition will be held on the 7 day of July 2014 at 09:30 in the forenoon before the above named court at 99 MAIN STREET HEMPSTEAD, NY 11550

TAKE FURTHER NOTICE that at the above time and place you may answer the petition either orally or in writing.

Petitioner-Landlord
S & H CLINTON ASSOCIATES LLC

Landlord's Address
P O BOX 68, UNIONDALE, NY 11553

Decision is therefore rendered the ........................
day of ........................... 2014......... in favor of
Petitioner Landlord and I hereby award to Landlord
Petitioner the delivery of the ...........................

possession of the premises within described, by
reason of the non-payment of the said rent; and I
hereby order that a warrant issue to remove the
said Tenant and al persons from the said premises,
and put the Petitioner-Landlord  into full
possession thereof and I hereby award to the
Petitioner Landlord costs of this proceeding.

TAKE FURTHER NOTICE that demand is made in the petition herein for judgment against you, the respondent tenant, for rent due in the sum of $3,263.10.
TAKE FURTHER NOTICE that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense of the claim on which it is based in any proceeding or action.

Dated: June 23, 2014

NILES WELIKSON

..........................................
                                        Justice
Warrant issued ............day of.........................2014
..........................................
                                        Justice

11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596
Phone: (516) 535-1700

2399  -100W-4T              File No. 668490

Scanned by CamScanner

NEW YORK
DISTRICT

...ES LLC
...er(s)-Landlord(s)

-vs-

...spondent-Tenant

...INGTON ST.
...STEAD, NY 11550

...mount Claimed: $3,263.10

2399 -100W-4T        FILE NO: 668490

**PETITION NON-PAYMENT**

THE PETITION OF S & H CLINTON ASSOCIATES LLC alleges upon Information and Belief

1. Petitioner(s) is(are) the landlord(s) and owner of the premises.
2. Respondent(s) ANDRYA BIBBS, is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement made heretofore wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $2,013.13 each month in advance on the 1ST day of each month.
3. Respondent(s) are now in possession of said premises. Said premises are the residence of the tenant(s) and the undertenant(s) herein.
4. The premises for which removal is sought were rented for dwelling purposes and are described as follows: All Rooms, Apartment # 4T in the building known as 100 Washington St., Hempstead, NY 11550, situated within the territorial jurisdiction of this Court.
5. Pursuant to said agreement there was due from respondent tenant(s), the sum of $3,263.10 in rent and additional rent as follows:

```
Jun 14 PREFERENTIAL RENT   $1,175.00    LEGAL FEES   $250.00
May 14 PREFERENTIAL RENT   $1,175.00    LATE FEES     $50.00
Apr 14 BALANCE               $613.10
```

6. SAID PREMISES ARE NOT SUBJECT TO RENT CONTROL THE PREMISES ARE SUBJECT TO THE ETPA OF 1974 AND THE RENT DEMANDED IS NOT GREATER THAN THE MAXIMUM RENT ALLOWED THEREUNDER.

7. Said rent has been demanded personally from the tenant(s) since same became due.
8. Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

WHEREFORE Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and direction the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

Dated: June 23, 2014        S & H CLINTON ASSOCIATES LLC,

STATE OF NEW YORK, COUNTY OF NASSAU. The Undersigned affirms under penalty of perjury that he is one of the Attorneys for the Petitioner, that he has read the foregoing petition and knows the contents thereof; that the same are true to his own knowledge except as to matters stated to be upon information and belief; and as to those matters he believes them to be true.
The grounds of this belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the attorney's office
This verification is made pursuant to the provisions of RPAPL 741.

                                                              Niles Welikson

*Attorney for Petitioner*
HORING WELIKSON & ROSEN, P.C.
ATTORNEYS AT LAW
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596
PHONE: (516) 535-1700

2399 -100W-4T                                    File No. 668490

Page 5

#18

Index No. 3408, 20 14

## DISTRICT COURT OF THE STATE OF NEW YORK
## COUNTY OF NASSAU
## HEMPSTEAD PART

S&H Clinton Assocs LLC
Petitioner-Landlord

Hon. Bjornelsy

-against-

Andrya Bibbs
Respondent-Tenant

Dated: 7/7/14

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO by and between the parties herein as follows:

1. The petition is hereby amended to include all rent through 7/31/14 and petitioner shall have a final judgment for all of the abovementioned rent in the sum of $ 4438.10.

