CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------X

Index No. _21678/12_
File No. _1513 7_

BRONX PARK EAST HOUSING LP, INC.

Plaintiff(s),

-against-

**STIPULATION OF**
**SETTLEMENT**

TROY GRANT,
DEBBIE DUTTEN         Defendant(s).
------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that

the above-entitled action is hereby settled upon the following terms and conditions:

1. That the Defendant(s) agree(s) to pay _DEBBIE DUTTEN ONLY_ $3,500.00 which is a full

and fair settlement of all parties' claims as follows:

a) $100.00 Per Month Due on the 15th of each Month commencing July 15, 2013 and Continuing through ~~~~~~~~~~~ and including June 15, 2014;

b) $150.00 Per Month Due on the 15th of each Month commencing July 15, 2014 and continuing thereafter until Paid in full

2. That said payments shall be made payable to "KANDICH & ASSOCIATES, P.C."

with offices located at 181 WESTCHESTER Ave., Suite 500C, Port Chester, New York 10573

Defendant(s) agree to place the above file number on said payments. (15177)

3. That upon receipt and negotiation of the above monies, Plaintiff(s) shall provide

Defendant(s) with _A Notice of ~~~~~~~~~ Discontinuance._

4. That in the event of default in the payment provided herein, Plaintiff(s) shall provide a 10-day default notice and if said default is not cured within those 10 days, ~~Plaintiff(s) shall be entitled to~~ *Judgment in the amount of it* ~~plus interest from~~ costs, and disbursements *of* $5,401.67

5. That the Defendant(s) have been provided with an opportunity to retain an attorney for this matter and they, after due deliberation, have declined to do so.

6. That this agreement contains all the terms, claims and conditions of and between the parties. *December 1, 2006. test payments Made herein.*

7. That Defendant's Order to show cause ~~Motion~~ is withdrawn.

Dated: 6/21/13
Bronx, NY



Kavulich & Associates, P.C.
By: Matthew D. Kasper, Esq.
181 Westchester Ave, Suite 500C
Port Chester, NY 10573
Phone (914) 355-2074
Fax (914) 355-2078

Debbie Otten
DEBBIE OTTEN
1560 Silner St #49
Bx, NY 10461

Civil Court
of the
City of New York
JUN 21 2013
ENTERED
COUNTY

HON. JOSEPH CAPELLA

*Need Kle on return date*

34 (6A)

3red orsc ✓

urt of the City of New York
of Bronx Part 39

Index Number: CV-021678-12/BX

Park East Housing Co., Inc.
          -against-
Grant... et al.

**ORDER TO SHOW CAUSE TO**
Vacate Inquest Clerk, stay
entry of judgment and
Restore to the Trial Calendar
Appearances are mandatory

Upon the annexed affidavit of **Debbie Outten,** sworn to on **June 7, 2013,** and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:
  **Bronx Civil Court**
  **851 Grand Concourse, Bronx, New York 10451**
  **Part 34C - Room 504**
  on ___ 6 - 21 - 13 _____ at 9:30 AM

or as soon thereafter as counsel may be heard , why an order should not be made:

**To Vacate Inquest Clerk, stay entry of judgment restore to the Trial Calendar and/or dismiss**

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York on this action be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

| Plaintiff(s) or named attorney(s) | Sheriff or Marshal |
|---|---|
| (Judge to Initial) | (Judge to Initial) |
| _____ by Personal Service by " In Hand Delivery" | _____ by Personal Service by " In Hand Delivery" |
| ___X___ by Certified Mail, Return Receipt Requested | _____ by Certified Mail, Return Receipt Requested |
| _____ by First Class Mail with official Post Office | _____ by First Class Mail with official Post Office |
| Certificate of Mailing | Certificate of Mailing |

on or before ___ 6 -13 - 13 _____ , shall be deemed good and sufficient.
PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this
Order to Show Cause .

Mail to Attorney:                                         Sheriff/Marshal

**Kavulich & Associates**
**181 Westchester Ave**
**Suite 500C**
**Port Chester, New York 10573**

_____                   _____
June 7, 2013

DATE                                        Hon. Elizabeth A. Taylor, Civil Court Judge (NYC)

*Need Kle*

■ of the City of New York
Bronx

Index Number: CV-021678-12/BX

█████████████████████████████

▪rk East Housing Co., Inc.
   -against-
▬nt... et al.

**AFFIDAVIT IN SUPPORT TO**
Vacate Inquest Clerk, stay
entry of the judgment and
restore to the Trial Calendar

` New York, Bronx
**Debbie Outten**, being duly sworn, deposes and says:

i.(s)
____▷○ a) **I am** the party named as (Defendant)(Respondent) in the above titled proceeding.

__x▷○__ I request that the Court issue an order for: **Vacate Inquest Clerk, stay the entry of judgment and restore to the Trial Calendar**

____x▷○ I have a good **defense** because: _I was not the only tenant residing at the department. I have moved out due to unstable condition for my children. I can not afford to pay Five thousand Dollars._

) __x▷○ I have a good **excuse/reason** because: _I left work as soon as I came to reach in on timely._

5.)
____ (a) I **have not** had a previous Order to Show Cause regarding this Index Number
____x▷○ (b) **I have** had a previous Order to Show Cause regarding this index number but I am making this
further application because _I had to work my shifts is 6:30 to 10:30 could not leave early because there was nobody to cover my shift. I tried to reach as quickly as possible._

Sworn to before me this day:
June 7, 2013

(Sign Name) _Debbie Outten_
Debbie Outten, residing at 1560 Silver Street, Apt 4G, Bronx,
New York 10461

_Ho Cork Asst_
Signature of Court Employee and Title

## CASE SUMMARY

**Plaintiff(s):**
Bronx Park East Housing Co., Inc.

vs.

**Defendant(s):**
Troy Grant;
Debbie Outten

| | |
|---|---|
| **Court:** | Bronx County Civil Court |
| **Index Number:** | CV-021678-12/BX |
| | |
| **Case Type:** | Civil |
| **Classification:** | General |
| **Filed Date:** | 12/20/2012 |

**Cause(s) of Action:** Other in the amount of $5,481.87

(P) Bronx Park East Housing Co., Inc.
Kavulich & Associates - 181 Westchester Ave, Suite 500C, Port Chester, NY 10573-

