CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

179 GROUP, LLC

                    PETITIONER(S),

          AGAINST                      PREMISES:
SEMAKULA          TARSHA/GEORGE        135   WEST 170TH STREET        E1
                  RESPONDENT(S)        BRONX          NY 104520000

     UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF TARSHA/GEORGE    SEMAKULA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON   OCTOBER  31, 2008,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

     LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S)  SHOW CAUSE AT A
MOTION TERM OF THE
               CIVIL COURT OF THE CITY OF NEW YORK
               HOUSING PART: PART M, RM.460
               LOCATED AT:  1118 GRAND CONCOURSE, BRONX
               ON:      NOVEMBER 18, 2008, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

     VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
     RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
     AND FURTHER RELIEF AS MAY BE JUST.

     UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

     SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY'S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
     ATTORNEY (OR PARTY)                           MARSHAL:
(JUDGE TO INITIAL)                          (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"    __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.               __BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE      __BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                   OF MAILING AT POST OFFICE
ON OR BEFORE _____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

     PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK'S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                              MARSHAL:
ALFRED T. GREENBERG, P.C.              THOMAS J BIA-BADUE #9
4200 WHITE PLAINS ROAD                 181 EAST 161 ST.
BRONX   NY 10466                       BX   NY 10451
TELEPHONE: (718) 655-9200              TELEPHONE: (718) 681-2879

_____                       DALE ALPERT
     DATE                              JUDGE  CIVIL/HOUSING COURT

                                       CIV-LT-91 (REVISED 7/99)

[PLEASE PRESS HARD]

_39735/08_

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

_____ Petitioner,

against

_____ Respondent

Address: _136 West 170 ___

_Bronx NY 10452_____ Apt. _E1_

State of New York, County of _BX_ ss.:

_Igrsha Semakula_ , being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | | |
|---|---|---|
| **1.** **PARTY** | _I.S._ | a) I am the tenant named as respondent in the above summary proceeding. |
| | | b) I am the person claiming possession to these premises and am the _____ of the tenant named above. |

| | | |
|---|---|---|
| **2.** **SERVICE** **and ANSWER** | _I.S._ | I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial. |
| | | I received a Holdover Notice of Petition and Petition and the date had already passed. |

**3.** **EXCUSE**

On the Date of Trial before Judge _____

____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: _____

_X.S._ b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because: _Catholic Charities evaluated me and I was not eligible for their services_ .

**4.** **DEFENSE**

I allege that I have a good defense because:

____ I was improperly served.
____ the amount being claimed is incorrect.
____ there is credit due for rent overcharge.
____ the rent has been offered and refused.
____ there are conditions in the apartment which need repair or services which have not been provided.

____ petitioner is not the owner.
____ no rent was demanded.
____ the rent has been partially/fully paid.*
____ I have been harassed.

_X_ *Explain rent payments, if any, or other defense: _X Waited for Social service evaluation was determined as eligible Beginning Dec 1 pay 1,000.00 (~ 200.32) and arrears otherwise I have to move_

**5.** **REQUEST**

I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.** **PRIOR ORDER**

____ a) I have not had a previous Order to Show Cause regarding this index number.
____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _31_ day of _Oct_ , 20_08_

_____
Signature of Court Employee and Title

_Isha M Semakula_
Signature of Respondent

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

Page 2

CIVIL COURT OF THE CITY OF NEW YORK

County of _Bronx_

Date _9/29/08_   Part _M_

Index No. L&T: _39385-08_

Page _1_ of

Hon. _Fitzpatrick_

170 Group LLC

Petitioner(s),

against

Tarsha Semakula, Respondent(s)

185 W 170 #E1

STIPULATION OF SETTLEMENT

*The parties understand that each party has the
right to a trial, the right to see a Judge at any time
and the right not to enter into a stipulation of
settlement. However, after review of all the issues,
the parties agree that they do not want to go to trial
and instead agree to the following stipulation in
settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

Motion granted solely to the extent of staying execution of the warrant to 10-15-08 for the payment of $3,504.98 thru Sept + Oct. Above payment may be accepted w/o prejudice - All payments received shall be applied to current then to the arrears. Rep Seller repair (A) floor apartment (B) tiles in bathroom (C) electrical box in kitchen + hallway etc will inspect + repair as usually needed. Upon default re-mail Marshall notice only. Access date 9/30/08 10 AM

CIV-LT-30 page 1(Revised 4/07)                                                   Page 3

```
**********************************************************************
**********************************************************************
```

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
HOUSING PART M, RM. 460
SEPTEMBER 29, 2008

INDEX NO. 039735/2008
MOTION SEQUENCE NO.: 002

---

170 GROUP, LLC

         PETITIONER(S),

    AGAINST

SEMAKULA        TARSHA/GEORGE
          RESPONDENT(S)

DECISION/ORDER

PRESENT:

