August 3, 2009

To Whom It May Concern:

I, Luis Gonzalez residing at 1815 Morris Avenue Apt. 6-F. Bronx. NY 10452. give full authorization to Mr. Javier Rivera to represent me in court. on August 4, 2009. at 9:00 Am do to the fact that I am living to the US Marine.

If further information is needed, please feel free to contact me at the above address.

Yours truly.

x Luis Gonzalez

Luis Gonzalez

Sworn to before me this
3rd day of August 2009.

Franklin Javier
FRANKLIN JAVIER
Notary Public, State of New York
No. 01JA6067340
Qualified in Bronx County
Commission Expires 10/15 2010

**CIVIL COURT OF THE CITY OF NEW YORK**
COUNTY OF Bronx HOUSING PART M

1815 Morris Realty
Petitioner(s)

– against –

Luis Gonzalez

Respondent(s)

X

INDEX NO. 36860-09
HON. Alpert
DATED 8-4-09
PREMISES 1815 Morris Ave.
APT. # 6F

Room 230

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

**IT IS HEREBY STIPULATE, CONSENTED TO AND AGREED BY THE PARTIES HERETO THAT:**

| Party(please print) | | Added/Amended | Appearance | No Appearance | No Answer |
|---|---|---|---|---|---|
| Petitioner | 1815 Morris Realty | | ✓ | | |
| Respondent 1 | Luis Gonzalez | | ✓ | | |
| Respondent 2 | | | | | |
| Respondent 3 | | | | | |

Petition amended to include all rent through 8-31-09 ~~Final~~ Money Judgement for Petitioner for $ 7,405.00 and Final Judgement of Possession for Petitioner with Warrant of Eviction to issue ~~forthwith~~, Execution of Warrant of Eviction stayed through 9-4-09 on condition of timely payment and in compliance with all terms of this Stipulation.

~~Petition amended to include all rent through ____. Action settled for Petitioner for $____ to be paid by ____ Default shall authorize Petitioner to restore to calendar upon ____ days written notice by regular mail.~~

~~Motion granted to the extent (warrant to issue forthwith) execution of warrant stayed through ____ on condition tenant pays $____ by ____ as all rent through ____~~

~~No further Marshal's Notice required. Default authorizes Petitioner to execute warrant without further notice.~~
**Tenant agrees to timely pay future rent as it becomes due.** Partial payment shall not restore the Landlord-tenant relationship. All monies received will first be applied to current rent, and the balance to the arrears.
Tenant acknowledges that the condition of the premises is satisfactory.
Petitioner reserves all claims to legal fees, late charges, washing machine fees.

The monthly rent is $900.00

Respondent today appears by Javier Rivera who produces a notarized letter authorizing ~~[illegible]~~ him to represent Luis Gonzalez.
All payments must be made by certified check, cash or money orders.

Attorney for Petitioner [signature]
BUGLIONE, FRITZ & ASSOCIATES
4419 THIRD AVENUE, SUITE 4B, BRONX, NY 10457
TEL: 718-676-1474

Respondent [signature]
Javier Rivera

# CIVIL COURT OF THE CITY OF NEW YORK

1118 GRAND CONCOURSE
BRONX, N.Y. 10456

December 2, 2009

CHAMBERS OF
HON. LOUIS VILLELLA
JUDGE, HOUSING COURT

Marine Locator
Headquarters US Marine Corps
Personnel Management Support Branch (MOMS-17)
2008 Elliot Road
Quantico, VA 22134-5030

Re: Luis Gonzalez

Dear Sir/Madam:

We have been informed that Mr. Luis Gonzalez is in the Marine Corps. Mr. Gonzalez currently has a case pending in our court, and we need to contact him in order to ensure that he makes arrangements to have his interests represented in this proceeding. His case has been adjourned to December 21, 2009, at 9:30 am.

Your assistance in this matter will be appreciated.

Very truly yours,

Marlin Segarra

Marlin Segarra
Court Attorney

1070
MMSB-10
DATE:

DEC 10 2009

This is to certify that subject-named individual is not currently on active duty in the U.S. Marine Corps or Marine Corps Reserve.

