CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
PART ~~3~~ *4*

*Bronx Park Coast*
*LLC* Plaintiff(s),
-against-

*Raymond Grandison* Defendant(s).

Index No. 100374-09
Motion Calendar No. 17
Motion Date: 5-18-09

**DECISION/ ORDER**
Present:
Hon. *[illegible]*
. Civil Court

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion for an Order granting default judgment against the defendant (s):

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed............................... | _____ |
| Order to Show Cause and Affidavits Annexed ...................... | _____ |
| Answering Affidavits ................................................................ | _____ |
| Replying Affidavits ................................................................... | _____ |
| Exhibits ...................................................................................... | _____ |
| Other .......................................................................................... | _____ |

*Upon the foregoing papers, the Decision/Order on this motion is as follows:*

The plaintiff's motion for default judgment against the defendant(s) is hereby granted on default. *Rule 6 H is deemed complied with*

The plaintiff' (s)' motion papers have established a prima facie case for the relief sought by submission of proof of service of the summons and complaint, affidavit (s) in admissible form setting forth the agreement between the parties, the facts constituting the claim, the default, and the amount due, and making the instant application within one year of defendant'(s)' default. *78*

The Court finds that the plaintiff (s) (is) (are) entitled to recover the sum of $ *8,146* *xxx* from the defendant (s) along with interest from *August 1 2007* and costs and disbursements. A proposed judgment on notice of settlement and bill of costs, if any, may be presented to the Clerk of the Court for entry and the Clerk of the Court may enter judgment accordingly.

This constitutes the decision and order of the Court.

*5-20-09*
_____
DATE

_____

17

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO, 100374/08
FILE NO. 4644

-------------------------------------------------------------X

BRONX PARK EAST, LLC.,

- PLAINTIFF -

NOTICE OF MOTION

- AGAINST –

RAYMOND GRANDISON.,

- DEFENDANT –

-------------------------------------------------------------X

MOTION BY:

KAVULICH & ASSOCIATES, P.C.
ATTORNEYS FOR PETITIONER

DATE, TIME AND PLACE
OF HEARING:

MAY 18, 2009
9:30 A.M.
MOTION TERM: PART 34 – ROOM 503
CIVIL COURT OF THE CITY OF NEW
YORK – COUNTY OF BRONX
851 GRAND CONCOURSE
BRONX, NY 10451

SUPPORTING PAPERS:

AFFIRMATION OF MATTHEW N.
KAUFMAN, ESQ., DATED April 28, 2009,
Affidavit of Ellen Selechnik AND UPON
ALL THE PAPERS AND PROCEEDINGS
HERETOFORE HAD HEREIN.

RELIEF REQUESTED:

ORDER: DIRECTING THE CLERK OF
THE COURT TO ENTER A DEFAULT
JUDGMENT IN FAVOR OF THE
PLAINTIFF FOR THE SUM SOUGHT IN
THE SUMMONS AND COMPLAINT
BASED UPON THE DEFENDANT'S
FAILURE TO TIMELY ANSWER THE
SUMMONS, AND FOR SUCH OTHER
AND FURTHER RELIEF AS TO THIS
COURT MAY SEEM JUST AND
PROPER.

DATED:     NEW ROCHELLE, NEW YORK
           April 28, 2009

                                    YOURS, ETC

                         KAVULICH & ASSOCIATES, P.C.
                         BY:MATTHEW N. KAUFMAN, ESQ.
                         30 CHURCH STREET – SUITE 26
                         NEW ROCHELLE, NY 10801
                         914-355-2074

TO:    RAYMOND GRANDISON
       636 E. 233RD STREET, APT. 2R
       BRONX, NY 10466

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

INDEX NO, 100374/08
FILE NO. 4644

------------------------------------------------------------X

BRONX PARK EAST, LLC.,

- PLAINTIFF -

AFFIRMATION IN
SUPPORT

- AGAINST –

RAYMOND GRANDISON.,

- DEFENDANT –

------------------------------------------------------------X

   MATTHEW N. KAUFMAN, ESQ., an attorney duly admitted to practice law
before the Courts of the State of New York hereby affirms the following under the
penalty of perjury.

1.  I am an associate of the law firm of Kavulich & Associates, P.C.,
   attorneys for the Petitioner, herein. As such, I am fully familiar with the
   facts and circumstances of the within proceeding, except as to those
   matters stated to be based upon information and belief, and as to those
   matters I believe them to be true. The basis of my belief is information
   furnished to me by my client, information contained within the Court's
   file, and information contained within the file as maintained by your
   affirmant's office.

2.  I make this affirmation which seeks an Order awarding the Plaintiff a
   default judgment for the sum sought in the summons and complaint based
   upon the Defendant's failure to timely file an answer to the summons and
   complaint.

3.  The within proceeding was commenced by the Plaintiff against the
   Defendant for based upon the Defendant's failure to pay rental arrears for
   the premises known as 2822 Bronx Park East, Apt. N32, Bronx, NY
   10467. Annexed hereto as Exhibit "1" is a copy of said summons and
   complaint.

