John VILLANUEVA
City Marshal - Badge #36
City of New York
384 East 149th Street Suite 312
Bronx, NY 10455
(718) 402-3100

2007 OCT -9 PM 2: 15

# Warrant Requisition

| County | BRONX, NY | | |
|---|---|---|---|
| Index No. | 57149/07 | Marshals Docket | 182219 |

| Petitioners | Respondent(s) |
|---|---|
| BRONX PARK EAST, LLC | OSHEA HUNTER |

### Address

APT:    N32

2822 BRONX PARK EAST

BRONX NY 10467

N/P ☑   H/O ☐       DEF ☐   A/T ☑   Res ☑   Com ☐

**Comments:**

John VILLANUEVA, City Marshal

| Date | 10/1/2007 | | BadgeID | 36 |
|---|---|---|---|---|

CIV-L/T-100 (3/05)

John VILLANUEVA
City Marshal - Badge #36
City of New York
384 East 149th Street Suite 312
Bronx, NY 10455
(718) 402-3100

# Warrant Requisition

**County**          BRONX, NY

Index No.   57149/07                    Marshals Docket   182218

**Petitioners**                                **Respondent(s)**

BRONX PARK EAST, LLC                    RAYMOND GRANDISON

**Address**

APT:   N32

2822 BRONX PARK EAST

BRONX NY 10467

N/P ☑  H/O ☐     DEF ☑  A/T ☐  Res ☑  Com ☐

**Comments:**

Date   10/1/2007          John VILLANUEVA, City Marshal        BadgeID   36

CIV-L/T-100 (3/05)

INDEX NUMBER 57149/07

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF   BRONX

Index No. 57149/07

BRONX PARK EAST, LLC

                            Petitioner

-against-

RAYMOND  GRANDISO

                            Respondent
                            Tenant

REQUEST
FOR
FINAL ORDER

_____x

To the clerk of the Civil Court of the City of New York

YOU ARE HEREBY REQUESTED TO SUBMIT THE PAPERS IN THE ABOVE
ENTITLED PROCEEDING TO THE JUDGE FOR A FINAL ORDER

DATED:      10/1/2007

_____
        COHEN AND STARK, LLP ATTORNEY AT LAW
             1325 CASTLE HILL AVENUE
                BRONX, NY 10462

E CITY OF NEW YORK

L &T Index No. 57149/07

ast, LLC                                          Landlord

                     Against

MOND GRANDISON          Respondent
                        Tenant       2822 BRONX PARK EAST Apt N32
                                     BRONX NY 10467
                        Tenant
                        Undertenant

---

**STATE OF NEW YORK COUNTY OF Bronx**

_____Naftali Levenbrown_____ being duly sworn, deposes and says that he/she is the agent for the petitioner herein and is fully familiar with all the facts. That this is a summary proceeding/action which the respondent (S)/defendant (S) was served but failed to answer. I made several attempts to question the tenant, any blood relative or neighbor in order to be able to submit this affidavit that the tenant was not in the military service or dependent on someone in the military service.

1) I spoke in person with the tenant(s) on _____ at approximately _____ a.m./p.m. at _____ (location). The tenant(s) _____ (name) who is approximately _____ (description) advised me that he/she is not in the military service of the United States and the State of New York in any capacity, and the tenant(s) informed me that neither he/she nor anyone in the family is dependent on any person in the military service of the United States.

2) I spoke to (name) ___RAYMOND GRANDISON___ directly over the telephone by calling number ( 718 ) 972 - 5466  on _9/26/09_ at approximately 2:15 a.m./p.m. She/he identified herself/himself as the tenant. I recognized the voice as I have had prior conversations with her/him. The tenant, during that phone call, advised me that she/he is not in the military service of the United States. The tenant also informed me that neither she/he nor anyone in the tenant's family is dependent on any person in the military service of the United States.

3) I could not locate anybody to speak with concerning the tenant(s) military status. I called at _____ a.m./p.m on _____ and again on _____. And there was no answer. I went to the premises located at _____ Apt. # _____ on _____ and again on _____ and no one was home. Based upon my records and the tenant with whom I am familiar, the tenant(s) is/are:
_____ (a) approximately _____ years of age;
_____ (b) disabled and uses a wheelchairs/cruchtes/other _____;
_____ (c) receives public assistance;
_____ (d) see application, recertification form attached.

From the facts set forth, I am convinced that the tenant(s) is not in or financially dependent on someone in the military service of the United States at the present time.

