## CASE SUMMARY

| | | | |
|---|---|---|---|
| Court: | Bronx County Civil Court | Petitioner(s): | |
| Index Number: | LT-002547-06/BX | | PRANA GROWTH FD I LP |
| Case Type: | Landlord and Tenant | vs. | |
| Filed Date: | 01/11/2006 | | |
| Property Type: | Residential | Respondent(s): | |
| Classification: | Non-Payment | | JUAN SOTO; |
| Status: | Active | | JOHN & JANE DOE |

Cause(s) of Action:   Non-Payment in the amount of $1,717.10

Property Address(es): 1711 MORRIS AVENUE 3F, BRONX, NY 10457

(P)   PRANA GROWTH FD I LP
      HEIBERGER & ASSOCIATES, PC - 589 EIGHTH AVENUE - 10TH FL., NEW YORK, NY 10018, 212-532-0500

(R)   JUAN SOTO - 1711 MORRIS AVENUE 3F, BRONX, NY 10457

(R)   JOHN & JANE DOE - 1711 MORRIS AVENUE 3F, BRONX, NY 10457

### PAPERS RECORDED

| | |
|---|---|
| 01/11/2006 | Conversion - Petition - Notice of Petition |
| 04/05/2006 | Judgment with Possession (Failure to Answer), Seq 1, Filed Date: 04/05/2006, Total Judgment: $.00, Entered Date: 04/06/2006, Status: Vacated (06/19/2015), Creditor(s): (P) PRANA GROWTH FD I LP, Debtor(s): (R) JUAN SOTO |
| 04/05/2006 | Marshal's Request for Default Judgment and Warrant - Converted - Marshal Request, Reviewed Date: 04/05/2006, Enforcement Agency: NYC Marshal, Enforcement Officer: DANNY M WEINHEIM |
| 04/05/2006 | Warrant (Original Issuance), Seq A, Judgment Seq 1, Ordering Judge: Marian C. Doherty, Issued/Signed Date: 04/12/2006, Enforcement Agency: NYC Marshal, Enforcement Officer: DANNY M WEINHEIM, Vacated Date: 06/19/2015 |
| 04/06/2006 | Decision, Seq 1, Result of: Marshal's Request, Date to Judge: 04/05/2006, Submitted To Judge: Marian C. Doherty, Decision Date: 04/06/2006, Signed, Deciding Judge: Marian C. Doherty |
| 05/08/2015 | Motion (Order to Show Cause), Seq 1, Court Date(s): 06/19/2015, Filed By: (R) JOHN & JANE DOE; (R) JUAN SOTO, Relief: other (POST-JUDGMENT), Status: Decided (06/19/2015, Granted on Default, Ruben Franco) |

### APPEARANCE ACTIVITY

| | |
|---|---|
| 06/19/2015 | Part Legacy, Judge: Ruben Franco, Purpose: Motion (1) - other, Outcome(s): Granted on Default |

This report reflects information recorded as of 08/03/2017 09:36 AM.  Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.