(14)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------X

608-614 West 189th St LLC

Plaintiff,

Index No. 48231/10

DECISION/ORDER

-against-

Jemmul Apante
Joanna Santos      Defendant.
-----------------------------------------------------X

(Jemmul Apante)
                              ^
THE DECISION/ORDER on defendant's motion to vacate a Default Judgment and restore the
case to the calendar is granted on consent to the following extent:

The default Judgment is vacated. Any restraints, liens and executions are vacated. The proposed
Answer is deemed served and filed.

The case is settled pursuant to the attached stipulation of settlement.

This constitutes the decision and order of the court.

9/28/16
Date

_____
Judge, Civil Court

HON. ANTHONY CANNATARO

Civil Court
of the
City of New York

SEP 2 8 2016

ENTERED
NEW YORK COUNTY

Page 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------X

608-614 West 189th St LLC
                                    Plaintiff,

                    -against-

Jemmil Aponte

Joanna Santos                    Defendant.
-------------------------------------------X

STIPULATION OF
SETTLEMENT

Index No: 48231/10

File No: 12752

IT IS HEREBY STIPULATED that the above entitled matter is settled upon the
following terms and conditions:

1.    THIS ACTION IS SETTLED AS FOLLOWS:
          Defendant will pay to Plaintiff in full settlement of this
matter the sums set forth as follows:
          a)    $150.00 to be paid on or before the 28th day of
October      , 2016; and
          b)    $150.00 to be paid monthly thereafter on or before the
28th day of each such successive month commencing as of the 28th day of
November    2016, such monthly payments to continue until $ 3500.00
has been paid in full.

2.    All required payments shall be made payable and mailed to
Kavulich + Associates PC as attorneys for the Plaintiff, at  Kavulich and Associates PC
All payments received are subject to collection.      181 Westchester Avenue
                                                            Suite 500 C
* include file # 12752 on all payments        Port Chester NY 10573
         3. Provided that the Defendant is not in default of the
payment requirements set forth above, Plaintiff shall accept the sums set
forth in paragraph one (1) above in full settlement of its claim against said
Defendant and

         4. Defendant consents to jurisdiction of this court & any/all
counterclaims brought by defendant are discontinued with prejudice.

         5.    In the event that the Defendant shall default in making any
of the payments required hereunder, then Plaintiff shall mail written notice,
via regular mail, of any such default to the Defendant at the address listed
below.  If any such default shall remain uncured for ten (10) days from the
mailing of such notice, then Plaintiff may enter judgment for the amount sued
for in the summons and complaint, plus interest, costs and disbursements as
permitted by law, less a credit upon execution, for any payments paid
hereunder.

         6.    Upon receipt and clearance of final payment, Plaintiff will
issue a stipulation of discontinuance.

Dated: 9/28/16
                    Johanna Santos      Attorneys for the Plaintiff,
                                        By: Samantha B Reece W 649
                    Jemmil Aponte              of counsel
Defendant
                                              (914) 355 2074.

Address: 172 Ravine Ave
#3C, Yonkers, N.Y. 10701        SO-ORDERED

HON. ANTHONY CANNATARO

Page 2

Civil Court of the City of New York
County of New York

Index # **CV-048231-10/NY**

608-614 West 189th Street Llc
                              Plaintiff(s)

            -against-

Jemmil Aponte; Joanna Santos
                              Defendant(s)

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion:

| Papers | Numbered |
|---|---|
| Order to show Cause/ Notice of Motion and Affidavits /Affirmations annexed | |
| Answering Affidavits/ Affirmations | |
| Reply Affidavits/ Affirmations | |
| Memoranda of Law | |
| Other | |

Upon the foregoing cited papers, the Decision/ Order on the (motion / order to show cause) is

(granted /denied) for the following reason(s):

Date: _____

_____
Judge of the Civil Court

Civ-GP-85

Civil Court of the City of New York
County of New York

Index Number: **CV-048231-10/NY**

608-614 West 189th Street Llc
            -against-
Jemmil Aponte... et al.

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate
any judgment, liens and income executions
on this defendant on this Index number,
allow proposed answer or dismissing the
action

**UPON** the annexed affidavit of Jemmil Aponte, sworn to on May 25, 2016, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
   **111 Centre Street, New York, NY 10013**
      **Part 34 - SRL Proc Motions, Room 325**
      **on September 28, 2016 at 9:30 AM**
   or as soon thereafter as counsel may be heard, why an order should not be made:

**FILE UNAVAILABLE**

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, allow proposed answer or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
**XX** by First Class Mail with official Post Office
   Certificate of Mailing

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
   Certificate of Mailing

on or before _____ **9/1/16** _____ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.**

**Mail to Attorney or party:**
Kavulich & Associates PC (Counsel for Pltf), at 181
Westchester Avenue, Suite 500C, Port Chester, NY 10573

**Marshal or Sheriff:**
Marshal of the City of New York
none
none, NY 00000

May 25, 2016
DATE

Hon. Lisa A. Sokoloff, Civil Court Judge (NYC)

**HON. LISA SOKOLOFF**

...il Court of the City of New York, County of New York

.08-614 West 189th Street Llc
—against—
Jemmil Aponte... et al.

