**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

PORT CHESTER NY 10573

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Sent To 181 WESTCHESTER AV
Street, Apt. No.;  SUITE 600C  PORT CHESTER
or PO Box No.  NY 10573   GARY MiCHAE
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

Index Number: CV-089896-08/BX

**NOTICE OF MOTION**

...e annexed affidavit of **ABDOU GAYE**

_____, 2014____, and the exhibits annexed thereto,

...ENDANT will move this court located at

**851 Grand Concourse, Bronx, New York 10451** Part 34, 5th Floor, Room 503 , on the 21ST_____, day of _MAY_____ , 2014 ____, at 9:30 am , or as soon thereafter as can be heard for an Order :
RESTORE TO THE TRIAL CALENDAR FOR THE PURPOSE OF COLLECTING ON A VACATED DEFAULT JUDGMENT_

and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that ( check the applicable box below):

[X ]  **Appearances are required on the return date of the motion by the moving party. The non moving party(ies) should also attend to interpose any response.**

[]  these papers have been served on you at least eight days before the motion is scheduled to be heard. You must serve your answering papers, if any, at least two days before such time upon the movant.

[]  these papers have been served on you at least twelve days before the motion is scheduled to be heard. You must serve your answering papers, if any, at least seven days before such time upon the movant.

**MAIL TO:**

Gary Michael Kavulich (Counsel for Pltf)
181 Westchester Avenue
Suite 500C
Port Chester, New York 10573

**All answering papers to the Court are to be filed on the return date of the motion with the Clerk in the Part listed above.**

May 2, 2014

From: ABDOU GAYE
825 E. 170TH STREET
APT. 4B
BRONX, New York 10459

*5/21/14*
*Denied as moot.*
*Defendant indicated that he*
*received the amount rejected*
*earlier this week.*
*[signature]*     **HON. EDDIE J. McShine**

. the City of New York

ronx

Index Number: **CV-089896-08/BX**

PROSPECT REALTY

      Plaintiff(s)

-against-

BDOU GAYE

      Defendant(s)

**AFFIDAVIT IN SUPPORT OF**
**NOTICE OF MOTION**

**ABDOU GAYE**, being duly sworn, states that I would like to obtain the following relief from the

Court: RESTORE TO THE TRIAL CALENDAR FOR THE PURPOSE OF COLLECTING ON A
VACATED DEFAULT JUDGMENT_

ORTER TO RETURN $2.000

The basis for my request is : CoLLECTET

1343 PROSPCT AV LAS TIM WAS DESMIS

4 14 2014 NO FURTHER DETAIL

12 17 2013 RETURN $700

IN MAX doB

WHEREFORE, THE UNDERSIGNED RESPECTFULLY REQUESTS THE WITHIN MOTION
BE GRANTED.

Sworn to before me this ____ day of __MAY__ 2 __2014__ 20____ .

                                                           Abdou GAGE

                                                         Signature of Movant

Notary Public/ Court Employee

... of the City of New York

BRONX

Part 34

245 Prospect Realty

Claimant(s)/Plaintiff(s)/Petitioner(s)
*against*

Abdou Gaye

Defendant(s)/Respondent(s)

Index Number 89896/09

Motion Cal. # _____ Motion Seq. # _____

File # 2260

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits ..............................., ..... | _____ |
| Replying Affidavits.................................... | _____ |
| Exhibits .................................................... | _____ |
| Other.......................................................... | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to Vacate default judgment entered 4/30/09 is as follows:

Defendant's motion is granted on consent. The judgment is hereby vacated. All Liens, Restraints are lifted effective immediately.

Defendant's Proposed Answer is deemed served upon Plaintiff in court.

This matter adjourned to Thursday, February 6, 2014 @ 9:30 am, Room 503 for trial.

This constitutes the Decision/Order of this Court.

12/17/13
Date

Civil Court
of the
City of New York
DEC 17 2013
ENTERED
BRONX COUNTY

Judge, Civil Court

ELIZABETH A. TAYLOR      Page 3
JUDGE, CIVIL COURT

CIV-GP-45 (Revised September 1999)

IL COURT OF THE CITY OF NEW YORK
County of __BRONX__ Part __11__

Index No. 89896/08

File #
3860

STIPULATION
OF SETTLEMENT

543-45 PROSPECT Realty

Plaintiff(s),

-against-

ABDOU Gaye Defendant(s).

It is hereby stipulated and agreed by and between the parties that the above-referenced

action is settled as follows:

This proceeding is discontinued

Civil Court
of the
City of New York

APR 14 2014

ENTERED
BRONX COUNTY

of Counsel
KAVULICH & Assoc. PC
4/14/14
Signature                Date

Abdou GAYE
Signature                Date

ABDOU GAYE
Signature                Date

Signature                Date

Page _____ of _____

CIV-GP-32 (Revised December, 2005)

York, County of Bronx
of the City of New York Civil Part

Index No: CV-089896-08/BX

S PROSPECT REALTY

Plaintiff(s)

**AFFIDAVIT OF SERVICE**
of a Notice of Motion

-against-

BDOU GAYE

Defendant(s)

State of New York, County of _____ ss.:

_____, being duly sworn, deposes and says:
(Name of Person serving papers)
I am over the age of 18 and not a party to this action.

At _____, on _____, I served a Notice of Motion on:
(Time)                    (Date)

_____ ☐ Actual person to be served
(Name of Individual Person served)      ☐ Person of suitable age and discretion

**OR**

_____ for _____
(Name of Authorized Person to accept service )         (Name of Business or Entity )

Address of Person Served _____
(Actual address on papers to be served)
Location of Person Served _____
(If different than address indicated on papers to be served)

| ☐ **By Personal Delivery** | **OR** | ☐ **Mail (Check all that apply)** |
|---|---|---|

Description of person served:
Sex: _____ Color of Skin: _____
Height: _____ Weight: _____
Hair Color: _____ Eye Color: _____
Build: _____ Age: _____

☐ Certified Mail  # _____
☐ Registered Mail # _____
☐ Return Receipt Requested
☐ First Class Mail
☐ First Class Mail with Certificate of Mailing # _____

_____
Signature of Server
(Must be signed before Notary or Court Employee)

Sworn to before me on _____, 20____.

_____
(Signature of Notary Public or Court Employee)

**CIVIL COURT OF THE CITY OF NEW YORK**
County of _Bronx_ Part _11_

Index No. _89896/08_

File # _3860_

343-45 Prospect Realty

Plaintiff(s),

**STIPULATION
OF SETTLEMENT**

-against-

ABDOU Gaye Defendant(s).

It is hereby stipulated and agreed by and between the parties that the above-referenced

action is settled as follows:

_This proceeding is discontinued_

Civil Court
of the
City of New York

APR 14 2014

ENTERED
BRONX COUNTY

as Counsel
KAVulich+Assoc,P.C    Abdou GASE
4/14/14

Signature          Date          Signature          Date

ABDOU GAYE

Signature          Date          Signature          Date

Page _____ of _____

CIV-GP-32 (Revised December, 2005)



# CIVIL COURT OF THE CITY OF NEW YORK
Civil Court: 851 Grand Concourse, Bronx, NY 10451
Housing Court: 1118 Grand Concourse, Bronx, NY 10456

# INTERPRETER
# REQUEST FORM & SCHEDULE

Scan/email this form ONLY to Esteban Bujanda or deliver to L&T Interpreter mezzanine area. Print Legibly.
*Submit even if an Interpreter is already scheduled for the date(s) sought.*

1) Language-specific dates are activated only when a written request has been submitted.
2) Requests must be submitted at least 72 hours/3 business days in advance (not counting submission or appearance date).
3) For languages not listed you must call the Interpreters Office at 718 466 3003.
4) Use for ALL languages including Spanish trials.

