CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------x

TOWNSEND GARDEN CORP.,
                    Plaintiff,

         -against-

Maria Tirado,

                    Defendant(s)

--------------------------------------------------------x

INDEX NO.
FILE NO. 2963                    041226

SUMMONS
Place of Venue is Plaintiff's
place of business:

1549 Townsend Avenue
BRONX, NEW YORK 0

To the above named defendants(s):

   YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY  10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $2,776.80 with interest thereon from October 1, 2006 together with costs of this action.

DATED:  March 17, 2009

                    By: Gary Kavulich, Esq.,
                    Kavulich & Associates, P.C.
                    Attorney for Plaintiff
                    30 Church Street
                    Suite 26
                    New Rochelle, NY  10801
                    (914) 355-8074

Defendant's Address:
 Maria Tirado
260 Washington Street, Apt. 45
Salem, MA 01970-3618

FEE PAID

MAR 3 0 2009

CIVIL COURT
BRONX COUNTY

Note:  The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

# COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $2,276.80 representing rental arrears for the months of October, 2006 balance of $61.60; November, 2006 through and including February, 2007 at the agreed monthly sum of $553.80 for the premises known as 1549 Townsend Avenue, Apt.6E BRONX, NEW YORK 0 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

SECOND ACTION: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $2,276.80 plus interest from October 1, 2006 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of 0.000 plus interest from October 1, 2006 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 41226/09
Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801     File No. 2963

TOWNSEND GARDEN CORP.,
vs.
MARIA TIRADO,

State of New York County of Nassau SS:
George Stricker, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On April 23, 2009 at 4:03p.m.
At: 260 Washington Street, Apt. 45, Salem, MA 01970-3618 served the within Summons and Complaint
on: MARIA TIRADO, Defendant therin named

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation. |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business   [] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On April 24, 2009 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.<br>          Deponent was unable, with due diligence to find the recipient or a person of suitable age |

and discretion having called thereat:

On the   day of        at
On the   day of        at
On the   day of        at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F   Color of skin: BRN Color of Hair: BRN Age: 50-55   Height: 5'4" Weight: 167LBS

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[ X ]        service of the United States Government or of the State of New York and was
          informed that the recipient is not. Recipient wore civilian clothes and no military uniform

Other
[X]"Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this 25 day of 4/09

_George Stricker_
George Stricker

New York State Notary Public
County of Bronx
Cheryl Marsh
Lic. No. 01MA6032816
Commission Expires June 3, 20__

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
TOWNSEND GARDEN CORP.

vs.

Defendant(s):
MARIA TIRADO

Index Number: **CV-041226-09/BX**

Judgment issued:   On Default

On Motion of:

KAVULICH & ASSOCIATES, P.C.
30 CHURCH STREET, SUITE 26, New
Rochelle, NY 10801-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $2,276.80 | Cost By Statute | $20.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Index Number Fee | $45.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest    10/01/2006 at 9% | $572.64 | Non Military | $0.00 | Other Disbursements | $0.00 |
| Attorney fees | $0.00 | Notice of Trial | $0.00 | Other Costs | $0.00 |
| | | Jury Demand | $0.00 | | |
| **Total Damages** | $2,849.44 | Total Costs & Disbursements | $130.00 | Judgment Total | $2,979.44 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) TOWNSEND GARDEN CORP.
1549 TOWNSEND AVENUE, BRONX, NY 00000-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) MARIA TIRADO
260 WASHINGTON STREET, APT. 45, Salem, MA 01970-3618

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of **$2,979.44 on 07/17/2009 at 09:29 AM.**

Judgment sequence 1

*Jack Baer*

Jack Baer, Chief Clerk Civil Court

TOWNSEND GARDEN CORP.,

INDEX NO. 41226/09

PLAINTIFF(S)

FILE NO. 2963.0
JUDGMENT

-AGAINST-

Maria Tirado

1549 Townsend Avenue
BRONX, NEW YORK 0

DEFENDANT(S)

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $2,276.80 |
| INTEREST FROM 10/1/2006 | $521.97 |
| | $2,798.77 |
| COSTS BY STATUTE | $20.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $130.00 |
| | TOTAL $2,928.77 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER THE PENALTIES OF
PERJURY.
DATED:  WESTCHESTER, NY
    7/9/2009

