CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------------x

1353 Sheridan Ave LLC,

     Plaintiff,

  -against-

Mr. Chekina Sylla, Mr. Nimaga Lassana,

    Defendant(s)

-----------------------------------------------------x

INDEX NO.
FILE NO. 14811.0  000505

SUMMONS
Place of Venue is Plaintiff's
place of business:

1365 Sheridan Avenu
Bronx, NY 10456

To the above named defendants(s):

 YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $3,570.76 with interest thereon from December 1, 2010 together with costs of this action.

DATED: December 19, 2011

**FEE PAID**

JAN 9 2012

**CIVIL COURT
BRONX COUNTY**

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendant's Address:
Mr. Chekina Sylla
1479 Macombs Road, Apt. 2A
Bronx, NY 10452-2120

Mr. Nimaga Lassana,
1479 Macombs Road Apt. 2A
Bronx, NY 10452-2120

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $3,070.76 representing rental arrears for the months of December, 2010 balance of $521.00; January, 2011 through and including February, 2011 at the agreed monthly sum of $1,274.88 for the premises known as 1365 Sheridan Avenu, Apt.4G Bronx, NY 10456 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $3,070.76 plus interest from December 1, 2010 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of   $0.00 plus interest from December 1, 2010 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00  together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

CIVIL COURT BRONX COUNTY
COUNTY OF BRONX

Index No.   000055/12

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

Plaintiff(s)

AFFIDAVIT OF SERVICE

- against -

KARLENE FRANCIS CLARKE

Defendant(s)

SUMMONS & VERIFIED COMPLAINT

STATE OF NEW YORK: COUNTY OF NEW YORK      SS:

RIGOBERTO OCASIO      BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on   02/27/12 at 0821PM Hours at 653 E. 220TH STREET, 2ND FL., BRONX, NY 10467      on deponent served the within   SUMMONS & VERIFIED COMPLAINT      therein named,
KARLENE FRANCIS CLARKE

**INDIVIDUAL A** by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein.      (S) He identified (her) himself as such.

**CORPORATION B** a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be      thereof

**SUITABLE AGE PERSON C** by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) of recipient within the state.      (S) He identified (her) himself as

**AFFIXING TO DOOR, ETC. D** [X] by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:
2/21/12 AT 10:58 AM, 2/24/12 AT 6:57 AM AND 2/27/12 AT 8:21 PM

**MAILING USE WITH C or D** [X] Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient and deposited at      653 E. 220TH STREET, 2ND FL. BRONX, NY 10467
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.      Mailed on 02/28/12 BY FIRST CLASS MAIL.
Deponent further states that he describes the person actually served as follows:
Sex            Skin Color            Hair Color            Age (Approx.)            Height (Approx).            Weight (Approx)

**MILITARY SERVICE** [X] Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.
That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

ADVISED BY "JANE" JACKSON, NEIGHBOR STATED THE ABOVE PERSON IS NOT IN MILITARY SERVICE AND IS NOT DEPENDENT ON A PERSON IN THE MILITARY
* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL

**USE IN NYC CIVIL CT.** The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
02/28/12

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 30, 2013

RIGOBERTO OCASIO
LICENSE No.
134 0466

Client File # 301079030050013

Page 3

# 148690

**AFFIDAVIT OF SERVICE**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 505/12
File No. 14811

Attorney: Kavulich & Associates, P.C.
Address: 181 Westchester Ave., Suite 600C, Port Chester, NY 10573

1353 SHERIDAN AVE, LLC

Vs.

MR. CHEKINA SYLLA, MR. NIMAGA LASSANA

State of New York County of Westchester SS:

Anthony Ciafardini, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On January 19, 2012 at 8:03 a.m.

At: 1479 Macombs Road, Apt. 2A, Bronx, NY 10452-2120 served the within Summons and Complaint

On Mr. Chekina Sylla, Defendant therein named

Affixing
To Door
[ x ]

By affixing a true copy of each to the door of said premises, which is recipients
[ ] actual place of business   [ x ] dwelling house (place of abode)within the state.

Mail Copy
[ x ]

On January 20, 2012, deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1ˢᵗ Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 17th day of January, 2012 at 2:08 p.m.
On the 18th day of January, 2012 at 5:32 p.m.
On the 19th day of January, 2012 at 8:03 a.m.

Other        "John Doe" neighbor stated that the Defendant is not in the military.

Sworn Before me on this 20th day of January, 2012

Notary Public

Anthony Ciafardini

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05.11.2013

Page 4

**AFFIDAVIT OF SERVICE**

CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF BRONX 24   AM 9: 50

Index No. 505/12

File No. 14811

Attorney: Kavulich & Associates, P.C.

Address: 181 Westchester Ave., Suite 500C, Port Chester, NY 10573

1353 SHERIDAN AVE, LLC

Vs.

MR. CHEKINA SYLLA, MR. NIMAGA LASSANA

State of New York County of Westchester SS:

Anthony Ciafardini, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On January 19, 2012 at 8:03 a.m.

At: 1479 Macombs Road, Apt. 2A, Bronx, NY 10452-2120 served the within Summons and Complaint

On Mr. Nimaga Lassana, Defendant therein named

| | |
|---|---|
| Affixing To Door [ x ] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business  [ x ] dwelling house (place of abode)within the state. |
| Mail Copy [ x ] | On January 20, 2012, deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

On the 17th day of January, 2012 at 2:08 p.m.
On the 18th day of January, 2012 at 5:32 p.m.
On the 19th day of January, 2012 at 8:03 a.m.

Other       "John Doe" neighbor stated that the Defendant is not in the military.

Sworn Before me on this 20th day of January 2012

Notary Public

Anthony Ciafardini

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

Page 5

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
1353 Sheridan Ave LLC

vs.

Defendant(s):
Mr. Chekina Sylla;
Mr. Nimaga Lassana

**Index Number:  CV-000505-12/BX**

Judgment issued:  On Default

On Motion of:

Kavulich & Associates, P.C.
181 Westchester Ave, Suite 500C, Port
Chester, NY 10573-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $3,070.76 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest  12/01/2010 at 9% | $354.36 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| **Total Damages** | **$3,425.12** | Total Costs & Disbursements | $130.00 | Judgment Total | $3,555.12 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 1353 Sheridan Ave LLC
1365 Sheridan Avenue, Bronx, NY 10456-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Mr. Chekina Sylla
1479 Macombs Road, Apt 2A, Bronx, NY 10452-
(2) Mr. Nimaga Lassana
1479 Macombs Road, Apt 2A, Bronx, NY 10452-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK
in the total amount of $3,555.12 on 03/14/2012 at 02:39 PM.