2. Issuance of the warrant of eviction shall be forthwith with execution thereof stayed to and until August 30, 20 14 conditioned upon Respondent's payment of arrears as follows: $1000.00 by 7/18/14; $1000.00 by 8/1/14; $1000.00 by 8/15/14; $1438.10 by 8/30/14

3. All of the above payments shall be in addition to the current monthly rent and additional rent, if any, which must be paid as the same becomes due and all payments made by the Respondent shall be applied to current rent and additional rent, if any, first with the balance, if any, applied to arrears.

4. Upon completion of all payments required by this stipulation the Warrant and Judgment shall be vacated.

5. Upon default in the making of any of the payments required herein Warrant may execute.

HORING WELIKSON & ROSEN, P.C.
Attorney for Petitioner

Tenant-Respondent

Page 6

Scanned by CamScanner

NOTE: TYPE OR PRINT NEATLY
IN BLACK INK ONLY

DISTRICT COURT OF NASSAU COUNTY
_____ DISTRICT, CIVIL PART
------------------------------------------------X

S&H Olinder

Plaintiff(s)

-against-

Ardyss Bity    Defendant(s)

------------------------------------------------X

Upon the annexed affidavit of _____ February _____ sworn to on the
17th day of _____, 2015.

At a Civil Motion Part of the
District Court of Nassau County
99 Main St. Hempstead, NY on this
____ day of _____, 2015

INDEX NO: SP3408/14

ORDER TO
SHOW CAUSE

LET the plaintiff/plaintiff's attorney SHOW CAUSE before one of the Judges of this Court, at a Civil Motion Part _____, to be held at the District Court located at 99 Main Street, Hempstead, NY 11550, in the County of Nassau, State of New York, on the ____ day of _____, 2015 at 9:30 a.m., or as soon thereafter as counsel can be heard, WHY an order should not be made vacating and setting aside the judgment entered herein in favor of the plaintiff and against the defendant(s) and dismissing the complaint or, in the alternative permitting this action to proceed on the merits upon the grounds set forth in the annexed affidavit and why such other and further relief should not be granted as may be just and proper.

ORDERED that pending the hearing and determination of this motion, let all proceedings on the part of the plaintiff/plaintiff's attorney and agents and any Sheriff of Nassau County or other enforcement officer for the enforcement of said judgment be stayed.

***Personal appearance of all parties or their counsel on the above date is required.

SUFFICIENT CAUSE THEREFOR APPEARING, LET service of a copy of this order, together with the affidavit and any exhibits annexed hereto on the plaintiff/plaintiff's attorney (atty name & address)
Havins Wahlsm & Rosen P.C.
11 Hillside Ave Williston Pk NY 11596
by personal service/personal delivery; certified mail/return receipt requested; overnight delivery service, on or before the ____ day of _____, 2015, and upon the Nassau County Sheriff's Department at 240 Old Country Road, Mineola, NY by personal delivery on or before the ____ day of _____, 2015, be deemed sufficient. Proof of service of a copy of this order and its accompanying affidavits and exhibits must be filed with the Clerk of the Court before the above scheduled return date of this order to show cause.

DATED: _____

ENTER: _____
JUDGE OF DISTRICT COURT

DISTRICT COURT OF NASSAU COUNTY
DISTRICT, CIVIL PART
-------------------------------------X

S&H Chrsr

Plaintiff(s)

INDEX NO: SP 3408/14

AFFIDAVIT

-against-

Audry A Bibby

Defendant(s)
-------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU    SS:

Audry A Bibbs , being duly sworn, deposes and says:
(Print name)

1.) I am the defendant in this action and reside at: 267 Lincoln Avenue Roosevelt NY 11575

2.) I am familiar with the facts and circumstances of this case:   YES ☒   NO ☐
If no, explain: _____

3.) My excuse for not appearing in this action is that: I Appeared and Signed a Stipulation

4.) My defense and answer to the complaint is that: I came to the clerk office and there is no judgment against me.

5.) ☒ This is my first request to vacate the default in this action.
☐ This is my _____ request to vacate the default in this action. The result of the prior request(s) is that _____.

I respectfully request that an order be granted vacating and setting aside the default judgment entered against me in this action and dismissing the complaint or in the alternative, permitting this action to proceed on the merits and for such other and further relief as may be just and proper and pending the determination of this motion that the enforcement of said judgment be stayed.

Sworn before me this 17 day of February, 2015

Sandra Lee
Clerk/Notary

(Signature) Audry Bibbs
(Address) 267 Lincoln Av, Roosevelt, NY 11575
(Phone #) 516-984-1763

Page 8