(D) Troy Grant - 1212 College Ave, Apt B2, Bronx, NY 10456-

(D) Debbie Outten - 1560 Silver Street, Apt 4G, Bronx, NY 10461-

### PAPERS RECORDED

12/20/2012    Summons and Complaint (Attorney), Filed By: (P) Bronx Park East Housing Co., Inc.
02/22/2013    Answer Filed (Self Represented), Filed By: (D) Debbie Outten; (D) Troy Grant
04/25/2013    Motion (Order to Show Cause), Seq 1, Court Date(s): 05/17/2013, Vacate Inquest Clerk, Filed By: (D) Debbie Outten, Status: Filed
              Decision: Withdrawn, Deciding Judge: Elizabeth A. Taylor
05/17/2013    Motion (Order to Show Cause), Seq 2, Court Date(s): 06/07/2013, Vacate Inquest Clerk: $5,611.87, Status: Rejected (06/06/2013), Creditor(s): (P) Bronx
              Judgment (Default Judgment), Seq 1, Filed Date: 06/04/2013, Total Judgment: $5,546.87, Status: Rejected (06/06/2013),
06/04/2013    Judgment (Calendar Default: Inquest Clerk), Seq 2, Filed Date: 06/04/2013, Total Judgment: $5,546.87, Status: Filed
              Park East Housing Co., Inc., Debtor(s): (D) Debbie Outten
              Creditor(s): (P) Bronx Park East Housing Co., Inc., Debtor(s): (D) Debbie Outten, Status: Filed
06/07/2013    Motion (Order to Show Cause), Seq 3, Vacate Inquest Clerk - Partial; Adjourned: 04/25/2013

### APPEARANCE ACTIVITY

03/15/2013    Part 11 - Self Represented Non-Jury; Purpose: Trial: Bench, Outcome(s): Inquest Clerk
04/25/2013    Part 11 - Self Represented Non-Jury; Judge: Gerald Lebovits, Purpose: Trial: Bench, Outcome(s): Inquest Clerk
05/17/2013    Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Judge: Elizabeth A. Taylor, Purpose: Motion (1) - Vacate Inquest Clerk,

... reflects information recorded as of  06/07/2013 12:30 PM.   Users should verify the accuracy of information by consulting original court records or
... system is not responsible for consequential use of this data.

Page 1 of 2

Page 5

CV-02167B-12/BX   (P) Bronx Park East Housing Co., Inc. vs. (D) Troy Grant

06/07/2013   Outcome(s): Withdrawn
06/07/2013   Part 34 - Procedural Motions - Self Represented Litigant, Purpose: Motion (2) - Vacate Inquest Clerk
            Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Purpose: Motion (2) - Vacate Inquest Clerk, Outcome(s): Rescheduled
06/07/2013

This report reflects information recorded as of 06/07/2013 12:30 PM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.
Page 2 of 2

Appearances are Mandatory

Index Number: CV-021678-12/BX

Civil Court of the City of New York
County of Bronx Part 39

*2n JOSC*

Bronx Park East Housing Co., Inc.
        -against-
Troy Grant... et al.

## ORDER TO SHOW CAUSE

To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

UPON the annexed affidavit of Debbie Outten, sworn to on April 15, 2014, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

Bronx Civil Court
851 Grand Concourse
Bronx, New York 10451
Part 34          Room 503
on  MAY 1, 2014          at  9:30 AM

or as soon thereafter as counsel may be heard, why an order should not be made:

VACATING the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
__X____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
          Certificate of Mailing

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
          Certificate of Mailing

, shall be deemed good and sufficient

on or before  APRIL 21, 2014

PROOF OF SUCH SERVICE may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

Mail to Attorney or party:
Kavulich & Associates (Counsel for Pltf), at
181 Westchester Ave, Suite 500C,
Port Chester, New York 10573

Sheriff/Marshal:  *Stephen W. Biegel*
*109 W 38th Street*
*Ste 200*
*New York, NY 10018*

April 15, 2014
DATE

Hon. Joseph E. Capella, Civil Court Judge (NYC)

*4/16/14 Denied w/o prejudice to renew with a
explanation of payments made + proof
of same - per stip dated 6/2013.*  HON. JOSEPH E. CAPELLA

the City of New York, County of Bronx | Index # **CV-021678-12/BX**

rk East Housing Co., Inc.

-against-

rant... et al.

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number,

allow proposed answer or dismissing the action

ate of New York, County of New York:

**Debbie Outten**, being duly sworn, deposes and says:

(Defendant's initials)

1. DO a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

----------------------------------------------------------------------

2. DO a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   ____ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   ____ a Notice of Default Judgment mailed to me
   ____ a Restraining Notice on my bank account.
   ____ a copy of an Income Execution served on _____
   ____ Other: _____

----------------------------------------------------------------------

3. ____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   ____ b) I did not appear and answer in the Clerk's Office
   ____ and I received a date for trial.
   ____ but the answer was entered late
   ____ Other: _____

----------------------------------------------------------------------

4. On the Date of **Trial** before Judge/Arbitrator
   DO ____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   ____ a judgment was entered after the trial.
   ____ a judgment was entered against me by default for my failure to appear.
   ____ Other: _____

----------------------------------------------------------------------

5. My reason for not
   DO ____ complying with the stipulation is _____
   ____ following the order of the Court is _____
   ____ appearing in court on the date scheduled for trial is _____
   ____ Other: I did not have the Money at the time to make the first payment
   because I had to pay for the cure, and the tenant is suffering debus traumatic injuries, and had to pay for her cure.

6. DO I allege that I have a good defense because: Yes, I still owe the Money and I would like to Make a new payment agreement, so I can prevent garnishment of my check which I can not afford at this present time due to financial issues.

7. ____ a) I have not had a previous Order to Show Cause regarding this index number.
   DO ____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: The judge refuse to sign

8. DO I request that the Judgment be vacated, that the case be restored to the calendar, that the answer be deemed timely filed and permission to serve these papers in person.

Sworn to before me this day April 15, 2014

_SCC_

Signature of Court Employee and Title

(Sign Name) _Debbie Outten_

Debbie Outten
1560 Silver Street
Apt 46
Bronx, NY 10461



# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018

Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000

NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

April 10, 2014

DEBBIE OUTTEN
1560 SILVER ST
APT 4G
BRONX NY 10461

**JUDGMENT CREDITOR**
BRONX PARK EAST HOUSING CO INC

VS

DEBBIE OUTTEN
**JUDGMENT DEBTOR**

# NOTICE OF GARNISHMENT

Please take notice that a judgment has been entered against the above named judgment debtor. Pursuant to the **INCOME EXECUTION** delivered to me, you are required to have your first payment in my office within 20 days from the above date. Payments must be 10% of your gross wages payable on each payday and must be accompanied by your most recent paystub. Upon your default, a copy of this execution will be served upon any person (corporation, etc.) from whom you are receiving or will receive money and will result in additional costs to you.

| | |
|---|---:|
| JUDGMENT . . . . . . . . . . . . . . . . . . . . . . . . . | $8,112.16 |
| STATUTORY MARSHAL FEES . . . . . . . . . | $0.00 |
| POUNDAGE . . . . . . . . . . . . . . . . . . . . . . . . . | $432.82 |
| EXPENSES . . . . . . . . . . . . . . . . . . . . . . . . . | $7.45 |
| INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . | $536.99 |
| **TOTAL . . . . . . . . . . . . . . . . . . . . . . . . .** | **$9,089.42** |

## IN ADDITION, INTEREST FROM 04/10/14 will be calculated on a daily basis. You will be notified of the final balance due when your payments approach completion.