THOMAS M. FITZPATRICK
    JUDGE

---

    RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

PAPERS          NUMBERED

NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... |_____
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... |_____
ANSWERING AFFIDAVITS.......................... |_____
REPLYING AFFIDAVITS........................... |_____
EXHIBITS...................................... |_____
STIPULATIONS.................................. |_____
OTHER_____ |_____

    UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

    M6 GREX

DATE  9/29/08

JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

GENERATED: 09/15/2008 @ 11:24:41    CIV-LT-85 (7/99) (REPLACES 43-2030)

OF NEW YORK                         INDEX NO. 039735/2008
                                    SEQ NO. 002
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

170 GROUP,LLC

                      PETITIONER(S),
          AGAINST
SEMAKULA                                  PREMISES:
                      TARSHA/GEORGE        136   WEST 170TH STREET          E1
                      RESPONDENT(S)        BRONX              NY 104520000

     UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF TARSHA/GEORGE        SEMAKULA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON SEPTEMBER  15, 2008,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

     LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
               CIVIL COURT OF THE CITY OF NEW YORK
               HOUSING PART: PART M, RM.460
               LOCATED AT:   1118 GRAND CONCOURSE, BRONX
               ON:           SEPTEMBER 29, 2008, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

          VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
          RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
          AND FURTHER RELIEF AS MAY BE JUST.

          UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

          SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
          ATTORNEY(OR PARTY)                        MARSHAL:
(JUDGE TO INITIAL)                       (JUDGE TO INITIAL)
_✓_BY PERSONAL SERVICE "IN HAND DELIVERY"  _✓_BY PERSONAL SERVICE "IN HAND DELIVERY"
_✓_BY CERTIFIED MAIL, R. R. R.           ___BY CERTIFIED MAIL, R. R. R.
_✓_BY FIRST CLASS MAIL WITH CERTIFICATE  ___BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                 OF MAILING AT POST OFFICE
ON OR BEFORE _____9 15 08_____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

          PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                MARSHAL:
ALFRED I. GREENBERG,P.C.                 THOMAS J BIA-BADGE #9
4200 WHITE PLAINS ROAD        —          181 EAST 161 ST.
BRONX,  NY 10466                         BX,  NY 10451
TELEPHONE: (718) 655-8200                TELEPHONE: (718) 681-8878

     9 18 08                             THOMAS M. FITZPATRICK
_____                          JUDGE, CIVIL/HOUSING COURT
     DATE

DENIED _____
GENERATED: 09/15/2008 @ 11:24:41              CIV-LT-71 (REVISED 7/99)

_____ of New York

I.D. Presented Type: _____
No I.D. provided

Housing Part _____

[PLEASE PRESS HARD]

Index No. LT **39735/08**

against                                    Petitioner,

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Respondent

Address: 136 West 170th Street.
Bronx NY 10452          Apt. E.1

State of New York, County of _____ ss.:

Tarsha Semakula
(Print Your Name)
, being duly sworn, deposes and says:

**Tenant's Initials**

**1.**
**PARTY**    _TS_    a) I am the tenant named as respondent in the above summary proceeding.
b) I am the person claiming possession to these premises and am the _____
of the tenant named above.

**2.**
**SERVICE**
**and ANSWER**    _TS_    I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
I received a Holdover Notice of Petition and Petition and the date had already passed.

**3.**
**EXCUSE**    _____    On the Date of Trial before Judge _____
a) A Judgment was entered against me by default for my *failure to appear.* My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____

_TS_    b) a Judgment was entered **(after trial) (after stipulation)** but (I) (the Landlord) *failed to comply* with the Order of the Court because: The assistance (Catholic Charities) and employment that I needed to satisfy the stipulation has now arrived.

**4.**
**DEFENSE**    I allege that I have a good defense because:
_____ I was improperly served.          _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.      _____ no rent was demanded.
_____ there is credit due for rent overcharge.     _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.      _____ I have been harassed.
_X_ there are conditions in the apartment which need repair, or services which have not been provided.

no repairs
have been
done per
stipulation

*Explain rent payments, if any, or other defense: & the assistance (Catholic Charities) and employment that I needed to satisfy the Stipulation has now arrived &

**5.**
**REQUEST**    I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.**
**PRIOR**
**ORDER**    _____ a) I have not had a previous Order to Show Cause regarding this index number.
_____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this ___ day of _Sept_, 2008

Tarsha M. Semakula
Signature of Respondent

_____
Signature of Court Employee and Title

Page 6

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)



## OFFICE OF THE CITY MARSHAL
**THOMAS J. BIA**
**CITY MARSHAL # 9**
**181 EAST 161st STREET**
**BRONX, NY 10451**
**PHONE: 718/681-8878**
**FAX: 718/681-8677**