NO RECORD
LOCATOR UNIT, HOMC

too many names need more information 12/9/09

DEC 08 2009

UARTERS US MARINE CORPS
ER MANAGEMENT SUPPORT BRANCH (MMSB-17)
LIOT ROAD SUITE 201
VA 22134-5030
USINESS
PRESORTED FIRST CLASS
UNITED STATES POSTAGE
$ 00.357
02 1M
0004260045 DEC 17 2009
MAILED FROM ZIP CODE 20373
CIVIL COURT OF THE CITY OF NEW YORK
1118 GRAND CONCOURSE
BRONX NY 10456
JIPGA31 10456
Page 4

# CIVIL COURT OF THE CITY OF NEW YORK

1118 GRAND CONCOURSE
BRONX, N.Y. 10456

December 2, 2009

CHAMBERS OF
**HON. LOUIS VILLELLA**
JUDGE, HOUSING COURT

Marine Locator
Headquarters US Marine Corps
Personnel Management Support Branch (MOMS-17)
2008 Elliot Road
Quantico, VA 22134-5030

Re: Luis Gonzalez

Dear Sir/Madam:

We have been informed that Mr. Luis Gonzalez is in the Marine Corps. Mr. Gonzalez currently has a case pending in our court, and we need to contact him in order to ensure that he makes arrangements to have his interests represented in this proceeding. His case has been adjourned to December 21, 2009, at 9:30 am.

Your assistance in this matter will be appreciated.

Very truly yours,

Marlin Segarra
Court Attorney



# CIVIL COURT OF THE CITY OF NEW YORK

1118 GRAND CONCOURSE
BRONX, N.Y. 10456

December 23, 2009

CHAMBERS OF
HON. LOUIS VILLELLA
JUDGE, HOUSING COURT

Marine Locator
Headquarters US Marine Corps
Personnel Management Support Branch (MOMS-17)
2008 Elliot Road
Quantico, VA 22134-5030

Re: 1815 Morris Realty Corp. v. Luis Gonzalez; Index No. 36860/09

Dear Sir/Madam:

We have been informed that Mr. Luis Gonzalez is in the Marine Corps. Mr. Gonzalez's last known civilian address is 1815 Morris Ave., apt. 6F, Bronx, New York 10452. He currently has a case pending in our court, and we need to contact him in order to ensure that he makes arrangements to have his interests represented in this proceeding. Because of his failure to appear in Court on December 21, 2009, or to have someone appear on his behalf, a default judgement was issued against him.

Mr. Gonzalez may still have an opportunity to protect his interests in his apartment, if he acts promptly. Your assistance in locating Mr. Gonzalez will be appreciated.

Very truly yours,

Marlin Segarra
Court Attorney



# CIVIL COURT OF THE CITY OF NEW YORK

1118 GRAND CONCOURSE
BRONX, N.Y. 10456

December 23, 2009

CHAMBERS OF
HON. LOUIS VILLELLA
JUDGE, HOUSING COURT

Marine Locator
Headquarters US Marine Corps
Personnel Management Support Branch (MOMS-17)
2008 Elliot Road
Quantico, VA 22134-5030

Re: 1815 Morris Realty Corp. v. Luis Gonzalez; Index No. 36860/09

Dear Sir/Madam:

We have been informed that Mr. Luis Gonzalez is in the Marine Corps. Mr. Gonzalez's last known civilian address is 1815 Morris Ave., apt. 6F, Bronx, New York 10452. He currently has a case pending in our court, and we need to contact him in order to ensure that he makes arrangements to have his interests represented in this proceeding. Because of his failure to appear in Court on December 21, 2009, or to have someone appear on his behalf, a default judgement was issued against him.

Mr. Gonzalez may still have an opportunity to protect his interests in his apartment, if he acts promptly. Your assistance in locating Mr. Gonzalez will be appreciated.