4.  The Defendant was served on or about November 8, 2008 at 636 East
   233rd Street, Apt. 2R, Bronx, NY 10466. Annexed hereto as Exhibit "2" is
   a copy of the affidavit of service of said summon and complaint.

5.  Now nearly 180 days have elapsed since the summons and complaint was served upon the Defendant, and the Defendant has failed to timely file an answer to the summons and complaint.

6.  Your affirmant's office had previously submitted a request for a default judgment to the clerk of the court on or about February 12, 2009. Annexed hereto collectively as exhibit 3 is a copy of said judgment request.

7.  The judgment clerk rejected Plaintiff's judgment request alleging that a notice mailed to the defendant by the court was returned as undeliverable. Annexed hereto as Exhibit 4 is a copy of the judgment clerks rejection notice.

8.  Defendant was served at the address listed on her credit report. Annexed hereto as Exhibit 5 is a copy of the Accurint printout for the Defendant.

9.  To date the Defendant owes the Plaintiff $8,146.78 in rental arrears. Annexed hereto as Exhibit 6 is the affidavit of Nattali Levenbrown agent for the plaintiff.

10. As the Defendant has still to date not filed an answer to the summons and complaint, your affirmant respectfully requests that this honorable court enter a default judgment for the sum sought in the summons and complaint in favor of the plaintiff against the Defendant.


WHEREFORE, your affirmant respectfully requests that the instant motion be granted in all respects and for such other and further relief as to this court may seem just and proper.

Dated:      New Rochelle, New York
            April 28, 2009

            Matthew N. Kauffman, Esq.,

EXHIBIT 1

CREDIT TRANSACTION. THIS IS AN ATTEMPT TO COLLECT A DEBT
AND ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THIS DEBT.
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------X

Bronx Park East, LLC,

                Plaintiff,

    -against-

Raymond Grandison,

              Defendant(s)

-----------------------------------------------------X

INDEX NO.
FILE NO. 4644

SUMMONS
Place of Venue is Plaintiff's
place of business:

2822 Bronx Park East
Bronx, NY 10467

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand
Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the
time provided by law as noted below and to file an answer to the below complaint with the
clerk: upon your failure to answer, judgment will be taken against you for the sum of $8,646.78
with interest thereon from February 1, 2007 together with costs of this action.

DATED:  October 16, 2008

                                By: Gary Kavulich, Esq.,
                                Kavulich & Associates, P.C.
                                Attorney for Plaintiff
                                30 Church Street
                                Suite 26
                                New Rochelle, NY  10801
                                (914) 355-2074

Defendant's Address:
 Raymond Grandison
636 E. 233rd Street, Apt. 2R
Bronx, NY 10466-4050

Note:  The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

## COMPLAINT

FIRST ACTION: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $8,146.78 representing rental arrears for the months of February, 2007 balance of $140.65; March, 2007 through and including January, 2008 at the agreed monthly sum of $727.83 for the premises known as 2822 Bronx Park East, Apt.N32 Bronx, NY 10467 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

THIRD ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

WHEREFORE, Plaintiff demands judgment (A) on the First Action, in the sum of $8,146.78 plus interest from February 1, 2007 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of 0.000 plus interest from February 1, 2007 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

# EXHIBIT 2

# AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 100374/08
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801     File No. 4644

BRONX PARK EAST LLC,
vs.
RAYMOND GRANDISON,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On November 8, 2008 at 9:03p.m.
At: 636 E. 233rd Street, Apt. 2R, Bronx, NY 10466 served the within Summons and Complaint
on: RAYMOND GRANDISON, Defendant therin named

Individual    By delivering a true copy of each to said recipient: deponent knew the person
[]            served to be the person described as said person therein.

Corporation   By delivering to and leaving with _____ and that deponent knew the
[ ]           person so served and authorized to accept service on behalf of the Corporation

Suitable Age  By delivering a true copy of each to a person of suitable age and discretion
Person        Said premises is recipients [ ] actual place of business [] dwelling house within the
[]            state.

Affixing      By affixing a true copy of each to the door of said premises, which is recipients
to Door       [ ] actual place of business    [X] dwelling house (place of abode) within the state
[X]

Mail Copy     On November 10, 2008 deponent completed service under the last two sections by
[ X ]         depositing a copy of the Summons and Complaint to the above address in a 1st
              Class properly addressed envelope marked "Personal and Confidential" in an official
              depository under the exclusive care and custody of the United States Post Office in the State
              of New York.
                      Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

              On the 5th day of November, 2008 at 12:11p.m.
              On the 7th day of November, 2008 at 1:55p.m.
              On the 8th day of November, 2008 at 9:03p.m.