Sworn before me this   **1st Day Of October, 2007**
Notary Public

_Naftali Levenbrown_
Signature of Investigator

MARK COHEN
Notary Public - State of New York
No. 02CO6061612
Qualified in Bronx County
My Comm. Expires December 4, 2010

CIVIL COURT OF THE CITY OF NEW YORK **INDEX # 057149/2007**
COUNTY OF BRONX     PART    D **JUDGMENT SEQ # 001**
      DECISION AND JUDGMENT

non pay

BRONX PARK EAST, LLC,

Petitioner(s)

**AGAINST**
GRANDISON, RAYMOND
HUNTER, OSHEA

Respondent(s)

**Decision and Judgment Is** rendered based upon
a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
BRONX PARK EAST, LLC,
and against
HUNTER, OSHEA
A counterclaim is granted in favor of the respondent in the amount of     $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of     $0.00 in favor of:
BRONX PARK EAST, LLC,
and against
HUNTER, OSHEA

for a total amount of   $4306.42

(Monthly use and occupancy is set at     $0.00 per month, as per order,
stipulation or decision in record.)

_____

_____

_____

Warrant to issue forthwith          Execution_____ A P S

Date  9/20/07                  HON. ELEANORA OFSHTEIN

                            Judge, Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.
====================================================================

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on  9/20/07 .

                                        Chief Clerk, Civil Court

Warrant issued to Marshal  Villanueva  On _____ OCT 1 5 2007

CIV-LT-50(2006)                                    Page 1 of 1

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX        PART** ⎿

**DECISION AND JUDGMENT**

INDEX # 057149/2007
JUDGMENT SEQ # 002

non pay

BRONX PARK EAST, LLC,

Petitioner(s)

**AGAINST**

GRANDISON, RAYMOND
HUNTER, OSHEA

Respondent(s)

**Decision and judgment is** rendered based upon
respondents failure to appear for trial as follows:
Judgment of possession is granted in favor of:
BRONX PARK EAST, LLC,
and against
GRANDISON, RAYMOND
A counterclaim is granted in favor of the respondent in the amount of     $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of     $0.00 in favor of:
BRONX PARK EAST, LLC,
and against
GRANDISON, RAYMOND

for a total amount of    $0.00

(Monthly use and occupancy is set at     $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue as per stip/order    Execution    5 days

Date   9/20/07

HON. ELEANORA OFSATEN

Judge, Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied.  Failure to do so subjects the judgment creditor to penalties.

===================================================================

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on   9/20/07

Chief Clerk, Civil Court

Warrant issued to Marshal   Villanueva   On   OCT 1 5 2007

CIV-LT-50(2006)                                                                     Page 1 of 1

INDEX NUMBER 57149/07

# CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF ...... **BRONX**

HOUSING COURT PART _____ 18 ()

HON. _____ Ofshkin

DATE _____ 9/20/07

| | |
|---|---|
| Petitioner | Bronx Park East |
| | *against* |
| Respondent Address Apt. # | Raymond Grandison 2822 Bronx Park East N32 |

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

## COHEN & STARK, LLP HEREBY APPEAR FOR PETITIONER

RESPONDENT APPEARS PRO SE

IT IS AGREED:

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Bronx Park East | | X | | |
| Respondent 1 Raymond Grandison | | X | | |
| Respondent 2 OSHEA Hunter | | X | | |
| Respondent 3 | | | | |

Petition amended to date

Final Judgment for $ **4306.42** in favor of Petitioner which is rent owed through 9/30/07

warrant shall issue forthwith

Execution of warrant stayed to 10/22/07 for payment of $ 4306.42

Payments are to first be applied to current rent and then to the arrears.

Petitioner consents to one OTSC motion for good cause shown by the Repondent.

Respondent given complete rent history in court.

OShea Hunter has a written notarized letter dated 9/18/07 signed by Raymond Grandison giving him permission to represent Respondent in Court today. NO tenancy rights are given to OShea Hunter. Raymond Grandison must appear in Court on any future days appearance.

COHEN & STARK, LLP
1325 CASTLE HILL AVE.
BRONX, NY 10462

Page 7

9/18/2007

To WHOM IT MAY CONCERN,

I RAYMOND GRANDSON GIVE OSHEA HUNTER PERMISSION TO REPRESENT ME AT HEARING IN HOUSING COURT BRONX NEW YORK, ON ISSUE OF RENT ARREARS ON APARTMENT #N52 -2822 BRONX P.E. BRONX N.Y. 10467.

RAYMOND GRANDISON

19th Sept 2007
Bronx N.Y.

PARVEEN K. MADAAN
NOTARY PUBLIC, State of New York
No. 01MA5014780
Qualified in Bronx County
Commission Expires July 8, 2011

he City of New York
ᵇ⁾ᵒⁿˣ

_____
Date

Index Number _051/49/07_

Hon. _OFshtein_

**STIPULATION OF SETTLEMENT**

_____ Pak Rust LLC

Plaintiff(s)/Petitioner(s),

against

Raymond  Grandis

Defendant(s)/Respondent(s)

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

Petition Amend to Date          Rm 550.