Index #: **CV-048231-10/NY**

Affidavit in support of an order to show cause
to restore case to the calendar, vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

Jemmil Aponte, being duly sworn, deposes and says:

(Defendant's initials)

1. _JA_ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

2. _____ a) I **have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   _JA_ (b) I **have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   _____ a Restraining Notice on my bank account
   _JA_ a copy of an Income Execution served on _____
   _____ Other: _____

3. _____ a) I did not appear and answer in the Clerk's Office because: [NOTE: if you complete # 3a, skip and go to #6].
   _____ b) I did not appear and answer in the Clerk's Office because:
   _____ and I received a date for trial
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. _JA_ I allege that I have a good defense because: See attach

7. _JA_ (a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. _JA_ I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these papers in person.

Sworn to before me this day:
May 25, 2016

_____
Signature of Court Employee and Title

(Sign Name) _____
Jemmil Aponte
38 Glenwood Ave
Apt 1 D
Yonkers, NY 10701-2240

Court of the City of New York,
County of New York

Index No: **CV-048231-10/NY**

|||||||||||||||||||||||||||||||||||

608-614 West 189th Street Llc

Plaintiff(s)

-against-

Jemmil Aponte; Joanna Santos

Defendant(s)

PROPOSED

**ANSWER IN PERSON AND VERIFICATION**

*Defendant is advised to mail a copy of this Answer to:*
Kavulich & Associates PC (Counsel for Pltf)
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573

State of New York, County of New York:

I, **Jemmil Aponte**, am the Defendant in this action. As my answer to the allegation(s) made in the Complaint, I offer the following:

1. _____ General Denial

2. _____ I don't owi the all amoung of money they asking for.

_____

_____

3. Counterclaim: $ _____ Reason: _____

_____

Date: **05/25/2016**

_____
Signature of Defendant in Person

Jemmil Aponte, residing at 38 Glenwood Ave, Apt 1 D,
Yonkers, NY 10701-2240

## VERIFICATION

State of New York, County of _____ ss:

Jemmil Aponte, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Person and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 25th day of May, 20 16

_____
Notary Public /Court Employee and Title

_____
Defendant

| For Court Use Only |
|---|
| Initial Calendar Date: _____ |
| Both Sides Notified: _____ |

| Department | Location (Box Number) |
|---|---|
| Civil Court | |
| Office | Records Title ( From Records Control Sheet) |
| Records Room | |
| Address and Room # | Specific Name or Number and Year |
| 111 Centre Street | Index : **CV-048231-10/NY** |
| New York, NY 10013 | |

| Signature | Date: May 25, 2016 | Caption: 608-614 West 189th Street Llc  Plaintiff(s)  -against-  Jemmil Aponte; Joanna Santos  Defendant(s) |
|---|---|---|
| Title | Tel. | |

## FOR RECORDS OFFICE USE ONLY

| Date Submitted to MRC | Date Record or Reply Received | Date Record Returned to MRC |
|---|---|---|
| Remarks  $\mathcal{OSC}$ | | $2 \ w/ks$ |

## FOR MUNICIPAL RECORDS CENER USE ONLY

| Date Regn. Received | Date Record or Reply Forwarded | Researcher |
|---|---|---|

| | Requisition Filled | | Additional Information Needed (See Remarks) |
|---|---|---|---|
| | Charged Out - Name and Unit: Date see remarks) | | Disposed |
| | Record Not in File | | Box Range |
| | Name Differs (see remarks) | | Other ( see Remarks) |
| | Record Series not in MRC | | |

Remarks

CIV-AD-10 (Rev 2/92)

il Court of the City of New York
ounty of New York

Index Number: CV-048231-10/NY

608-614 West 189th Street Llc
-against-
Jemmil Aponte... et al.

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate
any judgment, liens and income executions
on this defendant on this Index number,
allow proposed answer or dismissing the
action

UPON the annexed affidavit of Jemmil Aponte, sworn to on May 25, 2016, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
**111 Centre Street, New York, NY 10013**
**Part 34 - SRL Proc Motions, Room 325**
**on September 28, 2016 at 9:30 AM**
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, allow proposed answer or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
__XX__ by First Class Mail with official Post Office
Certificate of Mailing

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
Certificate of Mailing

on or before _____ 9/1/16 _____ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE may be filed with the Clerk in the Part**
**indicated above on the return date of this Order to Show Cause.**

Mail to Attorney or party:
Kavulich & Associates PC (Counsel for Pltf), at 181
Westchester Avenue, Suite 500C, Port Chester, NY 10573

Marshal or Sheriff:
Marshal of the City of New York
none
none, NY 00000

May 25, 2016
DATE

Hon. Lisa A. Sokoloff, Civil Court Judge (NYC)
**HON. LISA SOKOLOFF**

Court of the City of New York, County of New York

6-614 West 189th Street Llc
   -against-
Jemmil Aponte... et al.