Language(s) __Wolof__          Assignment date(s) __3/12/14__

Bench Trial ☐      Conference ☐      Hearing ☐      Inquest ☐      Jury Trial ☐      Motion ☐

## Check language(s)

| | | | | | |
|---|---|---|---|---|---|
| ☐ Albanian 2ⁿᵈ WED | ☐ Cantonese 1ˢᵗ MON | ☐ Greek | ☐ Japanese | ☐ Polish | ☐ Spanish Trial |
| ☐ Arabic 1ˢᵗ, 3ʳᵈ & 4ᵗʰ WEDNESDAYS | ☐ Croatian | ☐ Gujarati | ☐ Khmer:Cambodian | ☐ Portuguese | ☐ Thai |
| ☐ Armenian | ☐ Farsi | ☐ Haitian Creole | ☐ Korean 2ⁿᵈ MON | ☐ Punjabi 1ˢᵗ TUE | ☐ Twi |
| ☐ ASL Call x63003 | ☐ French 1ˢᵗ, 3ʳᵈ & 4ᵗʰ WEDNESDAYS | ☐ Hebrew/Yiddish | ☐ Mandarin 1ˢᵗ MON | ☐ Russian | ☐ Urdu 3ʳᵈ TUE |
| ☐ Bambara 1ˢᵗ pay WED | ☐ Fulani 1ˢᵗ TUE | ☐ Hindi 3ʳᵈ TUE | ☐ Mandingo 1ˢᵗ pay WED | ☐ Serbian | ☐ Vietnamese |
| ☐ Bengali 1ˢᵗ or 3ʳᵈ MON | ☐ German | ☐ Italian | ☐ Mixteco | ☐ Soninke 1ˢᵗ TUE | ☑ Wolof 1ˢᵗ pay WED |

☐ Other_____

Interpreter use only    ADBM_____    Book_____    ECourts_____

Index # __89896/08__    Caption __1343 Prospect Realty vs. Gaye__

Time __9:30 Am__    Part/Room __11 / 503__    Location (circle one): L&T / Civil

Requested by __Edward Farrelly   SC__    Today's date __2/25/14__
          Print Name & Title

**Civil Court of the City of New York**

County of _BRONX_

Part _34_

1343-45 Prospect Realty

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Abdou Gaye

Defendant(s)/Respondent(s)

Index Number _89896/08_

Motion Cal. # _____   Motion Seq. #

**DECISION/ORDER**   File # 3860

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | |
| Answering Affidavits ............................. | |
| Replying Affidavits................................ | |
| Exhibits .......................................... | |
| Other.............................................. | |

Upon the foregoing cited papers, the Decision/Order on this Motion to _vacate_

_default judgment entered 4/30/09_ is as follows:

Defendant's motion is granted on consent. The judgment is hereby vacated. All Liens, Restraints are lifted effective immediately.

Defendant's proposed Answer is deemed served upon Plaintiff in court

This matter adjourned to Thursday, February 6, 2014 @ 9:30 am, Room 503 for trial.

This constitutes the Decision/Order of this Court.

12/17/13
Date

Civil Court
of the
City of New York
DEC 17 2013
ENTERED
BRONX COUNTY

Judge, Civil Court

ELIZABETH A. TAYLOR
JUDGE, CIVIL COURT

Page 8

CIV-GP-45 (Revised September 1999)

**Civil Court of the City of New York**
County of Bronx

Index No: CV-089896-08/BX

---

1343-45 PROSPECT REALTY
      -against-
ABDOU GAYE

**ANSWER IN WRITING**
___ CONSUMER CREDIT TRANSACTION
___ ACTION FOR MONEY ONLY

---

Defendant, ABDOU GAYE, at 825 E. 170TH STREET, APT. 4B, BRONX, New York 10459 answers the Complaint as follows:

*Check all that apply)*

1     General Denial: I deny the allegations in the complaint
     **SERVICE**
2     I did not receive a copy of the summons and complaint
3     I received the Summons and Complaint, but service was not correct as required by law.
     **DEFENSES**
(4)     I do not owe this debt
5     I did not incur this debt. I am the victim of identity theft or mistaken identity.
6     I have paid all or part of the alleged debt.
7     I dispute the amount of the debt.
8     I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)
9     The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10     Plaintiff does not allege a debt collection license number in the Complaint.
11     Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12     The debt has been discharged in bankruptcy.
13     The collateral (property) was not sold at a commercially reasonable price.
14     Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15     Violation of the duty of good faith and fair dealing.   N O
16     Unconscionability (the contract is unfair.)   N O
17     Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18   GA   Defendant is in the military.   N O
19     Other: _____

**OTHER**
(20)     Please take notice that my only source of income is _8/5/2013_ which is exempt from collection.

**COUNTERCLAIM**
21     Counterclaim(s):$ _____ Reason: _T_____

---

**VERIFICATION-**

State of New York, County of **Bronx** ss:
**ABDOU GAYE,** being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true

Sworn to before me this   SEP 3 0 2013   day of _____ 20__

_____
Notary Public /Court Employee and Title

_____
Defendant

BRONX COUNTY
CIVIL COURT
DEC 17 2013
RECEIVED

**Appearances are Mandatory**

Civil Court of the City of New York
County of Bronx  Part 39

Index Number: CV-089896-08/BX

343-45 PROSPECT REALTY
        -against-
ABDOU GAYE

2013 SEP 30  PM 12: 58

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

**UPON** the annexed affidavit of ABDOU GAYE, sworn to on September 30, 2013, and upon all papers and
proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
   **Bronx Civil Court**
   **851 Grand Concourse**
   **Bronx, New York 10451**
   **Part 34         Room 503**
   on    10|10       at  9:30 AM  10/10/13
   or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the

calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and

further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the

part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of

the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):          Sheriff or Marshal:
(Judge to Initial)                                       (Judge to Initial)
_____ by Personal Service by " In Hand Delivery"      _____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested     _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office   _____ by First Class Mail with official Post Office
        Certificate of Mailing                                  Certificate of Mailing
on or before _____10|1|13_____ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

**Mail to Attorney or party:**                          **Sheriff/Marshal:**
Gary Michael Kavulich (Counsel for Pltf),               NYC Marshal
181 Westchester Avenue, Suite 500C,                     Biegel, Stephen, Marshal
Port Chester, New York 10573                            109 W 38 Street
                                                        Suite 200
                                                        New York, NY 10018-3615

_____September 30, 2013_____                  _____
          DATE                                Hon. Joseph E. Capella, Civil Court Judge (NYC)

...rt of the City of New York, County of Bronx                Index # **CV-089896-08/BX**

...-45 PROSPECT REALTY                                Affidavit in support of an order to show cause to
        -against-                                    restore case to the calendar, vacate any judgment,
ABDOU GAYE                                           liens and income executions on this defendant on
                                                     this Index number,
                                                     allow proposed answer or dismissing the action

State of New York, County of New York:
        **ABDOU GAYE**,being duly sworn, deposes and says:
        (Defendant's initials)

1. _GA_ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action 🔲 _I AM NOT A PARTY_

2. _GA_ a) **I have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   _____ b) **I have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b,
            skip #3, #4, #5, and go to #6]
            _____ a Notice of Default Judgment mailed to me
            _____ a Restraining Notice on my bank account.
            _A/G_ a copy of an Income Execution served on _I ~~THE FLOOR~~ I AM NOT_
            _____ Other: _____

3. _GA_ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
            _____
        b) I did not appear and answer in the Clerk's Office
            _____ and I received a date for trial.
            _____ but the answer was entered late.
            _____ Other: _DRIVER LICENSE IN MY SOCIAL SECURITY_

4.      On the Date of **Trial** before Judge/Arbitrator
            _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
            _____ a judgment was entered after the trial.
            _____ a judgment was entered against me by default for my failure to appear.
            _____ Other: _____

5.      My reason for not
        _GA_ complying with the stipulation is _NEEB 12_
        _GA_ following the order of the Court is _____
        _____ appearing in court on the date scheduled for trial is _____
        _____ Other: _____

6.      I allege that I have a good defense because: _I HAVE MY INCOME COPY_

7.      _GA_ a) I have not had a previous Order to Show Cause regarding this index number.
        _GA_ b) I have had a previous Order to Show Cause regarding this index number but I am making this application,
            because: _Alco_

8.      I request that the Judgment be vacated, that the case be restored to the calendar, that the answer be deemed
        timely filed and permission to serve these papers in person.