KAVULICH &ASSOCIATES, P.C.
BY: GARY KAVULICH, ESQ.
30 CHURCH STREET, SUITE 26
NEW ROCHELLE, NY 10801

JUDGMENT ENTERED ON
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 6/27/2009 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,  ADJUDGED THAT
TOWNSEND GARDEN CORP.
RESIDING AT: 1549 Townsend Avenue BRONX, NEW YORK 0
RECOVER OF   Maria Tirado
RESIDING AT:  260 Washington Street Apt. 45 Salem, MA 01970-3618
THE SUM OF  $2,276.80WITH INTEREST OF  $521.97 MAKING A TOTAL OF $2,798.77 TOGETHER WITH  $130.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF  $2,928.77  AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

CLERK

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------

TOWNSEND GARDEN CORP.,

               PLAINTIFF(S)

       AGAINST

Maria Tirado

            DEFENDANT(S)

                                AFFIDAVIT OF FACTS
                             CONSTITUTING THE CLAIM
                          THE DEFAULT AND THE
                              AMOUNT DUE

------------------------------------------------------

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
October, 2006 balance of $61.60
November, 2006  $553.80
December, 2006  $553.80
January, 2007  $553.80
February, 2007  $553.80
AT THE AGREED MONTHLY RENTAL OF $553.80
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY .
     RENT WAS NOT PAID BY ANY OTHER SOURCE. I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.
     WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $2,276.80 WITH INTEREST FROM
10/1/2006 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION

             ----------------------------------------
             KAVULICH & ASSOCIATES, P.C.
             BY:  GARY KAVULICH, ESQ.
             30 CHURCH STREET, SUITE 26
             NEW ROCHELLE, NY 10801

TO THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED: WESTCHESTER, NY
        7/9/2009

                         YOURS, ETC.,
                         ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF                SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON          DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------

TOWNSEND GARDEN CORP.,                                        INDEX NO. 41226/09

                    PLAINTIFF(S)

              -AGAINST-                                          AFFIDAVIT OF
                                                           MAILING OF ADDITIONAL
                                                               NOTICE OF SUIT
   Maria Tirado

                        DEFENDANT(S)
------------------------------------------------------------
STATE OF NEW YORK)
COUNTY OF WESTCHESTER)  SS:

        GARY KAVULICH, ESQ., BEING DULY SWORN HEREBY DEPOSES AND SAYS:

1. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3. ON 5/21/2009,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT. AT DEFENDANT(S):


-------LAST KNOWN ADDRESS AT: Maria Tirado: 260 Washington Street Apt. 45 Salem, MA 01970-3618

-------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

-------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

-------HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RESENT TO THE DEFENDANT AT:

SWORN TO BEFORE ME
ON THIS 9 DAY OF July 2009                    GARY KAVULICH, ESQ.

Matthew N. Kaufman
Notary Public- State of New York
     No. 02KA6204092
Qualified in Westchester County
My Commission Expires – April 13, 2013


                                                                    Page 7

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

--------------------------------------------------------------X

TOWNSEND GARDEN CORP.,

Index No. 41226/09
File No. 2963.0

Plaintiff,

-against-

**AFFIDAVIT OF
INVESTIGATOR**

**Maria Tirado**

Defendant(s).

--------------------------------------------------------------X

STATE OF NEW YORK          )
                           )SS.:
COUNTY OF WESTCHESTER      )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Maria Tirado is at the present
time in military service for the purpose of entry of judgment.

On July 9, 2009, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Maria Tirado military status.

I inputted the social security number, as provided by the Defendant, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

Denise Miranda

Sworn to before me this
9 Day of _____, 2009

Notary Public

Matthew N. Kaufman
Notary Public – State of New York
   No: 02KA6204092
Qualified in Westchester County
My Commission Expires – April 13, 2013

06/26/2009  08:23  1914300000...

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------X

TOWNSEND GARDEN CORP.,

PLAINTIFF,

INDEX NO:
FILE NO: 2963

-AGAINST-

Maria Tirado,

DEFENDANT(S)

AFFIRMATION OF FACTS
CONSTITUTING THE
AMOUNT DUE

-------------------------------------------------------X

*Sonia Iglesias*

hereby deposes and says under the penalties of perjury, ss:

That deponent is the managing agent of TOWNSEND GARDEN CORP., Plaintiff in the within action; this action was commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a lease agreement in the amount of $2,276.80 for the months October, 2006 balance of $61.60;November, 2006 through and including February, 2007 at the agreed monthly rental amount of $553.80 per month (after application of security and after application of payments) no part having been paid, although duly demanded and Damages in the amount of $0.00. All other causes of action are hereby waived and disposed of. After a complete and thorough investigation, as I have been informed by Plaintiff's counsel, the defendant(s) s/are found not to be in the military                                        Rent was not paid by any other source. I make this affirmation upon personal Knowledge.