Judgment sequence 1

*Carol Alt*
Carol Alt, Chief Clerk Civil Court CHIEF CLERK

Page 1 of 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------

1353 Sheridan Ave LLC,

PLAINTIFF(S)

-AGAINST-

Mr. Chekina Sylla , Mr. Nimaga Lassana

DEFENDANT(S)
------------------------------------------------

INDEX NO. 505/12

FILE NO. 14811.0
JUDGMENT

1365 Sheridan Avenu
Bronx, NY 10456

AMOUNT CLAIMED LESS PMTS ON ACCT.        $3,070.76
INTEREST FROM 12/1/2010                   322.43

COSTS BY STATUTE                          $20.00   $ 3393.19
SERVICE OF SUMMONS AND COMPLAINT          $25.00
FILING OF SUMMONS AND COMPLAINT           $45.00
PROSPECTIVE MARSHALL'S FEE                $40.00
NOTICE OF INQUEST                         $0.00
TRANSCRIPT & DOCKETING                    $0.00
                                          $130.00
                                   TOTAL  $3523.19

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER, THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED:  WESTCHESTER, NY
        2/27/2012
                                     KAVULICH & ASSOCIATES, P.C.
                              BY: GARY KAVULICH, ESQ.
                              181 WESTCHESTER AVENUE, SUITE 500C
JUDGMENT ENTERED ON            PORT CHESTER, NY 10573
SERVICE OF SUMMONS AND COMPLAINT, IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 2/13/2012 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS, ADJUDGED THAT
1353 Sheridan Ave LLC
RESIDING AT: 1365 Sheridan Avenu Bronx, NY 10456
RECOVER OF  Mr. Chekina Sylla, Mr. Nimaga Lassana
RESIDING AT:  1479 Macombs Road Apt. 2A Bronx, NY 10452-2120
THE SUM OF  $3,070.76 WITH INTEREST OF $322.43 MAKING A TOTAL OF $3393.19 TOGETHER WITH  $130.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF $3523.19  AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

                              _____
                              CLERK

**AFFIDAVIT OF SERVICE**

CIVIL COURT OF THE CITY OF NEW YORK                    Index No. 505/12
COUNTY OF BRONX                                        File No. 14811

Attorney: Kavulich & Associates, P.C.
Address: 181 Westchester Ave., Suite 500C, Port Chester, NY 10573

---

1353 SHERIDAN AVE, LLC

Vs.

MR. CHEKINA SYLLA, MR. NIMAGA LASSANA

---

State of New York County of Westchester SS:

Anthony Ciafardini, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age.  On January 19, 2012 at 8:03 a.m.

At: 1479 Macombs Road, Apt. 2A, Bronx, NY 10452-2120 served the within Summons and Complaint

On Mr. Nimaga Lassana, Defendant therein named

**Affixing**      By affixing a true copy of each to the door of said premises, which is recipients
**To Door**        [ ] actual place of business   [ x ] dwelling house (place of abode)within the state.
  [ x ]

**Mail Copy**     On January 20, 2012, deponent completed service under the last two sections by
  [ x ]            depositing a copy of the Summons and Complaint to the above address in a 1ˢᵗ Class
                   properly addressed envelope marked "Personal and Confidential" in an official
                   depository under the exclusive care and custody of the United States Post Office in the
                   State of New York

                        Deponent was unable, with due diligence to find the recipient or a person of
                   suitable age and discretion having called thereat:

                   On the 17th day of January, 2012 at 2:08 p.m.
                   On the 18th day of January, 2012 at 5:32 p.m.
                   On the 19th day of January, 2012 at 8:03 a.m.

**Other**         "John Doe" neighbor stated that the Defendant is not in the military.

Sworn Before me on this 20ᵗʰ day of January 2012

Notary Public                                         Anthony Ciafardini

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA6209615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

**AFFIDAVIT OF SERVICE**

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

Index No. 505/12
File No. 14811

Attorney: Kavulich & Associates, P.C.
Address: 181 Westchester Ave., Suite 500C, Port Chester, NY 10573

FI'.

1353 SHERIDAN AVE, LLC

Vs.

MR. CHEKINA SYLLA, MR. NIMAGA LASSANA

State of New York County of Westchester SS:

Anthony Ciafardini, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On January 19, 2012 at 8:03 a.m.

At: 1479 Macombs Road, Apt. 2A, Bronx, NY 10452-2120 served the within Summons and Complaint

On Mr. Chekina Sylla, Defendant therein named

| | |
|---|---|
| Affixing<br>To Door<br>[ x ] | By affixing a true copy of each to the door of said premises, which is recipients<br>[ ] actual place of business  [ x ] dwelling house (place of abode)within the state. |
| Mail Copy<br>[x ] | On January 20, 2012, deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York<br><br>    Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:<br><br>On the 17th day of January, 2012 at 2:08 p.m.<br>On the 18th day of January, 2012 at 5:32 p.m.<br>On the 19th day of January, 2012 at 8:03 a.m. |
| Other | "John Doe" neighbor stated that the Defendant is not in the military. |

Sworn Before me on this 20th day of January, 2012

Notary Public

Anthony Ciafardini

GARY KAVULICH
NOTARY PUBLIC - STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05 11 2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------

1353 Sheridan Ave LLC,
            PLAINTIFF(S)

        AGAINST

Mr. Chekina Sylla, Mr. Nimaga Lassana
          DEFENDANT(S)
------------------------------------------------------

AFFIDAVIT OF FACTS
CONSTITUTING THE CLAIM
THE DEFAULT AND THE
AMOUNT DUE

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PERJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION: THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
December, 2010 balance of $521.00
January, 2011 $1,274.88
February, 2011 $1,274.88
AT THE AGREED MONTHLY RENTAL OF $1,274.88
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED. AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK. RENT WAS NOT PAID BY ANY OTHER SOURCE. I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED. THE CAUSE OF ACTION IN THE WITHIN MATTER
ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE
ACTION IS BASED, IS SIX(6) YEARS. THE STATUTE OF LIMITATIONS HAS NOT EXPIRED.
    WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $3,070.76 WITH INTEREST FROM
12/1/2010 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

------------------------------------------------------
    KAVULICH & ASSOCIATES, P.C.
    BY: GARY KAVULICH, ESQ.
    181 WESTCHESTER AVENUE, SUITE 500C
    PORT CHESTER, NY 10573

TO THE DEFENDANT(S): PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED: WESTCHESTER, NY
    2/27/2012

        YOURS, ETC.,
          ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF       SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON         DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------
1353 Sheridan Ave LLC,                                          INDEX NO. 505-12

                    PLAINTIFF(S)                          AFFIRMATION OF
                                                      MAILING OF ADDITIONAL
          -AGAINST-                                     NOTICE OF SUIT

Mr. Chekina Sylla, Mr. Nimaga Lassana

                    DEFENDANT(S)
-------------------------------------------------

          GARY KAVULICH, ESQ.,HEREBY AFFIRMS THE FOLLOWING UNDER THE PENALTY OF PERJURY.

1. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3. ON 1/24/2012,I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT. AT DEFENDANT(S):

                              _Mailed one copy to each Defendant at:_
--X--LAST KNOWN ADDRESS AT: Mr. Chekina Sylla, Mr. Nimaga Lassana: 1479 Macombs Road  Apt. 2A  Bronx, NY  10452-2120

-------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

-------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

--X--HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

-------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RESENT TO THE DEFENDANT AT:

                                             ------------------------------------
                                                  GARY KAVULICH, ESQ.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------------X

FILE NO: 14811.0

1353 Sheridan Ave LLC,                    PLAINTIFF,

-AGAINST-                                              AFFIRMATION OF FACTS
                                                       CONSTITUTING THE
Mr. Chekina Sylla,Mr. Nimaga Lassana,     DEFENDANT(S)         AMOUNT DUE

------------------------------------------------------------X

_Maurice McKenzie_

hereby deposes and says under the penalties of perjury, ss:

That deponent is the managing agent of 1353 Sheridan Ave LLC, Plaintiff in the within action; this action was commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a lease agreement in the amount of $3,070.76 for the months December, 2010  balance of $521.00;January, 2011 through and including February, 2011 at the agreed monthly rental amount of $1,274.88 per month (after application of security and after application of payments) no part  having  been paid, although duly demanded and Damages in the amount of $0.00. All other causes of action are hereby waived and disposed of. After a complete and thorough  investigation, as I have been informed by Plaintiff ' s counsel, the defendant(s) is/are found not to be in the military and reside(s) in the City of New York. Rent was not paid by any other source. I make this affirmation upon personal Knowledge.