ALL PAYMENTS SHOULD BE MARKED
WITH YOUR NAME AND THIS DOCKET NUMBER:

G6487

payable to:

**MARSHAL STEPHEN W. BIEGEL**

(FSTSRVSL)

Civil Court of the City of New York

County of Bronx Part 39

|||||| (barcode) ||||||

Index Number  CV-021678-12/BX

**ORDER TO SHOW CAUSE**
To Vacate a Judgment, restore case to the Calendar, and
vacate any liens and income executions involving this
defendant on this case, and/or to dismiss
**APPEARANCE IS MANDATORY**

Bronx Park East Housing Co., Inc.
              -against-
Troy Grant,. et al.

UPON the annexed affidavit of **Debbie Outten**, sworn to on April 11, 2014, and upon all papers and proceedings
herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Civil Court of the City of New York**
**851 Grand Concourse**
**Bronx, New York 10451**
**Part 34**                          **Room 503**
        on  _April 28, 2014_       at _9:30_ AM

or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, restoring to the calendar, vacating any liens and income executions and/or dismissing
the action if warranted and/or granting such other and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the
part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of
the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or **named attorney(s):**          Sheriff or Marshal:
(Judge to Initial)                                          (Judge to Initial)

_____ by Personal Service by " In Hand Delivery"        _____ by Personal Service by " In Hand Delivery"
__X____ by Certified Mail, Return Receipt Requested        _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office      _____ by First Class Mail with official Post Office
         Certificate of Mailing                                     Certificate of Mailing

on or before _April 17, 2014_          , shall be deemed good and sufficient.

**PROOF OF SUCH SERVICE** shall be filed with the Clerk in the Part indicated above on the return date of this Order to Show
Cause.

Attorney(s):  Mail to:                                     Sheriff/Marshal:
**Kavulich & Associates**                                  _____
 (Counsel for Pltf)                                        _____
**181 Westchester Ave**                                    _____
**Suite 500C**
**Port Chester, New York 10573**

_____
        April 11, 2014
                DATE                   Hon. Paul A. Goetz, Civil Court Judge (NYC)

4/14/14 Denied w/o prejudice
        to renew w/explanation
        as to what happened
        w/last OSC .
                              HON. JOSEPH E. CAPELLA.

*f* New York, County of Bronx

CV-021678-12/BX

...ousing Co., Inc.
.t–
t al.

Affidavit in Support to restore case to the
calendar, and vacate any judgment, liens
and income executions involving this defendant
on this case , and/or to dismiss

County of Bronx
...n,being duly sworn, deposes and says:
...tials)

a) I am the **Party** named as (Defendant)(Respondent) in the above titled action.

a) **I have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]

b) **I have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
_____ a Notice of Default Judgment mailed to me
_____ a Restraining Notice on my bank account.
_____ a copy of an Income Execution served on _____
_____ Other: _____

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6]
   _____

   b) I did appear and answer in the Clerk's Office
   X X _____ and I received a date for trial.
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   X X a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   X X appearing in court on the date scheduled for trial is _____
   X Other: _I owe money, I have failed to pay because I_
   _did not have the money at time to pay_

6. X X I allege that I have a good defense because: _I tried tryed to contest then_
   _to pay what I owe I would like to make payment_
   _on what I owe to clear up my __ balance_

7. a) I have not had a previous Order to Show Cause regarding this index number.
   X X b) I have had a previous Order to Show Cause regarding this index number but I am making this application
   because: _I would like to make a payment plan_
   _I had an agreement to pay but could not keep it at the present time I had no_
   _funds_

8. X X I request that the Judgment be vacated, AND that the case be restored to the calendar.

Sworn to before me this day April 11, 2014

_S C C_
_____
Signature of Court Employee and Title

(Sign Name) _Debbie Outten_
Debbie Outten
1560 Silver Street
Apt 4G
Bronx, New York 10461

AFFIDAVIT OF SERVICE

Index #: 21678/2012
Date Filed: 12/20/2012

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY
ATTORNEY(S): KAVULICH & ASSOCIATES, PC
ADDRESS: File No 15137

BRONX PARK EAST HOUSING CO., INC. *Plaintiff(s)/Petitioner(s)*

vs.

TROY GRANT, DEBBIE OUTTEN *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF QUEENS   SS:
EMMANUEL LANZOT, being duly sworn says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On 1/11/2013 at 3:30 PM
at 1212 COLLEGE AVENUE, APT B2, BRONX, NY 10456, deponent served the within
SUMMONS & COMPLAINT
with index Number 21678/2012, and Date File 12/20/2012 endorsed thereon,
on: TROY GRANT , Defendant therein named

| | |
|---|---|
| #1 INDIVIDUAL<br>[ ] | By delivering a true copy of each to said recipient personally; deponent the person served to be the person described as said person therein. |
| #2 CORPORATION<br>[ ] | By delivering to and leaving with  and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.<br>Service was made in following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment. |
| #3 SUITABLE<br>AGE PERSON<br>[ ] | By delivering a true copy of each to<br>a person of suitable age and discretion<br>Said premises is recipient's [ ] actual place of business [X]<br>dwelling house (usual place of abode)within the state. |
| #4 AFFIXING<br>TO DOOR<br>[X] | By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [X]<br>dwelling house (usual place of abode) within the state. |
| #5 MAIL COPY<br>[X] | On 1/14/2013 deponent completed service under the last two section by depositing a copy of the SUMMONS & COMPLAINT to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on 1/11/2013 at 3:30 PM on 1/10/2013 at 12:44 PM on 1/9/2013 At 8:03 PM |
| #7 DESCRIPTION<br>[ ] | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:<br>Sex   Color of Skin  Color of Hair  Age  Height  Weight  Other Features: |
| #8 WIT. FEES<br>[ ] | The authorized witness fee and / or traveling expense were paid (tendered) to recipient. |
| #9 MILITARY SRVC<br>[ ] | Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or the State of NEW YORK and was informed that defendant was not. Recipient wore ordinary civilian clothes and no military uniform. |
| #10 OTHER<br>[ ] | |

Sworn to me on 1/14/2013

_Thomas A. Dundas_
THOMAS A. DUNDAS
NOTARY PUBLIC, State of New York
NO. 01DU6016919, Qualified in Queens County
Commission Expires 11/30/2014