## WARRANT REQUISITION

**COUNTY: BRONX**
**INDEX # 039735/08**

MARSHAL'S DOCKET # _223863_

**PETITIONERS**
170 GROUP, LLC

**RESPONDENTS**
TARSHA SEMAKULA,

**ADDRESS:**

APT: E1             ROOMS: ALL
136 West 170th Street Apt.# E1
Bronx, NY 10452

N/P  X    H/O ____    A/T  X    DEF ____    RES  X    COM ____

COMMENTS: _ISSUAVCE FORtHWITH per STIPuLATIoN_

DATE: July 30, 2008

**THOMAS J. BIA**
**BADGE # 9**

KK03-18-E1

CLERK OF THE CIVIL COURT OF THE CITY OF
COUNTY OF   BRONX                                          LT  Index

170 GROUP, LLC                              *Petitioner*
                                            *Landlord*
            - against -

TARSHA SEMAKULA                             *Respondent*
                                            *Tenant*


136 WEST 170th STREET
 APT. E1
BRONX , NY 10452

     YOU ARE HEREBY REQUESTED TO SUBMIT THE PAPERS IN THE ABOVE
ENTITLED  PROCEEDING TO THE JUDGE FOR A FINAL JUDGEMENT.
JUDGEMENT FOR  ALL ITEMS  CLAIMED AS ADDITIONAL_RENT(S) IS
HEREBY WAIVED WITHOUT PREJUDICE.

                              ATTORNEYS FOR THE PETITIONER
                              Alfred I. Greenberg

                           **Alfred I. Greenberg, P.C.**
                              4200 White Plains Road
KK03-18-E1                    Bronx, New York 10466

COUNTY OF
DECISION AND JU~

170 GROUP, LLC,

Petit~

**AGAINST**
SEMAKULA, TARSHA
SEMAKULA, GEORGE

Respondent(s)

**Decision and judgment is** rendered based upon
a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
170 GROUP, LLC,
and against
SEMAKULA, TARSHA
A counterclaim is granted in favor of the respondent in the amount of      $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of      $0.00 in favor of:
170 GROUP, LLC,
and against
SEMAKULA, TARSHA

for a total amount of   $2039.14

(Monthly use and occupancy is set at      $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith          Execution_____ _A_P_S___

Date   _7/29_

                                    THOMAS M. FITZPATRICK
                   Judge, Civil/Housing Court    JUDGE, HOUSING PART

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on   _7/29_

                                           Chief Clerk, Civil Court
Warrant issued to Marshal   _Bia_     On   _8/15/08_

CIV-LT-50(2006)                                      Page 1 of 1

CIVIL COURT OF THE CITY OF NEW ~~
COUNTY OF __BRONX__
PART __M__   DATE: __7/29/08__                    HON. ____

170 Group, LLC

                                    STIPULATION OF SETTLEMENT
                                    The parties understand that each party has the right to a
                                    trial, the right to see a Judge at any time and the right not
                                    to enter into a stipulation of settlement. However, after a
                        Plaintiff(s)/Petitioner(s)     review of all the issues, the parties agree that they do not
                                    want to go to trial and instead agree to the following
        -against-                   settlement of the issues in this matter:

Tarsla Semakula & ~~George Semakula~~

                                                              S. Crossed

                Defendant(s)/Respondent(s)

Party Status:    __170 Group LLC__       Added/Amended/Deleted    Appearance    No Appearance    No Answer
Petitioner: __170 Group LLC__                                         ✓
Respondent: __Tarsha Semakula__                                       ✓
Respondent:
~~Petitioner~~ discontinues Case Against George Semakula w/o Prejudice.
1. Respondent consents to a FINAL JUDGMENT in the amount of $ __2,039.74__ which
represents all rent due through __July 31, 2008__ and the Petition is so amended.

(Respondent has a Breakdown) _____

2. ISSUANCE OF THE WARRANT FORTHWITH, execution stayed to a default of the following
payments:

      MOTION GRANTED TO THE EXTENT OF STAYING EXECUTION OF THE
      WARRANT TO A DEFAULT OF THE FOLLOWING PAYMENTS:
(UPON DEFAULT, RE-MAIL MARSHAL'S NOTICE ONLY. NO FURTHER MARSHAL'S NOTICE REQUIRED.)

a. $ __2,039.74__ BY __8/29/08__ b.$ _____ BY _____ c.$ _____ BY _____

RESPONDENT tenders, accepted without prejudice & already credited above: _____

--PARTIAL PAYMENTS MAY BE ACCEPTED WITHOUT PREJUDICE & ALL PAYMENTS RECEIVED SHALL FIRST BE
APPLIED TO CURRENT RENT, THEN TO ARREARS.
ONE (1) ORDER TO SHOW CAUSE UPON GOOD CAUSE
Respondent alleges: (a) tiles in Bathroom Flr (b) Paint Apartment.
(c) Electrical wires exposed in Kitchen &
hallway
                                        Landlord to inspect & repair as legally needed

Access Dates: __8/11/08  9-5__   & any days needed thereafter. Tenant's telephone # __1-806-594-3185__
                __workers by narg__

ATTORNEY FOR PETITIONER (S)                RESPONDENT (S)                Page 10
By (X) of Counsel

**CIVIL COURT OF THE**
County of ~~Bronx~~
_____ Housing Part

170 Group. LLC

Petitioner(s),

-against-

Tarsha Semakula, George Semakula
Respondent(s)

**LANDLORD**
**ANSWER IN PERSON**

Name: Semakula, Tarsha, M.