Very truly yours,

[signature]

Marlin Segarra
Court Attorney

1870
MMS17
JAN 05 2010

From the information furnished the above-named individual cannot be identified as a member or former member of the Marine Corps or of the Marine Corps Reserve.

NO RECORD
LOCATOR UNIT, HOMC

DEC 30 2009

DEC 30 2009

Need More Information

HEADQUARTERS US MARINE CORPS
MANPOWER MANAGEMENT SUPPORT BRANCH-17
2008 ELLIOT ROAD SUITE 201
QUANTICO VA 22134
OFFICIAL BUSINESS
PRESORTED
FIRST CLASS
UNITED STATES POSTAGE
02 1M
0004260043
$ 00.357
JAN 08 2010
MAILED FROM ZIP CODE 20373
CIVIL COURT OF NEW YORK
1118 GRAND CONCOURSE
BRONX NY 10456
Part m
LIJJA3B 10456

THOMAS J. BIA
MARSHAL, CITY OF NEW YORK
BADGE #9
1000 Grand Concourse
BRONX, NY 10451
718-681-8878
FAX 718-681-8677

WARRANT REQUISITION

MARSHAL'S DOCKET#- 242405

COUNTY- BRONX

INDEX#- 36860/09

| PETITIONER(S) | RESPONDENT(S) |
|---|---|
| 1815 MORRIS REALTY CORP | LUIZ GONZALES |

BRONX HOUSING COURT
2010 JAN 19 PM 2:48

ADDRESS

1815 MORRIS AVE
BRONX,NY 10453
#6F

NON-PAY ATW RES

COMMENTS

DATE 01/15/2010

SIGNED [signature]

# REQUEST FOR FINAL ORDER

RESIDENTIAL

MARSHAL: THOMAS BIA

**CIVIL COURT OF CITY OF NEW YORK**
**COUNTY OF BRONX**

1815 MORRIS REALTY CORP

*against* *Petitioner Landlord*

L & T Index No.
036860/09

LUIZ GONZALES,

*Respondent Tenant*

*Address*

1815 Morris Ave Apt.# 6F
Bronx, NY 10453

*Name of Tenant and/or Undertenant being fictitious and unknown, person intended being in possession of the premises herein described.*

YOU ARE HEREBY REQUESTED TO SUBMIT THE PAPERS IN THE ABOVE-ENTITLED PROCEEDING TO THE JUDGE FOR FINAL ORDER

**N/P** X **H/O** ____ **A/T** X **DEF** ____ **RES** X **COM** ____

DATED: BRONX, N.Y.
01/13/2010

BUGLIONE, FRITZ AND ASSOCIATES, LLC
Attorneys for Petitioner-Landlord
4419 Third Avenue, Suite 4B
Bronx, NY 10457
Phone: (718) 676-1474

By: ____________

BK01 -1815-6F

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX PART [M]
DECISION AND JUDGMENT

INDEX # 036860/2009
JUDGMENT SEQ # 001

1815 MORRIS REALTY, CORP

Petitioner(s)

AGAINST

GONZALES, LUIZ

Respondent(s)

---

**Decision and judgment is** rendered based upon respondents failure to appear for trial as follows:

Judgment of possession is granted in favor of:
1815 MORRIS REALTY, CORP
and against
GONZALES, LUIZ

A counterclaim is granted in favor of the respondent in the amount of $0.00 (which if not being entered separately is offset and reflected in the total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements in the amount of $0.00 in favor of:
1815 MORRIS REALTY, CORP
and against
GONZALES, LUIZ

for a total amount of $0.00

(Monthly use and occupancy is set at $0.00 per month, as per order, stipulation or decision in record.)