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:__Color of skin: ____Color of Hair: _____Age: _____Height:_____ Weight: ____

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]          service of the United States Government or of the State of New York and was
               informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X]"John Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this 10 day of 11/08

Aston G. Evans II
LIC# 1220069

Page 10

# EXHIBIT 3

FILE NO. 4644
JUDGMENT

PLAINTIFF(S)

-AGAINST-

Raymound Grandison

2822 Bronx Park East
Bronx, NY 10467

DEFENDANT(S)

----------------------------------------------------------------

| | |
|---|---:|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $8,146.78 |
| INTEREST  FROM 2/1/2007 | $1,106.14 |
| | $9,252.92 |

| | | |
|---|---:|---:|
| COSTS BY STATUTE | $50.00 | |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 | |
| FILING OF SUMMONS AND COMPLAINT | $45.00 | |
| PROSPECTIVE MARSHALL'S FEE | $40.00 | |
| NOTICE OF INQUEST | $0.00 | |
| TRANSCRIPT & DOCKETING | $0.00 | |
| | | $160.00 |
| | TOTAL | $9,412.92 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER THE PENALTIES OF
PERJURY.
    DATED:  WESTCHESTER, NY
        2/12/2009

---------------------------------
KAVULICH & ASSOCIATES, P.C.
BY: GARY KAVULICH, ESQ.
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801

JUDGMENT ENTERED ON
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 12/27/2008 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,  ADJUDGED THAT
Bronx Park East, LLC
RESIDING AT: 2822 Bronx Park East Bronx, NY 10467
RECOVER OF   Raymound Grandison
RESIDING AT:  636 East 233rd Street  Bronx, NY 10466-4050
THE SUM OF  $8,146.78 WITH INTEREST OF  $1,106.14 MAKING A TOTAL OF $9,252.92 TOGETHER WITH  $160.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF  $9,412.92  AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

_____
CLERK

PLAINTIFF(S)

AGAINST

Raymound Grandison

DEFENDANT(S)

AFFIDAVIT OF FACTS
CONSTITUTING THE CLAIM
THE DEFAULT AND THE
AMOUNT DUE

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
February, 2007 balance of $140.65
March, 2007 $727.83
April, 2007 $727.83
May, 2007 $727.83
June, 2007 $727.83
July, 2007 $727.83
August, 2007 $727.83
September, 2007 $727.83
October, 2007 $727.83
November, 2007 $727.83
December, 2007 $727.83
January, 2008 $727.83
AT THE AGREED MONTHLY RENTAL OF $727.83
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED. AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK. RENT WAS NOT PAID BY ANY OTHER SOURCE. I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $8,146.78 WITH INTEREST FROM
2/1/2007 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

------------------------------------------
KAVULICH & ASSOCIATES, P.C.
BY: GARY KAVULICH, ESQ.
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801

TO THE DEFENDANT(S): PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED: WESTCHESTER, NY
    2/12/2009

YOURS, ETC.,
    ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF                SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON              DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------

Bronx Park East, LLC,

INDEX NO.  100374/08

PLAINTIFF(S)

-AGAINST-

Raymound Grandison

AFFIDAVIT OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

DEFENDANT(S)

------------------------------------------------------

STATE OF NEW YORK)
COUNTY OF WESTCHESER)  SS:

GARY KAVULICH, ESQ., BEING DULY SWORN HEREBY DEPOSES AND SAYS:

1.  I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2.  THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3.  ON 11/25/2008,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY
DEPOSITING THE ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S.
POSTAL SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE,
PROPERLY ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.  AT DEFENDANT(S):

X----LAST KNOWN ADDRESS AT:  Raymound Grandison: 636 East 233rd Street   Bronx, NY  10466-4050

-------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

-------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

-X--HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RESENT TO THE DEFENDANT AT:

SWORN TO BEFORE ME
ON THIS 31 DAY OF Dec, 2008

GARY KAVULICH, ESQ.

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU6071950
Qualified in Westchester County
Commission Expires January 21, 2009

Page 14



FEB-12-2009 11:33:25



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| GRANDISON | RAYMOUND | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:ELQHTPKOX*

Page 15

2/12/2009

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------X
Bronx Park East, LLC,

                       Plaintiff,

Index No. 100374/08
File No. **4644**

        -against-

**Raymound Grandison**

                   Defendant(s).

**AFFIDAVIT OF
INVESTIGATOR**

-----------------------------------------------------------X

STATE OF NEW YORK      )
                        )SS.:
COUNTY OF NEW YORK   )

I am over 18 years of age, am not a party to this action and reside in Westchester County, State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make an investigation to ascertain if the Defendant(s) Raymound Grandison is at the present time in military service for the purpose of entry of judgment.

On February 12, 2009, I Denise Miranda, contacted the Defense manpower Date Center concerning the Defendant Raymound Grandison military status.

I inputted the social security number, as provided by the Defendant, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense Manpower Data Center stating that the said Defendant is not currently in the military service of the United States and the State of New York (National Guard).