Adj to 9/20/07 at 9:30

Jewish Holiday  + for tenant of

record to appear

or not, letter

HON. ELEANORA OFSHTEIN

9/14/07

L&T No. ⌐⌐⌐ 57149

Civil Court of the City of New York

County of  BRONX                              Housing Part

Bronx Park East, LLC
_____ Landlord

RAYMOND GRANDISON
_____ Tenant

2822 BRONX PARK EAST        Apt NG2

BRONX, NY 10467
_____ Undertenant

Amount Claimed $          $3,661.23

PETITION-NON-PAYMENT          DWELLING

Notice of
Petition served on _____ 20___

Notice of
Petition returned on  Bronx, NY 104630  20___

Notice of
Petition issued on _____ 20___

Tenant appears on _____ 20___
but fails to answer.

Tenant answers on _____ 20___

Answer is _____

Set for Trial on _____ 20___

Landlord notified on _____ 20___

...ficiency of answer referred          20___
court                                issue

_____ Judge

_____ for Petitioner

_____ LLP ATTORNEY AT LAW
_____ VENUE

---

PETITION Non-Payment

alleges upon Information and Belief

THE PETITION OF

1. Petitioner is the landlord and Bronx Park East, LLC of the premises 2822 BRONX PARK EAST, apt (NG2) is [are] tenant(s) in possession of wherein respondent promised

2. Respondent(s) RAYMOND GRANDISON
said premises pursuant to a rental agreement made heretofore written each month in advance on the 1st day of each month.
to pay to landlord as rent $          $712.38

3. Respondent is undertenant of the respondent tenant(s).

4. Respondents are now in possession of said premises which is the residence of the respondent tenant(s) and undertenants herein.

5. The premises from which removal is sought were rented for residential purposes and are described as follows:
in premises located at

ALL ROOMS, Apt #NG2
situated 2822 BRONX PARK EAST
situated within the territorial jurisdiction of the Civil Court of the City of New York, County of BRONX

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $ rent and additional
rent (*) as follows:          $3,661.23

| Arrears History: | | Legal Fees: | $100.00 |
|---|---|---|---|
| 04/01/07 | $711.76 | 07/01/07 | $712.38 |
| 05/01/07 | $712.38 | 08/01/07 | $712.38 |
| 06/01/07 | $712.38 | | |

7. The premises are subject to Rent Stabilization Law of 1969 as amended, and have been duly registered with the New York State Division of Housing and Community Renewal (DHCR) and the rent demanded herein does not exceed the registered rent and does not exceed the lawful rent stabilized rent.

8. Said rent has been demanded personally from the tenant(s) since same became due.

9. Respondents have defaulted in the payments thereof and continue in possession of premises without permission after said default.

10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Section 27-2097 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.
Multiple Dwelling No.          201567

Agent          Nattali Leventown 625 Allerton Ave Bronx, NY 10467

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded therein, awarding possession of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with costs and disbursements of this proceeding.     Dated: 8/24/2007 Bronx Park East, LLC

STATE OF NEW YORK, COUNTY OF      BRONX          The Undersigned          the Petitioner
that he is
affirms under penalty of perjury that he has read the foregoing petition and knows the contents thereof; that the same is true to his own knowledge except as that to matters stated to be upon information and belief; and as to those matters he believes them to be true.

2007 AUG 27  PM 4:

BRONX COUNTY
CIVIL COURT

Page 10

8/21/2007 Cohen and Spark, LLP Attorney at Law

*Attorney for Petitione*

*Q STARK, LLP AT*
*ILL AVENUE*
*718-792-*

## FAIR DEBT COLLECTION NOTICE

TAKE FURTHER NOTICE, that this firm has been retained to collect a debt consisting of rent arrears. Any information obtained will be used for that purpose. The creditor claims that you owe rent arrears as specified. You have thirty (30) days from receipt of this notice to dispute the debt **in writing**. If you fail to do so, we will assume the debt to be valid. If you timely notify us **in writing** that you do dispute the debt, we will obtain verification of the debt and mail same to you. Upon your rent request made within thirty (30) days of the receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This opportunity to dispute the debt is separate from any response that you are required to make or any action you are required to take with respect to any other legal notice you receive. Please respond to any legal notice you may receive within the time frame set forth in those notices.

COHEN AND STARK, LLP ATTORNEY AT LAW
1325 CASTLE HILL AVENUE
BRONX, NY 10462

**IMPORTANT -** If you are dependent upon a person in the military service of the United States or th

**TO TENANT** State of New York, advise the Clerk immediately, in order to protect your rights.

Civil Court of the City of New York

## Housing Part

County of BRONX

Bronx Park East, LLC

Index No. L/T

Petitioner

| NOTICE OF PETITION |
| DWELLING |
| *Non-Payment* |

Respondent *(Tenant)*

RAYMOND GRANDISON

Apt N32    2822 BRONX PARK EAST
BRONX, NY 10467

Respondent *(Undertenant)*

*First name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described*

To the respondent[s] above named and described, in possession of the premises hereinafter described or claiming possession thereof.