Index #: CV-048231-10/NY

Affidavit in support of an order to show cause
to restore case to the calendar, vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

Jemmil Aponte, being duly sworn, deposes and says:

(Defendant's initials)

1. _JA_ a) I am the Party named as (Defendant)(Respondent) in the above titled action

2. _JA_ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   _(b)_ I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b,
   skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   _____ a Restraining Notice on my bank account
   _JA_ a copy of an Income Execution served on _____
   _____ Other: _____

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
   _____
   b) I did not appear and answer in the Clerk's Office
   _____ and I received a date for trial
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of Trial before Judge/Arbitrator _____
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. _JA_ I allege that I have a good defense because: _See attach_

7. _JA_ (a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
   because: _____

8. _JA_ I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these
   papers in person.

Sworn to before me this day:
May 25, 2016

_____
Signature of Court Employee and Title

(Sign Name) _____
Jemmil Aponte
38 Glenwood Ave
Apt 1 D
Yonkers, NY 10701-2240

Court of the City of New York,
County of New York

Index No: CV-048231-10/NY

608-614 West 189th Street Llc

Plaintiff(s)

-against-

Jemmil Aponte; Joanna Santos

Defendant(s)

PROPOSED

**ANSWER IN PERSON
AND VERIFICATION**

*Defendant is advised to mail a copy of this Answer to:*
Kavulich & Associates PC (Counsel for Pltf)
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573

State of New York, County of New York:

I, **Jemmil Aponte**, am the Defendant in this action. As my answer to the allegation(s) made in the Complaint, I offer the following:

1. _____ General Denial

2. ___ I don't owi the all Among a money they asking for.

_____

_____

3. Counterclaim: $ _____ Reason: _____

Date: **05/25/2016**

Signature of Defendant in Person

Jemmil Aponte, residing at 38 Glenwood Ave, Apt 1 D,
Yonkers, NY 10701-2240

VERIFICATION

State of New York, County of _____ ss:

**Jemmil Aponte**, being duly sworn, deposes and says: I am the Defendant in this proceeding.  I have read the Answer in Person and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 25th day of May , 20 16

Notary Public /Court Employee and Title

Defendant

| For Court Use Only |
|---|
| Initial Calendar Date: _____ |
| Both Sides Notified: _____ |

| Department | Location (Box Number) |
|---|---|
| Civil Court | |
| Office | Records Title ( From Records Control Sheet) |
| Records Room | |
| Address and Room # | Specific Name or Number and Year |
| 111 Centre Street | Index : **CV-048231-10/NY** |
| New York, NY 10013 | |
| | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |

| Signature | Date: | Caption: |
|---|---|---|
| | May 25, 2016 | 608-614 West 189th Street Llc |
| | | Plaintiff(s) |
| Title | Tel. | -against- |
| | | Jemmil Aponte; Joanna Santos |
| | | Defendant(s) |

## FOR RECORDS OFFICE USE ONLY

| Date Submitted to MRC | Date Record or Reply Received | Date Record Returned to MRC |
|---|---|---|
| Remarks | | |
| OSC | | 2 WKS |

## FOR MUNICIPAL RECORDS CENER USE ONLY

| Date Regn. Received | Date Record or Reply Forwarded | Researcher |
|---|---|---|
| | Requisition Filled | Additional Information Needed (See Remarks) |
| | Charged Out - Name and Unit: Date see remarks) | Disposed |
| | Record Not in File | Box Range |
| | Name Differs (see remarks) | Other ( see Remarks) |
| | Record Series not in MRC | |

| Remarks |
|---|
| |

CIV-AD-10 (Rev 2/92)

2.

# Civil Court of the City of New York

**Cal #:** S-16-NY-000698        **Trial Ready Date:** February 3, 2016

**Index #:** CV-048231-10/NY

Summons and Complaint (Attorney) - [General]

**Part:** Part 11 SRL        **Court Date:** 05/25/2016

(P) 608-614 West 189th Street Llc

Kavulich & Associates PC, 181 Westchester Avenue, Suite 500C, Port Chester, NY 10573 (914) 355-2074 ext:

(D) Jemmil Aponte

38 Glenwood Ave. Apt 1 D, Yonkers, NY 10701-2240

(D) Joanna Santos

620 West 189th St, Apt 2 F, New York, NY 10040-4224

**Amount Sued For:** $9,500.00

Breach of Contract or Warranty

$9,500.00        12/01/2009

*ad 9-28-16*

Page 1 of 1

(29)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------X

608-614 West 189th
Street LLC          Plaintiff,

Index No. 48231/10

DECISION/ORDER

-against-

Joanna Santos
Jemmel Aponte

Defendant.