Sworn to before me this day September 30, 2013

_____         (Sign Name) _Abdou GASE_
Signature of Court Employee and Title    ABDOU GAYE
                                         825 E. 170TH STREET
                                         APT. 4B
                                         BRONX, New York 10459

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
1343-45 PROSPECT REALTY

vs.

Defendant(s):
ABDOU GAYE

**Index Number:  CV-089896-08/BX**

Judgment issued:   On Default

On Motion of:

Kavulich, Gary Michael
30 Church St Ste 26, New Rochelle, NY
10801-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $2,900.00 | Cost By Statute | $20.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Index Number Fee | $45.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest  09/01/2002 at 9% | $1,739.77 | Non Military | $0.00 | Other Disbursements | $0.00 |
| Attorney fees | $0.00 | Notice of Trial | $0.00 | Other Costs | $0.00 |
| | | Jury Demand | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Damages | $4,639.77 | Total Costs & Disbursements | $130.00 | Judgment Total | $4,769.77 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 1343-45 PROSPECT REALTY
1343 PROSPECT AVENUE, BRONX, NY 10459-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) ABDOU GAYE
825 E. 170TH STREET, APT. 4B, BRONX, NY 10459-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of **$4,769.77 on 04/30/2009 at 04:30 PM.**

Judgment sequence 1

Jack Baer, Chief Clerk Civil Court

CITY OF NEW YORK

---------------------------------------------

Realty,

                    PLAINTIFF(S)

-AGAINST-

u Gaye

                    DEFENDANT(S)

-----------------------------------------------

INDEX NO. 89896/08

FILE NO. 3860
JUDGMENT

1343 Prospect Avenue
Bronx, NY 10459

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $2,900.00 |
| INTEREST FROM 9/1/2002 | $1,685.63 |
| | $4,585.63 |
| COSTS BY STATUTE | $20.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $130.00 |
| | TOTAL $4,715.63 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER, THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER THE PENALTIES OF
PERJURY.
DATED: WESTCHESTER, NY                 ----------------------------------------
    4/16/2009                          KAVULICH & ASSOCIATES, P.C.
                                       BY: GARY KAVULICH, ESQ.
                                       30 CHURCH STREET, SUITE 26
JUDGMENT ENTERED ON                    NEW ROCHELLE, NY 10801
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 12/9/2008 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,  ADJUDGED THAT
1343-45 Prospect Realty
RESIDING AT: 1343 Prospect Avenue Bronx, NY 10459
RECOVER OF  Abdou Gaye
RESIDING AT: 825 E. 170th Street Apt. 4B Bronx, NY 10459-1331
THE SUM OF  $2,900.00 WITH INTEREST OF  $1,685.63 MAKING A TOTAL OF $4,585.63 TOGETHER WITH  $130.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF  $4,715.63  AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

                                       _____
                                       CLERK

E CITY OF NEW YORK

X

------------------------------------

Realty,

PLAINTIFF(S)                          AFFIDAVIT OF FACTS
                                      CONSTITUTING THE CLAIM
AGAINST                               THE DEFAULT AND THE
                                      AMOUNT DUE

Gaye

DEFENDANT(S)

------------------------------------

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
September, 2002  $725.00
October, 2002  $725.00
November, 2002  $725.00
December, 2002  $725.00
AT THE AGREED MONTHLY RENTAL OF $725.00
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK.  RENT WAS NOT PAID BY ANY OTHER SOURCE.  I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.
      WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $2,900.00WITH INTEREST FROM
9/1/2002 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION

----------------------------------------
KAVULICH & ASSOCIATES, P.C.
BY:  GARY KAVULICH, ESQ.
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801

TO THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED:  WESTCHESTER, NY                       YOURS, ETC.,
        4/16/2009                                   ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF              SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON              DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

THE CITY OF NEW YORK
BNX

--------------------------------------
ect Realty,

INDEX NO.  89896/08

PLAINTIFF(S)

AFFIDAVIT OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

-AGAINST-

Abdou Gaye

DEFENDANT(S)

--------------------------------------

STATE OF NEW YORK)
COUNTY OF WESTCHESTER) SS:

      GARY KAVULICH, ESQ., BEING DULY SWORN HEREBY DEPOSES AND SAYS:

1.  I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2.  THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3.  ON 11/7/2008,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE.  SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.  AT DEFENDANT(S):

--X--LAST KNOWN ADDRESS AT:  Abdou Gaye: 825 E. 170th Street  Apt. 4B  Bronx, NY  10459-1331

-------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

-------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

----X-HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

SWORN TO BEFORE ME
ON THIS  DAY OF  April, 2009

GARY KAVULICH, ESQ.

**Matthew N. Kaufman**
**Notary Public - State of New York**
**No: 02KA6204092**
**Qualified in Westchester County**
**My Commission Expires - April 13, 2013**

THE CITY OF NEW YORK
.ONX

-----------------------------------------------------------------X

Prospect Realty.                              PLAINTIFF,

        -AGAINST-

Sdou Gaye.                        DEFENDANT(S)

-----------------------------------------------------------------X

INDEX NO:
FILE NO: 3860

AFFIRMATION OF FACTS
CONSTITUTING THE
AMOUNT DUE

_Hysen Mehmelaj_

hereby deposes and says under the penalties of perjury, ss:

That deponent is the managing agent of 1343-45 Prospect Realty, Plaintiff in the within action; this action was commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a   lease agreement in the amount of $2900.00 for the months of

September, 2002 through and including December, 2002 at the agreed monthly rental amount of $725.00 per month;   (after application of security and after application of payments) no part  having  been paid, although duly demanded. All other causes of action are hereby waived and disposed of. After a complete and thorough  investigation, as I have been informed by Plaintiff ' s counsel, the defendant(s) is/are found not to be in the military and reside(s) in the City of New York. Rent was not paid by any other source. I make this affirmation upon personal Knowledge.

WHEREFORE, Plaintiff demands judgment against defendant for $2900.00 with interest from August 1, 2002 together with costs and disbursements of the action.

Dated: 9/4/2008

Sworn to before me
on this/0day of Dec., 2008

_____
Notary Public

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU6072960
Qualified in Westchester County
Commission Expires January 21, 2001

_Hysen Mehmet_
Hysen Mehmetaj

RT OF THE CITY OF NEW YORK
OF BRONX
-------------------------------------------------------X

5 Prospect Realty,

                                                   Index No. 89896/08
                                                   File No. **3860**

                           Plaintiff,

               -against-
                                      **AFFIDAVIT OF**
                                      **INVESTIGATOR**

**Abdou Gaye**

                            Defendant(s).
-------------------------------------------------------X

STATE OF NEW YORK      )
                             )SS.:
COUNTY OF WESTCHESTER  )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Abdou Gaye is at the present
time in military service for the purpose of entry of judgment.