WHEREFORE, Plaintiff demands judgment against defendant for $2,276.80 with interest from October 1, 2006 together with costs and disbursements of the action.

Dated: 6/26/2009

Sworn to before me
on this 2 day of July 2009 .

*Notary Public*

**GIZELLE L. NIEVES**
Notary Public State of New York
No. 01NI5063432
Qualified in Bronx County
Commission Expires July 22, 2010 .

*Sonia Iglesias*

 Department of Defense Manpower Data Center

JUL-09-2009 10:36:26

Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| TIRADO | MARIA | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:TFZZJHSQGT*

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

TOWNSEND GARDEN CORP.

         -against-

MARIA TIRADO

Plaintiff(s)

Defendant(s)

Index Number: **CV-041226-09/BX**

**SUBPOENA FOR RECORDS**
Requested by:
MARIA TIRADO
67 HATHORNE STREET
APT 2
Salem, Massachusetts 01970

## THE PEOPLE OF THE STATE OF NEW YORK

To: **Townsend Garden Corp.**

We command that you or someone on your behalf provide and produce the following item(s), along with a copy of this subpoena:

> \$OT{Optional-Description of what needs to be subpoenaed}
>
> *Townsend Garden Corp. has filed a judgement on me. I need to review the records to understand what these charges are for, and to verify its validity. The records refered to are the lease and rental payment log file Maria Tirado for 1549 Townsend Ave Apt 6E Bronx, NY 10452*

To the Clerk of the Civil Court of the City of New York County of Bronx located at 851 Grand Concourse, Bronx, New York 10451 on or before **December 3, 2013** in Part 34 - Procedural Motions - Self Represented Litigant 503 at 9:30 AM

        ☑ to the Records Section of this Court located in Room Window 6
        ☐ to the Hon _____ in Part_____ , Room _____ .

**NOTE:** A copy of any subpoena for records served in a pending action shall also be served on each party who has appeared in the action, according to CPLR Rule 2103, so that it is received by such parties promptly after service on the witness and before the production of books, papers or other things. You need not pay a witness fee to anyone other than the witness, but you must fill out an affidavit of service for each party served, as well as for the witness.

Failure to comply with a subpoena may be punishable as contempt of court
and/or make you liable for a penalty not exceeding **ONE HUNDRED FIFTY DOLLARS ($150.00)** and damages sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: November 19, 2013

Carol Alt
Chief Clerk

If required, So Ordered:

Judge of the Civil Court of the City of New York

HON. EDGAR G. WALKER
HON. EDGAR G. WALKER

1/31/14 Ret. fee for not fecked up

State of New York, County of Bronx
Civil Court of the City of New York Civil Part

Index Number: CV-041226-09/BX

TOWNSEND GARDEN CORP.

　　　　　　　　　　　Plaintiff(s)

　　　　-against-
MARIA TIRADO

　　　　　　　　　　　Defendant(s)

**SUBPOENA REQUEST
APPLICATION**

Requested by:
MARIA TIRADO
67 HATHORNE STREET
APT 2
Salem, Massachusetts 01970

---

**December 3, 2013** in Part 34 - Procedural Motions - Self Represented Litigant 503 at 9:30 AM for a hearing

I am making application to the court to subpoena the following: Check One _____ Person _x___ Records for the above captioned hearing.

Name and Address of person to testify or holder of records requested: ___Townsend Garden Corp.

Bronx, New York 104

this person/records are needed because: Townsend Garden Corp has filed a judgement on me. I need to review the records to understand and verify what these charges are for and to verify its validity. The records I refer to are the leases and rental payment logs of Maria Tirado for apt 6E of 1549 Townsend Ave Bronx, NY 10452

Date: __11/19/13__

NOV 19 2013

Sworn to before me this day _____, 201___

_____
Signature of Notary Public or Court Employee and Title

MARIA TIRADO.

Please fill out and return to the court for a Judge to review.

New York, County of Bronx
Court of the City of New York Civil Part

TOWNSEND GARDEN CORP.