WHEREFORE, Plaintiff demands judgment against defendant for $3,070.76 with interest from December 1, 2010 together with costs and disbursements of the action.

Dated: 12/19/2011

Sworn to before me
on this 27 day of January 2012

_____
Notary Public

Maurice McKenzie

Notary ........
Qualified .............
Commission Expires Jan 22, 2015

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X

1353 Sheridan Ave LLC,

                  Index No. 505/12
                  File No. 14811.0

             Plaintiff,

      -against-
                           **AFFIDAVIT OF
                           INVESTIGATOR**

Mr. Chekina Sylla, Mr. Nimaga Lassana
████ 9133      Defendant(s).
-------------------------------------------------------------X

STATE OF NEW YORK     )
                     )SS.: ████ 9133
COUNTY OF WESTCHESTER )

I am over 18 years of age, am not a party to this action and reside in Westchester County, State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make an investigation to ascertain if the Defendant(s) Mr. Chekina Sylla is at the present time in military service for the purpose of entry of judgment.

On February 27, 2012, I Denise Miranda, contacted the Defense manpower Date Center concerning the Defendant Mr. Chekina Sylla military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense Manpower Data Center stating that the said Defendant is not currently in the military service of the United States and the State of New York (National Guard).

                                           Denise Miranda

Sworn to before me this
2 7 Day of ___ , 20___

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X
1353 Sheridan Ave LLC,

Index No. 505/12
File No. 14811.0

Plaintiff,

-against-

**AFFIDAVIT OF**
**INVESTIGATOR**

Mr. Nimaga Lassana   , Mr. Chekina Sylla,
██████ 8639      Defendant(s).
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     )SS.: ████ 8639
COUNTY OF WESTCHESTER )

I am over 18 years of age, am not a party to this action and reside in Westchester County, State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make an investigation to ascertain if the Defendant(s) Mr. Nimaga Lassana is at the present time in military service for the purpose of entry of judgment.

On February 27, 2012, I Denise Miranda, contacted the Defense manpower Date Center concerning the Defendant Mr. Nimaga Lassana military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense Manpower Data Center stating that the said Defendant is not currently in the military service of the United States and the State of New York (National Guard).

Denise Miranda

Sworn to before me this
2 7 Day of _____, 2012

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013

Request for Military Status

Department of Defense Manpower Data Center



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|-----------|--------------|-----------|--------------------|--------------------|----------------|
| SYLLA | CHEKINA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:S27NBQ16R7

Department of Defense Manpower Data Center

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◁ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| LASSANA | NIMAGA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq. as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

Request for Military Status

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:FL5P527G1A

https://www.dmdc.osd.mil/appj/scra/popreport.do

2/27/20..

11-5

CIVIL COURT OF THE CITY OF NEW YORK
County of BRONX  Part 34

Index No. 505/12
File # 14811

STIPULATION
OF SETTLEMENT

1353 Sheridan Ave, LLC

Plaintiff(s),

Page 1 of 2

-against-

Chekina Sylla
Nimaga Lassana

Defendant(s).

It is hereby stipulated and agreed by and between the parties that the above-referenced
action is settled as follows: Plaintiff shall accept $600.00 in full satisfaction of all claims.

Commencing on or before 12/15/14 and on or before the 15th of every month thereafter until the debt is satisfied, Defendant shall pay $200.00 per month.

MAKE check or money order payment (to: Marshal Biegel 109 West 38th Street Suite 200, NY NY 10018 (212) 627-7425 be certain to include Docket # 600007056 on all) payments.

| Signature | Date | Signature | Date |
|---|---|---|---|
| Signature | Date | Signature | Date |

Page 1 of 2

CIV-GP-32 (Revised December, 2005)

CIVIL COURT OF THE CITY OF NEW YORK
County of _Bronx_   Part _34H_

Index No. ~~402~~ ~~456/12~~ 505/12

File #

STIPULATION
OF SETTLEMENT ~~72773~~

14811

~~Atlantica Realty Corp.~~
1353 SHERIDAN AVE, LLC
                    Plaintiff(s),
           -against-          Plaintiff
~~Celic R. Jose~~
                    Defendant(s).
Che Kima Sylla
Nimara Lassana, Defendants

Page 2 of 2

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows:

Upon default in payment, Plaintiff shall execute on judgment in the full amount sought in the summons & complaint, plus costs, lawful interest and disbursements ~~all~~ less all payments to date upon 10 days notice. Upon satisfaction of the debt, Plaintiff shall file & serve a Notice of SATISFACTION OF JUDGMENT ~~of Discontinuance~~. ~~If~~ Defendant withdraws the instant motion before this Court. This stipulation contains the full terms & conditions of this agreement.

Signature _____  Date _____

CR Tobolon, ESQ
Signature _____  Date _____
of Counsel to Kavulich & Assoc., P.C. for Plaintiff

CIV-GP-32 (Revised December, 2005)

Signature   SYLLA
                    Date _____

Signature   CHEKINA
                    Date _____

Page  2  of  2

Int. _____

CIVIL COURT OF THE CITY OF NEW YORK
County of BRONX    Part 34

Index No. 505/12

File 1481

1353 SHERIDAN AVE, LLC

Plaintiff(s),

STIPULATION
OF SETTLEMENT

Chekuna Sylla
Nimaga Lassana

-against-

Defendant(s).

It is hereby stipulated and agreed by and between the parties that the above-referenced action is settled as follows: Defendant Nimaga Lassana has been directed to contact Marshal Biegel @ 212-627-7425 to arrange return of monies siezed pursuant to vacated judgment on 10/7/14

> Civil Court
> of the
> City of New York
> NOV 12 2014
> **ENTERED**
> BRONX COUNTY

Signature _____ Date _____

NIMAGA

Signature _____ Date _____

Signature _____ Date _____

Signature _____ Date _____

CIV-GP-32 (Revised December, 2005)

Page _____ of _____

PAUL L. ALPERT
JUDGE CIVIL COURT

...rt of the City of New York

...ty of Bronx

Part _____

1353 Sheridan Ave

_____ Petitioner(s)/Plaintiff(s)

against

Chekina Sylla and Nimaga Lassana _____ Respondent(s)/Defendant(s)

Index No. CV-000505-12

Motion Calendar No.: _____

Motion Sequence No.: _____

**DECISION/ORDER**

Present:
Hon. Anthony Cannataro
Judge, Civil Court

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this Motion to: _____

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed ............................... | |
| Order to Show Cause and Affidavits Annexed ....................... | |
| Answering Affidavits ................................................. | |
| Replying Affidavits .................................................. | |
| Exhibits .............................................................. | |
| Other _____ | |

Civil Court
of the
City of New York
OCT 07 2014
**ENTERED**
BRONX COUNTY

Upon the foregoing cited papers, the Decision/Order on this Motion is as follows:

Motion by Lassana to vacate his default is granted on consent and the action against him is restored to trial calendar. Trial date: 12/2/14.