_E. _____
EMMANUEL LANZOT
Servers Lic.# 1258345

FILED
CLERK'S OFFICE

CF          JAN 1 5 2013

CIVIL COURT
BRONX COUNTY

AFFIDAVIT OF SERVICE

Index #: 21678/2012
Date Filed: 12/20/2012

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

ATTORNEY(S): KAVULICH & ASSOCIATES, PC
    ADDRESS : File No 15137

BRONX PARK EAST HOUSING CO., INC.
                                          Plaintiff(s)/Petitioner(s)
                            vs.
                TROY GRANT, DEBBIE OUTTEN
                                          Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF QUEENS       SS:
KYLE ORTIZ, being duly sworn says: Deponent is not a party herein, is over 18 years of
age and resides in New York State. On 1/3/2013 at 7:32 PM
at 1560 SILVER STREET, APT 4G, BRONX, NY 10461, deponent served the within
                        SUMMONS & COMPLAINT
with index Number 21678/2012, and Date File 12/20/2012 endorsed thereon,
on: DEBBIE OUTTEN,    Defendant    therein named

| | | |
|---|---|---|
| #1 INDIVIDUAL [ ] | By delivering a true copy of each to said recipient personally; deponent the person served to be the person described as said person therein. | |
| #2 CORPO RATION [ ] | By delivering to and leaving with  and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation. *Service was made in following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.* | |
| #3 SUITABLE AGE PERSON [X] | By delivering a true copy of each to JUSTIN 'DOE' a person of suitable age and discretion Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state. | |
| #4 AFFIXING TO DOOR [ ] | By affixing a true copy of each to the door of said premises, which is recipient's: [ ]X actual place of business [X] dwelling house (usual place of abode) within the state. | |
| #5 MAIL COPY [x] | On 1/7/2013 deponent completed service under the last two section by depositing a copy of the SUMMONS & COMPLAINT to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on  At on  At on  At | |
| #7 DESCRI PTION [X] | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex: MALE, Color of Skin: BLACK, Color of Hair: BLACK, Age: 18-21, Height: 5'4/5'8, Weight: 201+, Other Features: | |
| #8 WIT.FEES [ ] | The authorized witness fee and / or traveling expense were paid (tendered) to recipient. | |
| #9 MILITARY SERVICES [ ] | Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or the State of NEW YORK and was informed that defendant was not. | |

Sworn to me on 1/8/2013

THOMAS A. DUNDAS
NOTARY PUBLIC, State of New York
NO. 01DU6016919, Qualified in Queens County
    Commission Expires 11/30/2014

KYLE ORTIZ
Servers Lic.# 1449333

2013 JAN 11 PM 1:56

CF

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
Bronx Park East Housing Co., Inc.

vs.

Defendant(s):
Troy Grant;
Debbie Outten

Index Number:  CV-021678-12/BX

Judgment issued:  On Default

On Motion of:

Kavulich & Associates
181 Westchester Ave, Suite 500C, Port
Chester, NY 10573-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $4,981.87 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest    12/01/2006 at 9% | $2,970.29 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $50.00 | Jury Demand Fee | $0.00 | | |
| Total Damages | $7,952.16 | Total Costs & Disbursements | $160.00 | Judgment Total | $8,112.16 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) Bronx Park East Housing Co., Inc.
2324 Boston Road, Bronx, New York 10467

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Troy Grant
1212 College Ave, Apt B2, Bronx, New York 10456

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of $8,112.16 on 07/16/2013 at 04:49 PM.
Severed and Continued as to remaining parties

Judgment sequence 3

*Carol Alt*

Carol Alt, Chief Clerk Civil Court

Civil Court
of the
City of New York
JUL 1 6 2013
ENTERED
BRONX COUNTY

Page 1 of 1

.E CITY OF NEW YORK
.NX
-----------------------------------
.st Housing Co., Inc.,

       PLAINTIFF(S)

  -AGAINST-

Troy Grant , Debbie Outten

       DEFENDANT(S)
-----------------------------------

INDEX NO. 21678/12

FILE NO. 15137.0
JUDGMENT

2324 Boston Road
Bronx, NY 10467

FILED CIVIL COURT
BRONX
2013 JUL 11   AM 11:28

AMOUNT CLAIMED LESS PMTS ON ACCT.     $4,981.87
INTEREST FROM 12/1/2006       2951.76
                              7933.63

COSTS BY STATUTE                 $50.00
SERVICE OF SUMMONS AND COMPLAINT   $25.00
FILING OF SUMMONS AND COMPLAINT    $45.00
PROSPECTIVE MARSHALL'S FEE        $40.00
NOTICE OF INQUEST               $0.00
TRANSCRIPT & DOCKETING          $0.00
                              $160.00
           TOTAL  $ 8093.63

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED: WESTCHESTER, NY
    7/10/2013                          KAVULICH & ASSOCIATES, P.C.
                                  BY: GARY KAVULICH, ESQ.
                                  181 WESTCHESTER AVENUE, SUITE 500C
JUDGMENT ENTERED ON             PORT CHESTER, NY 10573
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 2/24/2013 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,  ADJUDGED THAT
Bronx Park East Housing Co., Inc.
RESIDING AT: 2324 Boston Road Bronx, NY 10467
RECOVER OF  Troy Grant,
RESIDING AT: 1212 College Avenue Apt. B2 Bronx, NY 10456-4161

THE SUM OF $4,981.87 WITH INTEREST OF $2951.76 MAKING A TOTAL OF $7933.63 TOGETHER WITH $160.00 COSTS AND
DISBURSEMENTS. AMOUNTING IN ALL TO THE SUM OF $ 8093.63 AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY SEVERED.

Settled as to defendant Debbie Outten

                                  _____
                                  CLERK

(FAX)                          P.006/011

## AFFIDAVIT OF SERVICE

Index #: 21678/2012
Date Filed: 12/20/2012

THE CITY OF NEW YORK
COUNTY
ATTORNEY(S): KAVULICH & ASSOCIATES, PC
ADDRESS: File No 15137

BRONX PARK EAST HOUSING CO., INC.

Plaintiff(s)/Petitioner(s)

vs.

TROY GRANT, DEBBIE OUTTEN

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF QUEENS    SS:
EMMANUEL LANZOT, being duly sworn says; Deponent is not a party herein, is over 18 years of age and resides in New
York State. On 1/11/2013 at 3:30 PM
at 1212 COLLEGE AVENUE, APT. B2, BRONX, NY 10456, deponent served the within
SUMMONS & COMPLAINT
with Index Number 21678/2012, and Date File 12/20/2012 endorsed thereon,
on: TROY GRANT, Defendant, therein named

| | |
|---|---|
| #1 INDIVIDUAL<br>[ ] | By delivering a true copy of each to said recipient personally; deponent the person served to be the person described as said person therein. |
| #2 CORPORATION<br>[ ] | By delivering to and leaving with  and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.<br>*Service was made in following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.* |
| #3 SUITABLE<br>AGE PERSON<br>[ ] | By delivering a true copy of each to<br>a person of suitable age and discretion<br>Said premises is recipient's [ ] actual place of business [X]<br>dwelling house (usual place of abode)within the state. |
| #4 AFFIXING<br>TO DOOR<br>[X] | By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [X]<br>dwelling house (usual place of abode) within the state. |
| #5 MAIL COPY<br>[X] | On 1/14/2013 deponent completed service under the last two section by depositing a copy of the SUMMONS &<br>COMPLAINT to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and<br>Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the<br>State of New York. Certified Mail No. Deponent was unable, with due diligence to find recipient or a person of<br>suitable age and discretion, having called thereat on 1/11/2013 At 3:30 PM on 1/10/2013 At 12:44 PM on 1/9/2013<br>At 8:03 PM |
| #7 DESCRIPTION<br>[ ] | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:<br>Sex , Color of Skin  Color of Hair  Age  Height  Weight  Other Features: |
| #8 WIT, FEES<br>[ ] | The authorized witness fee and / or traveling expense were paid (tendered) to recipient. |
| #9 MILITARY SRVC<br>[ ] | Deponent asked person spoken to whether the defendant was presently in military service of the United States<br>Government or the State of NEW YORK and was informed that defendant was not. Recipient wore ordinary civilian<br>clothes and no military uniform. |
| #10 OTHER<br>[ ] | |