Address: 136 West 170th Street

Bronx 10452 Apt. E1

☑ Respondent/☐ Person claiming possession has appeared and has orally answered the Petition as follows:

Answer

**SERVICE**
1. _____ The Respondent did not receive a copy of the Notice of Petition and Petition.
2. _____ The Respondent received the Notice of Petition and Petition, but service was not correct as *required by law.*

**PARTIES**
3. _____ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Notice of Petition and Petition.
4. _____ The Petitioner is not the Landlord or Owner of the building, or a proper party.

**RENT**
5. _____ No rent demand or proper rent demand, either oral or written, was made before this proceeding.
6. _____ The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. _____ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. _____ The Petitioner owes money to the Respondent because of a rent overcharge.
9. _____ The rent, or a portion of the rent, has already been paid to the Petitioner.

**APARTMENT**
10. _____ There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. _____ Public Assistance shelter allowance has stopped because of housing code violations in the apartment or the building.
12. _____ The apartment is an illegal apartment.

**OTHER**
13. _____ Laches.          14. _____ General Denial.
15. _____ Respondent/Person claiming possession is in the military service or is a dependent of someone in the military service.
16. ✓ Other Answer   Disputes Amount _____

9/22/08
_____ Dated                                      KN
                                           Clerk's Initials

**NOTICE OF SCHEDULED APPEARANCE**
This case is scheduled to appear on the calendar as follows:

DATE: 9/29/2008   TIME: 2pm   PART: M   ROOM: 460

**YOU SHOULD ARRIVE AT THE COURTHOUSE <u>AT LEAST ONE HALF HOUR BEFORE</u> THE ABOVE
SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A
SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-
READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE,
YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR
REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS
DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.
THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.
YOU MUST APPEAR AND BRING THIS FORM WITH YOU.**

*For assistance visit a Resource Center in the courthouse or the court's website: NYCourts.Gov/NYCHousing.*

CIV-LT-91(Revised May 2007)

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX  HOUSING PART

Index No. L/T

170 GROUP, LLC

Petitioner(s)-Landlord(s)

against

TARSHA SEMAKULA
GEORGE SEMAKULA

Respondent(s) - Tenant(s)

Address

136 WEST 170th STREET
APT. E1

BRONX , NY 10452

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.
Person intended being in possession of the premises herein described.*

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming
possession thereof:

PLEASE TAKE NOTICE  that the annexed petition of 170 GROUP, LLC
verified July 14, 2008 prays for final judgment of eviction, awarding to the petitioner possession of the premises described
as follows:All Rooms, Apartment E1
located at 136 West 170th Street, Bronx,  NY 10452, County of Bronx, in the City of New York
as demanded in the petition.

TAKE NOTICE also that demand is made in the petition for judgment against you for the sum of $2,688.80 with interest
from plus the cost and disbursements of the proceeding.

TAKE NOTICE also that WITHIN FIVE DAYS after service of this Notice of Petition upon you, you must answer, either
orally before the Clerk of this Court at 1118 Grand Concourse, Bronx, NY 10456,
County of Bronx, City and State of New York, or in writing by serving a copy thereof upon the attorneys for the petitioner,
and by filing the original of such answer, with proof of service thereof, in the Office of the Clerk.  Your answer may set forth any
defense or counterclaim you may have against the petitioner unless such defense or counterclaim is precluded by law or prior
agreement of the parties.  On receipt of your answer, the Clerk will fix and give notice of the date for trial or hearing which will be
held not less than 3 nor more than 8 days thereafter, at which you must appear.  If, after the trial or hearing, judgment is rendered
against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE days from the
the date of such judgment.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition,
you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

In the event you fail to answer and appear, final judgment by default will be entered against you but a warrant dispossessing
you will not be issued until the tenth day following the date of the service of this Notice of Petition upon you.

TAKE NOTICE that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court
to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not
settled or a final determination has not been made by the court within 30 days of the first court appearance.  Failure to comply with
an initial rent deposit or payment order may result in the entry of a final judgment against you without a trial.  Failure to make
subsequent required deposits or payments may result in an immediate trial on issues raised in your answer.