Warrant to issue after 12/26/2009 Execution

Date 12/21/09

LOUIS [illegible]
Judge, Civil/Housing Court
JUDGE HOUSING COURT

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on 12/21/09

JAN 25 2010 Chief Clerk, Civil Court

Warrant issued to Marshal Bia On

CIV-LT-50(2006)

Page 1 of 1

2 I.D. Presented Type: 02
_____ No I.D. Provided

[illegible] COURT OF THE CITY OF NEW YORK
[illegible]nty of ____________________
Housing Part

1815 Morris

Petitioner(s),

-against-

Gonzales

Respondent(s)

Roommate

Index No.: 36860/9

**LANDLORD/TENANT ANSWER IN PERSON**

Name: Javier Rivera

Address: 1815 Morris Ave

Apt. 6F

☐Respondent/☐Person claiming possession has appeared and has orally answered the Petition as follows:

Answer

SERVICE

1. _______ The Respondent did not receive a copy of the Notice of Petition and Petition.
2. _______ The Respondent received the Notice of Petition and Petition, but service was not correct as required by law.

PARTIES

3. _______ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Notice of Petition and Petition.
4. _______ The Petitioner is not the Landlord or Owner of the building, or a proper party.

RENT

5. _______ No rent demand or proper rent demand, either oral or written, was made before this proceeding.
6. _______ The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. _______ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. _______ The Petitioner owes money to the Respondent because of a rent overcharge.
9. _______ The rent, or a portion of the rent, has already been paid to the Petitioner.

APARTMENT

10. _____ There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. _____ Public Assistance shelter allowance has stopped because of housing code violations in the apartment or the building.
12. _____ The apartment is an illegal apartment.

OTHER

13. _____ Laches.
14. ✓ General Denial.
15. _____ Respondent/Person claiming possession is in the military service or is a dependent of someone in the military service.
16. _____ Other Answer Will Gonzales is in the military and will return on 7/24/09.

7/10/9
Dated

Clerk's Initials

**NOTICE OF SCHEDULED APPEARANCE**

**This case is scheduled to appear on the calendar as follows:**

**DATE:** 7/17/9 **TIME:** 9:30A **PART:** M **ROOM:** 460

**YOU SHOULD ARRIVE AT THE COURTHOUSE AT LEAST ONE HALF HOUR BEFORE THE ABOVE SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE, YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.**

**THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.**
**YOU MUST APPEAR AND BRING THIS FORM WITH YOU.**

***For assistance visit a Resource Center in the courthouse or the court's website:*** **NYCourts.Gov/NYCHousing.**

CIV-LT-91(Revised May 2007)

AFFIDAVIT OF CONSPICUOUS SERVICE

STATE OF NEW YORK )
COUNTY OF WESTCHESTER )

CASE # BF
CASE # 36860/09

MABEL YEUNG

BEING DULY SWORN, DEPOSES AND SAYS: THAT DEPONENT IS NOT A PARTY TO THIS PROCEEDING, IS A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDES AT BROOKLYN, NEW YORK.

DEPONENT WAS ABLE TO SERVED LUIZ GONZALES TENANT ( S ) / OCCUPANT ( S ) BY PERSONAL DELIVERY.

AT 1851 MORRIS AVE
APT 6F

NEW YORK , NY 10453

ON 07 /8 / 09 AT 10 : 10 AM DEPONENT SERVED THE ATTACHED NON-PAMYMENT PETITION NOTICE BY GAINING ADMITANCE TO SAID PROPERTY AND DELIVERING TO AND LEAVEING A COPY THEREOF EACH TENANT ( S ) / OCCUPANT ( S ) PERSONALLY WITH JOHN DOE 'S ( REFUSED NAME ) WHO WAS WILLING TO RECEIVE , UNDERSTAND THE NOTICE. AT SAID PROPERTY. A PERSON OF SUITABLE AGE AND DISCRETION.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS :

SEX : MALE
SKIN COLOR : DK BROWN
HAIR COLOR : BLACK
AGE : 28 – 35
HEIGHT : 5 ' 7 "
WEIGHT : 180 – LBS
ADDITTIONAL FEATURES :

NAME OF INDIVIDUAL SERVED : JOHN DOE (REFUSED NAME)