                                      Denise Miranda

Sworn to before me this
___ Day of ___ , 2009

_____
Notary Public

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU5071950
Qualified in Westchester County
Commission Expires January 21, 2009
          2011

| Lease From: | Review: | Need Social Sec | 10/29/09 | | | Judg. Balance: |
|---|---|---|---|---|---|---|
| Lease To: | | | Evicted?: ☐ | Verf Recd: ☐ | IE Created: ☐ | |

| Monthly Rent | | | | | | |
|---|---|---|---|---|---|---|
| Re Rent | | Judg. Date: | | Settle Date: | | |
| Ref. Amt: | $2,048.00 | Judg. Amount: | $0.00 | Settle Amount: | $0.00 | |

| Serv Date: | | Serv Filed: | | Type: | | Mail Date: | |
|---|---|---|---|---|---|---|---|

Debtor: Polivio Deleg                                      Debtor: 8242-1

Alias:                             AKA           Do Not Restrain: ☐

Street:                                 W/N ☑

City:                 Zip:             SSN:    --

| 8242 | L&T check; | | 4/29/09 | 15:56 | merced |
|---|---|---|---|---|---|
| 8242 | No new service address located; | | 4/29/09 | 15:56 | merced |



**Civil Court of the City of New York**
**County of Bronx**

Index No: **CV-100374-08/BX**

BRONX PARK EAST, L.L.C.
                   Plaintiff(s)
     -against-
RAYMOND GRANDISON
                   Defendant(s)

**Judgment Rejection Notification**

The judgment which was submitted for the above captioned case has been rejected by the clerk for the following reason(s) listed below:

Notice undeliverable (Court Rules 208.6 (h)). Post Office stamped the envelope 'No Such Number, Unable to Forward'. Make a motion to the court or take an inquest.

When you resubmit your judgment application, please attach this sheet or a copy to your submission. This will allow the clerk to process your re-submittal in a timely fashion.

February 26, 2009

Thank you,
The Judgment Clerk

EXHIBIT 5

**People   Businesses   Assets   Licenses   Phones   Courts**

4644

| Last Name | First Name | Middle Name | SSN |
| --- | --- | --- | --- |
| | | | 5329 |

| Street Address | City | State | Zip | County | Radius |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

R

| Phone | DOB | Age Range |
| --- | --- | --- |
| | | |

☐ Search for other possible name spellings   ☐ Include Bankruptcies  (Click For Prices)

Output Type:  ⦿ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Search completed**

SEARCH: SSN: ████5329

**Records:  1 to 12 of 12**

**Click Icons Below To Run a Report**

**Click Below for Next Steps**

| All | Full Name | SSN | Address | Phone Informat |
| --- | --- | --- | --- | --- |
| | RAYMOND GRANDISON<br>Gender: Male | ████5329 | 636 E 223RD ST<br>BRONX NY 10466-4050<br>2005 - Aug 08 | |

We Also Found:  ☐ Phones Plus   ☐ Property Records   ☐ Motor Vehicles   **Purchase Results**

| | Full Name | SSN | Address |
| --- | --- | --- | --- |
| | RAYMOND GRANDISON<br>Gender: Male | ████5329 | 636 E 223RD ST APT 2R<br>BRONX NY 10466-4050<br>2005 - Aug 08 |
| | RAMOND L GRANDISON<br>Gender: Male | ████5329 | 636 E 223RD ST APT 2R<br>BRONX NY 10466-4050<br>Jun 06 - Aug 07 |

https://secure.accurint.com/app/bps/main

# EXHIBIT 6

```
                                                    X
                                                          INDEX NO:
                                                          FILE NO: 4644
Bronx Park East, LLC,
                                        PLAINTIFF,

              -AGAINST-
                                                          AFFIRMATION OF FACTS
                                                          CONSTITUTING THE
Raymond Grandison,              DEFENDANT(S)              AMOUNT DUE

                                                    X
```

Naftali levenbrown

hereby deposes and says under the penalties of perjury, ss:
That deponent is the managing agent of Bronx Park East, LLC, Plaintiff in the within action; this action was
commenced by substituted service of the summons and complaint upon defendant(s) and is an action for
breach of a  lease agreement in the amount of $8,146.78 for the months February, 2007  balance of
$140.65;March, 2007 through and including January, 2008 at the agreed monthly rental amount of $727.83
per month;   (after application of security and after application of payments) no part  having  been paid,
although duly demanded. All other causes of action are hereby waived and disposed of. After a complete
and thorough  investigation, as I have been informed by Plaintiff ' s counsel, the defendant(s) is/are found
not to be in the military and reside(s) in the City of New York. Rent was not paid by any other source. I make
this affirmation upon personal Knowledge.


WHEREFORE, Plaintiff demands judgment against defendant for $8,146.78 with interest from February 1, 2007
together with costs and disbursements of the action.


Dated: 10/16/2008

Sworn to before me
on this 28 day of Oct, 2008

Ariella Kaminer
Notary Public

```
          ARIELLA J KAMINER
          NOTARY PUBLIC
          STATE OF NEW JERSEY
    MY COMMISSION EXPIRES NOV 19, 2012
```

Naftali levenbrown

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X
BRONX PARK EAST, LLC.,

                    - PLAINTIFF -

-    AGAINST –

RAYMOND GRANDISON.,
                       - DEFENDANT –

INDEX NO, 100374/08
FILE NO. 4644

NOTICE OF MOTION

-------------------------------------------------------------------------------------------X

On  4/29/09  , 2009, I served the within Affirmation in Opposition upon Raymond Grandison, the Respondent, in this action, by depositing a true copy in a post paid envelope addressed to:

      Raymond Grandison
      636 E. 233rd Street, Apt. 2R
      Bronx, NY 10466

in an official depository under the exclusive dominion and control of the United States Postal Service within the State of New York via regular first class mail.