PLEASE TAKE NOTICE that the annexed petition of    Bronx Park East, LLC

verified    8/21/2007

prays for a final judgment of eviction, awarding to the petitioner possession of premises described as follows:    , located at

County of    2822 BRONX PARK EAST in the City of New York, as demanded in the petition.

ALL ROOMS, Apt #N32

**TAKE NOTICE** also that demand is made in the petition for judgment against you for the sum of
$3,661.28    plus the costs and disbursements of the proceeding.

**TAKE NOTICE** also that WITHIN FIVE DAYS after service of this Notice of Petition upon you, you must answer, either orally before the Clerk of this Court at

County of    City and State of New York, or in writing, by serving a copy thereof upon the attorneys for the petitioner, and by filing the original of such answer, with proof of service thereof, in the office of the Clerk. Your answer may set forth any defense or counterclaim you may have against the petitioner, unless such defense or counterclaim is precluded by law or prior agreement of the parties. On receipt of your answer, the Clerk will fix and give notice of the date for trial or hearing which will be held not less than 3 nor more than 8 days thereafter; at which you must appear. If, after the trial or hearing, judgment is rendered against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE days from the date of such judgment.

**TAKE NOTICE** also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

In the event you fail to answer and appear, final judgment by default will be entered against you by a warrant dispossessing you will not be issued until the tenth day following the date of the service of this Notice of Petition upon you.

**TAKE NOTICE** that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not settled or a final determination has not been made by the court's sixty 30 days of the first court appearance. Failure to comply with an initial rent deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on issues raised in your answer.

8/21/2007

---

L.&T. No.    2780057149

Civil Court of the City of New York

County of BRONX

**Housing Part**

**Landlord**

Bronx Park East, LLC

**Tenant**

RAYMOND GRANDISON

2822 BRONX PARK EAST    Apt N32

BRONX, NY 10467    **Undertenant**

Amount Claimed $    3,661.28

NOTICE OF
PETITION-NON-PAYMENT    DWELLING

Attorney for Petitioner

STARK, LLP ATTORNEY AT LAW
1 AVENUE

718-792-1200

AFFIDAVIT OF CONSPICUOUS SERVICE

| | | |
|---|---|---|
| STATE OF NEW YORK | } | CASE # LT |
| COUNTY OF WESTCHESTER | } | CNTL # 57149 |

EDDIE H. RIVERA JR., BEING DULY SWORN, DEPOSES AND SAYS: THAT DEPONENT IS NOT A PARTY TO THIS PROCEEDING, IS A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDES AT BRONX, NEW YORK.

DEPONENT WAS UNABLE TO SERVE: RAYMOND GRANDISON, TENANT(S)/OCCUPANT(S) BY PERSONAL DELIVERY.

AT 2822 BRONX PARK EAST                              BRONX, NY 10467
   APT N32

ON    08/30/07  AT   11:29 AM   DEPONENT SERVED THE ATTACHED

                    NOTICE OF PETITION AND PETITION

[X] BY AFFIXING A TRUE COPY FOR EACH TENANT/OCCUPANT UPON A
    CONSPICUOUS PART, TO WIT-THE ENTRANCE DOOR OF SAID PROPERTY.

DEPONENT WAS UNABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WILLING TO RECEIVE THE SAME AT THIS TIME OR DURING THE PRIOR ATTEMPT MADE ON   08/29/07  AT  8:24 PM.

AND ON  08/30/07  DEPONENT SERVED COPIES OF THE WITHIN
 NOTICE OF PETITION AND PETITION  ON EACH TENANT/OCCUPANT, NOT PERSONALLY SERVED AT THE PROPERTY SOUGHT TO BE RECOVERED, BY DEPOSITING A TRUE COPY FOR EACH NAMED TENANT/OCCUPANT OF THE SAME ENCLOSED IN A POST PAID
WRAPPER ADDRESSED TO EACH TENANT/OCCUPANT AT THE PROPERTY SOUGHT TO BE RECOVERED, IN THE POST OFFICE BY CERTIFIED MAIL  AND BY REGULAR FIRST CLASS MAIL WITHIN THE STATE OF NEW YORK.

AND ON 08/30/07 ADDITIONAL MAILING BY REGULAR AND CERTIFIED MAIL TO:

SWORN TO BEFORE ME ON 08/30/07

                                        EDDIE H. RIVERA JR.
                                        LIC.# 1128535

    ALAN ABOODY
NOTARY PUBLIC, STATE OF NEW YORK
        NO. 01AB5014371
  QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES JULY 15, 2011

                          C

                                               ss

**THE CITY OF NEW YORK**

_Bronx_

Housing Part

_Bronx Park East_

Petitioner(s),

-against-

_R. Grandison_ Respondent(s)

Index No.: _57149/07_

**LANDLORD/TENANT
ANSWER IN PERSON**

Address: _2822 Bronx Park East_

_BX NY_

_10464_ Apt. _N32_

Respondent has appeared and has orally answered the Petition as follows: _In Person_
_Oshea Hunter_
_(Son-Law)_

**Answer**

**SERVICE**

1. _____ The Respondent did not receive a copy of the Notice of Petition and Petition.
2. _____ The Respondent received the Notice of Petition and Petition, but service was not correct as required by law.