-----------------------------------------------------X

THE DECISION/ORDER on defendant's motion to vacate the default judgment and restore the
case to the calendar is granted on consent to the following extent:   *Joanna Santos*

as to Defendant Joanna Santos

The default judgment is vacated. Any restraints, liens and executions are vacated. The proposed
Answer is deemed served and filed.

The case is restored to the Part 11    calendar, in room 325 at 9:30AM, for conference, to be held
on  May 25        2016

This constitutes the decision and order of the court.

Civil Court
of the
City of New York

FEB - 3 2016

ENTERED
NEW YORK COUNTY

2/3/16
Date

Judge, Civil Court

HON. ANTHONY CANNATARO

vil Court of the City of New York
County of New York

Index # **CV-048231-10/NY**

*29*

```
608-614 West 189th Street Llc
                        Plaintiff(s)
        -against-
Jemmil Aponte; Joanna Santos
                        Defendant(s)
```

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion:

| Papers | Numbered |
|---|---|
| Order to show Cause/ Notice of Motion and Affidavits /Affirmations annexed | |
| Answering Affidavits/ Affirmations | |
| Reply Affidavits/ Affirmations | |
| Memoranda of Law | |
| Other | |

Upon the foregoing cited papers, the Decision/ Order on the (motion / order to show cause) is

(granted /denied)  for the following reason(s):

Date: _____

_____
Judge of the Civil Court

Civ-GP-85

...ourt of the City of New York
...ty of New York

08-614 West 189th Street Llc
        -against-
Jemmil Aponte... et al.

Index Number: CV-048231-10/NY

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate
any judgment, liens and income executions
on this defendant on this Index number,
allow proposed answer or dismissing the
action

**UPON** the annexed affidavit of Joanna Santos, sworn to on October 21, 2015, and upon all papers and proceedings
herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
>   **111 Centre Street, New York, NY 10013**
>     **Part 34 - SRL Proc Motions, Room 325**
>     **on  November 13, 2015 at 9:30 AM**
>     or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and  restraining notices, if any, restoring the case to the
calendar, allow proposed answer or dismissing the action if warranted, and/or granting such and further relief as
may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the
part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of
the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

| Claimant(s)/Plaintiff(s) or named attorney(s): | Sheriff or Marshal: |
|---|---|
| (Judge to Initial) | (Judge to Initial) |
| _____ by Personal Service by " In Hand Delivery" | _____ by Personal Service by " In Hand Delivery" |
| _____ by Certified Mail, Return Receipt Requested | _____ by Certified Mail, Return Receipt Requested |
| _____ by First Class Mail with official Post Office | ___✓___ by First Class Mail with official Post Office |
| Certificate of Mailing | Certificate of Mailing |

on or before _____ 10/27/15 _____, shall be deemed good and sufficient

**PROOF OF SUCH SERVICE may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.**

**Mail to Attorney or party:**
Kavulich & Associates PC (Counsel for Pltf), at 181
Westchester Avenue, Suite 500C, Port Chester, NY 10573

**Marshal or Sheriff:**
Marshal of the City of New York
Biegel, Stephen, Marshal
109 W. 38th Street
Suite 300
New York, NY 10018-3615

October 21, 2015
_____
DATE

_____
Hon. Debra Rose Samuels, Civil Court Judge (NYC)
**DEBRA ROSE SAMUELS**
**JUDGE, CIVIL COURT**

...rt of the City of New York, County of New York

Index #: **CV-048231-10/NY**

24 West 189th Street Llc
    -against-
    mil Aponte... et al.

Affidavit in support of an order to show cause
to restore case to the calendar, vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

**Joanna Santos**, being duly sworn, deposes and says:

(Defendant's initials)

**1.** _____ a) I am the **Party** named as (Defendant) in the above titled action

**2.** _____ a) I **have** been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
    _____ b) I **have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
        _____ a Notice of Default Judgment mailed to me
        _____ a Restraining Notice on my bank account
        _____ a copy of an Income Execution served on *WORK ANNRESS*
        _____ Other: _____

**3.** _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
        _____
    _____ b) I did not appear and answer in the Clerk's Office
        _____ and I received a date for trial
        _____ but the answer was entered late
        _____ Other: _____

**4.** On the Date of **Trial** before Judge/Arbitrator
        _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
        _____ a judgment was entered after the trial.
        _____ a judgment was entered against me by default for my failure to appear.
        _____ Other: _____

**5.** My reason for not
        _____ complying with the stipulation is _____
        _____ following the order of the Court is _____
        _____ appearing in court on the date scheduled for trial is _____
        _____ Other: _____

**6.** I allege that I have a good defense because: *See Attached Proposed Answer*

**7.** _____ a) I have not had a previous Order to Show Cause regarding this index number.
    _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