On April 16, 2009, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Abdou Gaye military status.

I inputted the social security number, as provided by the Defendant, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

                                              Denise Miranda

Sworn to before me this
1l Day of _____, 2009

Notary Public

**Matthew N. Kaufman**
**Notary Public - State of New York**
**No: 02KA6204092**
**Qualified in Westchester County**
**My Commission Expires - April 13, 2013**

RT OF THE CITY OF NEW YORK
OF BRONX
--------------------------------------------------------X
45 Prospect Realty,

                    Index No. 89896/08
                    File No. 3860

             Plaintiff,

        -against-                  **AFFIDAVIT OF**
                                              **INVESTIGATOR**

**Abdou Gaye**

             Defendant(s).
--------------------------------------------------------X

STATE OF NEW YORK     )
                        )SS.:
COUNTY OF WESTCHESTER   )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Abdou Gaye is at the present
time in military service for the purpose of entry of judgment.

On April 16, 2009, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Abdou Gaye military status.

I inputted the social security number, as provided by the Defendant, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

                                              Denise Miranda

Sworn to before me this
16 Day of April, 2009

Notary Public

**Matthew N. Kaufman**
**Notary Public - State of New York**
**No: 02KA6204092**
**Qualified in Westchester County**
**My Commission Expires - April 13, 2013**

...ent of Defense Manpower Data Center                              APR-16-2009 11:41:36


Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|-------------|--------------|------------|--------------------|----------------|
| GAYE | ABDOU | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

    See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID: FIWNBTIWPZ*

CITY OF NEW YORK

--------------------------------
alty,

    PLAINTIFF(S)                           AFFIDAVIT OF FACTS
                                            CONSTITUTING THE CLAIM
    AGAINST                              THE DEFAULT AND THE
                                           AMOUNT DUE
c

    DEFENDANT(S)
--------------------------------
TE OF NEW YORK COUNTY OF WESTCHESTER
F GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE
TTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
: THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
'PLICATION OF PAYMENT AND SECURITY DEPOSIT)
ptember, 2002  $725.00
tober, 2002  $725.00
ivember, 2002  $725.00
:cember, 2002  $725.00
' THE AGREED MONTHLY RENTAL OF $725.00
LL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH
IVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
ORK.  RENT WAS NOT PAID BY ANY OTHER SOURCE.  I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
ELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
HE FILE IN THIS CASE.
:COND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $2,900.00WITH INTEREST FROM
1/2002 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION

--------------------------------
    KAVULICH & ASSOCIATES, P.C.
    BY: GARY KAVULICH, ESQ.
    30 CHURCH STREET, SUITE 26
    NEW ROCHELLE, NY 10801

) THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
JTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

.TED: WESTCHESTER, NY                 YOURS, ETC.,
    4/16/2009                           ATTORNEYS FOR PLAINTIFF

.ATE OF NEW YORK, COUNTY OF           SS:
:ING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
JD RESIDES IN

IAT ON          DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
ACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

' DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
:POSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
ORK STATE.

WORN TO BEFORE ME ON

E CITY OF NEW YORK

X
-------------------------------

Realty,

PLAINTIFF(S)

-AGAINST-

d Gaye

DEFENDANT(S)

-------------------------------

INDEX NO. 89896/08

AFFIDAVIT OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

STATE OF NEW YORK)
COUNTY OF WESTCHESTER) SS:

GARY KAVULICH, ESQ., BEING DULY SWORN HEREBY DEPOSES AND SAYS:

. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

!. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

. ON 11/7/2008, I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT. AT DEFENDANT(S):

X--LAST KNOWN ADDRESS AT: Abdou Gaye: 825 E. 170th Street Apt. 4B Bronx, NY 10459-1331

------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

--X-HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-----WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

WORN TO BEFORE ME
N THIS 16 DAY OF April, 2009

GARY KAVULICH, ESQ.

Matthew N. Kaufman
Notary Public - State of New York
No: 02KA6204092
Qualified in Westchester County
My Commission Expires - April 13, 2013

CITY OF NEW YORK

------------------------------------------------X
                                                          INDEX NO:
                                                          FILE NO: 3860
pect Realty,                        PLAINTIFF,

        -AGAINST-                                          AFFIRMATION OF FACTS
                                                          CONSTITUTING THE
Gaye,                 DEFENDANT(S)                        AMOUNT DUE

------------------------------------------------X


_Hysen Mehmelaj_

hereby deposes and says under the penalties of perjury, ss:

1at deponent is the managing agent of 1343-45 Prospect Realty, Plaintiff in the within action; this action was mmenced by substituted service of the summons and complaint upon defendant(s) and is an action for each of a lease agreement in the amount of $2900.00 for the months of
September, 2002 through and including December, 2002 at the agreed monthly rental amount of '25.00 per month; (after application of security and after application of payments) no part having been id, although duly demanded. All other causes of action are hereby waived and disposed of. After a mplete and thorough investigation, as I have been informed by Plaintiff ' s counsel, the defendant(s) /are found not to be in the military and reside(s) in the City of New York. Rent was not paid by any other urce. I make this affirmation upon personal Knowledge.

/HEREFORE, Plaintiff demands judgment against defendant for $2900.00 with interest from August 1, 2002 gether with costs and disbursements of the action.

ated: 9/4/2008

worn to before me
1 this/0day of Dec., 2008

_____              _Hysen Mehmeti_
otary Public
                                      FRANK G. BUGLIONE
                                      Notary Public, State of New York
                                      No. 02BU5071950
                                      Qualified in Westchester County
                                      Commission Expires January 21, 2003

OF THE CITY OF NEW YORK
BRONX
-----------------------------------------------X

rospect Realty,

Index No. 89896/08
File No. 3860

Plaintiff,

-against-

**AFFIDAVIT OF
INVESTIGATOR**

Abdou Gaye

Defendant(s).
-----------------------------------------------X

STATE OF NEW YORK )
)SS.:
COUNTY OF WESTCHESTER )

I am over 18 years of age, am not a party to this action and reside in Westchester County, State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make an investigation to ascertain if the Defendant(s) Abdou Gaye is at the present time in military service for the purpose of entry of judgment.

On April 16, 2009, I Denise Miranda, contacted the Defense manpower Date Center concerning the Defendant Abdou Gaye military status.

I inputted the social security number, as provided by the Defendant, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense Manpower Data Center stating that the said Defendant is not currently in the military service of the United States and the State of New York (National Guard).

Denise Miranda

Sworn to before me this
14 Day of April, 2009

Notary Public

**Matthew N. Kaufman
Notary Public - State of New York
No: 02KA6204092
Qualified in Westchester County
My Commission Expires - April 13, 2013**

...ary Status .                                                      Page 1 of 1

...of Defense Manpower Data Center                          APR-16-2009 11:41:36

Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| GAYE | ABDOU | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:FIWNBTIWPZ*

https://www.dmdc.osd.mil/scra/owa/scra.pre  Select                    4/16/2009

# Civil Court of the City of New York

County of _____ BRONX _____

Part

Index Number _____ 89896-08 _____

Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed .... | _____ |
| Answering Affidavits ............................... | _____ |
| Replying Affidavits ................................ | _____ |
| Exhibits ........................................... | _____ |
| Other.............................................. | _____ |

1343-45 Prospect Realty

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Abdou Gaye,

Defendant(s)/Respondent(s)

Upon the foregoing cited papers, the Decision/Order on this Motion to _____ VACATE _____

_____ INCOME EXECUTIONS, IS ADJOURNED _____ is/as follows:

This motion is adjourned to 12-17-2013 for plaintiff to submit a supplemental affidavit or affirmation w/ the original leasing documents on 1343 Prospect Ave. Defendant does not challenge the judgment but claims it is against his cousin who has the same name as him and that the income execution should be lifted.