                     Plaintiff(s)

    -against-

MARIA TIRADO

                    Defendant(s)

Index No: **CV-041226-09/BX**

**AFFIDAVIT OF SERVICE**
Subpoena for Records

State of New York, County of _____ ss.:

_____, being duly sworn, deposes and says:
(Name of Person serving papers)

I am over the age of 18 and not a party to this action.

At _____, on _____, I served a/an Subpoena for Records on:
   (Time)           (Date)

_____
(Name of Individual Person served)

☐ Actual person to be served
☐ Person of suitable age and discretion

**OR**

_____ for _____
(Name of Authorized Person to accept service )      (Name of Business or Entity )

Location of Person Served _____

Address of Person Served _____

| ☐ **By Personal Delivery**      **OR** | ☐ **Mail (Check all that apply)** |
|---|---|
| Description of person served:<br>Sex: _____ Color of Skin: _____<br>Height: _____ Weight: _____<br>Hair Color: _____ Eye Color: _____<br>Build: _____ Age: _____ | ☐ Certified Mail  # _____<br>☐ Registered Mail # _____<br>☐ Return Receipt Requested<br>☐ First Class Mail<br>☐ First Class Mail with Certificate of Mailing # _____ |

_____
Signature of Server
(Must be signed before Notary or Court Employee)

Sworn to before me on _____, 20____.

_____
(Signature of Notary Public or Court Employee)

# INSTRUCTIONS FOR SERVICE OF A SUBPOENA FOR RECORDS

**RESTRICTIONS:**

A Civil subpoena issued from the Civil Court of the City of New York County Of Bronx may be served anywhere within the city, county county or a neighboring county. Service elsewhere within the State of New York may be done only with written permission of a Judge.

An agency of the city, county, or state government, or a public library, may only be subpoenaed with the written permission of a Judge.

## PROCEDURES:

1. Make one photocopy of the Subpoena For Records if you are going to personally serve the individual. If you need to mail the document, you will need another copy. **You should make a copy of all completed papers and Affidavit of Service.**

2. Anyone NOT A PARTY TO THE ACTION who is over the age of 18 may "serve" the Subpoena for Records.

3. *A Subpoena For Records may not simply be mailed. The subpoena may be served as follows:*

    a. By finding the person to be served and handing the subpoena to that person.

    b. By serving another person old enough to understand, at the home or business of the person intended to be served. The person serving the papers must also mail an additional copy of the subpoena, to the last known address or place of business of the person to be served. The envelope should be marked "Personal and Confidential".

4. After the papers are "served", the person who served the papers must complete an Affidavit of Service, which is provided. The caption of the case, index number, and type of paper to be served has already been completed.

    a. Write the name of the county where the affidavit will be signed and sworn to.

    b. Write the name of the person who served the papers.

    c. Write the time and date on which the papers were served.

    d. Write the name of the person being served.

    e. If the papers were handed to the person, place a check mark in the box that indicates "actual person to be served."

    f. If the papers were handed to another person, place a check mark in the box that indicates "person of suitable age and discretion" (which means old enough to understand).

    g. If the papers were handed to an authorized person of a business or entity, write the name of that person and the name of the business or entity.

    h. Write the location of where the person was served.

    i. Write the address of where the person lives.

    j. If the person was personally served, place a check mark in the box that indicates "by personal delivery" and complete the description of the person.

    k. If the person was served by mail, place a check mark in the box that indicates "mail (check all that apply)" and indicate the type of mailing and write the mailing number provided by the post office.

5. The person who served the papers must sign the Affidavit of Service in the presence of the notary or court employee. The notary or court employee will complete the date and sign his/her name.

**NOTE: This form must be notarized! Leave the rest of the form blank until the person who served the papers is in the presence of a notary public or court employee.**

**Civil Court of the City of New York**
County of Bronx

Index No: CV-041226-09/BX

TOWNSEND GARDEN CORP.
        -against-
MARIA TIRADO

**ORAL ANSWER**
**ACTION FOR MONEY ONLY**

Defendant, MARIA TIRADO, at 67 HATHORNE STREET, APT 2, Salem, Massachusetts 01970, answers the Complaint as follows:

**ANSWER: Dated : 12/03/2013**
*(Check all that apply)*

**FILED**
CLERK'S OFFICE

DEC 0 3 2013

CIVIL COURT
BRONX COUNTY

1 _____ General Denial: I deny the allegations in the complaint
       **SERVICE**
2 XX I did not receive a copy of the summons and complaint
3 _____ I received the Summons and Complaint, but service was not correct as required by law.
       **DEFENSES**
4 XX I do not owe this debt.
5 _____ I did not incur this debt. I am the victim of identity theft or mistaken identity.
6 _____ I have paid all or part of the alleged debt.
7 _____ I dispute the amount of the debt.
8 _____ Plaintiff is required to be licensed by the department of consumer affairs of the City of New York and does not allege a license number in the Complaint.
9 _____ Statute of Limitations ( the time has passed to sue on this debt).
10 _____ The debt has been discharged in bankruptcy.
11 _____ The collateral (property) was not sold at a commercially reasonable price.
12 _____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
13 _____ Violation of the duty of good faith and fair dealing.
14 _____ Unconscionability (the contract is unfair.)
15 XX Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
16 _____ Defendant is in the military.
17 XX Other: **Affidavit of service reveals that I was improperly served.**
       **OTHER**
18 _____ Please take notice that my only source of income is _____,which is exempt from collection.

**COUNTERCLAIM**
19 _____ Counterclaim(s):$ _____ Reason: _____
       _____

This case is scheduled to appear on the calendar as follows:

Date: January 23, 2014 Part: Part 11 - Self Represented Non-Jury Room 503 Time: 9:30 AM Both Sides Notified:

To:
        Kavulich & Associates PC          ID: MA DMV
        181 Westchester Avenue
        Suite 500C
        Port Chester, New York 10573

**Civil Court of the City of New York**

County of _Bronx_

Part _____

Claimant(s)/Plaintiff(s)/Petitioner(s)

_Townsend Garden Corp_

_against_

_Maria Prado_

Defendant(s)/Respondent(s)

Index Number _4/7226/09_
Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a). of the papers
considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed .... | _1_ |
| Answering Affidavits ............................... | |
| Replying Affidavits................................. | |
| Exhibits .......................................... | |
| Other............................................... | |

Upon the foregoing cited papers, the Decision/Order on this Motion to _vacate_

_vault judgment_ _____ is as follows:

_Defendant's motion to vacate default_
_judgment rendered against her is granted_
_on default upon a showing of meritorious_
_defense + excusable default. All restraints_
_are vacated forthwith. The ~~plaintiff is directed to file an~~_
_~~answer on or before 12/3/13.~~ Part 11 trial/conference_
_on 1/23/14 at 930 am Room 503. The_
_Clerk of the Court is directed notify plaintiff_
_of the next court date. This constitutes_
_the court's order + decision._

_12·3·13_

DEC 08 2013

HON. JOSE A. PADILLA, JR.

Date

Judge, Civil Court

CIV-GP-43 (Revised. September 1999)



Civil Court of the City of New York
County of Bronx

Index Number: CV-041226-09/BX

TOWNSEND GARDEN CORP.

                        Plaintiff(s)

      -against-

MARIA TIRADO

                        Defendant(s)

**NOTICE OF MOTION
TO DISMISS pursuant to
CPLR 3211(a)(8)**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of **MARIA TIRADO**

sworn to on _____ day of DEC 0 3 2013 201__ , and the attached exhibits, the Defendant will

move this court located at **851 Grand Concourse, Bronx, New York 10451** Part 35, Room 503 ,

on the _23_ , day of _JAN_____ , 2013___ , at 9:30 am , or as soon thereafter as can be heard

for an Order :

      Dismissing the cause of action on the grounds that the Court has no jurisdiction over the

defendant pursuant to CPLR Section 3211 because the defendant was not served with the papers in this

case OR did not receive the papers in the right way as required by the law, and for such other and further
relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that ( check the box below that is the correct statement):

[]     these papers have been served on you at least eight days before the motion is scheduled to be
heard. You must serve your answering papers, if any, at least two days before such time upon the
movant. At least three days prior to the time at which the motion is noticed to be heard you may
serve upon the moving party a notice of cross motion demanding relief.

[]     these papers have been served on you at least sixteen days before the motion is scheduled to be
heard. You must serve your answering papers and any notice of cross motion with supporting
papers, if any, at least seven days before such time. Reply or responding affidavits shall be served
at least one day before such time.