It is anticipated that in the interim, defendant Chekina Sylla will also move to vacate his default. All income executions against Lassana are stayed and vacated.

10/7/14
_____ /Date

_____
Judge, Civil Court

Adjournments

HON. ANTHONY CANNATARO

| | | | | |
|---|---|---|---|---|
| | | | | |

CIV-GP-45 (1/90) (Replaces 43-2050 & 43-2050.ST)

**Appearances are Mandatory**

Court of the City of New York
County of Bronx Part 39

Index Number: CV-000505-12/BX

7353 Sheridan Ave LLC
-against-
Mr. Chekina Sylla... et al.

2014 JUL 31

**ORDER TO SHOW CAUSE**

To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

CIVIL COURT

**UPON** the annexed affidavit of Mr. Nimaga Lassana, sworn to on July 29, 2014, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, NY 10451**
**Part 34        Room 503**
**on  AUGUST 19, 2014                    at  9:30 AM**
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and  restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:

Claimant(s)/Plaintiff(s) or named attorney(s):
(Judge to Initial)

Sheriff or Marshal:
(Judge to Initial)

|  |  |
|---|---|
| _____ by Personal Service by " In Hand Delivery" | _____ by Personal Service by " In Hand Delivery" |
| __X__ by Certified Mail, Return Receipt Requested | __✓__ by Certified Mail, Return Receipt Requested |
| _____ by First Class Mail with official Post Office Certificate of Mailing | _____ by First Class Mail with official Post Office Certificate of Mailing |

on or before __AUGUST 4, 2014_____, shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

Mail to Attorney or party:
Kavulich & Associates PC (Counsel for Pltf), at .
181 Westchester Avenue, Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:
NYC Marshal
Biegel, Stephen, Marshal
109 W 38 Street
Suite 200
New York, NY 10018-3615

July 29, 2014
DATE

HON. JOSEPH E. CAPELLA
Hon. Joseph E. Capella, Civil Court Judge (NYC)

9/2/14  SOMINKY INTERPRETER DTM

10/7

HON. DONALD A. MILES

Page 23

the City of New York, County of Bronx                                    Index # CV-000505-12/BX

Sheridan Ave LLC                    1815 morris Ave      Affidavit in support of an order to show cause to
-against-                           Apt 5D Bx Ny         restore case to the calendar, vacate any judgment,
Chekina Sylla... et al.             10453                liens and income executions on this defendant on
mr. Lassana Nimaga                                       this Index number,
                                                         allow proposed answer or dismissing the action

State of New York, County of New York:

**Mr. Nimaga Lassana**, being duly sworn, deposes and says:
(Defendant's initials)

1. ___ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

2. ___ a) **I have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
       b) **I have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b,
          skip #3, #4, #5, and go to #6]
          ___ a Notice of Default Judgment mailed to me
          ___ a Restraining Notice on my bank account.
          ___ a copy of an Income Execution served on  G-2414
          ___ Other: _____

3. ___ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

       b) I did not appear and answer in the Clerk's Office
          ___ and I received a date for trial.
          ___ but the answer was entered late
          ___ Other: The reason for me not showing is because i was not
          informed of any court date no mail no anything

4. On the Date of **Trial** before Judge/Arbitrator
       ___ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
       ___ a judgment was entered after the trial.
       ___ a judgment was entered against me by default for my failure to appear.
       ___ Other: _____

5. My reason for not
       ___ complying with the stipulation is _____
       ___ following the order of the Court is _____
       ___ appearing in court on the date scheduled for trial is _____
       ___ Other: _____

6. I allege that I have a good defense because: I believe that i dont owe money because
   I never lived in the Apt i lived with my cousin.

7. ___ a) I have not had a previous Order to Show Cause regarding this index number.
       b) I have had a previous Order to Show Cause regarding this index number but I am making this application
          because: _____

8. I request that the Judgment be vacated, that the case be restored to the calendar, that the answer be deemed
   timely filed and permission to serve these papers in person.

Sworn to before me this day July 29, 2014

_William Monjaly SDA_                    (Sign Name) X MR LASSANA NIMAGA
Signature of Court Employee and Title    Mr. Nimaga Lassana
                                         1479 Macombs Road
                                         Apt 2A
                                         Bronx, NY 10452

... of th  City of New York

... of Bron

Index No: CV-000505-12/BX

1353 Sheridan Ave LLC

—against—

Mr. Chekina Sylla... et al.

**ANSWER IN WRITING**
CONSUMER CREDIT TRANSACTION
ACTION FOR MONEY ONLY

Defendant, Mr. Nimaga Lassana, at 1479 Macombs Road, Apt 2A, Bronx, NY 10452 answers the Complaint as follows:

*Check all that apply)*

1 ✓ General Denial: I deny the allegations in the complaint

**SERVICE**

2 ✗ I did not receive a copy of the summons and complaint

3 ___ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4 ✗ I do not owe this debt

5 ✗ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 ___ I have paid all or part of the alleged debt.

7 ___ I dispute the amount of the debt.

8 ✗ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 ___ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 ✗ Plaintiff does not allege a debt collection license number in the Complaint.

11 ___ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 ___ The debt has been discharged in bankruptcy.

13 ___ The collateral (property) was not sold at a commercially reasonable price.

14 ✗ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 ✗ Violation of the duty of good faith and fair dealing.

16 ___ Unconscionability (the contract is unfair.)

17 ___ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 ___ Defendant is in the military.

19 ___ Other: _____

**OTHER**

20 Please take notice that my only source of income is __N/A__ ,which is exempt from collection.

**COUNTERCLAIM**

21 Counterclaim(s):$ __N/A__ Reason: _____

**VERIFICATION-**

State of New York, County of Bronx ss:

Mr. Nimaga Lassana,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true

Sworn to before me this ___ day of ___ 2014 20__

Notary Public /Court Employee and Title

✗ NIMAGA LASSANA
Defendant



# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

July 15, 2014

JOY CONSTRUCTION CORP
ATTN PAYROLL
40 FULTON ST
21ST FL
NEW YORK NY 10038

JUDGMENT CREDITOR
1353 SHERIDAN AVE LLC
VS
MR NIMAGA LASSANA
████████8639
JUDGMENT DEBTOR

## INCOME EXECUTION - NOTICE OF LEVY PURSUANT TO SEC. 5231 OF THE CPLR

Please take notice that the enclosed Income Execution is a levy on the salary, wages, earnings, commissions, etc of the Judgment Debtor (your employee) and that you are required to immediately deduct and remit 10% of the debtor's gross salary, wages, earnings, commissions, etc.

Keep the Income Execution for your files. If there is a prior Income Execution against the Judgment Debtor, keep this one on file until completion of the prior and then start remitting on this Income Execution. If the employee resigns and later is rehired, the Income Execution is still in effect unless the Marshal advises you to the contrary in writing.