Sworn to me on 1/14/2013

THOMAS A. DUNDAS
NOTARY PUBLIC, State of New York
NO. 01DU6016919, Qualified in Queens County
Commission Expires 11/30/2014

EMMANUEL LANZOT
Servers Lic.# 1256345

FILED
CLERK'S OFFICE

JAN 15 2013

CIVIL COURT
BRONX COUNTY

CF

PROCESS SERVER PLUS INC. LIC# 1077004, 96-11 101ST AVENUE, 2ND FL, OZONE PARK, NY 11416

...g Co., Inc.,
    **PLAINTIFF(S)**

    AGAINST

Troy Grant, Debbie Outten
        **DEFENDANT(S)**

AFFIDAVIT OF FACTS
CONSTITUTING THE CLAIM
THE DEFAULT AND THE
AMOUNT DUE

--------------------------------------------------

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
December, 2006 balance of $492.35
January, 2007  $1,122.38
February, 2007  $1,122.38
March, 2007  $1,122.38
April, 2007  $1,122.38
AT THE AGREED MONTHLY RENTAL OF $1,122.38
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK.  RENT WAS NOT PAID BY ANY OTHER SOURCE.  I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.  THE CAUSE OF ACTION IN THE WITHIN MATTER
ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE
ACTION IS BASED, IS SIX(6) YEARS.  THE STATUTE OF LIMITATIONS HAS NOT EXPIRED.
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $4,981.87WITH INTEREST FROM
12/1/2006 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

--------------------------------------------------
        KAVULICH & ASSOCIATES, P.C.
        BY:  GARY KAVULICH, ESQ.
        181 WESTCHESTER AVENUE, SUITE 500C
        PORT CHESTER, NY 10573


TO THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED:  WESTCHESTER, NY                      YOURS, ETC.,
    7/10/2013                                ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF                    SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON              DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

OF THE CITY OF NEW YORK
OF BRONX

INDEX NO. 21678/12

Bronx Park East Housing Co., Inc.,

PLAINTIFF(S)

AFFIRMATION OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

-AGAINST-

Troy Grant, Debbie Outten

DEFENDANT(S)

GARY KAVULICH, ESQ.,HEREBY AFFIRMS THE FOLLOWING UNDER THE PENALTY OF PERJURY.

1. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3. ON 1/23/2013,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT. AT DEFENDANT(S):

1212 College Avenue Apt. B2 Bronx, NY 10456-4161

X LAST KNOWN ADDRESS AT: Troy Grant,
Debbie Outten · 1560 Silver Street Apt. 4G Bronx, NY 10461-2429

------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

------HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE

------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

GARY KAVULICH, ESQ.

YORK

---------------------------------------------------------------X     INDEX NO:

FILE NO: 15137.0

Bronx Park East Housing Co., Inc.,                     PLAINTIFF,

                                                                 AFFIRMATION OF FACTS
        -AGAINST-                                                  CONSTITUTING THE
                                                                     AMOUNT DUE

Troy Grant, Debbie Outten,                DEFENDANT(S)

_____X

hereby deposes and says under the penalties of perjury, ss:
That deponent is the managing agent of Bronx Park East Housing Co., Inc., Plaintiff in the within action; this action was commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a lease agreement in the amount of $4,981.87 for the months December, 2006  balance of $492.35;January, 2007 through and including April, 2007 at the agreed monthly rental amount of $1,122.38 per month (after application of security and after application of payments) no part  having  been paid, although duly demanded and Damages in the amount of $0.00. All other causes of action are hereby waived and disposed of. After a complete and thorough investigation, as I have been informed by Plaintiff' s counsel, the defendant(s) is/are found not to be in the military and reside(s) in the City of New York. Rent was not paid by any other source. I make this affirmation upon personal Knowledge.

WHEREFORE, Plaintiff demands judgment against defendant for $4,981.87 with interest from December 1, 2006 together with costs and disbursements of the action.

Dated: 5/9/2013

Sworn to before me
on this   day of

_____
Notary Public

N-ffti Levenbraun

GARY KAVULICH
Notary Public, State of New York
No. 02KA6205615
Qualified in Westchester County
Commission Expires May 11, 2017

...RT OF THE CITY OF NEW YORK
...UNTY OF BRONX
-------------------------------------------------------X
Bronx Park East Housing Co., Inc.,

                                        Index No. 21678/12
                                        File No. 15137.0

                              Plaintiff,                                    s

              -against-                        **AFFIDAVIT OF**
                                               **INVESTIGATOR**
Troy Grant, Debbie Outten
          4160           Defendant(s).
-------------------------------------------------------X

STATE OF NEW YORK        )                                              ngs
                         )SS.:                                          ,
COUNTY OF WESTCHESTER    )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Troy Grant is at the present
time in military service for the purpose of entry of judgment.

On July 10, 2013, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Troy Grant military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

                                        _____
                                        Denise Miranda

Sworn to before me this
10 Day of _____ , 2013

_____
Notary Public

┌─────────────────────────────────────────┐
│           GARY KAVULICH                   │
│   NOTARY PUBLIC-STATE OF NEW YORK         │
│           NO. 02KA6205615                 │
│   QUALIFIED IN WESTCHESTER COUNTY         │
│    MY COMMISSION EXPIRES 05/11/2017       │
└─────────────────────────────────────────┘

SCRA 3.0

## Servicemembers Civil Relief Act

Last Name: GRANT

First Name: TROY

Middle Name:

Active Duty Status As Of: Jul-10-2013

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

members Civil Relief Act (50 USC App. § 501 et seq., as amended) (SCRA) (formerly known as DMDC has issued hundreds of thousands of "does not possess any information indicating that the responses, and has experienced only a small error rate. In the event the individual referenced above, or any family native asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the link.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for thousands of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: R3F63E6B104DP10

*Son J.P. Outto picked up from 9/21/13*

34   (7A)

**Civil Court of the City of New York**
**County of Bronx   Part 39**

Index Number: CV-021678-12/BX

Bronx Park East Housing Co., Inc.
   -against-
Troy Grant... et al.