Dated: July 14, 2008

JACK BAER
Chief Clerk of the Civil Court of the City of New York

IMPORTANT TO TENANT-If you
are dependent upon a person in the
military service of the United States
or the State of New York, advise the
Clerk immediately, in order to protect
your rights.

NOTICE OF PETITION

Non-Payment  DWELLING

POSTCARD NOTICE

08 JUL 21 AM 12: 34

BRONX HOUSING

JUL 15 2008   Page 12

## AFFIDAVIT OF SERVICE

Index No. _039735_

STATE OF NEW YORK )
COUNTY OF ROCKLAND )ss:

Stephen A. Weiss 710878 _____, being duly sworn, desposes and says: Desponent is not a party to this proceeding and is over the age of eighteen years.

On _____ 7/17 _____ 2008 at _731 AM_ O'clock Deponents served copies of the
attached __X__ NOTICE OF PETITION AND PETITION _____ 3 DAY NOTICE _____ 10 DAY NOTICE
_____ 30 DAY NOTICE _____ NOTICE OF TERMINATION _____ ORDER TO SHOW CAUSE
_____ OTHER

On _TARSHA SEMAKULA + GEORGE SEMAKULA_, the Respondents or persons therein named,

Service of the attached was made at _136 WEST 170 ST_ Apartment _E1_
as follows: Bronx, NY 104 52
PERSONAL SERVICE: By personally delivering to and leaving with the said

true copies thereof.
The person identified self to be _____ the person mentioned and
described as:
SEX _____ SKIN _____ HAIR _____ HEIGHT _____ WEIGHT _____ AGE _____ FEATURES

SUBSTITUTED SERVICE: Having gained admittance to the premises and delivering to and leaving true copies thereof
personally with someone named _____, a person of suitable age and discretion who
stated that he or she resided at or was employed at the premises and who is described as:
SEX _____ SKIN _____ HAIR _____ HEIGHT _____ WEIGHT _____ AGE _____ FEATURES
_____ and who was willing to accept same.

CONSPICUOUS SERVICE: Having gained admittance to the main entrance door of the premises mentioned and by locating
the door of Apartment _E1_, true copies of the papers referred to for the said Respondents or persons were
affixed to the door which is the PREMISES SOUGHT TO BE RECOVERED. That at the time of said service Deponent rang
the bell and/or knocked on the door but received no reply. That after reasonable application, Deponent was unable to find a
person of suitable age and discretion who was willing to accept service.
Prior to _____ 7/17 _____, 2008 service was attempted at _____ 440 PM
O'clock on _____ 7/15 _____, 2008. Subsequently, on _____ 7/18 _____, 2008, conformed copies were
properly enclosed in post-paid wrappers, addressed and mailed by regular first class mail, and certified mail to reach
Respondent or the person at the premises described above. The mail was deposited in a post office box regularly maintained by
the U.S. Government at: U.S. P.O. BOX BRONX, NEW YORK 10451

Sworn to before me this
day of _____ 7/18 2008

Bonny Weiss
Notary Public State of New York
No. 44-4511688
Qualified in Rockland County
Commission expires May 31, 2011

Lic. No. Stephen A. Weiss 710878

ALFRED I. GREENBERG, P.C.
Attorney at Law
4200 WHITE PLAINS RD
BRONX, NY 10466
Phone: (718) 655-8200

Date: July 14, 2008

TO: TARSHA SEMAKULA
GEORGE SEMAKULA

This firm has been retained to collect a debt consisting of rent arrears totaling **$2338.80**
Any information obtained will be used for that purpose.

The below named creditor claims that you owe rent arrears as specified. You have 30 days
from receipt of this notice to dispute the debt in writing. If you fail to do so, we will assume
the debt to be valid. If you timely notify us, in writing, that you do dispute the debt, we will
obtain verification of the debt and mail same to you. Upon your written request made within
thirty (30) days of the receipt of this notice, we will provide you with the name and address
of the original creditor, if different from the current creditor.

This opportunity to dispute the debt is separate from any response that you are required to
make or any action you are required to take with respect to any other legal notices you
receive. Please respond to any legal notices you may receive within the time frames set forth
in those notices.

Creditor: 170 GROUP, LLC

TARSHA SEMAKULA & GEORGE SEMAKULA
136 WEST 170th STREET, APT: E1
BRONX, NY 10452

KK03 -18 -E1

L & T No. 088039735

Civil Court of The City of New York
County of BRONX                                    Housing Part

170 GROUP, LLC
                                                   Landlord(s)

            against

TARSHA SEMAKULA
GEORGE SEMAKULA
                                                   Tenant(s)

                                                   Undertenant(s)

136 WEST 170TH STREET

Apt. E1

BRONX, NY 10452
Amount Claimed: $2,688.80

KK03 -18 -4E1

PETITION NON-PAYMENT

Notice of Petition served on

Notice of Petition returned on

Notice of Petition issuing on

Tenant appears on ___ but fails to answer.