AND ON 07 / 10 / 09 DEPONENT SERVED COPIES OF THE WITHIN NON-PAYMENT PETITION NOTICE ON EACH TENANT /OCCUPANT, NOT PERSONALLY SERVED AT THE PROPERTY SOUNGT TO BE RECOVERED ,BY DEPOSITING A TRUE COPY FOR EACH NAME TENANT/OCCUPANT OF THE SAME ENCLOSED IN A POST PAID WRAPPER ADDRESSED TO EACH TENANT/ OCCUPANT AT THE PROPERTY SOUGHT TO BE RECOVERED , IN THE POST OFFICE BY CERTIFIED MAIL AND BY REGULAR FIRST CLASS MAIL WITH THE STATE OF NEW YORK .

AND ON 07 / 10 / 09

SWORN TO BEFORE ME ON 07 / 10 /09

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU5071950
Qualified in Westchester County
Commission Expires January 21, 2003 2011

Mabel Yeung
Brooklyn , New York
Lic # 1311890

C9 [illegible] 36860 2009

[...]ty of New York
[...] Housing Part

[...]S REALTY CORP
*Petitioner(s) Landlord(s)*

*against*

[...]IZ GONZALES
*Tenant(s)*

*Address*
1815 MORRIS AVE
APT. 6F
BRONX, NY 10453

Amount Claimed: $6,850.00
DWELLING BK01 -1815-6F

NOTICE OF NON-PAYMENT PETITION

09 JUL 17

*Attorney for Petitioner(s)*
BUGLIONE, FRITZ AND ASSOCIATES, LLC
ATTORNEYS AT LAW
4419 Third Avenue, Suite 4B
Bronx, NY 10457
718/676-1474

COUNTY OF BRONX HOUSING PART

Index No. LT

1815 MORRIS REALTY CORP — Petitioner(s)-Landlords(s)

against

LUIZ GONZALES — Respondent(s) -Tenant(s)

#10

8/4 m

1815 MORRIS AVE
APT. 6F
BRONX, NY 10453 — Address

Amount Claimed: $6,850.00

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner. Person intended being in possession of the premises herein described.*

IMPORTANT TO TENANT-If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk immediately, in order to protect your rights.

NOTICE OF PETITION

Non-Payment DWELLING

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming possession thereof:

PLEASE TAKE NOTICE that the annexed petition of 1815 MORRIS REALTY CORP A N.Y. LIMITED LIABILITY verified July 2, 2009 prays for final judgment of eviction, awarding to the petitioner possession of the premises described as follows:All Rooms, Apartment 6F
located at 1815 Morris Ave , Bronx, NY 10453, County of Bronx, in the City of New York
as demanded in the petition.

TAKE NOTICE also that demand is made in the petition for judgment against you for the sum of $6,850.00 plus the cost and disbursements of the proceeding.

TAKE NOTICE also that WITHIN FIVE DAYS after service of this Notice of Petition upon you, you must answer, either orally before the Clerk of this Court at 1118 Grand Concourse, Bronx, NY 10456, County of Bronx, City and State of New York, or in writing by serving a copy thereof upon the attorneys for the petitioner, and by filing the original of such answer, with proof of service thereof, in the Office of the Clerk. Your answer may set forth any defense or counterclaim you may have against the petitioner unless such defense or counterclaim is precluded by law or prior agreement of the parties. On receipt of your answer, the Clerk will fix and give notice of the date for trial or hearing which will be held not less than 3 nor more than 8 days thereafter, at which you must appear. If, after the trial or hearing, judgment is rendered against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE days from the the date of such judgment.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

In the event you fail to answer and appear, final judgment by default will be entered against you but a warrant dispossessing you will not be issued until the tenth day following the date of the service of this Notice of Petition upon you.

TAKE NOTICE that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the court within 30 days of the first court appearance. Failure to comply with an initial rent deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on issues raised in your answer.