                                       Matthew N. Kaufman, Esq.

INDEX NO:    100374                    YEAR: 2008

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Bronx Park East, LLC.

-    PLAINTIFF –

- against -

Raymond Grandison

-    DEFENDANT –

NOTICE OF MOTION FOR ENTRY OF A DEFAULT JUDGMENT

Signature Rule 130-1.1-a

_____                                              Print
Name Beneath -                       MATTHEW N. KAUFMAN, ESQ.,

KAVULICH & ASSOCIATES, P.C.
ATTORNEY FOR PETITIONER
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801
914-355-2074

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF THE BRONX**

*New*
*Atty*
*Affirmation*

---------------------------------------------------------------

**BRONX PARK EAST, LLC.**

**PLAINTIFF**

**V.**

**ORDER TO SHOW CAUSE**

(m) **INDEX NO. 100374/2008 —**
*no cal #*

**RAYMOND GRANDISON, OSHEA HUNTER**

**DEFENDANTS**

---------------------------------------------------------------

*It is Mandatory in Special Term,*
*Civil Court City of NY - Bronx County*
*for Litigants and Attorneys to APPEAR*
*in Court on the Return Calendar Date*
*to Respond to ORDERS TO SHOW CAUSE*

Upon reading and filing the annexed affidavit of Raymond Grandison sworn to on January 16, 2013 and upon any exhibits attached to the affidavit ,

Let the party or attorney for the party in opposition show cause at Part ~~28~~ 34C, Room ~~505~~ 504 of this Court located at 851 Grand Concourse, Bronx, New York on the 15th day of February, 2013 at 9:30am of that day or as soon thereafter as counsel can be heard:

WHY and Order should not be made:

1) Vacating the judgment entered against Defendant Raymond Grandison.
2) Dismissing the action as it pertains to defendant Raymond Grandison.

Together with such any and other relief as may be just and proper under the circumstances.

ORDERED that service of this Order to Show Cause be deemed proper by mailing a certified copy of *with return receipt requested* same upon Gary Kavulich, Kavilich & Associates, P.C., 30 Church Street, Suite 26, New Rochelle, NY 10801, and Oshea Hunter, 30 Franklin Terrace, Apt. 2, Irvington, NY 07111 on or before January 31st, 2013, and it is further

ORDERED that all further proceedings on this matter shall cease and all parties in this matter are

restrained from any actions on this matter pending the ~~outcome~~ hearing of this Order to Show Cause

ENTER:

JAN 2 4 2013

PROOF OF SERVICE SHALL BE FILED
WITH THE CLERK OF CIVIL COURT
ON THE RETURN DATE.

J. C. C.

HON. RUBÉN FRANCO

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF THE BRONX
----------------------------------------------------------------------

BRONX PARK EAST, LLC.

PLAINTIFF

**AFFIDAVIT IN SUPPORT**

V.

**INDEX NO. 100374/08**

RAYMOND GRANDISON, OSHEA HUNTER

DEFENDANTS

----------------------------------------------------------------------

STATE OF NEW YORK   }
                    } SS
COUNTY OF  BRONX    }

RAYMOND GRANDISON, being duly sworn, deposes and says:

1) I am over 18 years old and I am one of the defendants in the above referenced matter.

2) I make this affidavit in support of the Order to Show Cause.

3) This is the first time that I am seeking an Order to Show Cause.

4) I have not been served with any of the papers regarding this matter. I was never notified of any Court date. I assure you if I knew of a Court date, I would have come to Court.

5) The first time I knew about this matter was when my tenants informed that they were served with a Levy and Demand for the rent monies.

6) Furthermore, I am not responsible for the monies owed. This matter arises out of a rental situation. Defendant Oshea Hunter lived in the subject property and I believe he did not pay rent to the Plaintiff and so the Plaintiff is now suing to recoup the lost rent.

7) At the time the alleged incident occurred I was not living at the property. I vacated the property years before the alleged incident occurred. I had no lease in effect at the time the alleged incident occurred.

Page 28

8) No previous application for the same or similar relief has been made in this case.

_Raymond Grandison_
Raymond Grandison

Sworn to before me on

16th day of January, 2013

_Patrick Holness_
Notary Public

PATRICK HOLNESS
Notary Public, State of New York
Registration #01HO6263537
Qualified in Westchester County
Commission Expires July 12, 20__

2013

Your Honor,
There is no atty
affirmation
provided only
the defendants
affirmation.