**PARTIES**

3. _____ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Notice of Petition and Petition.
4. _____ The Petitioner is not the Landlord or Owner of the building, or a proper party.

**RENT**

5. _____ No rent demand or proper rent demand, either oral or written, was made before this proceeding.
6. _____ The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. _____ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. _____ The Petitioner owes money to the Respondent because of a rent overcharge.
9. _____ The rent, or a portion of the rent, has already been paid to the Petitioner.

**APARTMENT**

10. _____ There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. _____ Public Assistance shelter allowance has stopped because of housing code violations in the apartment or the building.
12. _____ The apartment is an illegal apartment.

**OTHER**

13. _____ Laches.
14. _X_ General Denial.
15. _____ Other Answer

_9/4/07_

Dated

Clerk's Initials

**NOTICE OF SCHEDULED APPEARANCE**

This case is scheduled to appear on the calendar as follows:

DATE: _9/14/07_ TIME: _9.30AM_ PART: _D_ ROOM: _550_

YOU SHOULD ARRIVE AT THE COURTHOUSE <u>AT LEAST ONE HALF HOUR BEFORE</u> THE ABOVE
SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A
SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-
READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE,
YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR
REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS
DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.
THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.
YOU MUST APPEAR AND BRING THIS FORM WITH YOU.

_For assistance visit a Resource Center in the courthouse or the court's website:_ NYCourts.Gov/NYCHousing.

CIV-LT-91(Revised May 2006)

Civil Court of the City of New York

County of _____

Part _____   Date 11/13/07

Index Number 57149/07

Hon. _____ Ofshtein

Bronx Park East CCC

Plaintiff(s)/Petitioner(s)

against

Raymond Amundson

Osher Amdur

Defendant(s)/Respondent(s)

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time, and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

Motion Granted to following extent

EXECUTION OF WARRANT STAYED TO
11/21/07 for payment of 5732.18
as arrears thru 11/3/07

Payments applied to current 1st then to
arrears.

Upon default Pet may execute
warrant after reservice of eviction notice
by mail

Last Stip   436.42
            712.88   Oct
            712.88   Nov
           5732.18

Osher Amdur
Res

Pet Att

COUNTY OF THE CITY OF NEW YORK
HOUSING PART D, RM. 560
NOVEMBER 13, 2007

INDEX NO.: 085714972007
MOTION SEQUENCE NO.: 001

BRONX PARK EAST, LLC
                              PETITIONER(S),
GRANDISON           AGAINST
                    RAYMOND
                    RESPONDENT(S)

DECISION/ORDER

PRESENT:

ELEANORA OFSHTEIN
JUDGE

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

| PAPERS | NUMBERED |
|---|---|
| NOTICE OF MOTION AND AFFIDAVITS ANNEXED........ | |
| ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... | |
| ANSWERING AFFIDAVITS............................ | |
| REPLYING AFFIDAVITS............................. | |
| EXHIBITS....................................... | |
| STIPULATIONS................................... | |
| OTHER | |

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

gvex

11/13/07
DATE

JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

Housing Part _____

Index No. LT- **571497 07**   [PLEASE PRESS HARD]

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear   b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

*Bronx Part East*, Petitioner,

against

*Raymond Davidson*, Respondent

Address: _2822 Bronx Park East_
_Bronx NY 10467_   Apt. _N-32_

State of New York, County of _Bronx_   ss.:

_Oshea Hunter_, being duly sworn, deposes and says:

(Print Your Name)

**Tenant's Initials**

| | | |
|---|---|---|
| **1. PARTY** | XOH | a) I am the tenant named as respondent in the above summary proceeding. _Son-in-law_ |
| | | b) I am the person claiming possession to these premises and am the _co-tenant_ of the tenant named above. |

**2. SERVICE and ANSWER**

_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.