**8.** _____ I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these papers in person.

Sworn to before me this day;
October 21, 2015

_____ (Sign Name) X
Signature of Court Employee and Title

Joanna Santos
620 West 189th St
Apt 2 F
New York, NY 10040-4224

...rt of the City of New York,
...of New York

Index No: **CV-048231-10/NY**

...-614 West 189th Street Llc

              Plaintiff(s)

   -against-

Jemmil Aponte; Joanna Santos

             Defendant(s)

## ANSWER IN PERSON AND VERIFICATION

*Defendant is advised to mail a copy of this Answer to:*

Kavulich & Associates PC (Counsel for Pltf)
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573

State of New York, County of New York:

I, **Joanna Santos**, am the Defendant in this action. As my answer to the allegation(s) made in the Complaint, I offer the following:

1. ____ General Denial

2. ✓ I ic not owe this amount of money.

_____

_____

_____

3. Counterclaim: $ _____ Reason: _____

Date: **10/21/2015**

X _____
Signature of Defendant in Person

Joanna Santos, residing at 620 West 189th St, Apt 2 F, New York, NY 10040-4224

## VERIFICATION

State of New York, County of New York ss.:

**Joanna Santos**, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Person and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

Sworn to before me this 21st day of Oct, 20__

X _____
               Defendant

_____
Notary Public / Court Employee and Title

| For Court Use Only |
|---|
| Initial Calendar Date: _____ |
| Both Sides Notified: _____ |

Page 17

Civil Court of the City of New York
County of New York

Index #  CV-048231-10/NY

608-614 West 189th Street Llc
                                        Plaintiff(s)

          -against-
Jemmil Aponte; Joanna Santos
                                        Defendant(s)

**Decision / Order**
Denial No Appearance Movant

*as to defendant*
*Jemmil Aponte*

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion:

| Papers | Numbered |
|---|---|
| Order to show Cause/ Notice of Motion and Affidavits /Affirmations annexed | _____ |
| Answering Affidavits/ Affirmations | _____ |
| Reply Affidavits/ Affirmations | _____ |
| Memoranda of Law | _____ |
| Other | _____ |

Upon the foregoing cited papers, the Decision/Order on the Motion is as follows:

The motion is denied by reason of the nonappearance of the movant. All stays are lifted.

The forgoing shall constitute the Decision and Order of the Court.

February 3, 2016

Hon. Anthony Cannataro
Civil Court Judge (NYC)



Civil Court
of the
City of New York

FEB - 3 2016

**ENTERED**
NEW YORK COUNTY

County of New York

608-614 West 189th Street Llc

Plaintiff(s)

-against-

Jemmil Aponte; Joanna Santos

Defendant(s)

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion:

| Papers | Numbered |
|---|---|
| Order to show Cause/ Notice of Motion and Affidavits /Affirmations annexed | |
| Answering Affidavits/ Affirmations | |
| Reply Affidavits/ Affirmations | |
| Memoranda of Law | |
| Other | |

Upon the foregoing cited papers, the Decision/ Order on the (motion / order to show cause) is

(granted /denied)  for the following reason(s):

Date: _____

Judge of the Civil Court

Civ-GP-85

Civil Court of the City of New York
County of New York

Index Number: **CV-048231-10/NY**

608-614 West 189th Street Llc
         -against-
Jemmil Aponte... et al.

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate
any judgment, liens and income executions
on this defendant on this Index number,
allow proposed answer or dismissing the
action

UPON the annexed affidavit of Jemmil Aponte, sworn to on October 21, 2015, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

        **111 Centre Street, New York, NY 10013**
           **Part 34 - SRL Proc Motions, Room 325**
           **on November 13, 2015 at 9:30 AM**
        or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, allow proposed answer or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
        Certificate of Mailing

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
        Certificate of Mailing

on or before _____10/27/15_____ , shall be deemed good and sufficient

        **PROOF OF SUCH SERVICE may be filed with the Clerk in the Part**
        **indicated above on the return date of this Order to Show Cause.**

**Mail to Attorney or party:**
Kavulich & Associates PC (Counsel for Pltf), at 181
Westchester Avenue, Suite 500C, Port Chester, NY 10573

**Marshal or Sheriff:**
Marshal of the City of New York
Biegel, Stephen, Marshal
109 W 38th Street
Suite 200
New York, NY 10018-3615

**DEBRA ROSE SAMUELS**
**JUDGE, CIVIL COURT**

October 21, 2015
DATE

Hon. Debra Rose Samuels, Civil Court Judge (NYC)

art of the City of New York, County of New York

Index #: CV-048231-10/NY

314 West 189th Street Llc
-against-
Jemmil Aponte... et al.

Affidavit in support of an order to show cause
to restore case to the calendar, vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

Jemmil Aponte, being duly sworn, deposes and says:

(Defendant's initials)

1. JA a) I am the **Party** named as (Defendant) in the above titled action

2. a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   JA b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b,
   skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   _____ a Restraining Notice on my bank account
   JA ✓ a copy of an Income Execution served on *THE oTHER Defendant*
   _____ Other: _____

3. a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
   _____
   b) I did not appear and answer in the Clerk's Office
   _____ and I received a date for trial
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of Trial before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. I allege that I have a good defense because: *See Attached Proposed Answer*

7. JA a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
   because: _____

8. JA I request that the Judgment be vacated, that the case be restored to the calendar, and permission to serve these
   papers in person.