Civil Court
of the
City of New York
NOV 14 2013
ENTERED
BRONX COUNTY

11-15-2013

Date

Judge, Civil Court

HON. DAVID B. COHEN    Page 25

CIV-GP-8? (Revised September 1999)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

-----------------------------------------------------------------X

1343-45 PROSPECT REALTY,

                    Plaintiff,

        -against-

ABDOU GAYE,

                  Defendant.

-----------------------------------------------------------------X

INDEX NO. 89896/08
FILE NO. 3860

AFFIRMATION IN
OPPOSITION

GARY KAVULICH, ESQ., an attorney duly admitted to practice law before the Court of the State of New York, hereby affirms under the penalty of perjury:

1. I am a member of Kavulich & Associates, P.C., attorneys for the Plaintiff herein. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated upon information and belief, as to those matters I believe them to be true. The basis of my belief is information supplied to me by my client, information contained within the court file and information maintained within my office.

2. I make this affirmation in opposition to the Defendants ABDOU GAYE's Order to Show Cause which seeks to vacate the judgment in this matter and all income executions against her and restore this matter to this Court's calendar. Please see Defendant's instant Order to Show Cause annexed hereto as Exhibit "1."

<u>STATEMENT OF THE UNDISPUTED FACTS</u>

3. The within proceeding was commenced by the Plaintiff against the Defendant based upon a breach of a lease agreement for the premises known as 1343 Prospect Avenue, Apt. 1, Bronx, NY 10459. Annexed hereto as Exhibit "2" is an affidavit of the Plaintiff's agent, Hysen Mehmetaj.

4.  The Lease Agreement was for a term of one (1) year commencing May 1, 2002 and terminating on April 30, 2003. Please see aforementioned Exhibit "2."

5.  Thereafter, Defendant defaulted on his rent payments pursuant to Defendant's agreement with Plaintiff and allowed a balance to accrue. Annexed hereto as Exhibit "3" is a copy of the tenant ledger.

6.  Upon information and belief, on or about November 3, 2002, the Defendant vacated the subject-premises. Please see aforementioned Exhibit "2."

7.  Thereafter, Plaintiff re-entered and re-rented the premises on February 1, 2003.

8.  At the time of Defendant's vacatur, Defendant owed Plaintiff for rental arrears in the sum $2,900.00 representing the months of September, 2002 through and including December, 2002 at the agreed monthly sum of $725.00. Please see aforementioned Exhibit "2." Please see aforementioned Exhibit "3."

9.  Plaintiff commenced this instant action against Defendant on or about October 16, 2008. Please see the summons and complaint in this matter annexed hereto as Exhibit "4." Please see the corresponding affidavit of service annexed hereto as Exhibit "5."

10. Thereafter, the Defendant failed to interpose an answer to said summons and complaint.

11. As such, the Plaintiff obtained a default judgment in the amount of $4,769.77 that was entered on April 30, 2009. Please see a copy of said judgment annexed hereto as Exhibit "6."

12. Plaintiff then commenced execution measures pursuant to that judgment and on or about June 14, 2013, it caused New York City Marshal Stephen Biegel to serve a Income Execution upon Defendant Abdou Gaye's place of employment.

13. Thereafter, on July 23, 2013, the Defendant called your Affirmant's office offering to settle this matter for $1,500.00. Annexed hereto as Exhibit "7" is the affidavit of Colin Kingsidaphone, affirmant's employee.

14. Thereafter, the Defendant Abdou Gate filed an Order to Show Cause seeking to vacate the Judgment, which was scheduled for October 10, 2013. Please see aforementioned Exhibit "1."

15. On October 10, 2013, the matter was adjourned to November 14, 2013.

16. Plaintiff now opposes Defendant's motion.

<u>THE DEFENDANT'S INSTANT MOTION DOES NOT DEMONSTRATE AN EXCUSABLE DEFAULT AND MERETORIOUS DEFENSE, THEREFORE THE MOTION SHOULD BE DENIED</u>

17. In order to prevail on this instant motion, the Defendant must prove both an excusable default *and* meritorious defense as upon showing of both of those prongs, vacating a default judgment is proper. CPLR 5051(a)(1); *Bank of Am. v. Faracco*, 89 AD3d 879 [2d Dep't 2011]; *Community Preserve. Corp. v. Bridgewater condominiums, LLC.*, 89 AD3d 784 [2d Dep't 2011].

18. Moreover, should the Defendant demonstrate a reasonable excuse for the default, a Court must nonetheless uphold the default judgment when the Defendant's papers submitted in support thereof are replete with self-serving, vague, unsubstantiated denials, and unsupported legal conclusions. *Thapt v. Lutheran Med. Ct.*, 89 AD3d 837 [2d Dep't 2011]; *Garal Wholesalers, Ltd. v. Raven Brands, Inc.*, 82 AD3d 1041 [2d Dep't 2011].

19. It is respectfully stated to the Court that the Defendant has failed to demonstrate both prongs and that this motion must be denied.

20. In the Defendants' affidavit presently before this Court, the Defendant's defense is as follows:

    a.   "I am not the party."

21. Plaintiff will now address each of those assertions in turn.

22. Defendant's allegation that he is not the Defendant is incorrect.

23. Defendant, when signing the legally binding lease agreement, signed in his individual capacity the legally binding lease agreement with the Plaintiff over the subject premises. Please see aforementioned Exhibit "2."

24. Moreover, after receiving notification that his wages were being garnished, Defendant called your Affirmant's office and made a lump sum offer of $1,500.00 to settle this matter. Please see aforementioned Exhibit "7."

25. Therefore, the Defendant fails to meet the standard allowing this Court to vacate a default judgment as set forth in CPLR 5051(a)(1).

26. As the Defendant fails to set forth an excusable default and a meritorious claim, and the Plaintiff continues to suffer from the unsatisfied debt, the Plaintiff respectfully requests this Court to deny the Defendant's motion to vacate said judgment.


WHEREFORE, as no legal or equitable basis has been stated or exists, Plaintiff respectfully asks that this Court deny the instant motion.


Dated: October 22, 2013
      Port Chester, NY

Kavulich & Associates, P.C.
By: Gary M. Kavulich, Esq.
Attorney for Plaintiff
181 Westchester, Ave., Suite 500C
Port Chester, NY 1057
(914) 355-2074

# EXHIBIT 1

Appearances are Mandatory          Y4773

Civil Court of the City of New York          Index Number: CV-089896-08/BX
County of Bronx  Part 39

1343-45 PROSPECT REALTY                    **ORDER TO SHOW CAUSE**
          -against-                        To restore case to the calendar, and vacate any
ABDOU GAYE                                 judgment, liens and income executions on this
                                           defendant on this Index number,
                                           allow proposed answer or dismissing the action

UPON the annexed affidavit of ABDOU GAYE, sworn to on September 30, 2013, and upon all papers and
proceedings herein:

        Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
        Bronx Civil Court
        851 Grand Concourse                                        3860
        Bronx, New York 10451
        Part 34          Room 503
        on   10|10        at  9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

VACATING the Judgment, and all income executions and restraining notices, if any, restoring the case to the
calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and
further relief as may be just.

PENDING the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the
part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of
the City of New York for the enforcement of said Judgment be stayed.

SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or named attorney(s):          Sheriff or Marshal:
(Judge to Initial)                                      (Judge to Initial)
_____ by Personal Service by " In Hand Delivery"      _____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested     _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office   _____ by First Class Mail with official Post Office
        Certificate of Mailing                                  Certificate of Mailing
on or before _____10|1|13_____ , shall be deemed good and sufficient

        PROOF OF SUCH SERVICE may be filed with the Clerk in the Part
        indicated above on the return date of this Order to Show Cause.