**All answering papers to the Court are to be filed on the return date of the motion with the Clerk
in the Part listed above.**

December 3, 2013

Civ GP 128

From:
 MARIA TIRADO
 67 HATHORNE STREET
 APT 2
 Salem, Massachusetts 01970

To:
Kavulich & Associates PC
181 Westchester Avenue
Suite 500C
Port Chester, New York 10573

**Civil Court of the City of New York**
**County of Bronx**

Index Number: CV-041226-09/BX

TOWNSEND GARDEN CORP.
     Plaintiff(s)
  -against-
MARIA TIRADO
     Defendant(s)

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO DISMISS**
**Pursuant to CPLR 3211(a)(8)**

State of New York, County of SS{Court:County

MARIA TIRADO, being duly sworn, deposes and says:

**1. Party [Who you are] [Initial One]**

_MT_ a) I am the Defendant in the above entitled case.

_____ b) I am [ Explain who you are] _____ .

**2. Request ( What you are asking the court to do)**
I request that the Court issue an Order dismissing the case on the grounds that the court has no jurisdiction over me pursuant to CPLR 3211 because I was not served with the papers in this case OR I did not receive the papers in the right way as required by law, or grant such other relief as the Court may deem to be just and proper.

**3. Reason [Check One]**
☒ I have a good reason because I was not served with the court papers (did not get any of the papers) and found out about this action by _a lien that was placed on my bank account on October 10, 2013_

[] I was not served with the court papers in the right way as required by the law.
[Explanation is required] _____

_____ .

**4. Prior Order [Initial One]**
_MT_ a) I have not previously asked for this relief regarding this index number.
_____ b) I have had a previous Motion to Dismiss regarding this index number, but I am making this further application because
_I did file a motion to vacate where I did mention that I was improperly served (continued on Attached sheet)_

Sworn to before me this ____ day of ____, 20___ .  _Maria M. Tirado_
                                         Signature of Movant

_____
Notary Public/ Court Employee

MARIA TIRADO
67 HATHORNE STREET
APT 2
Salem, Massachusetts 01970

Civ GP 129

Telephone Number _978 304-2073_

I was improperly served because the person that is stated on the Affidavit of Service as receiving the summons is described as a brown skinned female in her 50's with a height of 5'4".

It was not me because I am light skinned, was 39 at the time and have a height of 5'8".

On that day and time there was no one in the apartment because I was picking up my children at Day Care at 4pm. Affidavit states service was done at 4:03pm.

I lived in the apartment with only my 3 children who at the time were 2, 5, and 13 yrs old. No other adults lived with me, stayed, nor babysitted for me with this description.

AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK                    Index No. 41226/09
COUNTY OF BRONX                                         Filed: _____

Attorneys: Kavulich & Associates, P.C.
Address: 30 Church Street, Suite 26, New Rochelle, NY 10801      File No. 2963

TOWNSEND GARDEN CORP.,
vs.
MARIA TIRADO,

State of New York County of Nassau SS:
George Stricker, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On April 23, 2009 at 4:03p.m.
At: 260 Washington Street, Apt. 45, Salem, MA 01970-3618 served the within Summons and Complaint
on: MARIA TIRADO, Defendant therin named

| | |
|---|---|
| Individual<br>[] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation<br>[ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation |
| Suitable Age<br>Person<br>[X] | By delivering a true copy of each to a person of suitable age and discretion Said premises is recipients [ ] actual place of business [X] dwelling house within the state. |
| Affixing<br>to Door<br>[] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business   [] dwelling house (place of abode) within the state |
| Mail Copy<br>[ X ] | On April 24, 2009 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1ˢᵗ Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age
and discretion having called thereat:

On the   day of      at
On the   day of      at
On the   day of      at

Description   A description of the Defendant, or other person served on behalf of the Defendant
[] Sex: F  Color of skin: BRN Color of Hair: BRN Age: 50-55 Height: 5'4" Weight: 167LBS

Military Svce   Deponent asked person spoken to whether the recipient was presently in military
[ X ]       service of the United States Government or of the State of New York and was
            informed that the recipient is not. Recipient wore civilian clothes and no military uniform
Other
[X]"Jane Doe" stated that the Defendant is not in the military.