### MAKE CHECKS PAYABLE TO MARSHAL BIEGEL.
**Please include the judgment debtor's name and the docket # below to receive proper credit.**

## MARSHAL'S DOCKET # G7056

| | |
|---|---|
| JUDGMENT ............................................. | $3,555.12 |
| STATUTORY MARSHAL FEES ...... | $20.00 |
| POUNDAGE ............................... | $216.81 |
| EXPENSE .................................... | $13.94 |
| FILING FEE ............................... | $0.00 |
| INTEREST TO DATE..................... | $747.29 |
| TOTAL....................................... | $4,553.16 |

**In addition, interest from 07/15/14, will be calculated and when payments approach completion, you will be notified of the final balance due. Please fill out and return the attached form.**

(SNDSRVSL)

the City of New York
of Bronx

Court Index No. 505/12

File No.    14811

1353 Sheridan Ave LLC,

                                        Plaintiff.

                        Against

Mr Nimaga Lassana,

                        Defendant(s).

## INCOME EXECUTION

## The People of the State of New York

TO ANY ENFORCEMENT OFFICER, GREETING:

The following judgment was duly entered in favor of the plaintiff (judgment creditor) in the office of the clerk of the within court:

| Court of Original Entry | Entry Date | Original Amount | Amount Due | Plus Interest From |
|---|---|---|---|---|
| Civil Court of the City of New York County of Bronx | 03/14/2012 | $3,555.12 | $3,555.12 | 03/14/2012 |

The judgment was recovered against    Mr Nimaga Lassana
And transcripted with the county clerk(s) of County of Bronx

                                                            Defendant (Judgment-Debtor)

            WHEREAS, this execution is issued against Mr Nimaga Lassana    Defendant (Judgment-Debtor)
Whose last known address is:      1479 Macombs Road, Apt. 2A, Bronx, NY 10452-2120

and said Defendant (Judgment-Debtor) is receiving or will receive from the Employer* whose name and address is :
Joy Construction Corporation - 40 Fulton St, 21st Fl at 40 Fulton St, 21st Fl, New York, NY  10038

More than $                         per week, to wit $              to be paid weekly installment of $              each:
Title or position                                Soc. Sec. and/pension No.                Bureau, Office or Subdivision                Badge No
                                8639

You are directed to satisfy the judgment with interest together with your fees' and expense, out of all monies now and hereafter due and owing to the Judgment-Debtor from the Employer pursuant to CPLR % 5231 d 15 U.S.C 1671, et. seq.

**Direction to Judgment-Debtor: You are notified and commanded within 20 days to start paying to the Enforcement Officer serving a copy of this Income Execution on you: installments amounting to 10% (but no more than the Federal limits set forth in. "Limitations on the amount that can be withheld" below) of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation received or hereafter to be received from your Employer and to continue paying such installments until the judgment with interest and the fees and expenses of this Income Execution are fully paid and satisfied, and if you fail to do so this Income Execution will be served upon the Employer by the Enforcement Officer.

**Direction to the Employer: You are commanded to withhold and pay over to the Enforcement Officer serving a copy of this Income Execution on you: installments amounting to 10% (but no more than the Federal limits set fourth in. "Limitations on the amount that can be withheld" below) of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation now or hereafter becoming due to Judgment-Debtor until the judgment with interest and fees and expenses of this Income Execution are fully paid and satisfied.

| Dated 6/24/2014 | Gary Kavulich Esq. Kavulich & Associates, P.C. 181 Westchester Avenue, Suite 500C Port Chester, NY 10573 (914) 355-2074 |
|---|---|

•    "Employer" herein includes any payor of money to Judgment-Debtor.

## Important Statement

        This income execution directs the withholding of up to 10 percent of the Judgment-Debtor's gross income. In certain cases, however, state or federal law does not permit the withholding of that much of the judgment debtor's gross income. The Judgment-Debtor is referred to New York Civil Practice Law and Rules % 5231 and 15 United State Code % 1671 et seq.

I.        **Limitation on the amount that can be withheld**
    A.    An income execution for installments from a judgment debtor's gross income cannot exceed ten percent (10%) of the Judgment-Debtor's gross income.
    B.    If a Judgment-Debtor' weekly disposable earnings are less than thirty (30) times the current federal minimum wage ($5.85 per hour), or $175.50* No deduction can be made from the judgment debtor's earnings under this income execution.
    C.    A Judgment-Debtor's weekly disposable earnings cannot be reduced below the amount arrived at by multiplying thirty (30) times the current federal minimum wage($5.85* per hour), or $175.50* under this income execution.

# Civil Court of the City of New York

851 Grand Concourse
Bronx, NY 10451

## INTERPRETER REQUEST FORM & SCHEDULE

Scan or email to Esteban Bujanda or deliver to LT Interpreter mailbox ( 1st Floor). Print Legibly.
Submit even if an interpreter is already scheduled for the date(s) sought.

Note:
1) Language specific dates are active only when a written request has been submitted.
2) Requests must be submitted at least 72 hours/3 business days in advance ( not counting submission or appearance date)
3) For languages not listed you must call the interpreters office at 718 466 3003
4) Use for ALL languages including Spanish ( Spanish would be used for requesting an interpreter for trial.

Language(s)
_SOMINKE_                                    Assignment Date : 09/02/2014

Bench Trial [ ]   Conference [ ]   Hearing [ ]   Inquest [ ]   Jury Trial [ ]   Motion [X]

Please check language(s)

| | | | | | |
|---|---|---|---|---|---|
| [ ] Albanian 2nd Wed | [ ] Cantonese 1st Mon | [ ] Greek | [ ] Japanese | [ ] Polish | [ ] Spanish TRIAL |
| [ ] Arabic Wednesdays | [ ] Croatian | [ ] Gujarati | [ ] Khmer (Cambodian) | [ ] Portuguese | [ ] Thai |
| [ ] Armenian | [ ] Farsi(Persian) | [ ] Haitian Creole | [ ] Korean 2nd Mon | [ ] Punjabi 1st Tue | [ ] Twi |
| [ ] ASL call x27151 | [ ] French Wednesdays | [ ] Hebrew/ Yiddish | [ ] Mandarin 1st Mon | [ ] Russian | [ ] Urdu 3nd Tue |
| [ ] Bambara 1st or 2nd pay Wed | [ ] Fulani 1st Tue | [ ] Hindi 3rd Tue | [ ] Mandingo 1st or 2nd pay Wed | [ ] Serbian | [ ] Vietnamese |
| [ ] Bengali 1st or 3rd Mon | [ ] German | [ ] Italian | [ ] Mixteco | [X] Sominke 1st Tue | [ ] Wolof 1st or 2nd pay Wed |

Other _____

**Location  Civil Court**

Index: **CV-000505-12/BX**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

1353 Sheridan Ave LLC
                              Plaintiff(s)
-against-
Mr. Chekina Sylla; Mr. Nimaga Lassana
                              Defendant(s)

Time: 9:30 AM            **Part 34 - Procedural Motions -**        Room: 503
                         **Self Represented Litigant**

Requested by:  _EFarrellySCC_____   Todays Date 08/19/2014

                    _____ Print Name and Title

Interpreter use only        Adbm_____   Book_____   ECourts_____

## Civil Court of the City of New York

851 Grand Concourse
Bronx, NY 10451

## INTERPRETER REQUEST FORM & SCHEDULE

Scan or email to Esteban Bujanda or deliver to LT Interpreter mailbox ( 1st Floor). Print Legibly.
Submit even if an interpreter is already scheduled for the date(s) sought.