2013 MAY 21   AM 10: 15

CIVIL COURT

**ORDER TO SHOW CAUSE TO**
Vacate Inquest Clerk, stay
entry of judgment and
Restore to the Trial Calendar
Appearances are mandatory

Upon the annexed affidavit of **Debbie Outten**, sworn to on **May 17, 2013**, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:
   **Bronx Civil Court**
   **851 Grand Concourse, Bronx, NY 10451**
   **Part 34C - Room 504**
   on __June 7, 2013__ at 9:30 AM
or as soon thereafter as counsel may be heard , why an order should not be made:

**To Vacate Inquest Clerk, stay entry of judgment restore to the Trial Calendar and/or dismiss**

   **PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York on this action be stayed.

   **SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Plaintiff(s) or named attorney(s)
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
___✓__ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
       Certificate of Mailing

Sheriff or Marshal
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
       Certificate of Mailing

on or before __May 23, 2013__ , shall be deemed good and sufficient.
PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause .

**Mail to Attorney:**

Kavulich & Associates
181 Westchester Ave
Suite 500C
Port Chester, NY 10573

**Sheriff/Marshal**

May 17, 2013
_____
DATE

_____
Hon. Gerald Lebovits, Civil Court Judge (NYC)

*DNQH DAmy*
*10:75An*

CV-021678-12/BX

...urt of the City of New York
...ty of Bronx

Index Number: CV-021678-12/BX

Bronx Park East Housing Co., Inc.
-against-
Troy Grant... et al.

**AFFIDAVIT IN SUPPORT TO**
Vacate Inquest Clerk, stay
entry of the judgment and
restore to the Trial Calendar

State of New York, Bronx

**Debbie Outten**, being duly sworn, deposes and says:

(Initials)

1. ⎵⏘ a) **I am** the party named as (Defendant)(Respondent) in the above titled proceeding.

2. _____ I **request** that the Court issue an order for: **Vacate Inquest Clerk, stay the entry of judgment and restore to the Trial Calendar**

3. _____ I have a good defense because: I do owe the amount that is stated. It was a two person residing at the apartment

4. _____ I have a good excuse/reason because: I was at work and was unable to pick up the papers. Did not have anyone else to pick it up.

5. _____ (a) I have **not** had a previous Order to Show Cause regarding this Index Number
   ⎵⏘⏘(b) I **have** had a previous Order to Show Cause regarding this index number but I am making this further application because Did Not Pick it up in an time by order was during working hours

Sworn to before me this day:
May 17/2013

(Sign Name) Debbie Outten
Debbie Outten, residing at 1560 Silver Street, Apt 4G, Bronx, NY 10461

COURT REV ASST.
Signature of Court Employee and Title

*Not timely picked up* ✓

Civil Court of the City of New York
County of Bronx   Part 39

Index Number: CV-021678-12/BX

|||||||||||||||||||||||||||||||||||||||||

Bronx Park East Housing Co., Inc.
        -against-
Troy Grant... et al.

34C - 9

**ORDER TO SHOW CAUSE TO**
Vacate Inquest Clerk, stay
entry of judgment and
Restore to the Trial Calendar
Appearances are mandatory

**Upon** the annexed affidavit of **Debbie Outten**, sworn to on **April 25, 2013**, and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:

    **Bronx Civil Court**
    **851 Grand Concourse, Bronx, NY 10451**
    **Part 34C - Room 504**
    on ___May 17___ 2013 at 9:30 AM

or as soon thereafter as counsel may be heard , why an order should not be made:

**To Vacate Inquest Clerk, stay entry of judgment restore to the Trial Calendar and/or dismiss**

        **PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Plaintiff(s), Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York on this action be stayed.

        **SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

        Plaintiff(s) or named attorney(s)                 Sheriff or Marshal
(Judge to Initial)                                                    (Judge to Initial)

_____ by Personal Service by " In Hand Delivery"      _____ by Personal Service by " In Hand Delivery"
___✓__ by Certified Mail, Return Receipt Requested      _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office      _____ by First Class Mail with official Post Office
        Certificate of Mailing                                  Certificate of Mailing

    on or before ___5/1/13_____ , shall be deemed good and sufficient.
    PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause .

Mail to Attorney:                                            **Sheriff/Marshal**

    Kavulich & Associates
    181 Westchester Ave
    Suite 500C
    Port Chester, NY 10573

April 25, 2013
_____                     _____
        DATE                                         Hon. David B. Cohen, Civil Court Judge (NYC)

Civil Court of the City of New York
County of Bronx

Index Number: CV-021678-12/BX

Bronx Park East Housing Co., Inc.
          -against-
Troy Grant... et al.

**AFFIDAVIT IN SUPPORT TO**
Vacate Inquest Clerk, stay
entry of the judgment and
restore to the Trial Calendar

State of New York, Bronx

**Debbie Outten,** being duly sworn, deposes and says:

(Initials)

1. _D.O._  a) I am the party named as (Defendant) (Respondent) in the above titled proceeding.

2. _D.O_  I request that the Court issue an order for: **Vacate Inquest Clerk, stay the entry of judgment and restore to the Trial Calendar**

3. _D.O_  I have a good defense because: I have Moved out of the apartment with children + left the other tenal residing there. It is unconscionability fair. I also dispute the amount.

4. _DO_  I have a good excuse/reason because: I arenined late because I tread to drop my elderly mother to the center.

5. _D.O_  (a) I **have not** had a previous Order to Show Cause regarding this Index Number
   _____ (b) I **have** had a previous Order to Show Cause regarding this index number but I am making this further application because _____

Sworn to before me this day:
April 25, 2013

(Sign Name) _Debbi. Outts_
Debbie Outten, residing at 1560 Silver Street, Apt 4G, Bronx,
NY 10461

William Hanley /SDRA
Signature of Court Employee and Title

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------x

Bronx Park East Housing Co., Inc.,
                    Plaintiff,

         -against-

Troy Grant, Debbie Outten,

                Defendant(s)

-------------------------------------------------------x

INDEX NO.
FILE NO. 15137.0    021673

SUMMONS
Place of Venue is Plaintiff's
place of business:

2324 Boston Road
Bronx, NY 10467

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $5,481.87 with interest thereon from December 1, 2006 together with costs of this action.

DATED: December 18, 2012

# FEE PAID

DEC 2 0 2012

## CIVIL COURT
## BRONX COUNTY

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendant's Address:
 Troy Grant                   Debbie Outten,
 1212 College Avenue, Apt. B2      1560 Silver Street Apt. 4G
 Bronx, NY 10456-4161            Bronx, NY 10461-2429

Note:  The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $4,981.87 representing rental arrears for the months of December, 2006 balance of $492.35; January, 2007 through and including April, 2007 at the agreed monthly sum of $1,122.38 for the premises known as 2324 Boston Road, Apt.9D Bronx, NY 10467 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $4,981.87 plus interest from December 1, 2006 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of   $0.00 plus interest from December 1, 2006 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00  together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

Civil Court of the City of New York
County of Bronx

Index No: CV-021678-12/BX



Bronx Park East Housing Co., Inc.
     -against-
Troy Grant... et al.