Tenant answers

Answer is

Set for trial on

Landlord notified on

Sufficiency of answer referred
to court                              issue

Raises                                Judge

ALFRED I. GREENBERG, P.C.
Attorney at Law
4200 WHITE PLAINS RD
BRONX, NY 10466
718/655-9200
                        Attorney for Petitioner(s)

---

THE PETITION OF  170 GROUP, LLC, alleges, upon information and Belief:
1. Petitioner(s) is(are) the landlord(s) of the premises.
2. Respondent(s) TARSHA SEMAKULA, GEORGE SEMAKULA,
   is (are) tenant(s) in possession of said premises pursuant to a WRITTEN          lease agreement made heretofore
                        wherein respondent(s) promised to pay to landlord(s) or landlord's predecessor
   as rent $805.34      each month in advance on the 1ST day of each month.
3. Respondent(s) , is(are) the undertenants(s) of the aforesaid respondents(s) tenant(s).
4. Respondent(s) is(are) now in possession of said premises.  Said premises is(are) the residence of the tenants and undertenants herein.
5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows:
   All Rooms, Apartment E1 in the building known as 136 West 170th Street, Bronx, NY 10452,
   situated within the territorial jurisdiction of the Civil Court of the City of New York, County of BRONX.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of      $ 2,688.80 in rent and additional rent as follows:
   LEGAL FEES          $350.00         Jul 08    $805.34
                                       Jun 08    $522.34
                                       May 08    $215.88
                                       Apr 08    $781.88
                                       Mar 08    $13.36

7. THE PREMISES ARE SUBJECT TO THE RENT STABILIZATION LAW OF 1969 AS AMENDED AND HAVE BEEN DULY REGISTERED
   WITH THE NEW YORK STATE DIVISION
   OF HOUSING AND COMMUNITY RENEWAL-DHCR AND THE RENT DEMANDED HEREIN DOES NOT EXCEED THE REGISTERED
   RENT AND DOES NOT EXCEED THE LAWFUL RENT
   STABILIZED RENT.

8. Said rent has been demanded  personally from the tenant(s) since same became due.

9. Respondents have defaulted in the payments thereof and continue in possession of premises without permission after said default.

10. The premises are          a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a  currently
    effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below,
    a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.
    Agent  KEYOUMARS KEYPOUR                          332 EAST 151st STREET               Multiple Dwelling No.
                                                      BRONX NY 10451                      203252
    WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded herein, awarding possession of the
    premises to petitioner landlord, and directing the issuance of a warrant to remove  respondent(s) from possession of the premises
    together with costs and disbursements of this proceeding.    Dated:         07/14/2008
                                                               170 GROUP, LLC

STATE OF NEW YORK, COUNTY OF  BRONX  .   The undersigned affirms under penalty of perjury that he is the attorney for the
petitioner, that he has read the foregoing petition and  knows the contents thereof; that the same are true to his own knowledge except as to
matters stated to be  upon information and belief, and as to those matters he believes them to be true.  The grounds of his belief as to matters not
stated upon his knowledge are statements and/or records  provided by the petitioner, its agents and/or employees and contained in the file in the
attorney's office.  This verification is made pursuant to the provisions of RPAPL 741.

                                                               07/14/2008           Alfred I. Greenberg

Page 15



Housing Part _1R_

Index No. LT _39735/18_

[PLEASE PRESS HARD]

170 Bsorp LLC

_Petitioner,_

_against_

Semakula

_Respondent_

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear   b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Address: _136 West 170th St_
_Bronx NY 10452_          Apt. _E1_

State of New York, County of _____ ss.:

I, _Jansha Semakula_ _____, being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | | |
|---|---|---|
| **1.** **PARTY** | _YIS_ | a) I am the tenant named as respondent in the above summary proceeding. |
| | | b) I am the person claiming possession to these premises and am the _____ of the tenant named above. |

| | | |
|---|---|---|
| **2.** **SERVICE and ANSWER** | _____ | I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial. |
| | _____ | I received a Holdover Notice of Petition and Petition and the date had already passed. |

**3.** **EXCUSE**   On the Date of Trial before Judge _____

_____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____

_YIS_ b) a Judgment was entered **(after trial) (after stipulation)** but (I) (the Landlord) *failed to comply* with the Order of the Court because: _Catholic Charities will process my application for back rent assistance on 9/10/2008_

**4.** **DEFENSE**   I allege that I have a good defense because:

_____ I was improperly served.                     _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.        _____ no rent was demanded.
_____ there is credit due for rent overcharge.      _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.        _____ I have been harassed.
_X_ there are conditions in the apartment which need repair, or services which have not been provided.
*Explain rent payments, if any, or other defense: _Catholic Charities_
_will process my application for back rent_
_assistance on Sept 10th/2008_