Dated: July 2, 2009

JACK BAER
Chief Clerk of the Civil Court of the City of New York

Civil Court of The City of New York
County of BRONX Housing Part

1815 MORRIS REALTY CORP *Petitioner(s)*
L 098036860 *Landlord(s)*
*against*
LUIZ GONZALES
*Tenant(s)*

1815 MORRIS AVE
APT. 6F
BRONX, NY 10453

Amount Claimed: $6,850.00
DWELLING
BK01 -1815-6F

PETITION NON-PAYMENT

Notice of Petition served on ______
Notice of Petition returned on ______
Notice of Petition issued on ______
Tenant appears on ______ but fails to answer.
Tenant answers on ______
Answer is ______
Set for Trial on ______
Landlord notified on ______
Sufficiency of answer referred to court ______
Raises ______ issue

*Attorney for Petitioner* Judge
BUGLIONE, FRITZ AND ASSOCIATES, LLC
ATTORNEYS AT LAW
4419 Third Avenue, Suite 4B
Bronx, NY 10457
718/676-1474

1. Petitioner(s) is(are) the landlord(s) of the premises.
2. Respondent(s) LUIZ GONZALES,
is(are) tenant(s) in possession of said premises to WRITTEN lease agreement made on wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $900.00 each month in advance on the 1ST day of each month.

3. Respondent(s) are now in possession of said premises.
4. The premises are the residence of the tenant(s) and the undertenant(s) herein.
5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows:
All Rooms, Apartment 6F in the building known as 1815 Morris Ave, Bronx, NY 10453,
situated within the territorial jurisdiction of the Civil Court of the City of New York, County of BRONX.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $6,850.00 in rent and additional rent as follows:

| | | | |
|---|---|---|---|
| Jul09 LEGAL FEES | $250.00 | Jul 09 $ | 900.00 |
| | | Jun 09 $ | 900.00 |
| | | May 09 $ | 900.00 |
| | | Apr 09 $ | 900.00 |
| | | Mar 09 $ | 900.00 |
| | | Feb 09 $ | 900.00 |
| | | Jan 09 $ | 900.00 |
| | | Dec 08 $ | 300.00 |

2009 JUL -6 PM 5:07
[stamp: ... COURT]

7. THE PREMISES ARE SUBJECT TO THE RENT STABILIZATION LAW OF 1969 AS AMENDED AND HAVE BEEN DULY REGISTERED WITH THE NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL-DHCR-AND THE RENT DEMANDED HEREIN DOES NOT EXCEED THE REGISTERED RENT AND DOES NOT EXCEED THE LAWFUL RENT STABILIZED RENT.

8. Said rent has been demandedpersonally from the tenant(s) since same became due.

9. Respondent(s) have defaulted in the payments thereof and continue in possession of premises without permission after said default. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.
*Agent* KIMA KOLONVIC *Multiple Dwelling No.* 208016
2838 Jerome Ave BX NY 10468

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded therein, awarding possession of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with costs and disbursements of this proceeding. Dated: July 2, 2009
1815 MORRIS REALTY CORP

STATE OF NEW YORK, COUNTY OF BRONX. The undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true. The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the attorneys office. This verification is made pursuant to the provisions of RPAPL 741. *The reason a member of the Petitioner did not sign this verification is that one was not available at the time this petition was prepared.

July 2, 2009 FRANK G. BUGLIONE

198711

36860/09

**Ted Wind**

**From:** James Robinson
**Sent:** Thursday, February 05, 2015 1:11 PM
**To:** Lakisha Hickson; William Smith; Ted Wind; Gladys Maldonado
**Subject:** 34H REQS

1

36860/2009
1815 MORRIS REALTY CORP V. LUIZ GONZALES
COURT DATE : 03/20/2015

Case 1:16-cv-02134-ALC Document 86-26 Filed 08/18/17 Page 17 of 20

LT 036860 .00

Military

# Civil Court of the City of New York
## Housing Court

036860/2009 RESDL NONPY
07/06/2009
PREMISES:
1815 MORRIS AVE 6F 10453
PET:1815 MORRIS REALTY CORP
ATY:BUGLIONE, FRITZ & ASSOCIATES, LLC
RSP:GONZALES LUIZ
ATY:

Assigned to Part

Respondent Answers on ____
Answer is GD
Petitioner Notified on 7/10
Trial Date 7/17/9 Part M

☐ Date Filed ____
☐ Fee Waived - Judge ____
☐ Appeal Filed - ____
☐ Jury Demand Filed ____

☐ Non-Payment ☐ Holdover ☐ Other ____
☐ Residential ☐ H.P. ☐ 7-A ☐ Commercial
Date Filed ____ Index Number ____

| | Court Action or Comments | Adjournment Request | Notice of Appearance |
|---|---|---|---|
| Date 7/17/09<br>Part M<br>So Ordered<br>Judge | 1<br>adj to 8/4/09 a/c | Petitioner Respondent Court Consent<br>Reason for Adjournment:<br>Rent Deposit:<br>____ Adjournment period to be excluded under RPAPL §745(2)<br>____ Adjournment period to be charged under RPAPL §745(2)<br>____ Days charged to be limited to ____ | ☐ Petitioner ☐ Respondent |
| Date 8/4/09<br>Part M<br>So Ordered<br>Judge | 2<br>[illegible] adj. 11/4/09<br>[illegible]<br>(718)583-2114 [illegible] | Petitioner Respondent Court Consent<br>Reason for Adjournment:<br>Rent Deposit:<br>____ Adjournment period to be excluded under RPAPL §745(2)<br>____ Adjournment period to be charged under RPAPL §745(2)<br>____ Days charged to be limited to ____ | ☐ Petitioner ☐ Respondent |
| Date 11/4/09<br>Part M<br>So Ordered<br>Judge | 3<br>Adj 11/4/09 Court<br>[illegible] Luis Gonzalez<br>+ Javier Rivera [illegible]<br>[illegible] | Petitioner Respondent Court Consent<br>Reason for Adjournment:<br>Rent Deposit:<br>____ Adjournment period to be excluded under RPAPL §745(2)<br>____ Adjournment period to be charged under RPAPL §745(2)<br>____ Days charged to be limited to ____ | Remarks: |

FELONY WARNING:
A person who willfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject to punishment by imprisonment for five years (Penal Law § 175.25)

CIV-LT-98 (Revised Jan. 2001)

One of ____

198711
0264598

JUL 21 2017

036860

09

LT036860-09BX

| | | | |
|---|---|---|---|
| Date 11/24 | Court Action or Comments [illegible] 4 | Adjournment Request: Petitioner Respondent Court Consent | Remarks: (cont.) |
| Part | [illegible] | Reason for Adjournment: | |
| So Ordered | [illegible] | Rent Deposit: ____ Adjournment period to be excluded under RPAPL §745(2) ____ Adjournment period to be charged under RPAPL §745(2) ____ Days charged to be limited to ____ | |
| Judge | 12/21/09 [illegible] | | |
| Date | Court Action or Comments [illegible] 5 | Adjournment Request: Petitioner Respondent Court Consent | |
| Part | [illegible] | Reason for Adjournment: | |
| So Ordered | copy of Judgment [illegible] | Rent Deposit: ____ Adjournment period to be excluded under RPAPL §745(2) ____ Adjournment period to be charged under RPAPL §745(2) ____ Days charged to be limited to ____ | |
| Judge | [illegible] | | |
| Date | Court Action or Comments ____ 6 | Adjournment Request: Petitioner Respondent Court Consent | |
| Part | | Reason for Adjournment: | |
| So Ordered | | Rent Deposit: ____ Adjournment period to be excluded under RPAPL §745(2) ____ Adjournment period to be charged under RPAPL §745(2) ____ Days charged to be limited to ____ | |
| Judge | | | |

**WARRANT INFORMATION**

| Date Warrant Application Received | CHECK ONE: Failed to Answer Default | CHECK ONE: After Trial (Incl. Stipulation and Failed to Appear Default, etc.) | Date Warrant Issued | Marshal | REJECTION: Reject Reason | REJECTION: Reject Date | Clerk |
|---|---|---|---|---|---|---|---|
| 11/19/10 | | / | 11/25/10 | [illegible] | | | [illegible] |
| | | | | | | | |
| | | | | | | | |