**Stephen W. Biegel**

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
MarshalBiegel@aol.com • www.NewYorkCityMarshal.com

*PATRICIA*
*or*
*BRIANA*

# LEVY AND DEMAND ON *TERRY JONES*

November 19, 2012

*POSS*

SHARMELLA DEBARRY
636 EAST 223RD ST APT 2F-E
BRONX NY 10466

*S I C A Corp.*

**JUDGMENT CREDITOR**
BRONX PARK EAST,LLC

VS

RAYMOND GRANDISON AND OSHEA
HUNTER
**JUDGMENT DEBTOR**

*Docket #E 12471*
*Kunnlie & Assoc.*
*914-355-2074*
*File # 4644*
*Attn Gary*

GREETINGS:

Attached you will find a Property Execution with Notice to Garnishee. As directed under CPLR §5232(a), you are required to turn over to me all property of the judgment debtor currently in your possession or custody, not to exceed the following amount:

| | |
|---|---|
| Judgment.......... | $4,335.46 |
| Interest.......... | $2,021.78 |
| Statutory Fees....... | $95.00 |
| Expense.......... | $0.00 |
| Poundage.......... | $322.61 |
| **TOTAL** | **$6,774.85** |

Any monies paid to the judgment debtor after receipt of this levy is in violation of certain New York State laws. All monies due the above named judgment debtor for rent, escrow, commission, or any other means, must now be paid directly to the city marshal. I am sorry to put you in this position but have no other choice since the judgment debtor has failed to meet the obligation set forth by the Civil Court.

## PLEASE MAKE ALL CHECKS PAYABLE TO: NYC MARSHAL STEPHEN W. BIEGEL

Should you have any questions, kindly contact my office.
**MARSHAL'S DOCKET # E 12243**

Very truly yours,

STEPHEN W. BIEGEL
Marshal City of New York,
Badge #27

SIGNATURE OF OFFICIAL ACCEPTING LEVY: _____

PRINTED NAME: _____ DATE: _____

(BANKATTR)

COUNTY OF BRONX

---

Bronx Park East, LLC,

                                        Plaintiff,

                    -against-

Raymond Grandison,
Oshea Hunter,

                                        Defendants.

Index No. L&T 57149/07
Claim No. 2733

EXECUTION
WITH NOTICE
TO GARNISHEE

---

THE PEOPLE OF THE STATE OF NEW YORK TO THE SHERIFF OR ANY MARSHAL OF THE CITY OF NEW YORK, GREETING:

    WHEREAS, in an action in the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX

Between Bronx Park East, LLC,                                    as plaintiff  and
         Raymond Grandison, Oshea Hunter                         as defendants
who are all the parties named in said action, a judgment was entered on    9/20/07
in favor of Bronx Park East, LLC,                                judgment creditor
and against Raymond Grandison, Oshea Hunter                      judgment debtors
whose last known address is 636 East 223rd Street, Bronx, NY 10466
in the amount of  $4,335.46 including costs, of which $4,335.46 interest thereon from 9/20/07 remains due and unpaid;

    NOW, THEREFORE, WE COMMAND YOU as satisfy the said judgment out of the personal property of the above named judgment debtor and the debts due to him; and that only the property in which said judgment debtor who is not deceased has an interest in the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor.

NOTICE TO GARNISHEE        TO:        Sharmella Debarry
                                     636 East 223rd Street, Apt. 2F-E Bronx, NY 10466

    WHEREAS, it appears that you are indebted to the judgment debtor, above named, or in possession or custody of property not capable of delivery in which the judgment debtor has an interest, including, without limitation, the following specified debt and property:

    NOW, THEREFORE, YOU ARE REQUIRED by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the said sheriff or marshal all personal property not capable of delivery in which the judgment debtor is known or believed to have an interest ow in or hereafter coming into your possession or custody including any property specified in this notice;' and to pay to the said sheriff or marshal, upon maturity, all debts now due or hereafter coming due from you to the judgment debtor, including any debts specified in this notice; and to execute any documents necessary to effect such transfer or payment;

    AND TAKE NOTICE that until such transfer or payment is made or until the expiration of 90 days after the service of this execution upon you or such further time as it provided by any order of the court service upon you whichever event first occurs, you are forbidden to make or suffer any sale assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than said sheriff or marshal, except upon directions of said sheriff or marshal or pursuant to an order of the court;

    AND TAKE FURTHER NOTICE THAT at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the court upon motion of the judgment creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to said sheriff or marshal or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.

Dated: 11/15/2012

                                        Gary Kavulich Esq.
                                     Kavulich & Associates, P.C.
                              181 Westchester Avenue, Suite 500C
                                     Port Chester, NY 10573
                                        (914) 355-2074

# CIVIL COURT OF THE CITY OF NEW YORK

# COUNTY OF THE BRONX

## BRONX PARK EAST, LLC.

### PLAINTIFF

### V.

## RAYMOND GRANDISON
## OSHEA HUNTER

### DEFENDANTS

## ORDER TO SHOW CAUSE

INDEX NO. 100374/08

Patrick Holness, Esq.
Attorney for Defendant
3870 White Plains Road
Bronx, New York 10467
Tel: 914-494-5822
Fax: 347-945-2512

CONSUMER CREDIT TRANSACTION. THIS IS AN ATTEMPT TO COLLECT A DEBT
AND ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THIS DEBT.
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------x

Bronx Park East, LLC,

               Plaintiff,

**100374**

INDEX NO.
FILE NO. 4644

-against-

SUMMONS
Place of Venue is Plaintiff's
place of business:

Raymond Grandison,

2822 Bronx Park East
Bronx, NY 10467

               Defendant(s)

------------------------------------------------------x

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand
Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the
time provided by law as noted below and to file an answer to the below complaint with the
clerk: upon your failure to answer, judgment will be taken against you for the sum of $8,646.78
with interest thereon from February 1, 2007 together with costs of this action.