_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**

On the Date of Trial before Judge _____

a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____

XOH b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because: _needed to prove tenancy_
_rights to receive emergency assistance_

**4. DEFENSE**

I allege that I have a good defense because:

| | |
|---|---|
| _____ I was improperly served. | _____ petitioner is not the owner. |
| _____ the amount being claimed is incorrect. | _____ no rent was demanded. |
| _____ there is credit due for rent overcharge. | _____ the rent has been partially/fully paid.* |
| _____ the rent has been offered and refused. | _____ I have been harassed. |

_____ there are conditions in the apartment which need repair, or services which have not been provided.

*Explain rent payments, if any, or other defense: X _Emergency assistance_

**5. REQUEST**

XOH I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER**

XOH a) I have not had a previous Order to Show Cause regarding this index number.

b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _29_ day of _Oct_, 20 _07_   X _Oshea Hunter_
Signature of Respondent

_____
Signature of Court Employee and Title

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

Page 17

JUDGMENT AND TO RESTORE TO THE CALENDAR

BNX PARK EAST, LLC        PETITIONER(S),

          AGAINST                          PREMISES:
RNDISON        RAYMOND        P022   BRONX PARK EAST        NY 1040/XXXXX
                RESPONDENT(S)              BRONX

                                                    GRANDISON,

    UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF RAYMOND
E ABOVE NAMED RESPONDENT(S), SWORN TO ON   OCTOBER 29, 2007,
D UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

    LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
TION TERM OF THE
                CIVIL COURT OF THE CITY OF NEW YORK
                HOUSING PART: PART D, RM.554
                LOCATED AT:   1118 GRAND CONCOURSE, BRONX
                ON:           NOVEMBER 13, 2007, AT 09:4M AM

? AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

    VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
    RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
    AND FURTHER RELIEF AS MAY BE JUST.

    UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
S/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

    SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
ARTY'S ATTORNEY (OR, IF HE/SHE HAD NONE, ON THE PARTY),
        ATTORNEY(OR PARTY)                            MARSHAL:
(JUDGE TO INITIAL)                         (JUDGE TO INITIAL)
__ BY PERSONAL SERVICE "IN HAND DELIVERY"    BY PERSONAL SERVICE "IN HAND DELIVERY"
__ BY CERTIFIED MAIL, R. R.   OR           __ BY CERTIFIED MAIL, R. R.
__ BY FIRST CLASS MAIL WITH CERTIFICATE      BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                    OF MAILING AT POST OFFICE
N OR BEFORE                   10/30/07         , SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

    PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK'S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

STTORNEY:                          MARSHAL:                    Dimitri
COHEN & STARK LLP.                 JOHN VILLANUEVA-BADOE #36    10/29/07
1325 CASTLE HILL AVENUE            304 EAST 149 STREET         11/0 pm
BRONX,  NY 10462                   BRONX, NY 10455
TELEPHONE: (718) 792-1200          TELEPHONE: (718) 402-2186

                                   ELEANORA OFGHLIN
        DATE          10/29/07     JUDGE, CIVIL/HOUSING COURT

DENIED
GENERATED: 10/29/2007 @ 11:03:10        CIV-LT-71 (REVISED 7/00)

INDEX NUMBER

# CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF ...... **BRONX** ......

HOUSING COURT PART _____ 18 _D_

HON. _Ofshtein_

DATE _1/11/08_

Petitioner _BRONX PARK EAST_

Respondent _R. against GRANDISON_
Address
Apt. # _N32_

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

COHEN & STARK, LLP HEREBY APPEAR FOR PETITIONER

RESPONDENT APPEARS PRO SE

_ELEANORA OFSHTEIN_
_JUDGE, HOUSING COURT_
_1/11/08_

IT IS AGREED:

_Motion grant-d_

_EXECUTION STAYED_
_RECETTING OF APT STAYED TO 1/25/08_
_to pay rent of 8146.78   @ 900.00 kep/_
_marshall + 7246.78_

_Resp Upon Pymt ____ REL_
_Resp upon ____ for Thirty H._

_Upon dflt All stys dctd._

_Pet to provide temporary access to_
_Resp to get belongings and essential items_

x _____

COHEN & STARK, LLP
1325 CASTLE HILL AVE.
BRONX, NY 10462

PAY DATE _____ MONEY RECEIVED _____ ACCESS DATES _____ Page 19

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
HOUSING PART D, RM 550
JANUARY 11, 2008

INDEX NO. 057137/2007
MOTION SEQUENCE NO. ____

**POST EVICTION**

DECISION/ORDER

---

BRONX PARK EAST, LLC

               PETITIONER(S),

   AGAINST

GRANDISON      RAYMOND

          RESPONDENT(S)

PRESENT:

ELEANORA OFSHTEIN
    JUDGE

---

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO RESTORE TO POSSESSION

              PAPERS                 NUMBERED

NOTICE OF MOTION AND AFFIDAVITS ANNEXED.......
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED....
ANSWERING AFFIDAVITS....................
REPLYING AFFIDAVITS.....................
EXHIBITS................................
STIPULATIONS............................
OTHER_____

    UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

*Granted Staying re-letting*

---

DATE   1/11/08

        JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

---

GENERATED: 01/10/2008 @ 10:35:52      CIV-LT-65 (7/99)