Sworn to before me this day:
October 21, 2015

(Sign Name) X _____

_____
Signature of Court Employee and Title

Jemmil Aponte
78 Glenwood Ave
Apt 1 D
Yonkers, NY 10701-2240

art of the City of New York,
of New York

Index No: **CV-048231-10/NY**

8-614 West 189th Street Llc

Plaintiff(s)

-against-

Jemmil Aponte; Joanna Santos

Defendant(s)

**ANSWER IN PERSON
AND VERIFICATION**

*Defendant is advised to mail a copy of this Answer to:*
Kavulich & Associates PC (Counsel for Pltf)
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573

State of New York, County of New York:

I, **Jemmil Aponte**, am the Defendant in this action. As my answer to the allegation(s) made in the Complaint, I offer the following:

1. _____ General Denial

2. _____ I DO NOT owe the AmOUNt
of MONey They Are CLAIMINg I
OWE,

_____

_____

3. Counterclaim: $ _____ Reason: _____

Date: **10/21/2015**

X _____
Signature of Defendant in Person

Jemmil Aponte, residing at 38 Glenwood Ave, Apt 1 D,
Yonkers, NY 10701-2240

**VERIFICATION**

State of New York, County of _New York_ ss.:

Jemmil Aponte, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Person and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

X _____
Defendant

Sworn to before me this _21st_ day of _Oct_ 20 _15_

_____
Notary Public / Court Employee and Title

For Court Use Only
Initial Calendar Date: _____
Both Sides Notified: _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x

608-614 West 189th Street, LLC,
                Plaintiff,

    -against-


Jemmil Aponte, Joanna Santos,

              Defendant(s)
-------------------------------------------------------x

INDEX NO.
FILE NO. 12752    **048231**

**2010**

SUMMONS
Place of Venue is Plaintiff's
place of business

608-610 West 189th Street
New York, NY 10040

To the above named defendant(s):

  YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF NEW YORK at the office of the clerk of the said Court at 111 Centre Street, New York, NY 10013, in the COUNTY OF NEW YORK, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $9,500.00 with interest thereon from December 1, 2009 together with costs of this action.

DATED: September 1, 2010

**FILED**

SEP 0 1 2010
NEW YORK COUNTY
CIVIL COURT

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for the Plaintiff
30 Church Street, Suite 26
New Rochelle, NY 10801
(914) 355-2074

Defendant's Address:
Jemmil Aponte
38 Glenwood Avenue, Apt. 1D
Yonkers, NY 10701-2240

Joanna Santos
620 W. 189th Street, Apt. 2F
New York, NY 10040-4224


Note: The law that provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $9,000.00 representing rental arrears for the months of December, 2009 balance of $500.00; January, 2010 through and including May, 2010 at the agreed monthly sum of $1,700.00 for the premises known as 608-610 West 189th Street, Apt. 3A, New York, NY 10040 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION:** Plaintiff seeks to recover damages from the defendant in the sum of $ 0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION:** Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE,** Plaintiff demands judgment (A) on the First Action, in the sum of $9,000.00 plus interest from December 1, 2009 together with costs and disbursements of this action and for such other and further relief as the Court may deem just (B) on the Second Action, in the sum of $ 0.00 plus interest from December 1, 2009 together with costs and disbursements of action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Index No. 48231/10
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 12752

608-614 WEST 189TH STREET LLC,
vs.
JEMMIL APONTE,
JOANNA SANTOS,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On September 4, 2010 at 2:30p.m.
At: 38 Glenwood Avenue, Apt. 1D, Yonkers, NY 10701-2240 served the within Summons and Complaint
on: JEMMIL APONTE, Defendant therin named

| | |
|---|---|
| Individual []| By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ]| By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person []| By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing to Door [X]| By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy [X]| On September 7, 2010 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

On the 2nd day of September, 2010  at 2:49p.m.
On the 3rd day of September, 2010  at 12:00p.m.
On the ___ day of September, 2010  at 2:30p.m.