Mail to Attorney or party:                  Sheriff/Marshal:
Gary Michael Kavulich (Counsel for Pltf),   NYC Marshal
181 Westchester Avenue, Suite 500C,         Biegel, Stephen, Marshal
Port Chester, New York 10573                109 W 38 Street
                                            Suite 200
                                            New York, NY 10018-3615

September 30, 2013
_____          _____
        DATE                       Hon. Joseph E. Capella, Civil Court Judge (NYC)

Civil Court of the City of New York, County of Bronx                    Index # CV-089896-08/BX

1343-45 PROSPECT REALTY                         Affidavit in support of an order to show cause to
          -against-                             restore case to the calendar, vacate any judgment,
ABDOU GAYE                                      liens and income executions on this defendant on
                                                this Index number,
                                                allow proposed answer or dismissing the action

State of New York, County of New York:
        ABDOU GAYE, being duly sworn, deposes and says:
        (Defendant's initials)
1. _G.A_ a) I am the Party named as (Defendant)(Respondent) in the above titled action ☞  *I AM NOT A PARTY*

2. _G.A_ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
        ____ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b,
                 skip #3, #4, #5, and go to #6]
                     a Notice of Default Judgment mailed to me
                     a Restraining Notice on my bank account.
        _ATG_        a copy of an Income Execution served on _____  *I AM NOT*
                     Other: _____

3. _G.A_ a) I did not appear and answer in the Clerk's Office because;[NOTE: if you complete # 3a, skip and go to #6].

        ____ b) I did not appear and answer in the Clerk's Office
                     and I received a date for trial.
                     but the answer was entered late.
                     Other: _DIZIVBIZ LICENSE IN MY SOCIAL SECUIITY_

4.      ____ On the Date of Trial before Judge/Arbitrator
                     a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
                     a judgment was entered after the trial.
                     a judgment was entered against me by default for my failure to appear.
                     Other: _____

5.      ____ My reason for not
        _G.A_        complying with the stipulation is _NEEDIZ_
        _G.A_        following the order of the Court is _____
                     appearing in court on the date scheduled for trial is _____
                     Other: _____

6.      I allege that I have a good defense because: _I HAVE MY INCOME COPY_

7.      _G.A_ a) I have not had a previous Order to Show Cause regarding this index number.
        _G.A_ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
                 because: _Alca_

8.      ____ I request that the Judgment be vacated, that the case be restored to the calendar, that the answer be deemed
                 timely filed and permission to serve these papers in person.

Sworn to before me this day September 30, 2013

_____                         (Sign Name) _Abdou GASP_
Signature of Court Employee and Title           ABDOU GAYE
                                                825 E. 170TH STREET
                                                APT. 4B
                                                BRONX, New York 10459

# EXHIBIT 2

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX                                          INDEX NO. 89896/08
-------------------------------------------------------------X          FILE NO. 3860

1343-45 PROSPECT REALTY,

                         Plaintiff,

                                                        AFFIDAVIT IN
         -against-                                      OPPOSITION

ABDOU GAY,

                         Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK        )
                         )  SS:
COUNTY OF WESTCHESTER    )

         I, Hysen Mehmetaj, being duly sworn deposes and says:

1.       I am the agent for the Plaintiff, 1343-45 Prospect Realty, and as such I am
         fully familiar with the facts and circumstances of this proceeding.

2.       The Plaintiff entered into a lease agreement with the Defendant, Abdou Gay
         with the Plaintiff for the premises known as 1343 Prospect Avenue, Apt. 1,
         Bronx, NY 10459.

3.       The Lease Agreement was for a term of one (1) year commencing May 1,
         2002 and terminating on April 30, 2003.

4.       Thereafter, Defendant defaulted on his rent payments pursuant to Defendant's
         agreement with Plaintiff and allowed a balance to accrue.

5.       Upon information and belief, on or about November 3, 2002, the Defendant
         vacated the subject-premises.

6.       Thereafter, Plaintiff re-entered and re-rented the premises on February 1, 2003.

7.       Therefore, the Defendant owes the Plaintiff for rental arrears in the sum $2,900.00
         representing the months of September, 2002 through and including December, 2002
         at the agreed monthly sum of $725.00.

8.       Plaintiff then commenced this instant action against the Defendant to recover the
         arrears which Defendant has accumulated.

9.       Thereafter, the Defendant failed to interpose an answer to said summons and
         complaint.

10. As such, the Plaintiff obtained a default judgment in the amount of $4,769.77 that was entered on April 30, 2009.

11. Therefore, the Defendants currently owe the Plaintiff $4,769.77 plus interest from April 30, 2009.

12. As of this date, despite repeated demands, the Defendant has failed to pay this balance.

13. My attorneys have advised me that the Defendant has filed an Order to Show Cause which seeks to vacate the judgment and restore this matter to the calendar.

WHEREFORE, your deponent prays that the Court deny the instant motion as no legal or equitable basis has been provided.

Sworn to before me this
23rd day of October, 2013

_____
Notary Public

_____
Hysen Mehmetaj

> **GARY KAVULICH**
> Notary Public, State of New York
> No. 02KA6205615
> Qualified in Westchester County
> Commission Expires May 11, 2017

# EXHIBIT 3

05/23/2008   Property Code: 1343

**MOVED-OUT OPEN BALANCE REPORT**
**1343-45 PROSPECT REALTY CORP**
547 E. 168th Street
Bronx, NY 10456

Page 1

*[handwritten: RR 2/03, sec to 1/03, add 12/02 to brkdwn]*
*[handwritten: fse 5/1/02 - 4/3/03]*
*[handwritten: Move out 11/3/02]*

Unit: 01
Tenant: ABDOU GAYE
Selected: 01/18/2002 - 11/01/2002

| Date | Opening Bal | Base Rent | Mthly Chgs | Check#/Description | Receipts | Chg/Crd | Bal Due | Mthly Diff |
|------|------------|-----------|------------|-------------------|----------|---------|---------|-----------|
| | | | | | | | | -643.47 |
| 01/18/2002 | 350.00 | 0.00 | 0.00 | CASH | 350.00 | 0.00 | 0.00 | |
| | | | | | | | | 360.00 |
| 02/01/2002 | 0.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 725.00 | |
| | | | | | | | | -725.00 |
| 03/01/2002 | 725.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1450.00 | |
| | | | | | | | | -725.00 |
| 03/08/2002 | 1450.00 | 0.00 | 0.00 | CASH | 725.00 | 0.00 | 725.00 | |
| | | | | | | | | 725.00 |
| 04/01/2002 | 725.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1450.00 | |
| | | | | | | | | -725.00 |
| 04/12/2002 | 1450.00 | 0.00 | 0.00 | CASH | 725.00 | 0.00 | 725.00 | |
| | | | | | | | | 725.00 |
| 05/01/2002 | 725.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1450.00 | |
| | | | | | | | | -725.00 |
| 05/17/2002 | 1450.00 | 0.00 | 0.00 | CASH | 1000.00 | 0.00 | 450.00 | |
| | | | | | | | | 1000.00 |
| 06/01/2002 | 450.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1175.00 | |
| | | | | | | | | -725.00 |
| 06/21/2002 | 1175.00 | 0.00 | 0.00 | cash | 750.00 | 0.00 | 425.00 | |
| | | | | | | | | 750.00 |
| 07/01/2002 | 425.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1150.00 | |
| | | | | | | | | -725.00 |
| 07/26/2002 | 1150.00 | 0.00 | 0.00 | CASH | 740.00 | 0.00 | 410.00 | |
| | | | | | | | | 740.00 |
| 08/01/2002 | 410.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1135.00 | |
| | | | | | | | | -725.00 |
| 08/23/2002 | 1135.00 | 0.00 | 0.00 | CASH | 750.00 | 0.00 | 385.00 | |
| | | | | | | | | 750.00 |
| 08/31/2002 | 385.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1110.00 | |
| | | | | | | | | -725.00 |
| 10/01/2002 | 1110.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 1835.00 | |
| | | | | | | | | -725.00 |
| 11/01/2002 | 1835.00 | 920.57 | -195.57 | Monthly Billing | 0.00 | 0.00 | 2560.00 | |
| | | | | | | | | -725.00 |