Sworn to before me on this ___ day of _____        _____
                                                      George Stricker

New York State Notary Public
County of Bronx
Cheryl Marsh
Lic. No. 01MA5804-2016
Commission Expires June 5,20 [ ]



... of the City of New York
... of Bronx

Index No: **CV-041226-09/BX**



TOWNSEND GARDEN CORP.
          -against-
MARIA TIRADO

**ORAL ANSWER**
**ACTION FOR MONEY ONLY**

---

Defendant, MARIA TIRADO, at 67 HATHORNE STREET, APT 2, Salem, Massachusetts 01970, answers the complaint as follows:

**ANSWER: Dated : 12/03/2013**
*Check all that apply)*

**FILED**
**CLERK'S OFFICE**

1      General Denial: I deny the allegations in the complaint

DEC 0 3 2013

**SERVICE**

**CIVIL COURT**
**BRONX COUNTY**

2   XX   I did not receive a copy of the summons and complaint

3      I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4   XX   I do not owe this debt.

5      I did not incur this debt. I am the victim of identity theft or mistaken identity.

6      I have paid all or part of the alleged debt.

7      I dispute the amount of the debt.

8      Plaintiff is required to be licensed by the department of consumer affairs of the City of New York and does not allege a license number in the Complaint.

9      Statute of Limitations ( the time has passed to sue on this debt).

10      The debt has been discharged in bankruptcy.

11      The collateral (property) was not sold at a commercially reasonable price.

12      Unjust enrichment (the amount demanded is excessive compared with the original debt.)

13      Violation of the duty of good faith and fair dealing.

14      Unconscionability (the contract is unfair.)

15   XX   Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

16      Defendant is in the military.

17   XX   Other: **Affidavit of service reveals that I was improperly served.**

**OTHER**

18      Please take notice that my only source of income is _____,which is exempt from collection.

**COUNTERCLAIM**

19      Counterclaim(s):$ _____ Reason: _____

This case is scheduled to appear on the calendar as follows:

Date: January 23, 2014 Part: Part 11 - Self Represented Non-Jury Room 503 Time: 9:30 AM Both Sides Notified:

To:

Kavulich & Associates PC
181 Westchester Avenue
Suite 500C
Port Chester, New York 10573

ID: MA DMV

Page 23

**Civil Court of the City of New York**
County of _Bronx_

Part _____

Townsend Garden Corp

**' Claimant(s)/Plaintiff(s)/Petitioner(s)**
*against*

Maria Tirado

**Defendant(s)/Respondent(s)**

Index Number _41226/09_
Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers
considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed .... | 1 |
| Answering Affidavits ................................ | |
| Replying Affidavits................................. | |
| Exhibits ............................................. | |
| Other................................................. | |

Upon the foregoing cited papers, the Decision/Order on this Motion to _to vacate_____ is as follows:

_default judgment_

_Defendant's motion to vacate default_
_judgment rendered against her is granted_
_on default upon a showing of meritorious_
_defense + excusable default. All restraints_
_are vacated forthwith. The Defendant is directed to_
_answer on or before 12/3/13. The parties directed to file an_
_appear in Part 11 trial/conference_
_on 1/23/14 at 930 am Room 503. The_
_Clerk of the Court is directed notify plaintiff_
_of the next court date. This constitutes_
_the court's order + decision._

12-3-13

HON. JOSE A. PADILLA, JR.

Date                                    Judge, Civil Court

**Civil Court of the City of New York**

County of _Bronx_

Part

Townsend Garden Corp

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Maria Tirado

Defendant(s)/Respondent(s)

Index Number _41226/09_

Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers
considered in the review of this Motion

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed........ | _____ |
| Order to Show Cause and Affidavits Annexed .... | 1 |
| Answering Affidavits ............................. | _____ |
| Replying Affidavits................................ | _____ |
| Exhibits ......................................... | _____ |
| Other............................................. | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to _vacate_

_default judgment_ is as follows:

Defendant's motion to vacate default
judgment rendered against her is granted
on default, upon a showing of meritorious
defense + excusable default. All restraints
are vacated forthwith. The Petitioner/defendant is directed
answer on or before 12/31/13.
The parties directed to appear Part II trial/conference
on 1/23/14 at 930 am Room 503. The
Clerk of the Court is directed notify plaintiff
of the next court date. This constitutes
the court's order + decision.

Civil Court
of the
City of New York
DEC 03 2013
ENTERED
BRONX COUNTY

12-3-13

, HON. JOSE A. PADILLA, JR.