Note:
1) Language specific dates are active only when a written request has been submitted.
2) Requests must be submitted at least 72 hours/3 business days in advance ( not counting submission or appearance date)
3) For languages not listed you must call the interpreters office at 718 466 3003
4) Use for ALL languages including Spanish ( Spanish would be used for requesting an interpreter for trial.

Language(s)
__Sominke_____          Assignment Date : 10/07/2014

Bench Trial [X]   Conference [ ]   Hearing [ ]   Inquest [ ]   Jury Trial [ ]   Motion [ ]

### Please check language(s)

| | | | | | |
|---|---|---|---|---|---|
| [ ] Albanian 2nd Wed | [ ] Cantonese 1st Mon | [ ] Greek | [ ] Japanese | [ ] Polish | [ ] Spanish TRIAL |
| [ ] Arabic Wednesdays | [ ] Croatian | [ ] Gujarati | [ ] Khmer (Cambodian) | [ ] Portuguese | [ ] Thai |
| [ ] Armenian | [ ] Farsi(Persian) | [ ] Haitian Creole | [ ] Korean 2nd Mon | [ ] Punjabi 1st Tue | [ ] Twi |
| [ ] ASL call x27151 | [ ] French Wednesdays | [ ] Hebrew/ Yiddish | [ ] Mandarin 1st Mon | [ ] Russian | [ ] Urdu 3nd Tue |
| [ ] Bambara 1st or 2nd pay Wed | [ ] Fulani 1st Tue | [ ] Hindi 3rd Tue | [ ] Mandingo 1st or 2nd pay Wed | [ ] Serbian | [ ] Vietnamese |
| [ ] Bengali 1st or 3rd Mon | [ ] German | [ ] Italian | [ ] Mixteco | [X] Sominke 1st Tue | [ ] Wolof 1st or 2nd pay Wed |

Other _____
Location  Civil Court

Index:  CV-000505-12/BX

1353 Sheridan Ave LLC
      Plaintiff(s)
-against-
Mr. Chekina Sylla; Mr. Nimaga Lassana
      Defendant(s)

Time: 9:30 AM        **Part 34 - Procedural Motions - Self Represented Litigant**        Room: 503

Requested by:  __EFarrelly
SCC
_____        Todays Date 09/04/2014

Print Name and Title

CIVIL COURT OF THE CITY OF NEW YORK

County of _Bronx_ Part _3H_

Index No. _505/12_

File # _14811_

B53 Sheridan Ave, LLC

Plaintiff(s),

-against-

Chekina Sylla
Nimaga Lassana

Defendant(s).

STIPULATION
OF SETTLEMENT

Page 1 of 2

It is hereby stipulated and agreed by and between the parties that the above-referenced
action is settled as follows: Plaintuff shall accept $600.00 in full satisfaction of all claims.
Commencing on or before 12/15/14 and on or before the 15th of every month thereafter until the debt is satisfied, Defendant shall pay $200.00 per month.
Make check oe money oeder payment (to: Marshal Biegel 109 West 38th Street Suite 200, NY NY 10018 (212) 627-7425 be certain to include Docket # 600007056 on all) payments.

Signature _____ Date _____

Signature _____ Date _____

Signature _____ Date _____

Signature _____ Date _____

CIV-GP-32 (Revised December, 2005)

Page ___1___ of ___2___

CIVIL COURT OF THE CITY OF NEW YORK
County of ~~Bronx~~ Beonx   Part ~~54H~~ 54H

Index No. ~~14c 45667~~ 505/12

File #

STIPULATION
OF SETTLEMENT ~~7315~~ 14811

~~Motuca Realty Corp~~
1353 SHERIDAN AVE, LLC   Plaintiff

Plaintiff(s),

-against-

~~Calixte Jose~~
Che Kina Sylla
Nimaga Lassana, Defendants

Defendant(s).

Page 2 of 2

It is hereby stipulated and agreed by and between the parties that the above-referenced

action is settled as follows:

Upon default in payment, Plaintiff
Shall execute on judgment in the full
amount sought in the summons &
complaint, plus costs, (Lawful) interest and disbursements
add less all payments to date upon 10 days notice
Upon satisfaction of the debt, Plaintiff
Shall file & serve a Notice of Discontinuance SATISFACTION OF JUDGMENT
~~If~~ Defendant withdraws the instant
motion before this Court.
This Stipulation contains the full terms & Conditions
of this agreement.

_____   ___SYLLA_____
Signature          Date        Signature          Date

CR Johnson, ESQ.              ___CHEKINA_____
Signature          Date        Signature          Date
Of Counsel to KAVULICH &
ASSOC. P.C. for Plaintiff      Page ___2___ of ___2___

CIV-GP-32 (Revised December, 2005)

Int. _____

CIVIL COURT OF THE CITY OF NEW YORK
County of ~~BRONX~~ Part 34

Index No. 505/12

File 1481

STIPULATION
OF SETTLEMENT

1353 SHERIDAN AVE, LLC

Plaintiff(s),

-against-

Chekuna Sylla
Nimaga Lassana

Defendant(s).

It is hereby stipulated and agreed by and between the parties that the above-referenced

action is settled as follows: Defendant Nimaga Lassana

has been directed to contact Marshal

Biegel @ 212-627-7425 to arrange

return of monies siezed pursuant to

vacated judgment on 10/7/14

Civil Court
of the
City of New York
NOV. 12 2014
ENTERED
BRONX COUNTY

_____     NIMAGA
Signature          Date     Signature          Date

_____     _____
Signature          Date     Signature          Date

CIV-GP-32 (Revised December, 2005)

Page _____ of _____

PAUL L. ALPERT
JUDGE CIVIL COURT

Page 32

Civil Court of the City of New York
County of Bronx  Part 39

**Appearances are Mandatory**

Index Number: CV-000505-12/BX

T353 Sheridan Ave LLC
-against-
Mr. Chekina Sylla... et al.

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number, allow proposed answer or dismissing the action

UPON the annexed affidavit of Mr. **Chekina Sylla**, sworn to on October 7, 2014, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:
   **Bronx Civil Court**
   **851 Grand Concourse**
   **Bronx, NY 10451**
   **Part 34**
   **on     NOVEMBER 12,  2014     at   9:30 AM**          **Room 503**
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or **named attorney(s):**
(Judge to Initial)

| | |
|---|---|
| _____ by Personal Service by " In Hand Delivery" | Sheriff or Marshal: (Judge to Initial) |
| __X__ by Certified Mail, Return Receipt Requested | _____ by Personal Service by " In Hand Delivery" |
| _____ by First Class Mail with official Post Office | _____ by Certified Mail, Return Receipt Requested |
| Certificate of Mailing | _____ by First Class Mail with official Post Office |
| | Certificate of Mailing |

on or before __OCTOBER 23, 2014_____ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

**Mail to Attorney :**
**Kavulich & Associates PC**
(Counsel for Pltf),
**at 181 Westchester Avenue,**
**Suite 500C,**
**Port Chester, NY 10573**

Sheriff/Marshal:

_____
October 7, 2014
        DATE

_____
, Civil Court Judge (NYC)

DONALD A. MILES
JUDGE, CIVIL COURT

Page 33

City of New York, County of Bronx

...dan Ave LLC
      -against-
...hekina Sylla... et al.