**ORAL ANSWER**
**ACTION FOR MONEY ONLY**

---

Defendant, Debbie Outten, at 1560 Silver Street, Apt 4G, Bronx, NY 10461, answers the Complaint as follows:

**ANSWER: Dated : 02/22/2013**
*(Check all that apply)*

**FILED**
**CLERK'S OFFICE**
FEB 2 2 2013
**CIVIL COURT**
**BRONX COUNTY**

1     General Denial: I deny the allegations in the complaint

     **SERVICE**

2     I did not receive a copy of the summons and complaint

3     I received the Summons and Complaint, but service was not correct as required by law.

     **DEFENSES**

4     I do not owe this debt.

5     I did not incur this debt. I am the victim of identity theft or mistaken identity.

6     I have paid all or part of the alleged debt.

7   XX I dispute the amount of the debt.

8     Plaintiff is required to be licensed by the department of consumer affairs of the City of New York and does not allege a license number in the Complaint.

9     Statute of Limitations ( the time has passed to sue on this debt).

10    The debt has been discharged in bankruptcy.

11    The collateral (property) was not sold at a commercially reasonable price.

12    Unjust enrichment (the amount demanded is excessive compared with the original debt.)

13    Violation of the duty of good faith and fair dealing.

14   XX Unconscionability (the contract is unfair.)

15    Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

16    Defendant is in the military.

17   XX Other: I WAS SHARING THE RENT WITH THE CO-DEFENDANT.

     **OTHER**

18    Please take notice that my only source of income is _____,which is exempt from collection.

**COUNTERCLAIM**

19    Counterclaim(s):$ _____ Reason: _____

This case is scheduled to appear on the calendar as follows:

Date: March 15, 2013 Part: Part 11 - Self Represented Non-Jury Room 503 Time: 10:30 AM Both Sides Notified:

To:

      Kavulich & Associates            ID: DMV
      181 Westchester Ave
      Suite 500C
      Port Chester, NY 10573

Page 29

**CIVIL COURT OF THE CITY OF NEW YORK**

County of Bronx Part 34

Index No. 21678/12

File #

15137

**STIPULATION OF SETTLEMENT**

Docket # G6487

Bronx Park East Housing Co.

Plaintiff(s),

-against-

Troy Grant
Denise Outten

Defendant(s).

Civil Court
of the
City of New York
MAY 02 2014
ENTERED
BRONX COUNTY

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows: Plaintiff consents to vacate judgment and lift any and all restraints, liens or executions against Defendant Denise Outten only. Judgment, liens, executions or restraints remain in full force & effect against Defendant ~~Troy~~ Troy Grant. Plaintiff shall accept $4100⁰⁰ in full satisfaction of all claims against Denise Outten provided commencing on or before 5/30/14 and on or before the 30th of every month thereafter Defendant shall pay $150⁰⁰ per/month until the debt is satisfied. Make payments to: Marshal Biegal 109 West 38th Street Suite # 200 NY NY 10018. Include docket # G6487 on all payments. In the event of default Plaintiff shall enter judgment upon 5 days written notice for the full amount sought in the complaint and all lawful interest less any payments to date. Upon satisfaction of the debt Plaintiff shall file &

| Signature | Date | Signature | Date |
|-----------|------|-----------|------|
| serve a notice of Discontinuance. | | | |

| Signature | Date | Signature | Date |
|-----------|------|-----------|------|

This stipulation contains the full terms & conditions

CIV-GP-32 (Revised December, 2005) of this agreement.

Page ____ of ____

C. Johnson, Esq.
Of Counsel Kavulich + Assoc, P.C.
for Plaintiff

PAUL A. GOETZ
JUDGE, CIVIL COURT

Page 30

Civil Court of the City of New York

County of Bronx Part 39

Index Number CV-021678-12/BX

Bronx Park East Housing Co., Inc.
     -against-
Troy Grant... et al.

**ORDER TO SHOW CAUSE**
To Vacate a Judgment, restore case to the Calendar, and
vacate any liens and income executions involving this
defendant on this case, and/or to dismiss
**APPEARANCE IS MANDATORY**

UPON the annexed affidavit of **Debbie Outten**, sworn to on April 17, 2014, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Civil Court of the City of New York**
**851 Grand Concourse**
**Bronx, New York 10451**
Part  **34**     Room 503
on  May 2, 2014    at _9:30_ AM

or as soon thereafter as counsel may be heard, why an order should not be made:

VACATING the Judgment, restoring to the calendar, vacating any liens and income executions and/or dismissing the action if warranted and/or granting such other and further relief as may be just.

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

Sheriff or Marshal:
(Judge to Initial)

| | |
|---|---|
| _____ by Personal Service by " In Hand Delivery" | _____ by Personal Service by " In Hand Delivery" |
| __X__ by Certified Mail, Return Receipt Requested | __X__ by Certified Mail, Return Receipt Requested |
| _____ by First Class Mail with official Post Office | _____ by First Class Mail with official Post Office |
|      Certificate of Mailing |      Certificate of Mailing |

on or before   **APRIL 23, 2014**   , shall be deemed good and sufficient.

PROOF OF SUCH SERVICE shall be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

Attorney(s):  **Mail to:**
Kavulich & Associates
Counsel for Pltf)
181 Westchester Ave
Suite 500C
Port Chester, New York 10573

Sheriff/Marshal:
NYC Marshal
**Biegel, Stephen, Marshal**
109 W 38 Street
**Suite 200**
**New York, NY 10018-3615**

April 17, 2014

DATE

Clerk's Office, Clerk's Office

**PAUL L. ALPERT**
**JUDGE, CIVIL COURT**

...urt of the City of New York, County of Bronx

Park East Housing Co., Inc.

  -against-

Grant... et al.

CV-021678-12/BX

Affidavit in Support to restore case to the calendar, vacate any judgment, liens and income executions involving this defendant on this case , and/or to dismiss

of New York, County of Bronx

**Debbie Outten**, being duly sworn, deposes and says:

(Defendant's initials)

  *DO*   a) I am the **Party** named as (Defendant)(Respondent) in the above titled action.

2.  *DO*   a) I have been served with a summons and complaint in this action. [NOTE; if Small Claims skip #3, and go to # 4] *marshal's notice of garnishment dated 4/10/19*

     b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]

        ____ a Notice of Default Judgment mailed to me

        ____ a Restraining Notice on my bank account.

        ____ a copy of an Income Execution served on _____

        ____ Other: ~~████████████████~~

3.  ____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

     b) I did appear and answer in the Clerk's Office

      *DO* and I received a date for trial.