**5.** **REQUEST**   _X_ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.** **PRIOR ORDER**   _YIS_ a) I have not had a previous Order to Show Cause regarding this index number.
_____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _28_ day of _Aug_, 20 _08_                    _Jansha N Semakula_
_____                              Signature of Respondent
Signature of Court Employee and Title

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

187648

0307352

# Civil Court of the City of New York
## Housing Court

Assigned to Part ___

Respondent Answers on ___ 7/22/2008

Answer is ___ Disputes Amount

Petitioner Notified on ___ 7/22/08

Trial Date ___ 7/29/2008 ___ Part ___ N

☐ Date Filed ___

☐ Fee Waived - Judge ___

☐ Appeal Filed - ___

☐ Jury Demand Filed ___

LT 039735 -08

039735/2008   RESOL NONPY
              07/15/2008

PREMISES:
PETI: 136 WEST 170TH STREET E1

Petitione: PETI170 GROUP, LLC
           ATY: ALFRED I. GREENBERG, P.C.

RESPO: RSP: SENGKULIA TARSHA/GEORGE
       ATY:

☐ Non-Payment ☐ Holdover ☐ Other
☐ Residential ☐ H.P. ☐ 7-A ☐ Commercial

Date Filed ___   Index Number ___

| Date | Court Action or Comments | 1 | Adjournment Request: | | Notice of Appearance |
|------|--------------------------|---|----------------------|---|----------------------|
| 7/29/2008 | PJK #2-0314 | | Petitioner  Respondent  Court  Consent | | ☐ Petitioner ☐ Respondent |
| Part | N | | Reason for Adjournment: | | |
| So Ordered | A | | Rent Deposit: | | |
| Judge | | | Adjournment period to be excluded under RPAPL §745(2) | | |
| | | | Adjournment period to be charged under RPAPL §745(2) | | |
| | | | Days charged to be limited to ___ | | |
| Date 9/29/08 | Court Action or Comments | 2 | Adjournment Request: | | Notice of Appearance |
| | MLG GLEX | | Petitioner  Respondent  Court  Consent | | ☐ Petitioner ☐ Respondent |
| Part | M | | Reason for Adjournment: | | |
| So Ordered | | | Rent Deposit: | | |
| Judge | | | Adjournment period to be excluded under RPAPL §745(2) | | |
| | | | Adjournment period to be charged under RPAPL §745(2) | | |
| | | | Days charged to be limited to ___ | | |
| Date | Court Action or Comments | 3 | Adjournment Request: | | Remarks |
| | | | Petitioner  Respondent  Court  Consent | | |
| Part | | | Reason for Adjournment: | | |
| So Ordered | | | Rent Deposit: | | |
| Judge | | | Adjournment period to be excluded under RPAPL §745(2) | | |
| | | | Adjournment period to be charged under RPAPL §745(2) | | |
| | | | Days charged to be limited to ___ | | |

**FELONY WARNING:**
A person who willfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject
to punishment by imprisonment for five years (Penal Law § 175.25)

CIV-LT-94 (Revised Jun 2007)

Page 18

JUN 12 2017

| Date | | | | | | | 4 | Adjournment Request: | Remarks: (cont.) |
|---|---|---|---|---|---|---|---|---|---|
| | Court Action or Comments | | | | | | | Petitioner   Respondent   Court   Consent | |
| Part | | | | | | | | Reason for Adjournment: | |
| So Ordered | | | | | | | | | |
| Judge | | | | | | | | Rent Deposit: | |
| | | | | | | | | ___ Adjournment period to be excluded under RPAPL §745(2) | |
| | | | | | | | | ___ Adjournment period to be charged under RPAPL §745(2) | |
| | | | | | | | | ___ Days charged to be limited to ___ | |
| Date | | | | | | | 5 | Adjournment Request: | |
| | Court Action or Comments | | | | | | | Petitioner   Respondent   Court   Consent | |
| Part | | | | | | | | Reason for Adjournment: | |
| So Ordered | | | | | | | | | |
| Judge | | | | | | | | Rent Deposit: | |
| | | | | | | | | ___ Adjournment period to be excluded under RPAPL §745(2) | |
| | | | | | | | | ___ Adjournment period to be charged under RPAPL §745(2) | |
| | | | | | | | | ___ Days charged to be limited to ___ | |
| Date | | | | | | | 6 | Adjournment Request: | |
| | Court Action or Comments | | | | | | | Petitioner   Respondent   Court   Consent | |
| Part | | | | | | | | Reason for Adjournment: | |
| So Ordered | | | | | | | | | |
| Judge | | | | | | | | Rent Deposit: | |
| | | | | | | | | ___ Adjournment period to be excluded under RPAPL §745(2) | |
| | | | | | | | | ___ Adjournment period to be charged under RPAPL §745(2) | |
| | | | | | | | | ___ Days charged to be limited to ___ | |