FELONY WARNING:

A person who willfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject to punishment by imprisonment for five years. *(Penal Law § 175.25)*

CIV-LT-94 Reverse (Revised, Jan. 2003)

For OCA Only






**CASE SUMMARY**

Court: Bronx County Civil Court
Index Number: LT-036860-09/BX

Case Type: Landlord and Tenant
Filed Date: 07/06/2009
Property Type: Residential
Classification: Non-Payment
Status: Post Disposition

Disposed Date: 12/21/2009
Disposed Reason: Conversion

Petitioner(s):
1815 MORRIS REALTY CORP

vs.

Respondent(s):
LUIZ GONZALES

Cause(s) of Action: Non-Payment in the amount of $6,850.00

Property Address(es): 1815 MORRIS AVE 6F, BRONX, NY 10453, Additional Property Description: 6F

(P) 1815 MORRIS REALTY CORP
BUGLIONE, FRITZ & ASSOCIATES, LLC - 4419 THIRD AVENUE 4B, BRONX, NY 10457, 718-676-1474

(R) LUIZ GONZALES - 1815 MORRIS AVE 6F, BRONX, NY 10453

**PAPERS RECORDED**

| | |
|---|---|
| 07/06/2009 | Conversion - Petition - Notice of Petition |
| 07/10/2009 | Conversion - Answer Filed (Self Represented), Oral, Filed By: (R) LUIZ GONZALES |
| 12/21/2009 | Conversion - Judgment Entered |
| 12/29/2009 | Judgment with Possession (Failure to Answer), Seq 1, Filed Date: 12/29/2009, Total Judgment: $.00, Entered Date: 12/21/2009, Status: Stayed (12/26/2009), Creditor(s): (P) 1815 MORRIS REALTY CORP, Debtor(s): (R) LUIZ GONZALES |
| 01/19/2010 | Marshal's Request for Warrant - Converted - Marshal Request, Reviewed Date: 01/25/2010, Enforcement Agency: NYC Marshal, Enforcement Officer: THOMAS J BIA |
| 01/19/2010 | Warrant (Original Issuance), Seq A, Judgment Seq 1, Ordering Judge: Louis Villella, Issued/Signed Date: 01/25/2010, Execution: Stayed - Per Stipulation/Order, Enforcement Agency: NYC Marshal, Enforcement Officer: THOMAS J BIA |
| 02/05/2015 | Motion (Order to Show Cause), Seq 1, Court Date(s): 03/20/2015, Filed By: (R) LUIZ GONZALES, Relief: other (POST JUDGMENT), Status: Decided (03/20/2015, Granted to Extent per Order, Donald A. Miles) |

**APPEARANCE ACTIVITY**

| | |
|---|---|
| 07/17/2009 | Part M, Judge: Paul L. Alpert, Purpose: For All Purposes, Outcome(s): Adjourned; Adjourned: 08/04/2009 |

This report reflects information recorded as of 08/11/2017 10:31 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

LT-036860-09/BX (P) 1815 MORRIS REALTY CORP vs. (R) LUIZ GONZALES

| | |
|---|---|
| 08/04/2009 | Part M, Judge: Paul L. Alpert, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 11/04/2009 |
| 11/04/2009 | Part M, Judge: Louis Villella, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 11/24/2009 |
| 11/24/2009 | Part M, Judge: Louis Villella, Purpose: Conversion, Outcome(s): Adjourned; Adjourned: 12/21/2009 |
| 12/21/2009 | Part M, Judge: Louis Villella, Purpose: Conversion, Outcome(s): Judgment, Non Appearance Defendant |
| 03/20/2015 | Part Legacy, Judge: Donald A. Miles, Purpose: Motion (1) - other, Outcome(s): Granted to Extent per Order |

This report reflects information recorded as of 08/11/2017 10:31 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.