DATED:  October 16, 2008

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
30 Church Street
Suite 26
New Rochelle, NY 10801
(914) 355-2074

Defendant's Address:
 Raymond Grandison
636 E. 233rd Street, Apt. 2R
Bronx, NY 10466-4050

Note:  The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

# COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $8,146.78 representing rental arrears for the months of February, 2007 balance of $140.65; March, 2007 through and including January, 2008 at the agreed monthly sum of $727.83 for the premises known as 2822 Bronx Park East, Apt.N32 Bronx, NY 10467 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $8,146.78 plus interest from February 1, 2007 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of 0.000 plus interest from February 1, 2007 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

TRANSACCION DE CREDITO DEL CONSUMIDOR IMPORTANTE!! UD. HA SIDO
DEMANDADO! ESTE ES UN DOCUMENTO LEGAL-UNA CITACION! NO LA BOTE!!
CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU
SALARIO (EMBARGARLO). ISI UD. NO SE PRESENTA EN LA CORTE CON ESTA
CITACION LE PUEDEN CONFISCAR SUS BIENES (PROPIEDAD) Y PERJUDICAR SU
CREDITO!! TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR TODOS LOS GASTOS
LEGALES (COSTOS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS
PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y EL
SECRETARIO LA CORTE LE AYUDARA.

COURTE CIVIL DE LA CUIDAD DE NUEVA YORK,
Condado de Bronx

-------------------------------------------------X

Indice #
Claim # 4644

Bronx Park East, LLC,

                              Demandante,

          -contra-

Raymond Grandison,

                              Demandado(s).

-------------------------------------------------X

CITATION
La razon de haber designado
Esta Corte es:
2822 Bronx Park East
Bronx, NY 10467

Al demandado arriba mecionado:

  USTED ESTA CITADO  a comparecer en la Corte Civil de la Ciudad de Nueva York, Condado
de Bronx a la oficiana del Jefe Principal de dicha Corte en  851 Grand Concourse, Bronx, NY
10451, in the COURTE CIVIL DE LA CUIDAD DE NUEVA YORK, NY en el Condado
de Nueva York Ciudad y Estado de Bronx, dentro del tiempo provisto por la ley segun abajo
indicado y presenter respuesta a la Demanda ajunta al Jefe de la Corte, si usted no comparece a
contester, se dictara juicio en contra suya en la suma de $8,646.78 con intereses February 1?
2007, incluyendo los costos de esta causa.

Fechado: October  16, 2008

                                        By: Gary Kavulich, Esq.
                                        Kavulich & Associates, P.C.
                                        30 Church Street, Suite 26
                                        New Rochelle, NY 10801
                                        914-355-2074

Defendant's Address
Raymond Grandison
 636 E. 233rd Street Apt. 2R
Bronx, NY, 10466-4050
Nota: La ley provee que: (a) Si esta citacion es entregada a usted personalmente en la
Ciudad de Nueva York, usted debe comparece y responder dentro de Viente dias
despuesde la entrega, (b) Si esta citacion es entregada a otra persona que no fuera usted
personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de
publicacion, o por otros medios que no fueran entrega personal a usted en le Ciudad de
Nueva York, usted tiene Treinta dias para comparecer y responder la demanda, despues
de haberse presentado prueba de entrega a citacion al Jefe de esta Corte.

## COMPLAINT

<u>PRIMERA ACCIÓN</u>: el Demandante procura recuperar daños del demandao (s) para la violación de un acuerdo de arriendo en la suma de $8,146.78 dólares que representan atrasos de alquiler para los meses del equilibrio February, 2007 balance of $140.65; dólares; March, 2007 a través de e incluso January, 2008 en la suma mensual concordada de $727.83 local conocido come 2822 Bronx Park East N32 Bronx, NY 10467 juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional como el tribunal puede juzgar sólo.

<u>SEGUNDA ACCIÓN</u>: el Demandante procura recuperar daños del demandado en la suma de $ 0 dólares que representan daños juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Tribunal puede juzgar sólo.

<u>TERCERA ACCIÓN</u>: el Demandante procura recuperar daños del demandado en la suma de $ 500.00 dólares que representan honorarios de abogados razonables juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Triunal puede juzgar sólo.

<u>POR QUE</u>. el Demandante exige el juicio (A) en la Primera Acción, en la suma de $8,146.78 Dólares más el interés a partir del February 1, 2007 juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Tribunal puede juzgar sólo, (B) en la Segunda Acción, en la suma de $0 dólares más el interés el 1 de February 1, 2007 juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional come el Tribunal pueden juzgar sólo, (C) en la Tercera Acción, en la suma de $500.00 dólares más el interés el juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Tribunal puede juzgar solo.

El Demandante en Esta Accion no esta obligado a ser licenciado por el Departamento de asuntos de Consumidor de la Ciudad de Nueva York.