OFFICE OF COURT ADMINISTRATION
                  — BRNX HOUSING COURT INFORMATION SYSTEM —          PAGE:  1
                          HISTORY OF PROCEEDINGS

   057149/2007
   PARK EAST, LLC               VS GRANDISON          RAYMOND

 OF RESP OSC APPL:   3
 AMT DMD:    $3,661.28 PETN ATTY: COHEN & STARK LLP.
FILING DTE   FILING TYPE   CASE TYPE1   CASE TYPE2    CASE TYPE3
08/27/2007     PET/NP        RESDT        NON-PAY
PETITIONER:
BRONX PARK EAST, LLC
RESPONDENT:
GRANDISON                                      RAYMOND
HUNTER                                         OSHEA
PREMISES ADDRESS:
2822    BRONX PARK EAST          N32
BRONX           NY 10467
DESCRIPTION:
N32


09/04/2007 001 JND                   09/14/2007 D    09:30A JURY DMD BY _
               GEN"L DEN
               RESP ATTY: PRO SE                     718-999-9999
09/14/2007    001 CLN D    09:30A ADJN  09/20/2007 D  09:30A EO   CAL
09/20/2007    002 CLN D    09:30A JSTP                     EO     CAL

10/29/2007 001 OSC BY RESP SIGNED BY   EO   11/13/2007 D   09:30A
               VACATE JUDGMENT
11/13/2007    001 CLN D    09:30A GREX                     EO     OSC

11/27/2007 002 OSC BY RESP SIGNED BY   EO   12/12/2007 D   09:30A
               VACATE JUDGMENT
12/12/2007    001 CLN D    09:30A GREX                     EO     OSC

01/10/2008 003 OSC BY RESP SIGNED BY   EO   01/11/2008 D   09:30A
               RESTORE TO POSSESSION
01/11/2008    001 CLN D    09:30A                                 OSC

09/20/2007 001 FJD SIGNED BY EO
               AS PER STIP/
               POSS AWARDED Y MONEY AWARD    $4,306.42
JUDGMENT AGAINST:
HUNTER                                         OSHEA
10/09/2007 001    WAR WARRANT REQUESTED
10/15/2007 001    WAR WARRANT REVIEWED
10/15/2007 001    WAR WARRANT ISSUED   JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
HUNTER                                         OSHEA

09/20/2007 002 FJD SIGNED BY EO
               FAIL TO APPR/
               POSS AWARDED Y MONEY AWARD        $.00
JUDGMENT AGAINST:
GRANDISON                                      RAYMOND
10/09/2007 002    WAR WARRANT REQUESTED
10/15/2007 002    WAR WARRANT REVIEWED
10/15/2007 002    WAR WARRANT ISSUED   JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
GRANDISON                                      RAYMOND

...rt of the City of New York

[Please Press Hard]

| Part |
| --- |

_____
Petitioner,

against

Grandison
Respondent

Index Number ___57149/07___

**AFFIDAVIT IN SUPPORT OF AN
ORDER TO SHOW CAUSE
To Restore to Possession**

Address: _2822 Br Pk East_

Apt # _N-32_

State of New York, County of _____ ss.:

Oshea Hunter
(PRINT YOUR NAME)

, being duly sworn, deposes and says:

☑ **I.D. Presented Type:** _NYS_
**No I.D. Provided**

Tenant's
Initials

**1. Party**

a) I am the tenant named as respondent in the above summary proceeding.

b) I am the person claiming possession of these premises and am the _Son in law_
of the tenant named above.

**2. Claim and Defense**

I have been deprived of possession of the subject premises in the following manner:

I was evicted this morning for non-
payment. I'm working with the Social services
to resolve this issue. Landlord refuses to acknowledge
tenancy rights

**3. Previous Order to Show Cause**

a) I have not had a previous Order to Show Cause in this case.

b) I have had a previous Order to Show Cause in this case but I am making this further application

because _Landlord refuses to acknowledge tenancy rights_

**4. Request**

Respondent requests that an Order be entered a) awarding and restoring the respondent to possession of the subject premises and the issuance of a warrant of eviction forthwith, b) awarding treble damages following RPAPL § 853, where appropriate, c) granting permission to serve these papers in person and d) such other relief as this Court deems proper.