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:___ Color of skin: _____ Color of Hair: ____ Age: _____ Height:____Weight: _____

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]       service of the United States Government or of the State of New York and was
            informed that the recipient was not. Recipient wore civilian clothes and no military uniform
Other
[X]"Jane Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this ____ day of 9/10

Aston G. Evans II
LIC# 1220069

New York State Notary Public
County of Bronx
Cheryl March
Lic. No 01MA6042856
Commission Expires June 5, 20__

FILED
Sep 9 2010
NEW YORK COUNTY
CIVIL COURT
22NYCRR2004 MAILING
NOT RECEIVED

Page 25

# AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Index No. 48231/10
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 12752

608-614 WEST 189TH STREET LLC,
vs.
JEMMIL APONTE,
JOANNA SANTOS,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On September 4, 2010 at 1:39p.m.
At: 620 W. 189th Street, Apt. 2F, New York, NY 10040-4224 served the within Summons and Complaint
on: JOANNA SANTOS, Defendant therin named

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [] dwelling house within the state. |
| Affixing to Door [X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [X] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On September 7, 2010 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:
On the 2nd day of September, 2010 at 1:48p.m.
On the 3rd day of September, 2010 at 12:45p.m.
On the 4th day of September, 2010 at 1:39p.m.

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex:___ Color of skin: _____ Color of Hair: _____ Age: _____ Height:____Weight: _____

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[ X ]      service of the United States Government or of the State of New York and was
informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"Jane Doe" neighbor stated that the Defendant is not in the military.

Sworn to before me on this ___ day of 9/10

_____
Aston G. Evans II
LIC# 1220069

FILED
Sep 9 2010
NEW YORK COUNTY
CIVIL COURT
22NYCRR2056 MAILING
NOT RECEIVED

_____
Notary Public
County of Suri
Corp. Flank
Lic. No. 01TH........
Commission Expires June 5, 20 14

COURT OF THE CITY OF NEW YORK
CITY OF NEW YORK
---------------------------------------------
608-614 West 189th Street, LLC,

              PLAINTIFF(S)

   -AGAINST-

Jemmil Aponte , Joanna Santos

            DEFENDANT(S)
-----------------------------------------------

INDEX NO. 48231/10

FILE NO. 12752.0
JUDGMENT

608-610 West 189th Street
New York, NY 10040

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $9,000.00 |
| INTEREST FROM 12/1/2009 | $483.75 |
| | $9,483.75 |
| COSTS BY STATUTE | $50.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $160.00 |
| | TOTAL $9,643.75 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER, THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED: WESTCHESTER, NY
     10/26/2010

KAVULICH & ASSOCIATES, P.C.
BY: GARY KAVULICH, ESQ.
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801

JUDGMENT ENTERED ON
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 10/19/2010 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
   HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS, ADJUDGED THAT
608-614 West 189th Street, LLC
RESIDING AT: 608-610 West 189th Street New York, NY 10040
RECOVER OF Jemmil Aponte, Joanna Santos
RESIDING AT: 38 Glenwood Avenue Apt. 1D Yonkers, NY 10701-2240 - Jemmil Aponte
    - 620 W. 189th Street Apt. 2F New York, NY 10040-4224 - Joanna Santos
THE SUM OF $9,000.00 WITH INTEREST OF $483.75 MAKING A TOTAL OF $9,483.75 TOGETHER WITH $160.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF $9,643.75 AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

RECEIVED

OCT 28 2010

NEW YORK COUNTY
CIVIL COURT

                          CLERK

COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------

608-614 West 189th Street, LLC,

              PLAINTIFF(S)

        AGAINST

Jemmil Aponte, Joanna Santos

              DEFENDANT(S)

AFFIDAVIT OF FACTS
CONSTITUTING THE CLAIM
THE DEFAULT AND THE
AMOUNT DUE

-------------------------------------------------------------

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
December, 2009 balance of $500.00
January, 2010  $1,700.00
February, 2010  $1,700.00
March, 2010  $1,700.00
April, 2010  $1,700.00
May, 2010  $1,700.00
AT THE AGREED MONTHLY RENTAL OF $1,700.00
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW YORK.  RENT WAS NOT PAID BY ANY OTHER SOURCE.  I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.  THE CAUSE OF ACTION IN THE WITHIN MATTER ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE ACTION IS BASED, IS SIX(6) YEARS.  THE STATUTE OF LIMITATIONS HAS NOT EXPIRED)
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $9,000.00 WITH INTEREST FROM 12/1/2009 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

-------------------------------------------------------------
KAVULICH & ASSOCIATES, P.C.
BY:  GARY KAVULICH, ESQ.
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801

TO THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED:  WESTCHESTER, NY
      10/26/2010

YOURS, ETC.,
           ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF           SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE AND RESIDES IN

THAT ON         DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF (EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------

INDEX NO.  48231/10

608-614 West 189th Street, LLC,

PLAINTIFF(S)

AFFIRMATION OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

-AGAINST-

Jemmil Aponte, Joanna Santos

DEFENDANT(S)
---------------------------------------------------

GARY KAVULICH, ESQ.,HEREBY AFFIRMS THE FOLLOWING UNDER THE PENALTY OF PERJURY.