# EXHIBIT 4



CONSUMER CREDIT TRANSACTION. THIS IS AN ATTEMPT TO COLLECT A DEBT
AND ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THIS DEBT.
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------x

1343-45 Prospect Realty,
                Plaintiff,

       -against-

Abdou Gaye,

              Defendant(s)

-----------------------------------------------------x

INDEX NO.
FILE NO. 3860

SUMMONS
Place of Venue is Plaintiff's
place of business:

1343 Prospect Avenue
Bronx, NY 10459

To the above named defendants(s):

  YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand
Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the
time provided by law as noted below and to file an answer to the below complaint with the
clerk: upon your failure to answer, judgment will be taken against you for the sum of $3,400.00
with interest thereon from September 1, 2002 together with costs of this action.

DATED:  September 10, 2008

                         By: Gary Kavulich, Esq.,
                         Kavulich & Associates, P.C.
                         Attorney for Plaintiff
                         30 Church Street
                         Suite 26
                         New Rochelle, NY  10801
                         (914) 355-2074

Defendant's Address:
 Abdou Gaye
825 E. 170th Street, Apt. 4B
Bronx, NY 10459-1331

Note: The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

## COMPLAINT

<u>FIRST ACTION</u>: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $2,900.00 representing rental arrears for the months of September, 2002 through and including December, 2002 at the agreed monthly sum of $725.00 for the premises known as 1343 Prospect Avenue, Apt.#1 Bronx, NY 10459 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

<u>SECOND ACTION</u>: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

<u>THIRD ACTION</u>: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

WHEREFORE, Plaintiff demands judgment (A) on the First Action, in the sum of $2,900.00 plus interest from September 1, 2002 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of   0.000 plus interest from September 1, 2002 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of S500.00  together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 89896/08
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801    File No. 3860

1343-45 PROSPECT REALTY,
vs.
ABDOU GAYE,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On October 18, 2008 at 12:40p.m.
At: 825 E. 170th Street, Apt. 4B, Bronx, NY 10459 served the within Summons and Complaint
on: ABDOU GAYE, Defendant therin named

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business [] dwelling house (place of abode) within the state |
| Mail Copy [X] | On October 20, 2008 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BLK Color of Hair: BRN Age: 45-50 Height: 5'5" Weight: 155LBS

Military Svce Deponent asked person spoken to whether the recipient was presently in military
[ X ]        service of the United States Government or of the State of New York and was
             informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this 20 day of 10/08

_____
New York State Notary Public
County of Bronx
Cing of Bronx
No. 01WA605846
Commission Expires June 2, 2011 10

Aston G. Evans II
LIC# 1220069

# EXHIBIT 6

Bronx County Civil Court
Civil Judgment

Y

Index Number:  CV-089896-08/BX

Judgment issued:  On Default

On Motion of:

Kavulich, Gary Michael
30 Church St Ste 26, New Rochelle, NY
10801-

| $2,900.00 | Cost By Statute | $20.00 | Transcript Fee | $0.00 |
| $0.00 | Index Number Fee | $45.00 | County Clerk Fee | $0.00 |
| $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| $1,739.77 | Non Military | $0.00 | Other Disbursements | $0.00 |
| $0.00 | Notice of Trial | $0.00 | Other Costs | $0.00 |
| | Jury Demand | $0.00 | | |
| 9.77 Total Costs & Disbursements | | $130.00 | Judgment Total | $4,769.77 |

ldressed and identified as creditors below:

.TY
RONX, NY 10459-

arties, addresses and identified as debtors below:

ıS

ıB, BRONX, NY 10459-

: County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
7 on 04/30/2009 at 04:30 PM.

Jack Baer

Jack Baer, Chief Clerk Civil Court

Page 1 of 1

**EXHIBIT 7**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------X
1343-45 PROSPECT REALTY,

INDEX NO. 8986/08
FILE NO. 3860

                                    Plaintiff,

                                                        AFFIDAVIT IN
                                                        OPPOSITION


                    - against -


ABDOU GAYE,

                            Defendant.
--------------------------------------------------------X
STATE OF NEW YORK          )
                           )SS
COUNTY OF WESTCHESTER      )

    I, Colin Kingsidaphone, being duly sworn deposes and says:

1.  I am a employee for your Affirmant, and as such I am fully familiar with the facts and
    circumstances of this proceeding.

2.  On or about July 23, 2013, I received a phone call from Defendant Abdou Gaye.

3.  During that conversation, Defendant offered a settlement offer of $1,500.00 to be paid in
    an lump sum payment.

4.  In response, I informed Defendant that before the offer would be accepted it needed to be
    authorized by the Plaintiff.


WHEREFORE, your deponent prays that the relief sought herein is granted in all respects
and for such other and further relief as to this court may seem just and proper.


Sworn to before me this
2 4th day of October, 2013

                                            _____
                                                    Colin Kingsidaphone

Notary Public

GARY KAVULICH
Notary Public, State of New York
No. 02KA6205615
Qualified in Westchester County
Commission Expires May 11, 2017

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

Index No. 89896/08
-------------------------------------------------------------X          File No. 3860

1343-45 PROSPECT REALTY,

                              Plaintiff,

                                                              AFFIRMATION OF
              -against-                                       SERVICE

ABDOU GAYE,

                       Defendant.

-------------------------------------------------------------X

        Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the courts of the
State of New York hereby affirms the following under the penalty of perjury.

        On October 4, 2013, I served the within Affirmation in Opposition upon ABDOU
GAYE, the Defendant in this action, by depositing a true copy in a post-paid envelope addressed
to:

                              ABDOU GAYE
                       825 East 170th Street, Apt. 4B
                              Bronx, NY 10459

in  an official depository under the exclusive dominion and control of the United States Postal
Service within the State of New York via regular first class mail.

                              _____
                              Gary M. Kavulich, Esq.

INDEX NO: 89896/08

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34

1343-45 PROSPECT REALTY,

Plaintiff,

- against -

ABDOU GAYE,

Defendant.

AFFIRMATION IN OPPOSITION

Signature Rule 130-1.1-a

Print Name Beneath -                                    Gary M. Kavulich, Esq.