Date          Judge, Civil Court

CIV-GP-83 (Revised September 1999)

**Appearances are Mandatory**

Court of the City of New York
County of Bronx  Part 39           34      (1)           Index Number: CV-041226-09/BX

TOWNSEND GARDEN CORP.
          -against-
MARIA TIRADO

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

**UPON** the annexed affidavit of MARIA TIRADO, sworn to on November 1, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, New York 10451**
**Part 34                Room 503**
on  NOV  19    2013    at  9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or named attorney(s):          Sheriff or Marshal:
(Judge to Initial)                                        (Judge to Initial)

_____ by Personal Service by " In Hand Delivery"      _____ by Personal Service by " In Hand Delivery"
___✓___ by Certified Mail, Return Receipt Requested     ___✓___ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office   _____ by First Class Mail with official Post Office
        Certificate of Mailing                                  Certificate of Mailing
on or before ___11/6/13___ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

**Mail to Attorney or party:**
Kavulich & Associates PC (Counsel for Pltf), at 181 Westchester
Avenue, Suite 500C, Port Chester, New York 10573

Sheriff/Marshal: Stephen W Biegel
109 West 38th street
suite 200
New York NY 10018

November 1, 2013
_____
DATE

Hon. David B. Cohen, Civil Court Judge (NYC)

12-3-13   12-3-13  RyTdpu
11-26-13  OPP

Court of the City of New York, County of Bronx                    Index # CV-041226-09/BX

TOWNSEND GARDEN CORP.
          -against-
MARIA TIRADO

Affidavit in support of an order to show cause to
restore case to the calendar, vacate any judgment,
liens and income executions on this defendant on
this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

**MARIA TIRADO,** being duly sworn, deposes and says:

(Defendant's initials)

1. _MT_ a) I am the **Party** named as ((Defendant)(Respondent) in the above titled action

2. _____ a) **I have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   _MT_ b) **I have not been served,** and my first notice of legal action was [NOTE: if you complete any of #2b,
      skip #3, #4, #5, and go to #6]
      _____ a Notice of Default Judgment mailed to me
      _____ a Restraining Notice on my bank account.
      _MT_ a copy of an Income Execution served on _last week_
      _____ Other: _____

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   _____ b) I did not appear and answer in the Clerk's Office
      _____ and I received a date for trial.
      _____ but the answer was entered late
      _____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _I don't owe this money because_
   _____ Other: _When I left I didn't owe anything and I completed with_
      _my lease. Moreover, they were going to send a letter saying I_
      _allow her. They told me that they were going to send a satisfaction_

6. ⃝ I allege that I have a good defense because: _Yo no debo este dinero porque cuando_
   _me fui de ahi no quede debiendo nada Yo cumpli con mi lease_
   _incluso mi rte se iba a mudar. y de la oficina no lo permitio. para quedarse_
   _rentario mas caro. quedaron de mandarme una carta diciendo q no debo_
   _Pero nunca lo hicieron._

7. _MT_ a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
      because: _____

8. _MT_ I request that the Judgment be vacated, that the case be restored to the calendar, that the answer be deemed
   timely filed and permission to serve these papers in person.

Sworn to before me this day November 1, 2013

_(signature)_

Signature of Court Employee and Title

JASON VANCE
NOTARY PUBLIC, State of New York
No. 04VA6161023
Qualified in Bronx County
Commission Expires Feb. 8, 20__

(Sign Name) _Maria   Marie Tirado_
MARIA TIRADO
67 HATHORNE STREET
APT 2
Salem, Massachusetts 01970

**Civil Court of the City of New York**

County of ___BRONX___

Part ___35___

TOWNSend Garden Corp.

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Maria Tirado

Defendant(s)/Respondent(s)

Index Number 41226/09

Motion Cal. # _____   Motion Seq. # _____

File # 2963

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers
considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits ............................... | _____ |
| Replying Affidavits................................. | _____ |
| Exhibits ............................................ | _____ |
| Other................................................ | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to _____

_____ is as follows:

Defendant's motion is withdrawn
as moot. Plaintiff discontinued
proceeding.

Plaintiff is directed to immediately
cease any and all levy's, ~~for~~ execution
or Restraints.

~~Cost~~

THis Constitutes the order/Decision
of THis Court

1/23/14
Date

JAN 23 2014

Judge, Civil Court

PAUL L. ALPERT

JSC

CIV-GP-33 (Revised September 1999)

Civil Court of the City of New York

CV-041226-09/BX

TOWNSEND GARDEN CORP.
-against-
MARIA TIRADO

Notes

Comments

1/23/11 - Decide

PAUL L ALPERT off JC

FELONY WARNING:

CIVGEN-68 (Rabish 3.76, 2001)

Page 29