Index # CV-000505-12/BX

Affidavit in support of an order to show cause to
restore case to the calendar, vacate any judgment,
liens and income executions on this defendant on
this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

**Mr. Chekina Sylla,** being duly sworn, deposes and says:

(Defendant's initials)

1. ☑ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

2. ____ a) **I have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   ☑ b) **I have not been served**, and my first notice of legal action was [NOTE: if you complete any of #2b,
      skip #3, #4, #5, and go to #6]
      ____ a Notice of Default Judgment mailed to me
      ____ a Restraining Notice on my bank account.
      ____ a copy of an Income Execution served on
      ☑ Other: _somehow found out r_

3. ____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   ____ b) I did not appear and answer in the Clerk's Office
      ____ and I received a date for trial.
      ____ but the answer was entered late
      ____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   ____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   ____ a judgment was entered after the trial.
   ____ a judgment was entered against me by default for my failure to appear.
   ____ Other: _____

5. My reason for not
   ____ complying with the stipulation is _____
   ____ following the order of the Court is _____
   ____ appearing in court on the date scheduled for trial is _____
   ____ Other: _____

6. ☑ I allege that I have a good defense because: _I used my deposit two months before the end of lease._

7. ☑ a) I have not had a previous Order to Show Cause regarding this index number.
   ____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application
      because: _____

8. ☑ I request that the Judgment be vacated, that the case be restored to the calendar, that the answer be deemed
   timely filed and permission to serve these papers ~~_____~~

Sworn to before me this day October 7, 2014

_____
Signature of Court Employee and Title

(Sign Name) X SYlla
Mr. Chekina Sylla
1479 Macombs Road
Apt 2A
Bronx, NY 10452

~~he~~ City of New York
~~ronx~~

~~heridan~~ Ave LLC
    -against-
~~.~~ Chekina Sylla... et al.

Index No: CV-000505-12/BX

**PROPOSED ANSWER IN WRITING**

___ CONSUMER CREDIT TRANSACTION
_X_ ACTION FOR MONEY ONLY

Defendant, Mr. **Chekina Sylla**, at 1479 Macombs Road, Apt 2A, Bronx, NY 10452 answers the Complaint as follows:

*Check all that apply*

1 _____ General Denial: I deny the allegations in the complaint

**SERVICE**

2 _____ I did not receive a copy of the summons and complaint

3 _____ I received the Summons and Complaint, but service was not correct as required by law.

**DEFENSES**

4 _✓_ I do not owe this debt

5 _____ I did not incur this debt. I am the victim of identity theft or mistaken identity.

6 _____ I have paid all or part of the alleged debt.

7 _✓_ I dispute the amount of the debt.

8 _____ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)

9 _____ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.

10 _____ Plaintiff does not allege a debt collection license number in the Complaint.

11 _____ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)

12 _____ The debt has been discharged in bankruptcy.

13 _____ The collateral (property) was not sold at a commercially reasonable price.

14 _____ Unjust enrichment (the amount demanded is excessive compared with the original debt.)

15 _____ Violation of the duty of good faith and fair dealing.

16 _____ Unconscionability (the contract is unfair.)

17 _____ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)

18 _____ Defendant is in the military.

19 _✓_ Other: The rent portion was already paid to petitioner as stated on Court index No, 011678/2011

**OTHER**

20 Please take notice that my only source of income is _____ ,which is exempt from collection.

**COUNTERCLAIM**

21 Counterclaim(s):$ _____ Reason: _____

**VERIFICATION**

State of New York, County of **Bronx** ss:

Mr. **Chekina Sylla**, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true

Sworn to before me this _____ day of _____ 20___
**OCT - 7 2014**

X _____
Defendant

Page 35

Court of the City of New York
COUNTY OF Bronx

Part
1353 Sheridan Ave
Petitioner(s)/Plaintiff(s)

against

Chekina Sylla and Nimaga Lassana
Respondent(s)/Defendant(s)

Index No. CV-000505-12

Motion Calendar No.: _____

Motion Sequence No.: _____

**DECISION/ORDER**

Present:
Hon. Anthony Cannataro
Judge, Civil Court

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this Motion to: _____
_____

| Papers | Numbered |
|--------|----------|
| Notice of Motion and Affidavits Annexed ................................. | |
| Order to Show Cause and Affidavits Annexed ........................... | |
| Answering Affidavits ............................................. | |
| Replying Affidavits.................................................... | |
| Exhibits ............................................................... | |
| Other _____ | |

Civil Court
of the
City of New York
OCT 07 2014
ENTERED
BRONX COUNTY

Upon the foregoing cited papers, the Decision/Order on this Motion is as follows:

Motion by Lassana to vacate his default is granted on consent an the action against him is restored to trial calendar. Trial date: 12/2/14

It is anticipated that in the interim, defendant Chekina Sylla will also move to vacate his default.

10/7/14   OCT - 7 2014
Date

Judge, Civil Court

Adjournments          HON. ANTHONY CANNATARO

CIV-GP-45 (1/90) (Replaces 4/2030 & 45/300 ST)

...RT OF THE CITY OF NEW YORK

Part B

1353 Sheridan Ave LLC

Petitioner(s),

against

Nimaga Lassana
Chekina Sylla   Respondent(s)
1365 Sheridan Ave #4G

Index No. L&T: 11678/11
Page 1 of
Hon. Kraus

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

Case discontinued w/out prejudice
Resp's vacated apt in Feb'll.

CIV-LT-30 page 1 (Revised 4/07)

COURT OF THE CITY OF NEW YORK

County of _Bronx_

Housing Part

_353 Sheridan Ave. LLC_

Petitioner(s),

-against-

_Rivera/ Sylvia, Hirraja "Jr" Sylvia_

Respondent(s)

Index No.: _____

**LANDLORD/TENANT
ANSWER IN PERSON**

Name: _Chabena Sylvia_

Address: _1571 Sheridan Ave_

_Bronx NY_ Apt. _63B_

☑Respondent/☐Person claiming possession has appeared and has orally answered the Petition as follows:

### Answer

#### SERVICE
1. _____ The Respondent did not receive a copy of the Notice of Petition and Petition.
2. _____ The Respondent received the Notice of Petition and Petition, but service was not correct as required by law.

#### PARTIES
3. _____ The Respondent is indicated improperly, by the wrong name, or is not indicated on the Notice of Petition and Petition.
4. _____ The Petitioner is not the Landlord or Owner of the building, or a proper party.

#### RENT
5. _____ No rent demand or proper rent demand, either oral or written, was made before this proceeding.
6. _____ The Respondent tried to pay the rent, but the Petitioner refused to accept it.
7. _____ The monthly rent being requested is not the legal rent or the amount on the current lease.
8. _____ The Petitioner owes money to the Respondent because of a rent overcharge.
9. ___✓___ The rent, or a portion of the rent, has already been paid to the Petitioner.

#### APARTMENT
10. _____ There are conditions in the apartment which need to be repaired and/or services which the Petitioner has not provided.
11. _____ Public Assistance shelter allowance has stopped because of housing code violations in the apartment or the building.
12. _____ The apartment is an illegal apartment.