      ____ but the answer was entered late

      ____ Other: _____

4.     On the Date of **Trial** before Judge/Arbitrator

    *DO* a stipulation(a written agreement) was made between claimant/plaintiff and defendant.

    ____ a judgment was entered after the trial.

    ____ a judgment was entered against me by default for my failure to appear.

    ____ Other: _____

5.   My reason for not *Due to limited amount as my funds due to caring for my mother who is suffering from kidney/#12*

    *DO* complying with the stipulation is *I was unable to make the past payment my bill*

    ____ following the order of the Court is _____

    ____ appearing in court on the date scheduled for trial is _____

    ____ Other: _____

6.  ✓ I allege that I have a good defense because: *I was not Notify by the attorney office within ten days when I did not have a payment I have made attempt by calling And left message to make Payment arrangement like to the court last week's*

7.  ✓ a) I have not had a previous Order to Show Cause regarding this index number. *on notice of garnishment in the bill. They were referred to pay*

     b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: *In my original stipulation was 350.00 Nov 14 is $112.16 w.m in one yr If they bad Please restore the judgment amount.*

8.  ✓ I request that the Judgment be vacated, that the case be restored to the calendar, ~~and permission to serve these papers in person.~~

Sworn to before me this day April 17, 2014

*(signature)* SCC

Signature of Court Employee and Title

(Sign Name) *Debbie Outten*

Debbie Outten

1560 Silver Street

Apt 4G

Bronx, New York 10461

## CASE SUMMARY

| | |
|---|---|
| Court: | Bronx County Civil Court |
| Index Number: | CV-021678-12/BX |

Plaintiff(s):
Bronx Park East Housing Co., Inc.

vs.

| | |
|---|---|
| Case Type: | Civil |
| Filed Date: | 12/20/2012 |
| Classification: | General |
| Status: | Active - Pending Further Review |

Defendant(s):
Troy Grant;
Debbie Outten

Cause(s) of Action:   Other in the amount of $5,481.87

(P)   Bronx Park East Housing Co., Inc.
Kavulich & Associates - 181 Westchester Ave, Suite 500C, Port Chester, NY 10573

(D)   Troy Grant - 1212 College Ave, Apt B2, Bronx, NY 10456

(D)   Debbie Outten - 1560 Silver Street, Apt 4G, Bronx, NY 10461

## PAPERS RECORDED

| | |
|---|---|
| 12/20/2012 | Summons and Complaint (Attorney), Filed By: (P) Bronx Park East Housing Co., Inc. |
| 02/22/2013 | Answer Filed (Self Represented), Filed By: (D) Debbie Outten; (D) Troy Grant |
| 04/25/2013 | Motion (Order to Show Cause), Seq 1, Court Date(s): 05/17/2013, Filed By: (D) Debbie Outten, Relief: Vacate Inquest Clerk, Status: Decided (05/17/2013, Withdrawn, Elizabeth A. Taylor) |
| 05/17/2013 | Motion (Order to Show Cause), Seq 2, Court Date(s): 06/07/2013; 06/07/2013, Filed By: (D) Debbie Outten, Relief: Vacate Inquest Clerk, Status: Decided (06/07/2013, Denied - No Appearance Movant, Donald A. Miles) |
| 06/04/2013 | Judgment (Default Judgment), Seq 1, Filed Date: 06/04/2013, Total Judgment: $5,611.87, Status: Rejected (06/06/2013), Creditor(s): (P) Bronx Park East Housing Co., Inc., Debtor(s): (D) Troy Grant |
| 06/04/2013 | Judgment (Calendar Default: Inquest Clerk), Seq 2, Filed Date: 06/04/2013, Total Judgment: $5,646.87, Status: Rejected (06/06/2013), Creditor(s): (P) Bronx Park East Housing Co., Inc., Debtor(s): (D) Debbie Outten |
| 06/07/2013 | Motion (Order to Show Cause), Seq 3, Court Date(s): 06/21/2013; 06/21/2013, Filed By: (D) Debbie Outten, Relief: Vacate Inquest Clerk, Status: Decided (06/21/2013, Withdrawn, Joseph E. Capella) |
| 07/11/2013 | Judgment (Default Judgment), Seq 3, Filed Date: 07/11/2013, Total Judgment: $8,112.16, Entered Date: 07/16/2013, Status: Entered (07/16/2013), Creditor(s): (P) Bronx Park East Housing Co., Inc., Debtor(s): (D) Troy Grant |
| 04/11/2014 | Motion (Order to Show Cause), Seq 4, Filed By: (D) Debbie Outten, Relief: Vacate Judgment, Status: Filed |
| 04/15/2014 | Motion (Order to Show Cause), Seq 5, Filed By: (D) Debbie Outten, Relief: Vacate Judgment, Status: Filed |

This report reflects information recorded as of 08/11/2017 10:33 AM.  Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

CV-021678-12/BX  (P) Bronx Park East Housing Co., Inc. vs. (D) Troy Grant

| | |
|---|---|
| 04/17/2014 | Motion (Order to Show Cause), Seq 6, Court Date(s): 05/02/2014, Filed By: (D) Debbie Outten, Relief: Vacate Judgment, Status: Decided (05/02/2014, Settled - Motion Disposed, Paul A. Goetz) |

## APPEARANCE ACTIVITY

| | |
|---|---|
| 03/15/2013 | Part 11 - Self Represented Non-Jury, Purpose: Trial: Bench, Outcome(s): Inquest Clerk - Partial (based on Bench Trial); Adjourned: 04/25/2013 |
| 04/25/2013 | Part 11 - Self Represented Non-Jury, Judge: Gerald Lebovits, Purpose: Trial: Bench, Outcome(s): Inquest Clerk |
| 05/17/2013 | Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Judge: Elizabeth A. Taylor, Purpose: Motion (1) - Vacate Inquest Clerk, Outcome(s): Withdrawn |
| 06/07/2013 | Part 34 - Procedural Motions - Self Represented Litigant, Judge: Donald A. Miles, Purpose: Motion (2) - Vacate Inquest Clerk, Outcome(s): Denied - No Appearance Movant |
| 06/07/2013 | Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Purpose: Motion (2) - Vacate Inquest Clerk, Outcome(s): Rescheduled: 06/07/2013 |
| 06/21/2013 | Part 34 - Procedural Motions - Self Represented Litigant, Judge: Joseph E. Capella, Purpose: Motion (3) - Vacate Inquest Clerk, Outcome(s): Withdrawn |
| 06/21/2013 | Part 34C - Procedural Motions - Self-Represented Litigant - Consumer, Purpose: Motion (3) - Vacate Inquest Clerk, Outcome(s): Rescheduled: 06/21/2013 |
| 05/02/2014 | Part 34 - Procedural Motions - Self Represented Litigant, Judge: Paul A. Goetz, Purpose: Motion (6) - Vacate Judgment, Outcome(s): Settled - Motion Disposed |

This report reflects information recorded as of 08/11/2017 10:33 AM.  Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 2 of 2

Page 34