**WARRANT INFORMATION**

| Date Warrant Application Received | CHECK ONE | | Date Warrant Issued | Marshal | REJECTION | | |
|---|---|---|---|---|---|---|---|
| | Failed to Answer Default | After Trial (Incl. Stipulation and Failed to Appear Default, etc.) | | | Reject Reason | Reject Date | Clerk |
| 8/6/08 | | | 8/6/08 | Bar. | | | Bar. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FELONY WARNING:**
A person who wilfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject to punishment by imprisonment for five years (Penal Law § 175.25)

CIV-LT-79a Rev. (Revised Jan 2005)






## CASE SUMMARY

| | | |
|---|---|---|
| Court: | Bronx County Civil Court | Petitioner(s): |
| Index Number: | LT-039735-08/BX | 170 GROUP,LLC |
| | | |
| Case Type: | Landlord and Tenant | vs. |
| Filed Date: | 07/15/2008 | |
| Property Type: | Residential | Respondent(s): |
| Classification: | Non-Payment | TARSHA SEMAKULA; |
| Status: | Post Disposition | GEORGE SEMAKULA; |
| | | SEMAKULA TARSHA/GEORGE |
| Disposed Date: | 07/29/2008 | |
| Disposed Reason: | Conversion | |

Cause(s) of Action:   Non-Payment in the amount of $2,688.80

Property Address(es): 136 WEST 170TH STREET E1, BRONX, NY 10452, Additional Property Description: E1

(P)  170 GROUP,LLC
ALFRED I. GREENBERG,P.C. - 4200 WHITE PLAINS ROAD, BRONX, NY 10466, 718-655-8200

(R)  TARSHA SEMAKULA - 136 WEST 170TH STREET E1, BRONX, NY 10452

(R)  GEORGE SEMAKULA - 136 WEST 170TH STREET E1, BRONX, NY 10452

(R)  SEMAKULA TARSHA/GEORGE - 136 WEST 170TH STREET E1, BRONX, NY 10452

**PAPERS RECORDED**

07/15/2008  Conversion - Petition - Notice of Petition
07/22/2008  Conversion - Answer Filed (Self Represented), Oral, Filed By: (R) GEORGE SEMAKULA; (R) SEMAKULA TARSHA/GEORGE; (R) TARSHA SEMAKULA
07/29/2008  Conversion - Judgment Entered
08/01/2008  Judgment with Possession (Settled per Stipulation on record), Seq 1, Filed Date: 08/01/2008, Total Judgment: $2,039.14, Entered Date: 07/29/2008, Status: Entered (07/29/2008), Creditor(s): (P) 170 GROUP,LLC, Debtor(s): (R) TARSHA SEMAKULA
08/06/2008  Marshal's Request for Warrant - Converted - Marshal Request, Reviewed Date: 08/15/2008, Enforcement Agency: NYC Marshal, Enforcement Officer: THOMAS J BIA
08/06/2008  Warrant (Original Issuance), Seq A, Judgment Seq 1, Ordering Judge: Thomas Michael Fitzpatrick, Issued/Signed Date: 08/15/2008, Execution: Stayed - Per Stipulation/Order, Enforcement Agency: NYC Marshal, Enforcement Officer: THOMAS J BIA, Returned Date: 02/18/2009, Returned Reason: Executed with Possession Only, Execution Date: 1/05/2008

This report reflects information recorded as of 08/11/2017 10:32 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 1 of 2

LT-039735-08/BX  (P) 170 GROUP,LLC vs. (R) TARSHA SEMAKULA

| | |
|---|---|
| 08/28/2008 | Motion (Order to Show Cause), Seq 1, Filed By: (R) GEORGE SEMAKULA; (R) SEMAKULA TARSHA/GEORGE; (R) TARSHA SEMAKULA, Relief: Vacate judgment, Status: Decided (Denied) |
| 09/15/2008 | Motion (Order to Show Cause), Seq 2, Court Date(s): 09/29/2008, Filed By: (R) GEORGE SEMAKULA; (R) SEMAKULA TARSHA/GEORGE; (R) TARSHA SEMAKULA, Relief: Vacate judgment, Status: Filed |
| 10/31/2008 | Motion (Order to Show Cause), Seq 3, Filed By: (R) GEORGE SEMAKULA; (R) SEMAKULA TARSHA/GEORGE; (R) TARSHA SEMAKULA, Relief: Vacate judgment, Status: Decided (Denied) |

APPEARANCE ACTIVITY

| | |
|---|---|
| 07/29/2008 | Part M, Judge: Thomas Michael Fitzpatrick, Purpose: For All Purposes, Outcome(s): Judgment on Consent |
| 09/29/2008 | Part M, Judge: Miriam M. Breier, Purpose: Motion (2) - Vacate judgment |

This report reflects information recorded as of 08/11/2017 10:32 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.