CIVIL COURT OF THE CITY OF NEW YORK
851 GRAND CONCOURSE, BASEMENT
BRONX, NY 10451

2009 JAN 20  AM 12: 00

RAYMOND GRANDISON 100374/08
636 E. 233RD STREET, APT. 2R
BRONX, NY 10466

CIVIL COURT OF THE CITY OF NEW YROK COUNTY OF BRONX
INDEX NUMBER 100374/08
TRIBUNAL CIVIL DE LA CUIDAD DE NUEVA YORK

PALINTIFF/DEMANDANTE BRONX PARK EAST LLC,

DEFENDANT/DEMANDADO RAYMOND GRANDISON

ATTENTION: A SUMMONS AND COMPLAINT HAS BEEN FILED ON A CONSUMER
CREDIT TRANSACTION ASKING THE COURT TO RENDER A JUDGMENT AGAINST
YOU. YOU MAY WISH TO CONTACT AN ATTORNEY. YOU MUST ANSWER AT THE
LOCATION AND WITHIN THE TIME SPECIFIED ON THE SUMMONS. IF YOU DO NOT
APPEAR IN COURT THE COURT MAY GRANT A JUDGMENT AGAINST YOU. IF A
JUDGMENT IS GRANTED AGAINST YOU, YOUR PROPERTY CAN BE TAKEN, PART
OF YOUR PAY CAN BE TAKEN FROM YOU (GARNISHEED), AND YOUR CREDIT
RATING CAN BE AFFECTED. IF YOU HAVE NOT RECEIVED THE SUMMONS AND
COMPLAINT GO TO THE CIVIL COURT CLERK'S OFFICE SPECIFIED ON THE
RETURN ADDRESS AND BRING THIS NOTICE WITH YOU.

ATTENCION: BASADO EN UNA TRANSACCION DE CREDITO AL CONSUMIDOR, SE
HA SOMETIDO UNA QUERELLA Y UNA CITACION JUDICIAL ANTE EL TRIBUNAL
CIVIL, SOLICITANDO QUE SE EMITA UN FALLO JUDICIAL EN CONTRA SUYA, POR
LO QUE USTED QUERRA COMUNICARSE CON UN ABOGADO USTED TIENE QUE
SOMETER UNA REPUESTA ANTE EL TRUBUNAL, EN EL LUGAR Y EL MOMENTO
INDICADOS EN LA CITATION. SI NO COMPARECE ANTE EL TRIBUNAL, SE PUEDE
EMITIR UN FALLO JUDUCIAL EN SU CONTRA. DE SER ASI, SUS PERTENENCIAS
PEUDE SER EMBARGADAS, PARTE DE SU SALARIO PUEDE SER EMBARGADO Y LA
CLASIFICACIO DE SU CREDITO PUEDE SER AFECTADA NEGATIV AMENTE. SI NO
HA RECIBIO LA CITACION Y LA QUERELL, DIRIJASE AL DESPACHO DEL
SECRETARIO JUDICIAL INDICADO EN EL DIRECCION DEL REMITENTE Y TRAIGA
ESTA NOTIFICACION CON USTED.



UNITED STATES POSTAGE

PITNEY BOWES

02 1P          $ 000.420
0003056952     JAN 12 2009
MAILED FROM ZIP CODE 10001



Page 38

100   DE   1      CO  01/17/09

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NIXIE   100451298099   *2045-23018-14-41

BC: 10451298099



10451403851@2908

100374/08

# AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 100374/08
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 4644

BRONX PARK EAST LLC,
vs.
RAYMOND GRANDISON,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On November 8, 2008 at 9:03p.m.
At: 636 E. 233rd Street, Apt. 2R, Bronx, NY 10466 served the within Summons and Complaint
on: RAYMOND GRANDISON,  Defendant therin named

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing<br>to Door<br>[X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On November 10, 2008 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 5th day of November, 2008  at 12:11p.m.
On the 7th day of November, 2008  at 1:55p.m.
On the 8th day of November, 2008  at 9:03p.m.

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:___Color of skin: ____Color of Hair: _____Age: _____Height:_____ Weight: _____

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]      service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"John Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this 10 day of 11/08

_____
Aston G. Evans II
LIC# 1220069

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 100374/08
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801     File No. 4644

BRONX PARK EAST LLC,
vs.
RAYMOND GRANDISON,

State of New York County of Nassau SS:

Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On November 8, 2008 at 9:03p.m.
At: 636 E. 233rd Street, Apt. 2R, Bronx, NY 10466 served the within Summons and Complaint
on: RAYMOND GRANDISON, Defendant therin named

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing to Door [X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On November 10, 2008 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 5th day of November, 2008  at 12:11p.m.
On the 7th day of November, 2008  at 1:55p.m.
On the 8th day of November, 2008  at 9:03p.m.

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:___Color of skin:_____Color of Hair:_____Age:_____Height:_____ Weight:_____

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]    service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"John Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this 10 day of 11/08

_____
New York State Notary Public
County of Bronx
Cheryl Marsh
Lic. No. 01MA6042846
Commission Expires June 5, 2010

Aston G. Evans II
LIC# 1220069

Page 40