Sworn to before me this ___ day of _____, 20___

_____
Signature of Court Employee and Title, or Notary Public

_____
Signature of Respondent

CIV-LT-14 (Revised, March, 2000) [3 ply]

0203189

153905

MILITARY SERVICE
ACTIVE DUTY  NO  YES
DEPENDENT  NO  YES

# Civil Court of the City of New York

## Housing Court

Respondent Answers on __9/4/07__

Answer is __Gen'l Den__

Petitioner Notified on __9/4/07__

Trial Date __9/14/07__   Part __1__

Assigned to Part

☐ Date Filed

☐ Fee Waived - Judge
☐ Appeal Filed -
☐ Jury Demand Filed

---

0571149/2007        RESDL NONPY
                    08/27/2007

PETITI    PREMISES:
          2622 BRONX PARK EAST, LLC
Petition  PET:BRONX PARK EAST, LLC
RESPO     ATY:COHEN & STARK LLP.
          RSP:GRANDISON RAYMOND
          ATY: Humphrey Lea

☐ Non-Payment  ☐ Holdover  ☐ Other
☐ Residential  ☐ H.P.  ☐ 7-A  ☐ Commercial

Date Filed _____  Index Number _____

---

| Date | Court Action or Comments |
|------|--------------------------|
| **9-14-07** | ADJ |
| Part **D** | JST orto Order $4306.42 |
| So Ordered | Lff w sty 10/22/07 |
| Judge | + default judgment for Grandison |

Adjournment Request:
Petitioner  Respondent  Court  Consent

Reason for Adjournment: Month holiday / tenant to appear

Rent Deposit: _____
Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to _____

| Date | Court Action or Comments |
|------|--------------------------|
| **9-20-07** | |
| Part **D** | |
| So Ordered | |
| Judge | |

Adjournment Request:
Petitioner  Respondent  Court  Consent

Reason for Adjournment: _____

Rent Deposit: _____
Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to _____

| Date | Court Action or Comments |
|------|--------------------------|
| **11-13-07** | XESC |
| Part **D** | gross staying |
| So Ordered | w/ felony |
| Judge | |

Adjournment Request:
Petitioner  Respondent  Court  Consent

Reason for Adjournment: _____

Rent Deposit: _____
Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to _____

---

1  Present:
   Petitioner  Respondent  Pet.'s Atty.  Resp.'s Atty
   Tape Number:  Tape Start:  Tape End:

2  Present:
   Petitioner  Respondent  Pet.'s Atty.  Resp.'s Atty
   Tape Number:  Tape Start:  Tape End:

3  Present:
   Petitioner  Respondent  Pet.'s Atty.  Resp.'s Atty
   Tape Number:  Tape Start:  Tape End:

   Tenant has special needs
   Child is building approval

---

**FELONY WARNING:** A person who wilfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject to punishment by imprisonment for five years (Penal Law § 175.25).

CIVLT-94 (Revised Jan 2001)

AUG 10 2017

057149

07

057149 - 07

| Date | Court Action or Comments | 4 | Adjournment Request: Petitioner   Respondent   Court   Consent | Present: Petitioner   Respondent   Pet.'s Atty.   Resp.'s Atty. |
|---|---|---|---|---|
| 12-12-07 | OSC | | Reason for Adjournment: | Tape Number:   Tape Start:   Tape End: |
| Part   D | 940X | | Rent Deposit: ___ Adjournment period to be excluded under RPAPL §745(2) ___ Adjournment period to be charged under RPAPL §745(2) ___ Days charged to be limited to | |
| So Ordered | | | | |
| Judge | | | | |

| Date | Court Action or Comments | 5 | Adjournment Request: Petitioner   Respondent   Court   Consent | Present: Petitioner   Respondent   Pet.'s Atty.   Resp.'s Atty. |
|---|---|---|---|---|
| 1-11-08 | Post evict | | Reason for Adjournment: | Tape Number:   Tape Start:   Tape End: |
| Part   D | GFox | | Rent Deposit: ___ Adjournment period to be excluded under RPAPL §745(2) ___ Adjournment period to be charged under RPAPL §745(2) ___ Days charged to be limited to | |
| So Ordered | | | | |
| Judge | | | | |

| Date | Court Action or Comments | 6 | Adjournment Request: Petitioner   Respondent   Court   Consent | Present: Petitioner   Respondent   Pet.'s Atty.   Resp.'s Atty. |
|---|---|---|---|---|
| | | | Reason for Adjournment: | Tape Number:   Tape Start:   Tape End: |
| Part | | | Rent Deposit: ___ Adjournment period to be excluded under RPAPL §745(2) ___ Adjournment period to be charged under RPAPL §745(2) ___ Days charged to be limited to | |
| So Ordered | | | | |
| Judge | | | | |

**WARRANT INFORMATION**

| Date Warrant Application Received | CHECK ONE | | Date Warrant Issued | Marshal |
|---|---|---|---|---|
| | Failed to Answer Default | After Trial (Incl. Stipulation and Failed to Appear Default, etc.) | | |
| 10940 | ✓ | ✓ | 10-15-08 | Villanueva |

**REJECTION**

| Reject Reason | Reject Date | Clerk |
|---|---|---|
| | | |
| | | |
| | | |

0

7

4
9

**FELONY WARNING:**
A person who willfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject to punishment by imprisonment for five years. Penal Law § 175.25

CIV-LT-94 Reverse (Revised Feb. 2010)

For OCA Only