1.  I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2.  THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3.  ON 9/13/2010,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE.  SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.  AT DEFENDANT(S):

X--LAST KNOWN ADDRESS AT: Jemmil Aponte,          38 Glenwood Avenue  Apt. 1D  Yonkers, NY  10701-2240
          Joanna  Santos: 620 W. 189th Street Apt. 2F New York, NY 10040-4224

------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

X--HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

-------------------------------------
GARY KAVULICH, ESQ.

URT OF THE CITY OF NEW YORK
. Y OF NEW YORK

------------------------------------------------------------------X   INDEX NO:

FILE NO: 12752.0

608-614 West 189th Street, LLC,                                PLAINTIFF,

-AGAINST-                                                      AFFIRMATION OF FACTS
                                                               CONSTITUTING THE
Joanna Santos, Jemmil Aponte,           DEFENDANT(S)           AMOUNT DUE

------------------------------------------------------------------X

_____Javier Fuentes_____

hereby deposes and says under the penalties of perjury, ss:

That deponent is the managing agent of 608-614 West 189th Street, LLC, Plaintiff in the within action; this action was commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a lease agreement in the amount of $9,000.00 for the months December, 2009  balance of $500.00; January, 2010 through and including May, 2010 at the agreed monthly rental amount of $1,700.00 per month (after application of security and after application of payments) no part  having  been paid, although duly demanded and Damages in the amount of $0.00. All other causes of action are hereby waived and disposed of. After a complete and thorough  investigation, as I have been informed by Plaintiff ' s counsel, the defendant(s) is/are found not to be in the military and reside(s) in the City of New York. Rent was not paid by any other source. I make this affirmation upon personal Knowledge.

WHEREFORE, Plaintiff demands judgment against defendant for $9,000.00 with interest from December 1, 2009 together with costs and disbursements of the action.

Dated: 10/26/2010

Sworn to before me
on this 27 day of October, 2010

_____
Notary Public

JAVIER FUENTES

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
608-614 West 189th Street, LLC,

                                  Index No. 48231/10
                                  File No. 12752.0

                 Plaintiff,

       -against-
                                 **AFFIDAVIT OF**
Jemmil Aponte, Joanna Santos                **INVESTIGATOR**
█████8025       Defendant(s).
-------------------------------------------------------X

STATE OF NEW YORK      )
                      )SS.: █████8025
COUNTY OF WESTCHESTER  )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Jemmil Aponte is at the present
time in military service for the purpose of entry of judgment.

On October 26, 2010, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Jemmil Aponte military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National) Guard).

                                                 Denise Miranda

Sworn to before me this
26 Day of ___, 2010

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
608-614 West 189th Street, LLC,

                                                    Index No. 48231/10
                                                    File No. **12752.0**

                    Plaintiff,

              -against-

                                            **AFFIDAVIT OF**
**Joanna Santos** (  Joanna Santos,  )                            **INVESTIGATOR**
       █████7257          Defendant(s).
------------------------------------------------------------------X

STATE OF NEW YORK         )
                        )SS.:█████7257
COUNTY OF WESTCHESTER  )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Joanna Santos is at the present
time in military service for the purpose of entry of judgment.

On October 26, 2010, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Joanna Santos military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

                                                 _____
                                                 Denise Miranda

Sworn to before me this
_26_ Day of _____, 2010
_____
Notary Public

<div style="border:1px solid;">
GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013
</div>

Department of Defense Manpower Data Center

Oct-26-2010 10:36:35



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ≼ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| APONTE | JEMMIL | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

### *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:ANDQAF0S8C

uest for Military Status

Page 1 of 2

Department of Defense Manpower Data Center

Oct-26-2010 10:30:41



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| SANTOS | JOANNA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:TM1OMGEH98



New York County Civil Court
Civil Judgment

Plaintiff(s):
608-614 West 189th Street Llc

**Index Number:  CV-048231-10/NY**

Judgment issued:   On Default

vs.

On Motion of:

Defendant(s):
Jemmil Aponte;
Joanna Santos

Kavulich & Associates P.C.
30 Church Street, Suite 26, New Rochelle, NY
10801-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $9,000.00 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest      12/01/2009 | $483.75 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $50.00 | Jury Demand Fee | $0.00 | | |
| Total Damages | $9,483.75 | Total Costs & Disbursements | $160.00 | Judgment Total | $9,643.75 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 608-614 West 189th Street Llc
608-610 West 189th Street, New York, NY 10040-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Jemmil Aponte
38 Glenwood Ave, Apt 1 D, Yonkers, NY 10701-2240
(2) Joanna Santos
620 West 189th St, Apt 2 F, New York, NY 10040-4224

Judgment entered at the New York County Civil Court, 111 Centre Street, New York, NY 10013, in the STATE OF NEW
YORK in the total amount of **$9,643.75 on 11/17/2010 at 10:54 AM.**

Judgment sequence 1

Jack Baer, Chief Clerk Civil Court

Page 1 of 1