Kavulich & Associates, P.C.
Attorneys for Plaintiff
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
(914) 355-2074

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 89896/08
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801     File No. 3860

1343-45 PROSPECT REALTY,
vs.
ABDOU GAYE,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On October 18, 2008 at 12:40p.m.
At: 825 E. 170th Street, Apt. 4B, Bronx, NY 10459 served the within Summons and Complaint
on: ABDOU GAYE, Defendant therin named

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business  [] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On October 20, 2008 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BLK Color of Hair: BRN Age: 45-50 Height: 5'5" Weight: 155LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]        service of the United States Government or of the State of New York and was
             informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this 20 day of 10/08

_____
New York State Notary Public
County of Bronx
Cheryl Marsh
Lic. No. 01MA6042816
Commission Expires June 5, 20__ 10

_____
Aston G. Evans II
LIC# 1220069

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 89896/08
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801          File No. 3860

1343-45 PROSPECT REALTY,
vs.
ABDOU GAYE,

State of New York County of Nassau SS:
Aston G. Evans II, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On October 18, 2008 at 12:40p.m,
At: 825 E. 170th Street, Apt. 4B, Bronx, NY 10459 served the within Summons and Complaint
on: ABDOU GAYE, Defendant therin named

| | |
|---|---|
| Individual [] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age Person [X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing to Door [] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business    [] dwelling house (place of abode) within the state |
| Mail Copy [ X ] | On October 20, 2008 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

On the   day of   at
On the   day of   at
On the   day of   at

Description  A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F Color of skin: BLK Color of Hair: BRN Age: 45-50 Height: 5'5" Weight: 155LBS

Military Svce  Deponent asked person spoken to whether the recipient was presently in military
[ X ]       service of the United States Government or of the State of New York and was
            informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X]"Jane Doe" stated that the Defendant is not in the military.

Sworn to Before me on this 20 day of 10/8

_____

New York State Notary Public
County of Bronx
Cheryl Mark
Lic. No 01MLA6042016
Commission Expires June 3, 201__

Aston G. Evans II
LIC# 1220069

CONSUMER CREDIT TRANSACTION. THIS IS AN ATTEMPT TO COLLECT A DEBT
AND ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THIS DEBT.
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------x

1343-45 Prospect Realty,
                    Plaintiff,                    INDEX NO.   **089896**
                                                  FILE NO. 3860


        -against-

                                                  SUMMONS
                                                  Place of Venue is Plaintiff's
                                                  place of business:

Abdou Gaye,
                                                  1343 Prospect Avenue
                                                  Bronx, NY 10459

                    Defendant(s)

------------------------------------------------------x
To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF
NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand
Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the
time provided by law as noted below and to file an answer to the below complaint with the
clerk: upon your failure to answer, judgment will be taken against you for the sum of $3,400.00
with interest thereon from September 1, 2002 together with costs of this action.

DATED:  September 10, 2008

                                                  By: Gary Kavulich, Esq.,
                                                  Kavulich & Associates, P.C.
                                                  Attorney for Plaintiff
                                                  30 Church Street
                                                  Suite 26
                                                  New Rochelle, NY  10801
                                                  (914) 355-2074

Defendant's Address:
 Abdou Gaye
825 E. 170th Street, Apt. 4B
Bronx, NY 10459-1331


Note:  The law provides that: (a) If the summons is served by its delivery to you personally
within the City of New York, you must appear and answer within TWENTY days after such
service; or (b) If the summons is served by any means other than personal delivery to you
within the City of New York, you must appear and answer within THIRTY days after proof of
service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $2,900.00 representing rental arrears for the months of September, 2002 through and including December, 2002 at the agreed monthly sum of $725.00 for the premises known as 1343 Prospect Avenue, Apt.#1 Bronx, NY 10459 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $2,900.00 plus interest from September 1, 2002 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of 0.000 plus interest from September 1, 2002 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

TRANSACCION DE CREDITO DEL CONSUMIDOR IMPORTANTE!! UD. HA SIDO DEMANDADO! ESTE ES UN DOCUMENTO LEGAL-UNA CITACION! NO LA BOTE!! CONSULTE CON SU ABOGADO ENSEGUIDA! LE PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). !SI UD. NO SE PRESENTA EN LA CORTE CON ESTA CITATION LE PUEDEN CONFISCAR SUS BIENES (PROPIEDAD) Y PERJUDICAR SU CREDITO!! TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR TODOS LOS GASTOS LEGALES (COSTOS)! SI UD. NO TIENE DINERO PARA UN ABOGADO TRAIGA ESTOS PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO LA CORTE LE AYUDARA.

COURTE CIVIL DE LA CUIDAD DE NUEVA YORK,
Condado de Bronx
----------------------------------------------------------X

Indice #
Claim # 3860

1343-45 Prospect Realty,

                         Demandante,

CITATION
La razon de haber designado
Esta Corte es:
1343 Prospect Avenue
     Bronx, NY 10459

       -contra-

Abdou Gaye,

                       Demandado(s).

----------------------------------------------------------X

Al demandado arriba mecionado:

  USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York, Condado de Bronx a la oficiana del Jefe Principal de dicha Corte en 851 Grand Concourse, Bronx, NY 10451, in the COURTE CIVIL DE LA CUIDAD DE NUEVA YORK, NY en el Condado de Nueva York Ciudad y Estado de Bronx, dentro del tiempo provisto por la ley segun abajo indicado y presenter respuesta a la Demanda ajunta al Jefe de la Corte, si usted no comparece a contester, se dictara juicio en contra suya en la suma de $3,400.00 con intereses September 1, 2002, incluyendo los costos de esta causa.

Fechado: September 10, 2008

By: Gary Kavulich, Esq.
Kavulich & Associates, P.C.
30 Church Street, Suite 26
New Rochelle, NY 10801
914-355-2074

Defendant's Address
Abdou Gaye
825 E. 170th Street Apt. 4B
Bronx, NY, 10459-1331

Nota: La ley provee que: (a) Si esta citacion es entregada a usted personalmente en la Ciudad de Nueva York, usted debe comparece y responder dentro de Viente dias despuesde la entrega, (b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Ciudad de Nueva York, o por medio de publicacion, o por otros medios que no fueran entrega personal a usted en la Ciudad de Nueva York, usted tiene Treinta dias para comparecer y responder la demanda, despues de haberse presentado prueba de entrega de a citacion al Jefe de esta Corte.

## COMPLAINT

**PRIMERA ACCIÓN:** el Demandante procura recuperar daños del demandao (s) para la violación de un acuerdo de arriendo en la suma de $2,900.00 dólares que representan atrasos de alquiler para los meses del equilibrio   dólares; September, 2002  a través de e incluso December, 2002  en la suma mensual concordada de $725.00 local conocido come 1343 Prospect Avenue #1  Bronx, NY 10459 juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional como el tribunal puede juzgar sólo.


**SEGUNDA ACCIÓN:** el Demandante procura recuperar daños del demandado en la suma de $ 0 dólares que representan daños juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Tribunal puede juzgar sólo.

**TERCERA ACCIÓN:** el Demandante procura recuperar daños del demandado en la suma de $ 500.00  dólares que representan honorarios de abogados razonables juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Triunal puede juzgar sólo.

**POR QUE,** el Demandante exige el juicio (A) en la Primera Acción, en la suma de $2,900.00 Dólares más el interés a partir del September 1, 2002 juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Tribunal puede juzgar sólo, (B) en la Segunda Acción, en la suma de $0 dólares más el interés el 1 de September 1, 2002 juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional come el Tribunal pueden juzgar sólo, (C) en la Tercera Acción, en la suma de $500.00 dólares más el interés el  juntos con gastos y desembolsos de esta acción y para tal otro alivio y adicional cuando el Tribunal puede juzgar solo.

El Demandante en Esta Accion no esta obligado a ser licenciado por el Departamento de asuntos de Consumidor de la Ciudad de Nueva York.

# Civil Court of the City of New York

CV   005896   -08

CV-489896-08/BX

1343-45 PROSPECT REALTY

-against-
ABDOU GAYE

**PLAIN**

**DEFEN**

| Comments | Notes |
|---|---|
| pt 11 | |
| 3/12/14  Trial | |
| 4/14/14  Trial (No interpreter needed as D denies the need for an interpreter) | |
| 4/14/14  Dis'd | |
| HON. RUBEN FRANCO | |

**FELONY WARNING:**

A person who willfully and unlawfully and intentionally removes, mutilates, destroys, conceals or obliterates a record of this office is chargeable ...