#### OTHER
13. _____ Laches.                14. ___✓___ General Denial.
15. _____ Respondent/Person claiming possession is in the military service or is a dependent of someone in the military service.
16. _____ Other Answer _Rent Paid (Mixed in Apt )_

_2/11/2011_
Dated

_____
Clerk's Initials

### NOTICE OF SCHEDULED APPEARANCE

This case is scheduled to appear on the calendar as follows:

DATE: _02/8/2011_ TIME: _9:30 Am_ PART: _C_   ROOM: _390_

**YOU SHOULD ARRIVE AT THE COURTHOUSE AT LEAST ONE HALF HOUR BEFORE THE ABOVE SCHEDULED TIME, TO ALLOW TIME TO BE PROCESSED THROUGH THE METAL DETECTORS. IF A SETTLEMENT IS NOT REACHED ON THE ABOVE SCHEDULED DATE THE CASE MAY BE SENT TO A TRIAL-READY PART FOR A TRIAL. IF YOU WILL NOT BE READY FOR TRIAL ON THE ABOVE SCHEDULED DATE, YOU MUST ASK THE COURT FOR ANOTHER TRIAL DATE. IF THE COURT DOES NOT ACCEPT YOUR REASON FOR NOT BEING READY FOR TRIAL, AND YOUR REQUEST FOR ANOTHER TRIAL DATE IS DENIED, YOU MAY BE REQUIRED TO PROCEED TO TRIAL IMMEDIATELY.**
**THE CLERK CANNOT CHANGE THE SCHEDULED DATE OR TIME.**
**YOU MUST APPEAR AND BRING THIS FORM WITH YOU.**

_For assistance visit a Resource Center in the courthouse or the court's website: NYCourts.Gov/NYCHousing._

CIV-LT-91(Revised May 2007)

# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018

Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000

NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

July 15, 2014

JOY CONSTRUCTION CORP
ATTN PAYROLL
40 FULTON ST
21ST FL
NEW YORK NY 10038

851 Grand Concourse
Room 121

**JUDGMENT CREDITOR**
1353 SHERIDAN AVE LLC
VS
MR NIMAGA LASSANA
████8639
**JUDGMENT DEBTOR**

### INCOME EXECUTION - NOTICE OF LEVY PURSUANT TO SEC. 5231 OF THE CPLR

Please take notice that the enclosed Income Execution is a levy on the salary, wages, earnings, commissions, etc of the Judgment Debtor (your employee) and that you are required to immediately deduct and remit 10% of the debtor's gross salary, wages, earnings, commissions, etc.

Keep the Income Execution for your files. If there is a prior Income Execution against the Judgment Debtor, keep this one on file until completion of the prior and then start remitting on this Income Execution. If the employee resigns and later is rehired, the Income Execution is still in effect unless the Marshal advises you to the contrary in writing.

### MAKE CHECKS PAYABLE TO MARSHAL BIEGEL.
**Please include the judgment debtor's name and the docket # below to receive proper credit.**

**MARSHAL'S DOCKET # G7056**

| | |
|---|---|
| JUDGMENT | $3,555.12 |
| STATUTORY MARSHAL FEES | $20.00 |
| POUNDAGE | $216.81 |
| EXPENSE | $13.94 |
| FILING FEE | $0.00 |
| INTEREST TO DATE | $747.29 |
| TOTAL | $4,553.16 |

**In addition, interest from 07/15/14, will be calculated and when payments approach completion, you will be notified of the final balance due. Please fill out and return the attached form.**

(SNDSRVSL)

# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

PLEASE FILL OUT THIS FORM, SIGN AND RETURN PROMPTLY TO THE ABOVE ADDRESS:

**JUDGMENT CREDITOR:** 1353 SHERIDAN AVE LLC
**JUDGMENT DEBTOR:** MR NIMAGA LASSANA
**MARSHAL'S DOCKET #:** G7056

1. We will remit: ( ) Weekly  ( ) Every two weeks  ( ) Once per month

2. You can expect the initial payment by: _____

3. Prior Income Execution(s) on file with us as follows:

|  | Prior Number 1 | Prior Number 2 | Prior Number 3 |
|---|---|---|---|
| Marshal |  |  |  |
| Date Received |  |  |  |
| Creditor |  |  |  |
| Amount |  |  |  |
| Balance |  |  |  |

IF THE DEBTOR IS NO LONGER EMPLOYED, PLEASE NOTIFY THE MARSHAL'S OFFICE ON YOUR BUSINESS STATIONERY STATING THE LAST DATE OF EMPLOYMENT.

Employer: _____

Address: _____

By: _____

Title: _____

Phone: _____

(SNDSRVSL)



AE KINN
7323607?

please do not
include the
request for the
interpreter with
illiourowell
Seidos copies

## Civil Court of the City of New York

851 Grand Concourse
Bronx, NY 10451

### INTERPRETER REQUEST FORM & SCHEDULE

Scan or email to Esteban Bujanda or deliver to LT Interpreter mailbox ( 1st Floor). Print Legibly.
Submit even if an interpreter is already scheduled for the date(s) sought.

Note:
1) Language specific dates are active only when a written request has been submitted.
2) Requests must be submitted at least 72 hours/3 business days in advance ( not counting submission or appearance date)
3) For languages not listed you must call the interpreters office at 718 466 3003
4) Use for **ALL** languages including Spanish ( Spanish would be used for requesting an interpreter for trial.

Language(s)                          Assignment Date : **11/12/2014**
_MANDINGO_____

Bench Trial [ ]   Conference [ ]   Hearing [ ]   Inquest [ ]   Jury Trial [ ]   Motion [ ]

Please check language(s)

| [ ] Albanian 2nd Wed | [ ] Cantonese 1st Mon | [ ] Greek | [ ] Japanese | [ ] Polish | [ ] Spanish TRIAL |
| [ ] Arabic Wednesdays | [ ] Croatian | [ ] Gujarati | [ ] Khmer (Cambodian) | [ ] Portuguese | [ ] Thai |
| [ ] Armenian | [ ] Farsi(Persian) | [ ] Haitian Creole | [ ] Korean 2nd Mon | [ ] Punjabi 1st Tue | [ ] Twi |
| [ ] ASL call x27151 | [ ] French Wednesdays | [ ] Hebrew/ Yiddish | [ ] Mandarin 1st Mon | [ ] Russian | [ ] Urdu 3nd Tue |
| [ ] Bambara 1st or 2nd pay Wed | [ ] Fulani 1st Tue | [ ] Hindi 3rd Tue | [X] Mandingo 1st or 2nd pay Wed | [ ] Serbian | [ ] Vietnamese |
| [ ] Bengali 1st or 3rd Mon | [ ] German | [ ] Italian | [ ] Mixteco | [ ] Sominke 1st Tue | [ ] Wolof 1st or 2nd pay Wed |

Other _____

## Location  Civil Court

Index: **CV-000505-12/BX**         1353 Sheridan Ave LLC
                                                            Plaintiff(s)

|||||||||||||||| (barcode)           -against-
                                          Mr. Chekina Sylla; Mr. Nimaga Lassana
                                                            Defendant(s)

Time: 9:45 AM          **Part 34 - Procedural Motions -**          Room: **503**
                              **Self Represented Litigant**

Requested by:   EUGENE YATES SCC
                                                            Todays Date 10/10/2014
_____
Print Name and Title

TRANSMISSION VERIFICATION REPORT

TIME    : 10/10/2014 03:12PM
NAME    :
FAX     :
TEL     :
SER.#   : U63088K2N270971

| | |
|---|---|
| DATE,TIME | 10/10  03:12PM |
| FAX NO./NAME | 1118 GC |
| DURATION | 00:00:25 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |