## JOHN L. VILLANUEVA

CITY MARSHAL
**BADGE #36**
29 East 233rd Street
Bronx, N.Y. 10470
Phn. (718) 654-3000
Fax: (718) 654-4109

W A R R A N T   R E Q U I S I T I O N
-------------------------------------

N/P (X)    H/O ( )    A/T ( )   DEF (X)    RES (X)   COM ( )

COUNTY: BRONX

INDEX :   47671/2010             MARSHAL`S DOCKET#: 228382

**PETITIONER(S)**                **RESPONDENT(S)**
2229 CRESTON PARTNERS LLC        JOEL DELGADO

                                 **RESPONDENT`S ADDRESS**
                                 2229 CRESTON AVENUE
                                 APT. 17
                                 BRONX, NY  10453-0000

COMMENTS

DATE 12/30/2010                  _____
                                                SIGNATURE

          JOHN L. VILLANUEVA, CITY MARSHAL BADGE #36

CIV-L/T-100(3/05)



SING PART                    L & T Index No. 047671/10

*Petitioner(Landlord)*

against

GADO

*Respondent(Tenant)*

**REQUEST FOR A**
**FINAL JUDGMENT**

2229 CRESTON AVENUE
APT. 17
BRONX , NY 10453

*Respondent(Undertenant)*

SECTION 8-NYCHA
250 BROADWAY-9TH FLOOR

NEW YORK, NY 10007

---

TO THE CLERK OF THE CIVIL COURT OF THE CITY OF NEW YORK

YOU ARE HEREBY REQUESTED TO SUBMIT THE PAPERS IN THE ABOVE
ENTITLED PROCEEDING TO THE JUDGE FOR A FINAL ORDER/JUDGMENT.

Dated:   12|22|10

David L. Moss
**DAVID MOSS & ASSOCIATES**
**370 LEXINGTON AVENUE**
**SUITE 2102**
**NEW YORK, NY 10017**
**212/566-6780**

*Marshal*
JOHN VILLANUEVA
29 EAST 233RD STREET
BRONX , NY 10470
PHONE: 718/654-3000
# 0036

TREE  -2229-17

NEW YORK

PARTNERS LLC

L&T Index No. 47671/10

Petitioner-Landlord

-against-

**AFFIDAVIT OF INVESTIGATION**

JOEL DELGADO
2229 CRESTON AVENUE; APT. 17
BRONX, NY 10453

Respondent-Tenant,

STATE OF NEW YORK, COUNTY OF BRONX

CHAIM ALTER, being duly sworn, deposes and says:

I am the Petitioner/Landlord's agent and I reside in or have offices in the County of Bronx.

I have been requested by the attorney for the Petitioner-Landlord to make an investigation to ascertain if the above named Tenant(s) (and Undertenant) is at the present time in the military service.

On December 20, 2010, I called at premises No. 2229 Creston Avenue, Apt 17, Bronx, NY 10453 and had a conversation with JOEL DELGADO, the tenant of record, at 9:30am.

I asked the persons spoken to whether said Tenant(s) was (were) in the military service of the United States or of the State of New York in any capacity and the persons informed me said Tenant(s) was (were) not in the military service, nor was (were) the Tenant(s) or anyone in said Tenant('s) family dependent on any person in the military service of the United States or any nation allied with the United States.

CHECK IF APPLICABLE
[✓] A. I am personally familiar with the Tenants and have spoken to them on other occasions. I am familiar with the Tenants living mode and have never seen them in military inform.
[✓] B. I have had the opportunity to review the Tenant's file, records and rental application.
[✓] C. I have questioned the superintendent concerning the Tenant's living mode. He has informed me that to the best of his knowledge neither the Tenant nor anyone in the Tenant's family is, or is dependent upon, a member of the military service of N.Y., the United States, or an allied nation.
[ ] D. The head of household is unemployed-receives public assistance.
[ ] E. Other:_____

From the facts above set forth, I am convinced that the said Tenant(s) is not in or financially dependent upon someone in the military service of the United States or of New York State at the present time.

Sworn to before me on

12/21/10

BESS M S WEBB
Notary Public - State of New York
NO. 01WE6140304
Qualified in Kings County
My Commission Expires  1/23/14

STATE OF NEW YORK, COUNTY OF NEW YORK: AFFIRMATION OF ATTORNEY
The undersigned affirms under the penalty of perjury that he is the attorney for the landlord in the above entitled action and he is making the affirmation pursuant to the United States Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C. App. Secs 501ff. That he has requested an investigation be made as set forth in the above affidavit, and from said investigation and affidavit he believes that the Tenant(s) and undertenant in this action are not in the military service of the United States, nor any nation allied with the United States in the prosecution of any war, or ordered to report for induction under the Selective Training and Service At of 1940.

Dated:                       12/22/1

David L. Moss

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY
------------------------------------------------------x
2229 CRESTON PARTNERS LLC

L&T Index No. 47671/10

Petitioner,

-against-

**AFFIDAVIT IN SUPPORT**

JOEL DELGADO
2229 CRESTON AVENUE; APT. 17
BRONX, NY 10453

Respondent-Tenant.
------------------------------------------------------x
STATE OF NEW YORK   )
COUNTY OF BRONX     ) ss.:

CHAIM ALTER, being duly sworn, deposes and says:

1.   I am an agent of the Petitioner and I am personally familiar with the
     information set forth on this affidavit.

2.   Upon Respondent's failure to pay rent, Petitioner caused a non-payment
     petition dated August 26, 2010 to be served upon Respondent

3.   I have read such petition and I certify that the information contained
     therein is true.

4.   Upon Respondent's failure to answer such petition, Petitioner is seeking a
     default judgment against Respondent. Respondent has failed to satisfy
     such non-payment petition and currently owes $13,259.00 in rent and
     arrears through December 2010.


     WHEREFORE, petitioner asks the court to issue a warrant of eviction,

together with such other and further relief as the Court deems just and proper.


     Sworn to before me this

     21st day of December, 2010

     _____
     BY: CHAIM ALTER

     BESS M S WEBB
     Notary Public - State of New York
     NO. 01WE6140304
     Qualified in Kings County
     My Commission Expires 1/23/14

## AFFIDAVIT OF CONSPICUOUS SERVICE

State of New York}
County of Nassau }

Index #: 047671/10
Client Ref. #: TREE-2229-17

I, Harry NP Heeralall, being duly sworn, depose and say:  That deponent is not a party to this proceeding, is a licensed Process Server over 18 years of age and resides at Queens, New York.

Deponent was unable to serve: JOEL DELGADO tenant(s)/occupant(s) therein named by delivering a true copy thereof to said tenant(s)/occupant(s) personally at:

2229 CRESTON AVENUE, BRONX, NY 10453, APT. 17 on 9/7/10 at 9:47AM.

Deponent placed a true copy of the Notice of Petition & Petition for each tenant/occupant upon a conspicuous part, to wit -- under the entrance door of said property.

Deponent was unable to find a person of suitable age and discretion willing to receive the same at this time or during a prior attempt made on 9/3/10 at 6:42PM.  Deponent served true copies of the above mentioned documents on each tenant/occupant at the property sought to be recovered, by depositing true copies of the same enclosed in a wrapper in the Post Office by Certified Mail and Regular First Class Mail within the State of New York on 9/7/10.

Sworn to before me on September 7, 2010

Beth Belfer
Notary Public, State of New York
No. 41-5000673
Qualified in Nassau County
Commission Expires August 17, 2014

Harry NP Heeralall
License # 1331358

## AFFIDAVIT OF SUBSTITUTE SERVICE

State of New York}
County of Nassau}

Index #: 047671/10
Client Ref. #: TREE-2229-17

I, Ragonat Khan, being duly sworn, depose and say: That deponent is not a party to this proceeding, is a licensed Process Server over 18 years of age and resides at Queens, New York.

Deponent was unable to serve: NYCHA-LEASED HOUSING EVICTION REVIEW tenant(s)/occupant(s) therein named by delivering a true copy thereof to said tenant(s)/occupant(s) personally, deponent knew the person so served to be the person(s) described as said tenant(s)/occupant(s) therein

At 250 BROADWAY NEW YORK, NY 10007 9TH FLOOR

On 9/7/10 at 9:05 AM deponent served the attached:

### Notice of Petition & Petition

By gaining admittance to said property and delivering to and leaving a copy thereof for each tenant(s)/occupant(s) personally with Marie Jean, an agent authorized to accept service, who was willing to receive Notice Of Petition & Petition and who resided or was employed at said property.

Description of person served:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|--------|------------|------------|-------|----------|--------------|
| Female | Black | Black | 36-50 | 5'4"-5'8" | 161-200 lbs. |

And on 9/7/10 Deponent Served copies of the within Notice of Petition & Petition on each tenant/occupant, not personally served at the property sought to be recovered, by depositing a true copy for each named tenant/occupant of the same enclosed in a post paid wrapper, addressed to each tenant/occupant at the property sought to be recovered, in the post office by certified mail and by regular First Class Mail within the state of New York.

Sworn to before me on September 7, 2010

_Beth Belfer_

Beth Belfer
Notary Public, State of New York
No. 41-5000673
Qualified in Nassau County
Commission Expires August 17, 2014

_Ragonat Khan_

Ragonat Khan
License # 1184166

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX, HOUSING PART

2229 CRESTON PARTNERS LLC

Petitioner(s)-Landlord(s)

-against-

JOEL DELGADO

-and-

2229 CRESTON AVENUE
APT. 17
BRONX , NY 10453

New York City Housing Authority

Respondent

Index No. L/T

Address

Respondent(s) -Tenant(s)

IMPORTANT TO TENANT-If you
are dependent upon a person in the
military service of the United States
or the State of New York, advise the
Clerk immediately, in order to protect
your rights.

NOTICE OF PETITION

Non-Payment  DWELLING

First Name or Tenant and/or Underlenant being fictious and unknown to petioner;
Person intended being in possession of the premises herein described.

TAKE NOTICE also that the annexed petition of 2229 CRESTON PARTNERS LLC
verified August 26, 2010 prays for final judgment of eviction, awarding to the petitioner possession of the premises described
as follows:All Rooms, Apartment 17
located at 2229 Creston Avenue , Bronx , NY 10453, County of Bronx, in the City of New York
as demanded in the petition.

To the respondent(s) above named and described, in possession of the premises hereinafter described or claiming
possession thereof:

PLEASE TAKE NOTICE that the annexed petition of 2229 CRESTON PARTNERS LLC

TAKE NOTICE also that demand is made in the petition for judgment against you for the sum of $7,840.60
plus the cost and disbursements of the proceeding.

TAKE NOTICE also that WITHIN FIVE DAYS after service of this Notice of Petition upon you, you must answer, either
orally before the Clerk of this Court at 1118 Grand Concourse, Bronx, NY 10456,
County of Bronx, City and State of New York, or in writing by serving a copy thereof upon the attorneys for the petitioner,
and by filing the original of such answer, with proof of service thereof, in the Office of the Clerk. Your answer may set forth any
defense or counterclaim you may have against the petitioner unless such defense or counterclaim is precluded by law or prior
agreement of the parties. On receipt of your answer, the Clerk will fix and give notice of the date for trial or hearing which will be
held not less than 3 nor more than 8 days thereafter, at which you must appear. If, after the trial or hearing, judgment is rendered
against you, the issuance of a warrant dispossessing you may, in the discretion of the Court, be stayed for FIVE days from the
the date of such judgment.

TAKE NOTICE also that if you fail to interpose and establish any defense that you may have to the allegations of the petition,
you may be precluded from asserting such defense or the claim on which it is based in any other proceeding or action.

In the event you fail to answer and appear, final judgment by default will be entered against you but a warrant dispossessing
you will not be issued until the tenth day following the date of the service of this Notice of Petition upon you.

TAKE NOTICE that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by the Court
to make a rent deposit, or a rent payment to the petitioner, upon your second request for an adjournment or if the proceeding is not
settled or a final determination has not been made by the court within 30 days of the first court appearance. Failure to comply with
an initial rent deposit or payment order may result in the entry of a final judgment against you without a trial. Failure to make
subsequent required deposits or payments may result in an immediate trial on issues raised in your answer.

Dated: August 26, 2010

JACK BAER
Chief Clerk of the Civil Court of the City of New York

AUG 3 1 2010

Arl L. Moss &
neys at Law
en Lane
206
New York, NY 10038

CERTIFIED MAIL

7009 1680 0002 2630 4743

Joel Delgado
2229 Creston Ave.
Apt. 17
Bronx, NY

NIXIE                100  DC 1          00  08/06/10
BC: 10009512555      RETURN TO SENDER
                     ATTEMPTED - NOT KNOWN
                     UNABLE TO FORWARD
                     *1145-01735-15-40*

UNITED STATES POSTAGE
$ 005.540
02 1P
0004464514  JUL 15 2010
PITNEY BOWES
MAILED FROM ZIP CODE 10038

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .44 | 0005 |
| Certified Fee | 2.80 | 59 Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.30 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.54 | 07/15/2010 |

Sent To   Joel Delgado
Street, Apt No.;   2229 Creston Avenue, Apt 17
or PO Box No.
City, State, ZIP+4   Bronx, NY 10453

PS Form 3800, August 2006        See Reverse for Instructions

RECEIVED
JUL 20 2010
LEASED HOUSING
EVICTION UNIT

CERTIFICATION OF BASIS
AGAINST TENANT PARTICIPANT
HOUSING CHOICE VOUCHER

Tenant's Name: Joel Delgado

Date:

Tenant's Address: 2229 Creston Avenue        Apt. #: 17

Voucher #: ~~~~~

City/Zip Code: Bronx, NY 10453

I.   The undersigned landlord intends to commence an eviction proceeding against you on the following grounds and
certifies that the grounds constitute a lawful basis for eviction of a tenant participant in the Section 8 Program.

☒ Non-payment of the tenant's share of rent, at $ 765.00 per month, for the months of 7/10
(See left side?)        for a total of $ 7840.00, plus additional charges (if any) in the amount of $
_____. The landlord does not seek to recover from the tenants the subsidy portion of the rent. (Total
Contract Rent for apartment is $ 1030.00     )
*Explanation and itemization of rent demand and any additional charges (if necessary):* _____
_____

☐ Holdover proceedings related to termination or suspension of Section 8 assistance, as follows: _____
_____

*[left margin handwritten:]*
7/10-6/10 for $1345.00;
/10-4/10 for $735.00;
12/09 for 125.00;
11/09 for $116.75;
9/09-10/09 for $52.00;
1/09-7/09 for $52.00

II.  FILL OUT THIS SECTION ONLY IF YOU HAVE A CLAIM AGAINST THE TENANT FOR THE TENANT'S
SHARE OF THE RENT AND IF YOU ALSO INTEND TO SUE THE AUTHORITY FOR THE SUBSIDY PORTION
OF THE CONTRACT RENT. The undersigned intends to include in the eviction proceeding a claim against the
Housing Authority for non-payment of the subsidy portion of the contract rent, at $ _____ per month, for the
month(s) of _____ for a total of $ _____. The landlord will not seek recovery of
this amount from the tenant.

SIGNED: _____                    | Landlord's Attorney: David L. Moss & Associates
Print Landlord's Name:                | Attorney's Address: Maiden Lane, Suite 206
2229 Creston Partners LLC             | New York, NY 10038

Landlord's Vendor #: 218665   (required) | Attorney's Phone #: 212-566-6780

THE CERTIFICATION MUST BE EXECUTED BY SOMEONE WITH PERSONAL KNOWLEDGE OF THE
RELEVANT FACTS, WHICH MAY BE BASED ON THE LANDLORD'S BOOKS AND RECORDS.

*Please indicate where form is to be returned to:* ☐ Landlord  ☒ Attorney  ☐ Both

NEW YORK CITY HOUSING AUTHORITY'S REPLY TO
CERTIFICATION OF BASIS FOR EVICTION PROCEEDING

Tenant's Name: Joel Delgado        Voucher #: 0539-822

TO THE ABOVE NAMED LANDLORD AND TENANT:

☐ The Housing Authority ACCEPTS the Landlord's Certification on the grounds stated above.
☐ A. The Housing Authority intends to participate in the eviction proceeding. Please advise the Housing Authority of
the date, time and location of the hearing by telephoning (212) 306-8500.
☐ B. The tenant has requested a rent determination hearing and the hearing is being expedited by the Housing Authority.

☒ The Housing Authority OBJECTS TO the Certification for the reason(s) checked below:
☐ A. The Certification fails to state specific factual allegations regarding the basis for the proceeding.
☐ B. Failure to allege facts which, if proven, would establish good cause to evict.
☒ C. The proposed non-payment proceeding seeks to recover from the tenant more than the share of rent for which the
tenant is responsible. The correct tenant's share of rent per month is $ _____. Explanation (if any):
T/S #50.00 9/09-12/09  #60.00 for 1/10-7/10
☒ D. The landlord has failed to comply with Section 8 procedures applicable to the tenant and unit at issue, as follows:
☐ 1. Failure to include proof of mailing of Certification to tenant.
☒ 2. Other violation(s): New r/ ownership  eff 12/1/09  previous LL entitled
to 1/09-11/09
☐ E. The landlord is seeking to withdraw the tenant's unit from the Section 8 Program, in violation of the following
applicable law: _____

☐ This Certification is not required for the Hold-over proceeding you seek to bring against this tenant.

☐ Our records indicate that the above-named tenant is not a NYCHA Section 8 voucher holder.

By: _____        Date: 7/19/10

**DAVID MOSS & ASSOCIATES**
*15 MAIDEN LANE*
*SUITE 206*
*NEW YORK, NY 10038*
*Phone: (212) 566-6780*

Date: August 26, 2010

TO: JOEL DELGADO

**Alternate Service Address:**
SECTION 8-NYCHA
250 BROADWAY-9TH FLOOR

NEW YORK, NY 10007

This firm has been retained to collect a debt cosisting of rent arrears totaling **$7840.60** Any information obtained will be used for that purpose.

The below named creditor claims that you owe rent arrears as specified. You have 30 days from receipt of this notice to dispute the debt in writing. If you fail to do so, we will assume the debt to be valid. If you timely notify us, in writing, that you do dispute the debt, we will obtain verification of the debt and mail same to you. Upon your written request made within thirty (30) days of the receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This opportunity to dispute the debt is separate from any response that you are required to make or any action you are required to take with respect to any other legal notices you receive. Please respond to any legal notices you may receive within the time frames set forth in those notices.

Creditor: 2229 CRESTON PARTNERS LLC

JOEL DELGADO
2229 CRESTON AVENUE, APT: 17
BRONX, NY 10453

TREE -2229-17

I. & I. No. [stamp: 1010 0 476 71]

Civil Court of The City of New York

County of BRONX

Housing Part _____

2229 CRESTON PARTNERS LLC

      *Petitioner(s)*
      *Landlord(s)*

against

JOEL DELGADO

  ? and ?

New York City Housing Authority

      *Tenant(s)*

**PETITION NON-PAYMENT**

Notice of Petition served on _____

Notice of Petition returned on _____

Notice of Petition issued on _____

Tenant appears on _____

Tenant answers on _____ but fails to answer.

Answer is _____

Set for Trial on _____

Landlord notified on _____

Sufficiency of answer referred
to court _____

Raises _____ issue _____

      Judge _____

*Attorney for Petitioner*
DAVID MOSS & ASSOCIATES
15 MAIDEN LANE
SUITE 206
NEW YORK, NY 10038
212/566-6780

2229 CRESTON AVENUE
Apt. 17
BRONX, NY 10453
Amount Claimed: $7,840.60
DWELLING
TREE: 2229-17

---

THE PETITION OF: 2229 CRESTON PARTNERS LLC, alleges, upon Information and Belief:

1. Petitioner is the landlord of the premises.
2. Respondent(s) JOEL DELGADO,
   is (are) tenant(s) in possession of said premises pursuant to a WRITTEN  lease agreement made heretofore
   wherein respondent(s) promised to pay to landlord(s) or landlord's predecessor
   as rent $1,030.00 each month in advance on the 1ST day of each month.
3. Respondent(s) is(are) the undertenant(s) of the aforesaid respondent(s) tenant(s).
4. Respondent(s) is(are) now in possession of said premises.
5. The premises from which removal is sought were rented for Dwelling purposes and are described as follows:
   All Rooms Apartment 17 in the building known as 2229 CRESTON AVENUE,
   undertenants herein.
   situated within the territorial jurisdiction of the Civil Court of the City of New York, County of BRONX
6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $ 7,840.60 in rent and additional rent as follows:

| Month | Amount | Month | Amount | Month | Amount |
|---|---|---|---|---|---|
| Jul 10 | $ 765.00 | Nov 09 | $ 116.75 | Feb 09 | $ |
| Jun 10 | $ 1,345.00 | Oct 09 | $ 52.00 | Jan 09 | $ |
| May 10 | $ 1,345.00 | Sep 09 | $ 52.00 | | |
| Apr 10 | $ 735.00 | Jul 09 | $ 52.00 | | |
| Mar 10 | $ 735.00 | Jun 09 | $ 52.00 | | |
| Feb 10 | $ 735.00 | May 09 | $ 52.00 | | |
| Jan 10 | $ 735.00 | Apr 09 | $ 52.00 | | |
| Dec 09 | $ 125.00 | Mar 09 | $ 52.00 | | |

7. The premises are subject to the Rent Stabilization Law of 1969, as amended to date. Any rent demanded herein does not exceed the lawful
stabilized rent permitted the owner under said Law, Code and appropriate Rent Guidelines Board Orders.
The subject apartment has been duly registered with the Division of Housing and Community Renewal of the State of New York.

8. Said rent has been demanded personally from the tenant(s) since same became due.

9. Respondents have defaulted in the payments thereof and continue in possession of premises without permission after said default.
10. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently
effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below,
a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.
   Agent JOSH GOTTLIEB
        1520 SEDGWICK AVENUE
        BRONX NY 10453
        *Multiple Dwelling No.* 203723

WHEREFORE Petitioner requests a final judgment against respondent(s) for the rent demanded therein, awarding possession
of the premises to petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession
of the premises together with costs and disbursements of this proceeding. Dated: 08/26/2010
  2229 CRESTON PARTNERS LLC

STATE OF NEW YORK, COUNTY OF NEW YORK The undersigned affirms under penalty of perjury that he is one of the attorney's
for the petitioner, that he has read the foregoing petition and knows the contents thereof; that the same are true to his own knowledge except as to
matters stated to be upon information and belief; and as to those matters he believes them to be true. The grounds of his belief as to matters
not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file
in the attorney's office. This verification is made pursuant to the provisions of RPAPL 741.

           08/26/2010

          DAVID L. MOSS

[stamp: BRONX HOUSING 2011 FEB 11 AM 9:08]

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX        PART _____**
**DECISION AND JUDGMENT**

INDEX # 047671/2010
JUDGMENT SEQ # 001

2229 CRESTON PARTNERS LLC,

Petitioner(s)

**AGAINST**

DELGADO, JOEL
NYCHA,

Respondent(s)

**Decision and judgment is** rendered based upon
respondents failure to file an answer as follows:
Judgment of possession is granted in favor of:
2229 CRESTON PARTNERS LLC,
and against
DELGADO, JOEL
A counterclaim is granted in favor of the respondent in the amount of      $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of      $0.00 in favor of:
2229 CRESTON PARTNERS LLC,
and against
DELGADO, JOEL

for a total amount of      $0.00

(Monthly use and occupancy is set at      $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith            Execution _____

Date    JAN 3    2011

Hon. Andrew Lehrer
Judge, Housing Court

Judge, Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied.  Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on _____ JAN 03 2011 _____,

Carol Alt
CHIEF CLERK
Chief Clerk, Civil Court

Warrant issued to Marshal   Villanueva   On   JAN 12 2011

CIV-LT-50(2006)

Page 1 of 1

CL

COUNTY OF BRONX HOUSING PART M

2229 Creston LLC

Petitioner(s)

(-against-)

Respondent(s)

Joel Delgado

| | |
|---|---|
| INDEX NO. | L-7671/10 |
| HON. | Vitiella |
| DATED | 2/10/11 |
| PREMISES | 2229 Creston |
| APT # | 17 |

### STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

## IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY THE PARTIES HERE TO THAT:

Petition amended to include all rent through _____ in the sum of $_____. Respondent(s) consents to a final judgment in the amount of $ _____. Issuance of the warrant _____ _____. Warrant shall issue/execute on default in payment. Action settled. Respondent(s) agree to pay $ _____ by _____ Default shall authorize Petitioner to restore for appropriate relief on _____ days written notice by regular mail. Respondent(s) agrees to timely pay future rent as it becomes due. All monies received will first be applied to current rent and the remainder to arrears. Petitioner may accept partial payment without prejudice. Upon default, Marshal's Notice required, remail only. Tenant acknowledges that the condition of the premises is satisfactory.

Case adjourned to 3/2/11 @ 9:30am for tenant of record to appear. Respondent is hospitalized until 2/28/11. Marked final against Respondent.

Petitioner by: _____

Attorneys for Petitioner
**DAVID L. MOSS & ASSOCIATES**
370 LEXINGTON AVENUE, SUITE 2102
NEW YORK, NY 10017
TEL: (212) 566-6780
FAX: (212) 937-4682

Respondent(s): _____
No Tenancy Rights

COUNTY OF **BRONX**    HOUSING PART **Y**

**2229 Creston LLC**

Petitioner(s)

(-against-)

Respondent(s)

**Joel Delgado**

**(# 347 454 5740)**

| | |
|---|---|
| INDEX NO. | **47671 /10** |
| HON. | **Villella** |
| DATED | **3/2/11** |
| PREMISES | **2229 Creston** |
| APT # | **17** |

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY THE PARTIES HERE TO THAT:**

Petition amended to include all rent through _____ in the sum of $_____. Respondent(s) consents to a final judgment in the amount of $ _____. Issuance of the warrant _____ _____. Warrant shall issue/execute on default in payment. Action settled, Respondent(s) agree to pay $ _____ by _____ Default shall authorize Petitioner to restore for appropriate relief on _____ days written notice by regular mail. Respondent(s) agrees to timely pay future rent as it becomes due. All monies received will first be applied to current rent and the remainder to arrears. Petitioner may accept partial payment without prejudice. Upon default, Marshal's Notice required, remail only. Tenant acknowledges that the condition of the premises is satisfactory.

Case adjourned to March 23, 2011 at 9:30am for Respondent to Subpoena NYCHA (Section 8) and bring proof of return date. (All records for the past 24 mths)

Repairs alleged: Check broken windows throughout; paint/plaster throughout; sinking floor through 10th floor; laminate throughout; ceiling in kitchen and bathroom; bedroom and bathroom electrical wiring; kitchen wall;

Petitioner by: _____

Attorneys for Petitioner
**DAVID L. MOSS & ASSOCIATES**
370 LEXINGTON AVENUE, SUITE 2102
NEW YORK, NY 10017
TEL: (212) 566-6780
FAX: (212) 937-4682

Respondent(s): _____

Joel Delgado

extermination for rats throughout.
Access dates: 3/16/11 and 3/17/11
9-5, arrive by noon.    Page 14

COUNTY OF BRONX   HOUSING PART M

2229 Creston LLC

Petitioner(s)

(-against-)

Respondent(s)

Joel Delgado

| INDEX NO. | 4767/10 |
|---|---|
| HON. | Villella |
| DATED | 3/23/11 |
| PREMISES | 2229 Creston |
| APT # | 17 |

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

## IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY THE PARTIES HERE TO THAT:

Petition amended to include all rent through _____ in the sum of $_____. Respondent(s) consents to a

final judgment in the amount of $ _____. Issuance of the warrant _____

_____. Warrant shall issue/execute on default in payment.

Action settled, Respondent(s) agree to pay $ _____ by _____

Default shall authorize Petitioner to restore for appropriate relief on _____ days written notice by regular mail.

Respondent(s) agrees to timely pay future rent as it becomes due. All monies received will first be applied to current

rent and the remainder to arrears. Petitioner may accept partial payment without prejudice. Upon default, Marshal's Notice

required, remail only. Tenant acknowledges that the condition of the premises is satisfactory. *Case* *Respondent*

Case adjourned to 4/19/11 at 9.30am for Respondent to

subpoena NYCHA Section 8, and bring proof of return

date. Repairs alleged. Check all repairs as per prior

stipulation dated 3/2/11. Tenant acknowledges

landlord repaired bathroom and kitchen ceiling only,

however states that all other repairs on prior stipulation

remain outstanding.

Petitioner by: _____

Attorneys for Petitioner
**DAVID L. MOSS & ASSOCIATES**
370 LEXINGTON AVENUE, SUITE 2102
NEW YORK, NY 10017
TEL: (212) 566-6780
FAX: (212) 937-4682

Respondent(s):

Joel Delgado

Access dates: 4/6/11 and 4/7/11.
9-5, arriving noon.

→ Tenant states that he subpoenad Section 8 as per prior stipulation,
however Section 8 did not receive subpoena.

```
***********************************************************************
***********************************************************************
```

CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. 04767172010
    COUNTY OF BRONX                          MOTION SEQUENCE NO.: 001
    HOUSING PART M, RM. 460
    FEBRUARY 10, 2011


2229 CRESTON        PARTNERS              |  DECISION/ORDER
                         PETITIONER(S),   |
          AGAINST                         |  PRESENT:
DELGADO/NYCHA       JOEL                  |
                         RESPONDENT(S)    |  LOUIS J. VILLELLA
                                          |     JUDGE
-------------------------------------------

     RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/PLACE ON THE CALENDAR

                    PAPERS                           NUMBERED

    NOTICE OF MOTION AND AFFIDAVITS ANNEXED.......  |_____
    ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED....  |_____
    ANSWERING AFFIDAVITS..........................  |_____
    REPLYING AFFIDAVITS...........................  |_____
    EXHIBITS......................................  |_____
    STIPULATIONS..................................  |_____
    OTHER_____  |_____

    UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

_____ Adj   3/2/11 @ 9:30 am. _____

_per stip_____

_____ MDNAM. All stays vacated. _____

_5/11/11: MDNAM_____
          Stay vacated

_____5/11/11_____
DATE                        JUDGE, CIVIL/HOUSING COURT

                          ADJOURNMENTS

4/19   5/11/11   |        |        |        |        |
-----------------------------------------------------------------
```

OF THE CITY OF NEW YORK                    INDEX NO. 047671/2010
BRONX                                      SEQ NO. 001
SHOW CAUSE TO VACATE FAIL TO ANSWER JUDGMENT AND PLACE ON THE CALENDAR

CRESTON              PARTNERS
                     PETITIONER(S),
        AGAINST
DELGADO/NYCHA        JOEL                   PREMISES:
                     RESPONDENT(S)          2229  CRESTON AVENUE                  17
                                            BRONX              NY 104530000

         UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL              DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON   JANUARY 27, 2011,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

         LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                    CIVIL COURT OF THE CITY OF NEW YORK
                    HOUSING PART: PART M, RM.460
                    LOCATED AT:   1118 GRAND CONCOURSE, BRONX
                    ON:           FEBRUARY 10, 2011, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

         VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO ANSWER, PERMITTING
THE FILING OF AN ANSWER, PLACING THE CASE ON THE CALENDAR AND/OR
GRANTING SUCH OTHER AND FURTHER RELIEF AS MAY BE JUST.

         UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

         SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
                     ATTORNEY(OR PARTY)                          MARSHAL:
(JUDGE TO INITIAL)                        (JUDGE TO INITIAL)
  BY PERSONAL SERVICE "IN HAND DELIVERY"    BY PERSONAL SERVICE "IN HAND DELIVERY"
  BY CERTIFIED MAIL, R. R. R.               BY CERTIFIED MAIL, R. R. R.
  BY FIRST CLASS MAIL WITH CERTIFICATE      BY FIRST CLASS MAIL WITH CERTIFICATE
  OF MAILING AT POST OFFICE                 OF MAILING AT POST OFFICE
ON OR BEFORE         1-28-11               , SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

         PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                 MARSHAL:
DAVID MOSS & ASSOCIATES                   JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102             89 EAST 233RD STREET
NEW YORK, NY 10017                        BRONX,  NY 10470
TELEPHONE: (212) 566-6780                 TELEPHONE: (718) 654-3000


  1/27/11
  DATE                                    LOUIS J. VILLELLA
                                          JUDGE, CIVIL/HOUSING COURT


DENIED _____
GENERATED: 01/27/2011 @ 11:27:02                   CIV-L1-76 (7/99)

CIVIL COURT OF THE CITY OF New York

**Housing Part**

Index No. LT 47671/10

**AFFIDAVIT IN SUPPORT OF AN ORDER TO SHOW CAUSE**
To Vacate a Judgment Based upon Failure to Answer,
To Permit the Filing of a Late Answer
and
To Place the Case on the Calendar

Petitioner,

against

Delgado / NYCHA

Respondent

Address: 2229 Creston Ave
Bronx, NY 10453    Apt. 17

State of New York, County of **Bx**    ss.:

Jose Delgado Juan Velilla , being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

**1.**
**PARTY**
___ a) I am the tenant named as respondent in the above summary proceeding.
___ b) I am the person claiming possession to these premises and am the _____
of the tenant named above.

**2.**
**SERVICE and ANSWER**
___ a) I **have** received the Notice of Petition and Petition in this proceeding but *failed to answer* in the Clerk's
Office because: _____

___ b) I **have not** received a copy of the Notice of Petition and the Petition in this proceeding, but first learned
about this action by:
___ receiving a Postcard.
___ receiving a Notice of Eviction from the Marshal.
___ Other: _____

**3.**
**DEFENSE**
I allege that I have a good defense because:
___ I was improperly served.          ___ petitioner is not the owner.
___ the amount being claimed is incorrect.     ___ no rent was demanded.
___ there is credit due for rent overcharge.    ___ the rent has been partially/fully paid.*
___ the rent has been offered and refused.     ___ I have been harassed.
___ there are conditions in the apartment which need repair, or services which have not been provided.

Section 8 stop gas cause no gas done.
paying cause repairs
or

*Explain rent payments, if any, or other defense: Rent hesn't been
Paid cause no gas for 8 month hesnt done
no repairs and landlod charging more rent thts on
the bac.

**4.**
**REQUEST**
I request that the Judgment be vacated, that the filing of an answer be permitted, that the case be placed on
the calendar and that I be granted permission to serve these papers in person.

**5.**
**PRIOR ORDER**
___ a) I **have not** had a previous Order to Show Cause regarding this index number.
___ b) I **have** had a previous Order to Show Cause regarding this index number but I am making this further
application because: Got hospitals papers Brother been hospialized
cant walk is gonna be in wheelchair operate on leg.

**6.**
**PRIOR CASE(S)**
The same landlord and I have been in Housing Court before.
Earlier Index Number(s): _____

Sworn to before me this 27 day of JAN 2011

NYC. OA.

Signature of Court Employee and Title

X Juan Velilla
Signature of Respondent

CIV-LT-16 (July, 1999) (Replaces CIV-LT-11A)

Page 18

# spital for Joint Diseases

NYU LANGONE MEDICAL CENTER

DEPARTMENT OF HEALTH INFORMATION MANAGEMENT

Date: **JANUARY 26, 2011**

Patient: **JOEL DELGADO**

Address: **750 EAST 179 STREET**
**BRONX, NY 10457**

MR#: _____

To Whom It May Concern:

Please be advised that the above named patient was treated at NYU's Hospital for Joint Diseases as follows:

(✓) Admitted **1/21/11** ~~Discharged~~ **REMAINS HOSPITALIZED AS OF**
**ABOVE DATE.**

(  ) Special Care Unit from _____ to _____

(  ) ICU from _____ to _____

(  ) Immediate Care Visit _____

(  ) Clinic Visit(s) on _____

Hospital Representative Name and Title:
**PAM FOSTER, PATIENT ADVOCATE**

Hospital Representative Signature:
*Pam Foster*

301 East 17th Street, 2nd Floor, Room 200, New York, NY 10003 | tel: 212.598.6790

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. 047671/2010
     COUNTY OF BRONX                          MOTION SEQUENCE NO.: 002
     HOUSING PART M, RM.460
     MAY 31, 2011

---------------------------------------
                                      |     DECISION/ORDER
2229 CRESTON       PARTNERS           |
                     PETITIONER(S),   |
                                      |     PRESENT:
        AGAINST                       |
DELGADO/NYCHA      JOEL               |
                     RESPONDENT(S)    |     LOUIS J. VILLELLA
                                      |            JUDGE
---------------------------------------

        RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

                    PAPERS                          NUMBERED

     NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... |_____
     ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... |_____
     ANSWERING AFFIDAVITS.......................... |_____
     REPLYING AFFIDAVITS........................... |_____
     EXHIBITS...................................... |_____
     STIPULATIONS.................................. |_____
     OTHER_____ |_____

     UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

_____

_____

_____

_____

_____

_____

_____

_____


5/31/11
_____          _____
DATE                                JUDGE, CIVIL/HOUSING COURT

                        ADJOURNMENTS

GENERATED: 05/13/2011 @ 14:12:23        CIV-LT-85 (7/99) (REPLACES 43-2030)

2229 CRESTON        PARTNERS        VS DELGADO/NYCHA

NO OF RESP OSC APPL:    2
AMT DMD:     $7,840.60 PETN ATTY: DAVID MOSS & ASSOCIATES
FILING DTE     FILING TYPE   CASE TYPE1   CASE TYPE2   CASE TYPE3
08/31/2010     PET/NP        RESDT        NON-PAY
PETITIONER:
2229 CRESTON PARTNERS LLC
RESPONDENT:
DELGADO                                            JOEL
NYCHA
PREMISES ADDRESS:
2229   CRESTON AVENUE             17
BRONX               NY 10453
DESCRIPTION:
17


01/27/2011 001 OSC BY RESP SIGNED BY   LJV  02/10/2011 M     09:30A
               VACATE DEFAULT JUDGMENT
               ASSIGN TO PART M
02/10/2011     001 CLN M    09:30A ADJN  03/02/2011 M     09:30A LJV    OSC
03/02/2011     002 CLN M    09:30A ADJN  03/23/2011 M     09:30A LJV    OSC
03/23/2011     003 CLN M    09:30A ADJN  04/19/2011 M     09:30A LJV    OSC
04/19/2011     004 CLN M    09:30A ADJN  05/11/2011 M     09:30A LJV    OSC
05/11/2011     005 CLN M    09:30A DNAM                          LJV    OSC


05/13/2011 002 OSC BY RESP SIGNED BY   LJV  05/31/2011 M     09:30A
               VACATE JUDGMENT
05/31/2011     001 CLN M    09:30A                                      OSC


12/23/2010 001     WAR WARRANT REQUESTED
01/03/2011 001 FJD PAPERS REVIEWED
01/03/2011 001 FJD SUBMITTED TO AL   FAIL TO ANSWER
01/03/2011 001     WAR WARRANT REVIEWED
01/12/2011 001 FJD SIGNED BY AL
               FAIL TO ANSR/
               POSS AWARDED Y MONEY AWARD          $.00
JUDGMENT AGAINST:
DELGADO                                            JOEL
01/12/2011 001     WAR WARRANT ISSUED    JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
DELGADO                                            JOEL


Page 21

```
2229 CRESTON        PARTNERS
                       PETITIONER(S),
        AGAINST
DELGADO/NYCHA      JOEL
                      RESPONDENT(S)
```

PREMISES:
2229  CRESTON AVENUE          17
BRONX              NY 104530000

UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL          DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON      MAY  13, 2011,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE

CIVIL COURT OF THE CITY OF NEW YORK
HOUSING PART: PART M, RM.460
LOCATED AT:  1118 GRAND CONCOURSE, BRONX
ON:      MAY 31, 2011, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
AND FURTHER RELIEF AS MAY BE JUST.

UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
   ATTORNEY(OR PARTY)                    MARSHAL:
(JUDGE TO INITIAL)              (JUDGE TO INITIAL)
 BY PERSONAL SERVICE "IN HAND DELIVERY"  BY PERSONAL SERVICE "IN HAND DELIVERY"
 BY CERTIFIED MAIL, R. R. R.             BY CERTIFIED MAIL, R. R. R.
 BY FIRST CLASS MAIL WITH CERTIFICATE    BY FIRST CLASS MAIL WITH CERTIFICATE
    OF MAILING AT POST OFFICE  17           OF MAILING AT POST OFFICE
ON OR BEFORE _____5-_____-11_____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:
DAVID MOSS & ASSOCIATES
370 LEXINGTON AVENUE STE 2102
NEW YORK, NY 10017
TELEPHONE: (212) 566-6780

_5-13-11_
   DATE

MARSHAL:
JOHN VILLANUEVA-BADGE #36
29 EAST 233RD STREET
BRONX,  NY 10470
TELEPHONE: (718) 654-3000

LOUIS J. VILLELLA
JUDGE, CIVIL/HOUSING COURT

DENIED _____
GENERATED: 05/13/2011 @ 14:18:23        CIV-LT-71 (REVISED 7/99)

Page 22

Index No.: LT

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

_22 29 Cresm_ Petitioner,

against

_Delgado/_____ Respondent

Address: _2229 Creston Ave_ Apt. _17_

State of New York, County of _____ ss.:

_Jean Uelilla_ , being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | | |
|---|---|---|
| **1. PARTY** | JV | a) I am the tenant named as respondent in the above summary proceeding. |
| | JV | b) I am the person claiming possession to these premises and am the _____ of the tenant named above. |

**2. SERVICE and ANSWER**
_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**
On the Date of Trial before Judge _____
_____ a) a Judgment was entered against me by default for my _failure to appear_. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____

JV b) a Judgment was entered **(after trial) (after stipulation)** but (I) (the Landlord) _failed to comply_ with the Order of the Court because: _____

**4. DEFENSE**
I allege that I have a good defense because:
_____ I was improperly served.               _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.  _____ no rent was demanded.
_____ there is credit due for rent overcharge. _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.   _____ I have been harassed.
_____ there are conditions in the apartment which need repair, or services which have not been provided.
*Explain rent payments, if any, or other defense: _He is disabled and_
_had tendend in Hospital on court day due_
_to infection on be_

**5. REQUEST**
_____ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER**
JV a) I have not had a previous Order to Show Cause regarding this index number.
JV b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _13_ day of _May_, 20 _11_

_____
Signature of Court Employee and Title

_____
Signature of Respondent

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

Page 23

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX          HOUSING PART M

2229 Creston LLC

Petitioner(s)

(-against-)

Respondent(s)

Joel Delgado

| | |
|---|---|
| INDEX NO. | 47671/10 |
| HON. | Villella |
| DATED | 5/2/11 7/11/11 |
| PREMISES | 2229 Creston |
| APT # | 17 |

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY THE PARTIES HERE TO THAT:**

Petition amended to include all rent through _____ in the sum of $_____. Respondent(s) consents to a final judgment in the amount of $ _____. Issuance of the warrant _____ _____ . Warrant shall issue/execute on default in payment. Action settled, Respondent(s) agree to pay $ _____ by _____ Default shall authorize Petitioner to restore for appropriate relief on _____ days written notice by regular mail. Respondent(s) agrees to timely pay future rent as it becomes due. All monies received will first be applied to current rent and the remainder to arrears. Petitioner may accept partial payment without prejudice. Upon default, Marshal's Notice required, remail only. Tenant acknowledges that the condition of the premises is satisfactory.

Case adjourned to 9/7/11 at 9:30am for Petitioner to review section 8 information and make adjustment if necessary for trial. NYCHA Section 8 is still under subpoena. 9:30 AM Sharp!

Petitioner by: _____

Attorneys for Petitioner
**DAVID L. MOSS & ASSOCIATES**
370 LEXINGTON AVENUE, SUITE 2102
NEW YORK, NY 10017
TEL: (212) 566-6780
FAX: (212) 937-4682

Respondent(s): _____

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**Tower Numerics Inc**
1050 Waltham Street, Suite 430
Lexington, MA 02421

Bank of America
1761 Massachusetts Ave
Lexington, MA 02420

22052

DATE          08/03/2011
Reference:

PAY    Joel Delgado                                                      $    **2,000.00

TWO-THOUSAND AND 00/100************************************************************   DOLLARS

TO THE     Joel Delgado
ORDER
OF

Memo    Approved







**Tower Numerics Inc**
1060 Waltham Street, Suite 430
Lexington, MA 02421

**Bank of America**
1781 Massachusetts Ave
Lexington, MA 02420

**22052**

DATE: 08/03/2011

Reference:

PAY    Joel Delgado                                                           $    **2,000.00

TWO-THOUSAND AND 00/100************************************************************   DOLLARS

TO THE    Joel Delgado
ORDER
OF

Memo    Approved

CIVIL COURT OF THE CITY OF NEW YORK                    INDEX NO. 047671/2010
COUNTY OF BRONX                                        SEQ NO. 003
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

2229 CRESTON

          AGAINST
DELGADO/NYCHA                                    STON AVENUE         17
                                                      NY 104530002

     UPON THE ANNEXE
THE ABOVE NAMED RESP                             EL        DELGADO/NYCHA.
AND UPON ALL THE PAF                        BER  07, 201

     LET THE PETITI                          NEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                    C                         YORK
                    H
                    L                         BE, BRONX
                    O                                 AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

     VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
     RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
     AND FURTHER RELIEF AS MAY BE JUST;

     UNTIL THE ENTRY OF A COURT ORDER ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

     SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
     ATTORNEY(OR PARTY)                              MARSHAL:
(JUDGE TO INITIAL)                         (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"   __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.              __BY CERTIFIED MAIL. R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE     __BY FIRST CLASS MAIL WITH CERTIFICATE
     OF MAILING AT POST OFFICE                  OF MAILING AT POST OFFICE
ON OR BEFORE _____        _____ SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED ON THE RESPONDENT IN PERSON.

     PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                  MARSHAL:
DAVID MOSS & ASSOCIATES                     JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102    —         29 EAST 233RD STREET
NEW YORK, NY 10017                         BRONX, NY 10470
TELEPHONE: (212) 566-6780                  TELEPHONE: (718) 654-3000


                                           LOUIS J. VILLELLA
   DATE                                    JUDGE, CIVIL/HOUSING COURT


   ____ 09/07/2011 @ 13:00:20                CIV-LT-71 (REVISED 7/99)

[PLEASE PRESS HARD]

Index No. LT _47671 / 20 00_

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

_____ Petitioner,

against

De lGaDo / NYCHA Respondent

Address: _2229 Creston Ave_
_Bronx, NY 10453_ Apt. _17_

State of New York, County of _____ ss.:

_Juan Nelith_ _____, being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | |
|---|---|
| **1.**<br>**PARTY** | a) I am the tenant named as respondent in the above summary proceeding.<br>b) I am the person claiming possession to these premises and am the _____<br>of the tenant named above. |
| **2.**<br>**SERVICE**<br>**and ANSWER** | _____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.<br>_____ I received a Holdover Notice of Petition and Petition and the date had already passed. |
| **3.**<br>**EXCUSE** | On the Date of Trial before Judge _____<br>_____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____<br>_____ b) a Judgment was entered **(after trial) (after stipulation)** but **(I) (the Landlord)** *failed to comply* with the Order of the Court because: _____ |

**4.**
**DEFENSE**

I allege that I have a good defense because:

_____ I was improperly served.   _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.   _____ no rent was demanded.
_____ there is credit due for rent overcharge.   _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.   _____ I have been harassed.
_____ there are conditions in the apartment which need repair, or services which have not been provided.

*Explain rent payments, if any, or other defense: _Cause didn't know Court_
_was today I live in the Apartment Joel Delgado moved_
_I want to pay it in money order another ca._

TODAY
_need another court day_

**5.**
**REQUEST**

_____ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.**
**PRIOR**
**ORDER**

_____ a) I have not had a previous Order to Show Cause regarding this index number.
_____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _____ day of _9 28 11_       _Juan Nelith_
_____                                        Signature of Respondent
Signature of Court Employee and Title

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

Page 29

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

INDEX NO. 047671/2010
SEQ NO. 003

2229 CRESTON                    PARTNERS
                                PETITIONER(S),
              AGAINST
DELGADO/NYCHA         JOEL                      PREMISES:
                      RESPONDENT(S)             2229  CRESTON AVENUE          17
                                                BRONX              NY 104520000

     UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL                DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON SEPTEMBER  07, 2011,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

     LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                    CIVIL COURT OF THE CITY OF NEW YORK
                    HOUSING PART: PART M, RM.460
                    LOCATED AT:   1118 GRAND CONCOURSE, BRONX
                    ON:           SEPTEMBER 21, 2011  AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

     VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
     RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
     AND FURTHER RELIEF AS MAY BE JUST:

     UNTIL THE ENTRY OF A COURT ORDER ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

     SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
      ATTORNEY (OR PARTY)                        MARSHAL:
(JUDGE TO INITIAL)                        (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"  __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.             __BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE    __BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                 OF MAILING AT POST OFFICE
ON OR BEFORE _____              SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED ON THE RESPONDENT IN PERSON.

     PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                 MARSHAL:
DAVID MOSS & ASSOCIATES                   JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102    -        29 EAST 233RD STREET
NEW YORK, NY 10017                        BRONX, NY 10470
TELEPHONE: (212) 566-6780                 TELEPHONE: (718) 654-3000


                                          LOUIS J. VILLELLA
                                          JUDGE, CIVIL/HOUSING COURT
_____
     DATE


DATED: 09/07/2011 @ 13:00:20              CIV-LT-71 (REVISED 7/99)

CIVIL COURT OF THE CITY OF NEW YORK                INDEX NO. 047871/2010
COUNTY OF BRONX                                     SEQ NO. 004
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

2229 CRESTON        PARTNERS
                        PETITIONER(S),
        AGAINST                          PREMISES:
DELGADO/NYCHA       JOEL                  2229  CRESTON AVENUE           17
                        RESPONDENT(S)     BRONX              NY 104530000


        UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL            DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON SEPTEMBER   12, 2011,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

        LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                        CIVIL COURT OF THE CITY OF NEW YORK
                        HOUSING PART: PART M, RM. 460
                        LOCATED AT:  1118 GRAND CONCOURSE, BRONX
                        ON:          SEPTEMBER 26, 2011, AT 09:30 AM

AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

        VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
AND FURTHER RELIEF AS MAY BE JUST.

        UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

        SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY'S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
        ATTORNEY(OR PARTY)
(JUDGE TO INITIAL)                              MARSHAL:
__BY PERSONAL SERVICE "IN HAND DELIVERY"        (JUDGE TO INITIAL)
__BY CERTIFIED MAIL, R. R. R.                   __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY FIRST CLASS MAIL WITH CERTIFICATE          __BY CERTIFIED MAIL, R. R. R.
    OF MAILING AT POST OFFICE                   __BY FIRST CLASS MAIL WITH CERTIFICATE
ON OR BEFORE _____9/13-11____                       OF MAILING AT POST OFFICE
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON. _____, SHALL BE DEEMED GOOD AND SUFFICIENT

        PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK'S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                  MARSHAL:
DAVID MOSS & ASSOCIATES                    JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102              29 EAST 233RD STREET
NEW YORK, NY 10017                         BRONX,  NY 10470
TELEPHONE: (212) 566-6780                  TELEPHONE: (718) 654-3000


    9~ 12-11                               LOUIS G. VILLELLA
    DATE                                   JUDGE, CIVIL/HOUSING COURT

SCANNED
OTH-CREATED: 09/12/2011 @ 12:26:58         CIV-LT-71 (REVISED 7/99)

# Civil Court of the City of New York FMA

COUNTY OF _____

_____ Housing Part

_____ against

_____ Petitioner,

Delgado / Luckny Respondent

Index No. LT _4767L/2010_

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear   b) Failure to Comply
**and**
**TO RESTORE TO THE CALENDAR**

Address: _2229 Creston Ave_   Apt. _17_

State of New York, County of _____ ss.:

I, _Juan Velilla_ (Print Your Name), being duly sworn, deposes and says:

**Tenant's Initials**

**1. PARTY**
_JV_ a) I am the tenant named as respondent in the above summary proceeding.
_____ b) I am the person claiming possession to these premises and am the _____ of the tenant named above.

**2. SERVICE and ANSWER**
_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**
_____ a) On the Date of Trial before Judge _____ a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____
_JV X_ b) a Judgment was entered **(after trial) (after stipulation)** but (I) (the Landlord) *failed to comply* with the Order of the Court because: _____

**4. DEFENSE**
I allege that I have a good defense because:
_____ I was improperly served.
_____ the amount being claimed is incorrect.
_____ there is credit due for rent overcharge.
_____ the rent has been offered and refused.
_____ there are conditions in the apartment which need repair, or services which have not been provided
_____ petitioner is not the owner.
_____ no rent was demanded.
_____ the rent has been partially/fully paid.*
_____ I have been harassed.

*Explain rent payments, if any, or other defense: _____
→ Trial Date   Bringing Proof copy of check and money order need _____

**5. REQUEST**
_JV_ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER**
_____ a) I have not had a previous Order to Show Cause regarding this index number.
_JV X_ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _____ day of _____ 2011

_____
Signature of Court Employee and Title

_Juan Velilla_
Signature of Respondent

CIV-LT-11 (Replaces CIV-T-11B) (Revised, March, 2000)

COUNTY OF _BRONX_   HOUSING PART _M_

_2229 Creston LLC_

Petitioner(s)

(-against-)

Respondent(s)

_Joel Delgado_

INDEX NO. _47671/10_

HON. _Villella_

DATED _9/26/11_

PREMISES _2229 Creston_

APT # _17_

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY THE PARTIES HERE TO THAT:**

Petition amended to include all rent through _____ in the sum of $_____. Respondent(s) consents to a final judgment in the amount of $ _____. Issuance of the warrant _____ _____. Warrant shall issue/execute on default in payment. Action settled, Respondent(s) agree to pay $ _____ by _____ Default shall authorize Petitioner to restore for appropriate relief on _____ days written notice by regular mail. Respondent(s) agrees to timely pay future rent as it becomes due. All monies received will first be applied to current rent and the remainder to arrears. Petitioner may accept partial payment without prejudice. Upon default, Marshal's Notice required, remail only. Tenant acknowledges that the condition of the premises is satisfactory.

_Case adjourned to 10/5/11 for trial. Petitioner to re-subpeona NYCHA Section 8_

Petitioner by _____

Attorneys for Petitioner
**DAVID L. MOSS & ASSOCIATES**
370 LEXINGTON AVENUE, SUITE 2102
NEW YORK, NY 10017
TEL: (212) 566-6780
FAX: (212) 937-4682

Respondent(s): _____

_No tenants rights_

Page 33

```
*******************************************************************
*******************************************************************
```

CIVIL COURT OF THE CITY OF NEW YORK        INDEX NO. 047671/2010
   COUNTY OF BRONX                         MOTION SEQUENCE NO.: 004
   HOUSING PART M, RM.460
   SEPTEMBER 26, 2011

---

2229 CRESTON          PARTNERS                 |    DECISION/ORDER
                         PETITIONER(S),        |
        AGAINST                                |    PRESENT:
DELGADO/NYCHA         JOEL                      |
                         RESPONDENT(S)          |    LOUIS J. VILLELLA
                                               |         JUDGE

---

        RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

                        PAPERS                        NUMBERED

    NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... |_____
    ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... |_____
    ANSWERING AFFIDAVITS.......................... |_____
    REPLYING AFFIDAVITS........................... |_____
    EXHIBITS...................................... |_____
    STIPULATIONS.................................. |_____
    OTHER_____ |_____

        UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

        11/1/11 DRAW
                all stays vacated

---

11-1-11                              _____
DATE                                 JUDGE, CIVIL/HOUSING COURT

                        ADJOURNMENTS

GENERATED: 09/12/2011 @ 12:26:58      CIV LT-85 (7/99) (REPLACES 43-2030)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

INDEX NO. 047671/2010
SEQ NO. 006

2229 CRESTON         PARTNERS
                     PETITIONER(S),
          AGAINST
DELGADO/NYCHA        JOEL
                     RESPONDENT(S)

PREMISES:
2229  CRESTON AVENUE        17
BRONX               NY 104530000

UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL          DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON  FEBRUARY  21, 2012,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                    CIVIL COURT OF THE CITY OF NEW YORK
                    HOUSING PART: PART M, RM.460
                    LOCATED AT:  1118 GRAND CONCOURSE, BRONX
                    ON:          MARCH 05, 2012, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
AND FURTHER RELIEF AS MAY BE JUST.

UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
     ATTORNEY(OR PARTY)                          MARSHAL:
(JUDGE TO INITIAL)                          (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"    __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.               __BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE      __BY FIRST CLASS MAIL WITH CERTIFICATE
  OF MAILING AT POST OFFICE                   OF MAILING AT POST OFFICE
ON OR BEFORE _____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                              MARSHAL:
DAVID MOSS & ASSOCIATES                JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2103          319 EAST 233RD STREET
NEW YORK, NY 10017                     BRONX, NY 10470
TELEPHONE: (212) 586-6780              TELEPHONE: (718) 654-3000

_____                  LOUIS   VILLELLA
    DATE                               JUDGE CIVIL HOUSING COURT

DENIED _____
GENERATED: 02/21/2012 @ 13:14:54        CIV-LT-71 (REVISED 7/99)

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

_____ Petitioner,

Address: _2229 Creston Ave_

_Delgado_                              Respondent

Apt. _17_

State of New York, County of _Bronx_ ss.:

I _Joan Velilla_ , being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | |
|---|---|
| **1.** **PARTY** | ☒JV  a) I am the tenant named as respondent in the above summary proceeding. |
| | b) I am the person claiming possession to these premises and am the _Cousin_ of the tenant named above. |

**2.**
**SERVICE**
**and ANSWER**
_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3.**
**EXCUSE**  ☒JV  On the Date of Trial before Judge _2-11-12 Aset ba_
a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____

☒JV  b) a Judgment was entered **(after trial) (after stipulation)** but **(I) (the Landlord)** *failed to comply* with the Order of the Court because:_____

**4.**
**DEFENSE**
I allege that I have a good defense because:

| | |
|---|---|
| _____ I was improperly served. | _____ petitioner is not the owner. |
| _____ the amount being claimed is incorrect. | _____ no rent was demanded. |
| _____ there is credit due for rent overcharge. | _____ the rent has been partially/fully paid.* |
| _____ the rent has been offered and refused. | _____ I have been harassed. |

_____ there are conditions in the apartment which need repair, or services which have not been provided.
☒JV  *Explain rent payments, if any, or other defense: _He is puerto Rico Due to Grandmothers Death. wont be back till 27_

**5.**
**REQUEST**  ☒JV  I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.**
**PRIOR**
**ORDER**  ☒JV  a) I have not had a previous Order to Show Cause regarding this index number.
☒JV  b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _He in RR_

Sworn to before me this _21_ day of _Feb_ , 20 _12_

X _Juan Nicolas_
Signature of Respondent

_____
Signature of Court Employee and Title

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

***********************************************************************************
***********************************************************************************

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
HOUSING PART M, RM. 460
FEBRUARY 17, 2012

INDEX NO. 047671/2010
MOTION SEQUENCE NO.: 005

| | |
|---|---|
| 2229 CRESTON PARTNERS<br>PETITIONER(S),<br>AGAINST<br>DELGADO/NYCHA JOEL<br>RESPONDENT(S) | DECISION/ORDER<br><br>PRESENT:<br><br>LOUIS J. VILLELLA<br>JUDGE |

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

| PAPERS | NUMBERED |
|---|---|
| NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... | |
| ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... | |
| ANSWERING AFFIDAVITS.......................... | |
| REPLYING AFFIDAVITS........................... | |
| EXHIBITS...................................... | |
| STIPULATIONS.................................. | |
| OTHER | |
| | |

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

~~Respondent's motion is granted to the following extent over petitioner's objection. Respondent acknowledges owing $24,258.59 in rental arrears through Feb. 29, 2012. Execution of the warrant is stayed through Feb. 27, 2012, for payment of $24,258.59.~~

MDNOA All stays vacated. Marshal's notice may be re-mailed forthwith.

2-17-12

DATE

2-21-12

JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

MYS1.0

# Civil Court of the City o...

COUNTY OF _____ Bnx

Housing Part M

[PLEASE PRESS HARD]

4767-10

_____ Petitioner,

against

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Delgado/nyche _____ Respondent

Address: 2229 Creston Ave

_____ Apt. 17

State of New York, County of ___ Bnx ___ ss.:

Juan Velilla
(Print Your Name)
_____ , being duly sworn, deposes and says:

Tenant's Initials

**1. PARTY**    JV   a) I am the tenant named as respondent in the above summary proceeding.
              JV   b) I am the person claiming possession to these premises and am the _A friend suppose to be_
                      _on lease._

**2. SERVICE and ANSWER**
_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**
On the Date of Trial before Judge _____
_____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: _____
JV b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because: _____

**4. DEFENSE**
I allege that I have a good defense because:
_____ I was improperly served.                    _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.       _____ no rent was demanded.
_____ there is credit due for rent overcharge.     _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.       _____ I have been harassed.
✓ there are conditions in the apartment which need repair, or services which have not been provided.
JV *Explain rent payments, if any, or other defense: Joel been in 2nd out the
hospital he been in Hospital due to major car accident
he has the money order just wanna reschedule

**5. REQUEST**   JV   I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER**
JV a) I have not had a previous Order to Show Cause regarding this index number.
JV b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this ___ day of Feb , 20 17

_____
Signature of Court Employee and Title

Juan _____
Signature of Respondent

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

```
  2229 CRESTON                PETITIONER(S)
              AGAINST                        PREMISES:
DELGADO/NYCHA     JOEL                       2229  CRESTON AVENUE        17
                  RESPONDENT(S)              BRONX          NY 104530000
```

UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL           DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON FEBRUARY  01, 2012,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
            CIVIL COURT OF THE CITY OF NEW YORK
            HOUSING PART: PART M, RM.460
            LOCATED AT:   1118 GRAND CONCOURSE, BRONX
            ON:           FEBRUARY 17, 2012, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
AND FURTHER RELIEF AS MAY BE JUST.

UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
        ATTORNEY(OR PARTY)                        MARSHAL:
(JUDGE TO INITIAL)                         (JUDGE TO INITIAL)
_BY PERSONAL SERVICE "IN HAND DELIVERY"    _BY PERSONAL SERVICE "IN HAND DELIVERY"
_BY CERTIFIED MAIL, R. R. R.               _BY CERTIFIED MAIL, R. R. R.
_BY FIRST CLASS MAIL WITH CERTIFICATE      _BY FIRST CLASS MAIL WITH CERTIFICATE
  OF MAILING AT POST OFFICE                  OF MAILING AT POST OFFICE
ON OR BEFORE _____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

```
ATTORNEY:                          MARSHAL:
DAVID MOSS & ASSOCIATES            JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102  -   29 EAST 233RD STREET
NEW YORK, NY 10017                 BRONX,  NY 10470
TELEPHONE: (212) 566-6780          TELEPHONE: (718) 654-3000


     _____                 LOUIS J. VILLELLA
        DATE                       JUDGE, CIVIL/HOUSING COURT


DENIED _____
GENERATED: 02/01/2012 @ 14:49:49       CIV-LT-71 (REVISED 7/99)
```

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

INDEX NO. 047671/2010
SEQ NO. 007

2229 CRESTON          PARTNERS
                       PETITIONER(S),
       AGAINST                        PREMISES:
DELGADO/NYCHA    JOEL                 2229  CRESTON AVENUE          17
                 RESPONDENT(S)        BRONX            NY 104530000

        UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL          DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON  FEBRUARY  23, 2012,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

        LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
               CIVIL COURT OF THE CITY OF NEW YORK
               HOUSING PART: PART M, RM. 460
               LOCATED AT:   1118 GRAND CONCOURSE, BRONX
               ON:           MARCH 08, 2012, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

        VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
        RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
        AND FURTHER RELIEF AS MAY BE JUST.

        UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

        SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
        ATTORNEY(OR PARTY)                        MARSHAL:
(JUDGE TO INITIAL)                        (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"   __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.              __BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE     __BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                  OF MAILING AT POST OFFICE
ON OR BEFORE _____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

        PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK'S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                 MARSHAL:
DAVID MOSS & ASSOCIATES                   JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102             29 EAST 233RD STREET
NEW YORK, NY 10017                        BRONX,  NY 10470
TELEPHONE: (212) 566-6780                 TELEPHONE: (718) 654-3000


                                          LOUIS J. VILLELLA
                                          JUDGE, CIVIL/HOUSING COURT
     DATE

DENIED
GENERATED: 02/23/2012 @ 13:58:28          CIV-LT-71 (REVISED 7/99)

```
                                    VS DELGADO/NYCHA          JOEL
              APPL:   7
             $7,840.60 PETN ATTY: DAVID MOSS & ASSOCIATES
FILING DTE       FILING TYPE    CASE TYPE1    CASE TYPE2    CASE TYPE3
08/31/2010       PET/NP          RESDT        NON-PAY
PETITIONER:
2229 CRESTON PARTNERS LLC
RESPONDENT:
DELGADO
NYCHA                                                   JOEL
PREMISES ADDRESS:
2229   CRESTON AVENUE            17
BRONX               NY 10453
DESCRIPTION:
17


01/27/2011 001 OSC BY RESP SIGNED BY   LJV  02/10/2011 M    09:30A
                VACATE DEFAULT JUDGMENT
                ASSIGN TO PART M
02/10/2011     001 CLN M     09:30A ADJN  03/02/2011 M    09:30A LJV    OSC
03/02/2011     002 CLN M     09:30A ADJN  03/23/2011 M    09:30A LJV    OSC
03/23/2011     003 CLN M     09:30A ADJN  04/19/2011 M    09:30A LJV    OSC
04/19/2011     004 CLN M     09:30A ADJN  05/11/2011 M    09:30A LJV    OSC
05/11/2011     005 CLN M     09:30A DNAM                         LJV    OSC

05/13/2011 002 OSC BY RESP SIGNED BY   LJV  05/31/2011 M    09:30A
                VACATE JUDGMENT
05/31/2011     001 CLN M     09:30A ADJN  07/11/2011 M    09:30A LJV    OSC
07/11/2011     002 CLN M     09:30A ADJN  09/07/2011 M    09:30A LJV    OSC
09/07/2011     003 CLN M     09:30A DNAM                         LJV    OSC

09/07/2011 003 OSC BY RESP DENIED BY   LJV
                VACATE JUDGMENT

09/12/2011 004 OSC BY RESP SIGNED BY   LJV  09/26/2011 M    09:30A
                VACATE JUDGMENT
09/26/2011     001 CLN M     09:30A ADJN  11/01/2011 M    09:30A LJV    OSC
11/01/2011     002 CLN M     09:30A DNAM                         LJV    OSC

02/01/2012 005 OSC BY RESP SIGNED BY   LJV  02/17/2012 M    09:30A
                VACATE JUDGMENT
02/17/2012     001 CLN M     09:30A ADJN  02/21/2012 M    09:30A LJV    OSC
02/21/2012     002 CLN M     09:30A DNAM                         LJV    OSC

02/21/2012 006 OSC BY RESP DENIED BY   LJV
                VACATE JUDGMENT

02/23/2012 007 OSC BY RESP SIGNED BY   LJV  03/08/2012 M    09:30A
                VACATE JUDGMENT
03/08/2012     001 CLN M     09:30A                                     OSC

12/23/2010 001    WAR WARRANT REQUESTED
01/03/2011 001 FJD PAPERS REVIEWED
01/03/2011 001 FJD SUBMITTED TO AL    FAIL TO ANSWER
01/03/2011 001    WAR WARRANT REVIEWED
01/12/2011 001 FJD SIGNED BY AL
                FAIL TO ANSR/
                POSS QWARDED V MONEY QWARD       $.00
```

JUDGMENT AGAINST:
DELGADO                                              JOEL
01/12/2011 001    WAR WARRANT ISSUED    JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
DELGADO                                              JOEL

**9767 1 /10**

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Petitioner,

against

**Delgado**          Respondent

Address: X addreRestonve
BRONX NY 10451, Apt 17

State of New York, County of _____ ss.:

X JOEL DELGADO

Tenant's Initials

_____, being duly sworn, deposes and says:

**1. PARTY**
a) I am the tenant named as respondent in the above summary proceeding.
b) I am the person claiming possession to these premises and am the of the tenant named above.

**2. SERVICE and ANSWER**
I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**
On the Date of Trial before Judge _____
a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: X Was In the Hospity
b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because:_____

2/21 DNDN

**4. DEFENSE**
I allege that I have a good defense because:
___ I was improperly served.
___ the amount being claimed is incorrect.
___ there is credit due for rent overcharge.
___ the rent has been offered and refused.
___ there are conditions in the apartment which need repair, or services which have not been provided.
___ petitioner is not the owner.
___ no rent was demanded.
___ the rent has been partially/fully paid.*
___ I have been harassed.
*Explain rent payments, if any, or other defense: I dont owe that rent

**5. REQUEST**
I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER**
a) I have not had a previous Order to Show Cause regarding this index number.
b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because:_____

Sworn to before me this ___ day of ___ , 20 __

X JOEL DELGADO
Signature of Respondent

Signature of Court Employee and Date

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

Page 43

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF ___BX___                    HOUSING PART M

2229 CRESTON

Petitioner(s)

(-against-)

Respondent(s)

JOEI DEIGADO

INDEX NO. 47671|10

HON. VIIIEIIZ

DATED ℞ℛℛℙℐ 2/13/12

PREMISES 2229 CRESTON

APT # i7

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation of settlement of the issues in this matter.

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED BY THE PARTIES HERE TO THAT:**

Petition amended to include all rent through _____ in the sum of $_____. Respondent(s) consents to a final judgment in the amount of $ _____. Issuance of the warrant _____. Warrant shall issue/execute on default in payment.

Action settled, Respondent(s) agree to pay $ _____ by _____

Default shall authorize Petitioner to restore for appropriate relief on _____ days written notice by regular mail.

Respondent(s) agrees to timely pay future rent as it becomes due. All monies received will first be applied to current rent and the remainder to arrears. Petitioner may accept partial payment without prejudice. Upon default, Marshal's Notice required, remail only. Tenant acknowledges that the condition of the premises is satisfactory.

_Case adjourned to 4/18/12 for trial at 9:30 am._

Petitioner by _____

Attorneys for Petitioner
**DAVID L. MOSS & ASSOCIATES**
370 LEXINGTON AVENUE, SUITE 2102
NEW YORK, NY 10017
TEL: (212) 566-6780
FAX: (212) 937-4682

Respondent(s): _Juan _____

No tenancy rights

Page 44

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. 047671/2010
     COUNTY OF BRONX                          MOTION SEQUENCE NO.: 008
     HOUSING PART M, RM. 460
     MARCH 13, 2012
```

```
-------------------------------             DECISION/ORDER

2229 CRESTON        PARTNERS
                    PETITIONER(S),
           AGAINST                           PRESENT:
DELGADO/NYCHA       JOEL
                    RESPONDENT(S)             LOUIS J. VILLELLA
                                                 JUDGE
-------------------------------
```

        RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

                          PAPERS                        NUMBERED

        NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... |_____
        ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... |_____
        ANSWERING AFFIDAVITS.......................... |_____
        REPLYING AFFIDAVITS........................... |_____
        EXHIBITS...................................... |_____
        STIPULATIONS.................................. |_____
        OTHER_____ |_____
                                                       |_____

        UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

        4-24-12 MDNAM all days Vacated
        Marshal's notice by mail
        pertinent

DATE 4/24/12

                                JUDGE, CIVIL/HOUSING COURT

                        ADJOURNMENTS

4.24.12

GENERATED: 02/28/2012 @ 15:23:47          CIV-LT-85 (7/99) (REPLACES 43-2030)

CIVIL COURT

COUNTY OF _____

Housing Part

_____ Petitioner,

against

Delgado _____ Respondent

**(PLEASE PRESS HARD)**

47671/10

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Address: X 2229 Creston Ave _____

_____ Apt. 17

State of New York, County of _____ Bronx _____ ss.:

X JOEL Delgado _____, being duly sworn, deposes and says:

Tenant's Initials          (Print Your Name)

| | | |
|---|---|---|
| **1.**<br>**PARTY** X | JD | a) I am the tenant named as respondent in the above summary proceeding. |
| | | b) I am the person claiming possession to these premises and am the _____<br>of the tenant named above. |

**2.**
**SERVICE**
**and ANSWER** X ___ JD ___ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.

_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3.**
**EXCUSE** _____ On the Date of Trial before Judge _____

_____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in

Court on the date scheduled for **(Trial) (Motion)** is: _____

X ___ JD ___ b) a Judgment was entered **(after trial) (after stipulation)** but (I) (the Landlord) *failed to comply* with the Order

of the Court because: Attach Payment of my share

section 8 didn't pay they share cuss of repairs

**4.**
**DEFENSE** I allege that I have a good defense because:

_____ I was improperly served.          _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.          _____ no rent was demanded.
_____ there is credit due for rent overcharge.          _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.          _____ I have been harassed.
_____ there are conditions in the apartment which need repair, or services which have not been provided.

X ___ JD ___ *Explain rent payments, if any, or other defense: Rent Amount is wrong

I Do not owe that amount

**5.**
**REQUEST** X ___ JD ___ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.**
**PRIOR**
**ORDER** X ___ JD ___ a) I have not had a previous Order to Show Cause regarding this index number.

___ JD ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this further

application because: cause. I was in the hospital

Sworn to before me this 28 day of Feb , 20 12          X Joel Delgado

_____          Signature of Respondent
Signature of Court Employee and Title

CIV-LT-11 (Replaces CIV-LT-11H) (Revised, March, 2000)          Page 46

```
2229 CRESTON          PARTNERS
                          PETITIONER(S),
           AGAINST
DELGADO/NYCHA        JOEL                 PREMISES:
                     RESPONDENT(S)        2229  CRESTON AVENUE      17
                                          BRONX           NY 104530000
```

UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL               DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON  FEBRUARY  28, 2012,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                   CIVIL COURT OF THE CITY OF NEW YORK
                   HOUSING PART: PART M, RM.460
                   LOCATED AT:   1118 GRAND CONCOURSE, BRONX
                   ON:           MARCH 13, 2012, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
AND FURTHER RELIEF AS MAY BE JUST.

UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),

ATTORNEY(OR PARTY)                          MARSHAL:
(JUDGE TO INITIAL)                          (JUDGE TO INITIAL)
_BY PERSONAL SERVICE "IN HAND DELIVERY"     _BY PERSONAL SERVICE "IN HAND DELIVERY"
_BY CERTIFIED MAIL, R. R. R.                _BY CERTIFIED MAIL, R. R. R.
_BY FIRST CLASS MAIL WITH CERTIFICATE       _BY FIRST CLASS MAIL WITH CERTIFICATE
 OF MAILING AT POST OFFICE                   OF MAILING AT POST OFFICE
ON OR BEFORE _____                  _____, SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                   MARSHAL:
DAVID MOSS & ASSOCIATES                     JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102               29 EAST 233RD STREET
NEW YORK, NY 10017                          BRONX,  NY 10470
TELEPHONE: (212) 566-6780                   TELEPHONE: (718) 654-3000

_____                      LOUIS J. VILLELLA
     DATE                                    JUDGE, CIVIL/HOUSING COURT

DENIED _____
GENERATED: 02/28/2012 @ 15:23:07      CIV-LT-71 (REVISED 7/99)

```
CASE:   04767172010                          VS DELGADO/JOEL
2229 CRESTON          PARTNERS

NO OF RESP OSC APPL:    8
AMT DMD:      $7,840.60 PETN ATTY: DAVID MOSS & ASSOCIATES
FILING DTE    FILING TYPE   CASE TYPE1   CASE TYPE2   CASE TYPE3
08/31/2010     PET/NP        RESDT        NON-PAY
PETITIONER:
2229 CRESTON PARTNERS LLC
RESPONDENT:
DELGADO                                              JOEL
NYCHA
PREMISES ADDRESS:
2229   CRESTON AVENUE          17
BRONX                NY 10453
DESCRIPTION:
17


01/27/2011 001 OSC BY RESP SIGNED BY   LJV  02/10/2011 M    09:30A
               VACATE DEFAULT JUDGMENT
               ASSIGN TO PART M
02/10/2011     001 CLN M      09:30A ADJN  03/02/2011 M    09:30A LJV    OSC
03/02/2011     002 CLN M      09:30A ADJN  03/23/2011 M    09:30A LJV    OSC
03/23/2011     003 CLN M      09:30A ADJN  04/19/2011 M    09:30A LJV    OSC
04/19/2011     004 CLN M      09:30A ADJN  05/11/2011 M    09:30A LJV    OSC
05/11/2011     005 CLN M      09:30A DNAM                  LJV           OSC

05/13/2011 002 OSC BY RESP SIGNED BY   LJV  05/31/2011 M    09:30A
               VACATE JUDGMENT
05/31/2011     001 CLN M      09:30A ADJN  07/11/2011 M    09:30A LJV    OSC
07/11/2011     002 CLN M      09:30A ADJN  09/07/2011 M    09:30A LJV    OSC
09/07/2011     003 CLN M      09:30A DNAM                  LJV           OSC

09/07/2011 003 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT

09/12/2011 004 OSC BY RESP SIGNED BY   LJV  09/26/2011 M    09:30A
               VACATE JUDGMENT
09/26/2011     001 CLN M      09:30A ADJN  11/01/2011 M    09:30A LJV    OSC
11/01/2011     002 CLN M      09:30A DNAM                  LJV           OSC

02/01/2012 005 OSC BY RESP SIGNED BY   LJV  02/17/2012 M    09:30A
               VACATE JUDGMENT
02/17/2012     001 CLN M      09:30A ADJN  02/21/2012 M    09:30A LJV    OSC
02/21/2012     002 CLN M      09:30A DNAM                  LJV           OSC

02/21/2012 006 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT

02/23/2012 007 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT

02/28/2012 008 OSC BY RESP SIGNED BY   LJV  03/13/2012 M    09:30A
               VACATE JUDGMENT
03/13/2012     001 CLN M      09:30A                              OSC

 2/23/2010 001    WAR WARRANT REQUESTED
11/03/2011 001 FJD PAPERS REVIEWED
11/03/2011 001 FJD SUBMITTED TO AL   FAIL TO ANSWER
11/03/2011 001    WAR WARRANT REVIEWED
```









MoneyGram. Money Orders
INTERNATIONAL MONEY ORDER

Susan Velilla

IMPORTANT SEE BACK BEFORE CASHING

11151 S BAY RD, DOVER, DE 19901
ISSUER/DRAWER
MONEYGRAM PAYMENT SYSTEMS, INC

10384511376
02/01/2012
MONEY ORDER-WM
▼ PAY ONLY THIS AMOUNT ▼
**$988.50 cts
NINE HUNDRED EIGHTY EIGHT
DOLLARS 50 CENTS *******

98210023020001
268212 354121376

MoneyGram. Money Orders
INTERNATIONAL MONEY ORDER

10384512
MONEY ORDER
▼ PAY ONLY THIS ▼
**$9
NINE HUNDRED
DOLLARS 00 CE

9821002302
268212 354

PAY TO THE ORDER OF / PAGAR A LA ORDEN DE:
Juan Velilla
IMPORTANT SEE BACK BEFORE CASHING
PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
ADDRESS/DIRECCION: 12 MAIN ST BOSTON, MA 02129
Citizens State Bank of Chico City, Chico City, MN
ISSUER/DRAWER
MONEYGRAM PAYMENT SYSTEMS, INC

R10384512280 8

02/01/2012
10384511375

New York, NY 10003

DELGADO,JOEL
2634877   DOB  1985 (26 yrs)   Male
MD. KENNETH A EGOL. MD

CSN: 488084876



# AMBULATORY SURGERY CENTER PRE-ADMISSION PATIENT INSTRUCTIONS

1. IF YOU GET A COLD , COUGH, OR ANY ILLNESS PRIOR TO YOUR DATE OF SURGERY, NOTIFY YOUR PHYSICIAN.

2. YOU ARE SCHEDULED TO ARRIVE FOR SURGERY ON (DATE) _____ *01 - 13 - 12*
   ☐ REPORT TO _____ *Room* *105* _____ *Thursday* ___ AFTER 5PM-6PM
   ☐ CALL THE AMBULATORY SURGERY CENTER ON _____ AFTER 5PM-6PM
      AT THAT TIME YOU WILL BE ADVISED AS TO THE TIME TO REPORT FOR YOUR PROCEDURE/SURGERY.

3. <u>DO NOT</u> EAT OR DRINK ANYTHING AFTER _____ *Midnight* _____ ON THE DAY OF YOUR SURGERY.

4. YOU MAY BRUSH YOUR TEETH THE MORNING OF SURGERY BUT BE CAREFUL NOT TO SWALLOW ANY WATER.

5. IF YOUR MOUTH AND/OR THROAT FEEL DRY, YOU MAY GARGLE WITH WARM WATER OR MOUTHWASH. DO NOT SWALLOW ANY LIQUIDS OR ALLOW THROAT LOZENGES OR CANDY TO MELT IN YOUR MOUTH.

6. YOU MAY TAKE A SHOWER BUT DO NOT APPLY ANY OILS OR LOTIONS ON YOUR SKIN.

7. DO NOT BRING VALUABLES OR JEWELRY WITH YOU TO THE HOSPITAL.

8. IF YOU WEAR CONTACT LENSES, YOU MUST BRING THE LENS CONTAINER WITH YOU ON THE DAY OF YOUR SURGERY/PROCEDURE. YOU WILL NOT BE PERMITTED TO WEAR YOUR CONTACT LENSES TO THE OPERATING ROOM.

9. DO NOT WEAR MAKEUP OR NAIL POLISH.

10. WEAR LOOSE, COMFORTABLE CLOTHING AND LOW-HEELED SHOES.

11. ALL PATIENTS 17 YEARS OLD AND UNDER MUST HAVE A LEGALLY RESPONSIBLE ADULT ACCOMPANY THEM TO THE HOSPITAL AND HOME AFTER RECOVERY FROM SURGERY.

12. ALL ADULT PATIENTS MUST HAVE A RESPONSIBLE ADULT ACCOMPANY THEM HOME AFTER RECOVERY FROM SURGERY.

13. PLAN TO HAVE SOMEONE STAY WITH YOU 24 HOURS FOLLOWING YOUR SURGERY.

14. IF YOU TAKE ANY MEDICATIONS PRESCRIBED BY A PHYSICIAN YOU MUST CONTACT THE SURGEON. YOU WILL BE INFORMED AS TO WHETHER OR NOT YOU CAN TAKE THOSE MEDICATIONS BEFORE SURGERY.

15. IF YOU HAVE ANY CONCERNS OR QUESTIONS, PLEASE CALL YOUR PHYSICIAN OR THE **AMBULATORY SURGERY CENTER AT: 212-598-6343 OR 212-598-6345.**

PATIENT/SIGNIFICANT OTHER (SIGNATURE): _____

RELATIONSHIP (IF OTHER THAN PATIENT): _____

COPY OF FORM GIVEN TO PATIENT BY (SIGNATURE) _____ R.N.

DATE: _____ *01 - 11 - 12*     347   591   1527

HJDDN01 (5/29/09) HBG 11

05/03/2012 12:50 12127663362 DAVID MOSS & ASSOC PAGE 03/05

'05/02/2012 17:08 7189331813 B.R, & C. P.C. PAGE 03/05
05/02/2012 15:31 7189331813 B.R, & C. P.C. PAGE 03/05

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: HOUSING PART M
---------------------------------------------------------------X
2229 Creston Partners LLC,                        Index No.: 047671/2010
                    Petitioner,

          Against                                 Consent to Change Attorney

JOEL DELGADO,
2229 Creston Avenue
Apartment #17
Bronx, NY 10453
                    Respondents.
---------------------------------------------------------------X

It is hereby consented that Mark H. Cohan & Associates, P.C., located at 2406 Hoffman
Street, Suite 3, Bronx, New York 10458 and telephone number of 718-933-1710 be
substituted as attorneys of record for the Petitioner/undersigned in the above entitled
action in place and stead of the undersigned attorneys as of the date hereof.

Date: May 2, 2012

David I. Moss & Associates
370 Lexington Ave # 2102
New York, NY 10017
Phone: (212) 566-6780

Jessica Schreiber
Mark H. Cohen and Associates, P.C.
Attorneys for Petitioner
2406 Hoffman Street
Suite 3
Bronx, New York 10458
(718) 933 1710

2229 Creston Partners LLC
By: Angela Gazivoda

**CIVIL COURT OF THE CITY OF NEW YORK**

County of Bronx

Date 5/22/12   Part M

Index No. L&T: 47671/10

Page _____ of _____

Hon. Villella

### STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

2229 Creston Partners

Petitioner(s),

against

Joel Delgado

2229 Creston Av 17

Respondent(s)

**Party** (please print)

| Party | | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|---|
| Petitioner | 2229 Creston Partners | | X | | |
| Respondent 1 | Joel Delgado | | X | | |
| Respondent 2 | NYCHA | X discontinued | | | |
| Respondent 3 | | | | | |

The matter is adjourned for all purposes to 7/2/12, MM60 @ 9:30 AM.

Resp to visit LL's office with supporting documents to determine correct amount owed.

X      JOEL DELGADO

# CIVIL COURT OF THE CITY OF NEW YORK

County of Bronx
Date 7/2/12    Part M

Index No. L&T: 47671/10
Page _____ of _____
Hon. Villella

2229 Creston Partners
Petitioner(s),

against

Joel Delgado
2229 Creston Av 17
Respondent(s)

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

**Party (please print)**

| | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner 2229 Creston Partners | | X | | |
| Respondent 1 Joel Delgado | | X | | |
| Respondent 2 NYCHA | deleted | | | |
| Respondent 3 | | | | |

The matter is adjourned for all purposes to 8/1/12, M/460@930AM

LL to repair the following:     Access dates
1- Bedroom window broken      7/9, 7/10, 7/1
2- Kitchen cabinet             9am-5pm
3- Kitchen + bathroom pipes leak   workers by 11AM
4- Front door lock jams        Complete in 30 days
5- Paint thru out
6- Floor tiles thru out        317-454-5740
7- Refrigerator doesn't work
8- Oven doesn't work

Resp to visit LL's office again to determine correct rent owed
· Resp has $10,000 in money orders available when correct amount is determined
Petition amended to date

CIV-LT-30 page 1 (Revised 4/07)

Page 56

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. 047671/2010
     COUNTY OF BRONX                         MOTION SEQUENCE NO.: 009
     HOUSING PART M, RM.460
     MAY 22, 2012
```

| | | | |
|---|---|---|---|
| 2229 CRESTON | PARTNERS | | DECISION/ORDER |
| | PETITIONER(S), | | |
| AGAINST | | | PRESENT: |
| DELGADO/NYCHA | JOEL | | |
| | RESPONDENT(S) | | LOUIS J. VILLELLA |
| | | | JUDGE |

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

| PAPERS | NUMBERED |
|---|---|
| NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... | _____ |
| ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... | _____ |
| ANSWERING AFFIDAVITS.......................... | _____ |
| REPLYING AFFIDAVITS........................... | _____ |
| EXHIBITS...................................... | _____ |
| STIPULATIONS.................................. | _____ |
| OTHER_____ | _____ |

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS AS FOLLOWS:

~~MOTION IS ____ ____ ____ ____~~ ~~W MSA~~

DATE   7-2-12

JUDGE, CIVIL/HOUSING COURT

ADJOURNMENTS

GENERATED: 05/03/2012 @ 15:50:59     CIV-LT-85 (7/99) (REPLACES 43-2030)

[PLEASE PRESS HARD]

Index No. LT _____

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear   b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

2229 Creston _____ , Petitioner,

against

Delgado _____ , Respondent

Address: 2229 Creston Ave
Bronx, NY 10453 Apt. 17

State of New York, County of _BG_ ss.:

_Joel Delgado_ (Print Your Name) , being duly sworn, deposes and says:

**Tenant's Initials**

**1. PARTY**    _JD_
a) I am the tenant named as respondent in the above summary proceeding.
b) I am the person claiming possession to these premises and am the _____
of the tenant named above.

**2. SERVICE and ANSWER**
_____ I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial.
_____ I received a Holdover Notice of Petition and Petition and the date had already passed.

**3. EXCUSE**
On the Date of Trial before Judge _____
_____ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for **(Trial) (Motion)** is: _____

_____ b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because: _____
_____
_____

**4. DEFENSE**
I allege that I have a good defense because:
_____ I was improperly served.
__✓__ the amount being claimed is incorrect.
_____ there is credit due for rent overcharge.
_____ the rent has been offered and refused.
__✓__ there are conditions in the apartment which need repair, or services which have not been provided.
__✓__ petitioner is not the owner.
_____ no rent was demanded.
_____ the rent has been partially/fully paid.*
_____ I have been harassed.

[Explain rent payments, if any, or other defense: _____ I have rent payments. Apartment need a lot of fixing and rent amount is wrong suppose to be less.

**5. REQUEST**
_____ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6. PRIOR ORDER**
__✓__ a) I have not had a previous Order to Show Cause regarding this index number.
_____ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: _____

Sworn to before me this _3_ day of _May_ , 20 1_

_____
Signature of Court Employee and Title

_____
Signature of Respondent

CIV-LT-11 (Replaces CIV-LT-11B) (Revised, March, 2000)

ORDER TO SHOW CAUSE TO VACATE DEFAULT

2229 CRESTON          PARTNERS
                          PETITIONER(S),

         AGAINST                               PREMISES:
DELGADO/NYCHA         JOEL                     2229  CRESTON AVENUE        17
                         RESPONDENT(S)         BRONX              NY 104530000

        UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL            DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON        MAY 03, 2012,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN:

        LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
                    CIVIL COURT OF THE CITY OF NEW YORK
                    HOUSING PART: PART M, RM.460
                    LOCATED AT:   1118 GRAND CONCOURSE, BRONX
                    ON:           MAY 22, 2012, AT 09:30 AM

OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

        VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
        RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
        AND FURTHER RELIEF AS MAY BE JUST.

        UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

        SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
        ATTORNEY(OR PARTY)                              MARSHAL:
(JUDGE TO INITIAL)                              (JUDGE TO INITIAL)
  BY PERSONAL SERVICE "IN HAND DELIVERY"          BY PERSONAL SERVICE "IN HAND DELIVERY"
  BY CERTIFIED MAIL, R. R. R.                     BY CERTIFIED MAIL, R. R. R.
  BY FIRST CLASS MAIL WITH CERTIFICATE            BY FIRST CLASS MAIL WITH CERTIFICATE
     OF MAILING AT POST OFFICE                       OF MAILING AT POST OFFICE
ON OR BEFORE                        5/4/12       , SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.

        PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:                                       MARSHAL:
DAVID MOSS & ASSOCIATES                         JOHN VILLANUEVA-BADGE #36
370 LEXINGTON AVENUE STE 2102                   29 EAST 233RD STREET
NEW YORK, NY 10017                              BRONX,  NY 10470
TELEPHONE: (212) 566-6780                       TELEPHONE: (718) 654-3000


_____                                LOUIS J. MILLELLA
     DATE                                       JUDGE, CIVIL/HOUSING COURT


DENIED _____
GENERATED: 05/03/2012 @ 15:50:5

Page 59

OF PROCEEDINGS

CASE: 047671/2010
2229 CRESTON       PARTNERS        VS DELGADO/NYCHA       JOEL

NO OF RESP OSC APPL:    9
AMT DMD:     $7,840.60 PETN ATTY: DAVID MOSS & ASSOCIATES
FILING DTE    FILING TYPE    CASE TYPE1    CASE TYPE2    CASE TYPE3
08/31/2010      PET/NP         RESDT        NON-PAY
PETITIONER:
2229 CRESTON PARTNERS LLC
RESPONDENT:
DELGADO                                              JOEL
NYCHA
PREMISES ADDRESS:
2229    CRESTON AVENUE              17
BRONX              NY 10453
DESCRIPTION:
17


01/27/2011 001 OSC BY RESP SIGNED BY   LJV  02/10/2011 M      09:30A
               VACATE DEFAULT JUDGMENT
               ASSIGN TO PART M
02/10/2011    001 CLN M    09:30A ADJN  03/02/2011 M    09:30A LJV    OSC
03/02/2011    002 CLN M    09:30A ADJN  03/23/2011 M    09:30A LJV    OSC
03/23/2011    003 CLN M    09:30A ADJN  04/19/2011 M    09:30A LJV    OSC
04/19/2011    004 CLN M    09:30A ADJN  05/11/2011 M    09:30A LJV    OSC
05/11/2011    005 CLN M    09:30A DNAM                      LJV    OSC


05/13/2011 002 OSC BY RESP SIGNED BY   LJV  05/31/2011 M      09:30A
               VACATE JUDGMENT
05/31/2011    001 CLN M    09:30A ADJN  07/11/2011 M    09:30A LJV    OSC
07/11/2011    002 CLN M    09:30A ADJN  09/07/2011 M    09:30A LJV    OSC
09/07/2011    003 CLN M    09:30A DNAM                      LJV    OSC


09/07/2011 003 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT


09/12/2011 004 OSC BY RESP SIGNED BY   LJV  09/26/2011 M      09:30A
               VACATE JUDGMENT
09/26/2011    001 CLN M    09:30A ADJN  11/01/2011 M    09:30A LJV    OSC
11/01/2011    002 CLN M    09:30A DNAM                      LJV    OSC


02/01/2012 005 OSC BY RESP SIGNED BY   LJV  02/17/2012 M      09:30A
               VACATE JUDGMENT
02/17/2012    001 CLN M    09:30A ADJN  02/21/2012 M    09:30A LJV    OSC
02/21/2012    002 CLN M    09:30A DNAM                      LJV    OSC


02/21/2012 006 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT


02/23/2012 007 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT


02/28/2012 008 OSC BY RESP SIGNED BY   LJV  03/13/2012 M      09:30A
               VACATE JUDGMENT
03/13/2012    001 CLN M    09:30A ADJN  04/24/2012 M    09:30A LJV    OSC
04/24/2012    002 CLN M    09:30A DNAM                      LJV    OSC


05/03/2012 009 OSC BY RESP SIGNED BY   LJV  05/22/2012 M      09:30Page 60
               VACATE JUDGMENT

08/1/2010

2229 CRESTON        PARTNERS        VS DELGADO/NYCHA        JOEL

05/22/2012    001 CLN M      09:30A                                    DSC

12/23/2010 001    WAR WARRANT REQUESTED
01/03/2011 001 FJD PAPERS REVIEWED
01/03/2011 001 FJD SUBMITTED TO AL    FAIL TO ANSWER
01/03/2011 001    WAR WARRANT REVIEWED
01/12/2011 001 FJD SIGNED BY AL
                  FAIL TO ANSR/
                  POSS AWARDED Y MONEY AWARD         $.00
JUDGMENT AGAINST:
DELGADO                                                     JOEL
01/12/2011 001    WAR WARRANT ISSUED    JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
DELGADO                                              JOEL









**MoneyGram.** Money Orders ⊛ INTERNATIONAL MONEY ORDER

20270000204
MONEY ORDER — WM

**PAY ONLY THIS AMOUNT**

\* S 9 7 8 .00

NINE HUNDRED SEVENTY EIGHT

DOLLARS 00 CENTS \*\*\*\*\*\*\*\*\*

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Joel Delgado

IMPORTANT - SEE BACK BEFORE CASHING

John Sean

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION: 326 Bay St Apopka Fl 32712

Payable Through
Wells Fargo Bank
South Central, N.A.
Anchorage, Alaska

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

6052814599845 9
2758000284080204

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

⑆091916187⑆202⑈  0000204⑈ 90

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**MoneyGram.** Money Orders ⊛ INTERNATIONAL MONEY ORDER

03/03/2011
20270000203
MONEY ORDER — WM

**PAY ONLY THIS AMOUNT**

\* S 9 7 8 .00

NINE HUNDRED SEVENTY EIGHT

DOLLARS 00 CENTS \*\*\*\*\*\*\*\*\*

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Joel Delgado

IMPORTANT - SEE BACK BEFORE CASHING

John Sean

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION: 326 Bay St Apopka Fl 32712

Payable Through
Wells Fargo Bank
South Central, N.A.
Anchorage, Alaska

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

6052814599845 9
2758000284080203

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

⑆091916187⑆202⑈  0000203⑈ 90

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**MoneyGram.** Money Orders ⊛ INTERNATIONAL MONEY ORDER

02/20/2012
20386520127
MONEY ORDER — WM

**PAY ONLY THIS AMOUNT**

\* \* 985 .00

NINE HUNDRED EIGHTY-FIVE\*\*\*

DOLLARS & 00 CENTS\*\*\*\*\*\*\*\*\*

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Creston Partner's

IMPORTANT - SEE BACK BEFORE CASHING

Stacey Green

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION: 13772 OLIVE ST, WESTMINISTER, CA 92683

Payable Through
Wells Fargo Bank
South Central, N.A.
Anchorage, Alaska

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC

6052837889378 8
1839200218089127

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

⑆091900533⑆2038  6520127⑈ 90

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
ORDER TO SHOW CAUSE TO VACATE DEFAULT JUDGMENT AND TO RESTORE TO THE CALENDAR

INDEX NO. 047871/2010
SEQ NO. 010

2229 CRESTON            PARTNERS
                        PETITIONER(S),
        AGAINST
DELGADO/NYCHA           JOEL
                        RESPONDENT(S)

PREMISES:
2229 CRESTON AVENUE           17
BRONX            NY 104530000

UPON THE ANNEXED AFFIDAVIT (ON BEHALF) OF JOEL            DELGADO/NYCHA,
THE ABOVE NAMED RESPONDENT(S), SWORN TO ON            JULY 2, 2012,
AND UPON ALL THE PAPERS AND PROCEEDINGS HEREIN,

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE
            CIVIL COURT OF THE CITY OF NEW YORK
            HOUSING PART: PART M, RM. 460
            LOCATED AT: 1118 GRAND CONCOURSE, BRONX
            ON:            JULY 16, 2012, AT 09:30 AM
OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:

VACATING THE JUDGMENT BASED ON THE RESPONDENTS FAILURE TO APPEAR,
RESTORING THE CASE TO THE CALENDAR AND/OR GRANTING SUCH OTHER
AND FURTHER RELIEF AS MAY BE JUST.

UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE STAYED.

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
        ATTORNEY(OR PARTY)
(JUDGE TO INITIAL)                              MARSHAL:
__BY PERSONAL SERVICE "IN HAND DELIVERY"       (JUDGE TO INITIAL)
__BY CERTIFIED MAIL, R. R.                     __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY FIRST CLASS MAIL WITH CERTIFICATE         __BY CERTIFIED MAIL, R. R. R.
        OF MAILING AT POST OFFICE              __BY FIRST CLASS MAIL WITH CERTIFICATE
ON OR BEFORE _____                            OF MAILING AT POST OFFICE
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.  , SHALL BE DEEMED GOOD AND SUFFICIENT.

PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE

ATTORNEY:
DAVID MOSS & ASSOCIATES                MARSHAL:
370 LEXINGTON AVENUE STE 2102          JOHN VILLANUEVA-BADGE #36
NEW YORK, NY 10017                     29 EAST 233RD STREET
TELEPHONE: (212) 566-6780              BRONX, NY 10470
                                       TELEPHONE: (718) 654-3000

7/2/12

Withdrawn - Stip entered between the parties

[ ] 07/02/2012 @ 15:12:18

LOUIS J. VILLELLA
JUDGE, CIVIL/HOUSING COURT

**************************************************************
**************************************************************

```
CIVIL COURT OF THE CITY OF NEW YORK        INDEX NO. 047671/2010
     COUNTY OF BRONX                       MOTION SEQUENCE NO.: 010
     HOUSING PART M, RM.460
     JULY 16, 2012

_____
                                           DECISION/ORDER
2229 CRESTON        PARTNERS
                       PETITIONER(S),
         AGAINST                           PRESENT:
DELGADO/NYCHA       JOEL
                       RESPONDENT(S)       LOUIS J. VILLELLA
                                                 JUDGE
_____
```

        RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS OSC TO VACATE DEFAULT JUDGMENT/RESTORE TO THE CALENDAR

                         PAPERS                    NUMBERED

        NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... |_____
        ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... |_____
        ANSWERING AFFIDAVITS......................... |_____
        REPLYING AFFIDAVITS.......................... |_____
        EXHIBITS..................................... |_____
        STIPULATIONS................................. |_____
        OTHER_____ |_____
        _____|

        UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:

_____

_____

_____

_____

_____

_____

_____

_____


_____              _____
DATE                               JUDGE, CIVIL/HOUSING COURT

                        ADJOURNMENTS

```
CASE:  047671/2010
2229 CRESTON        PARTNERS        VS DELGADO/NYCHA        JOEL

NO OF RESP OSC APPL:  10
AMT DMD:    $7,840.60 PETN ATTY: DAVID MOSS & ASSOCIATES
FILING DTE   FILING TYPE   CASE TYPE1   CASE TYPE2   CASE TYPE3
08/31/2010    PET/NP        RESDT        NON-PAY
PETITIONER:
2229 CRESTON PARTNERS LLC
RESPONDENT:
DELGADO                                          JOEL
NYCHA
PREMISES ADDRESS:
2229  CRESTON AVENUE           17
BRONX              NY 10453
DESCRIPTION:
17
```

```
01/27/2011 001 OSC BY RESP SIGNED BY   LJV  02/10/2011 M     09:30A
                VACATE DEFAULT JUDGMENT
                ASSIGN TO PART M
02/10/2011     001 CLN M     09:30A ADJN  03/02/2011 M     09:30A LJV    OSC
03/02/2011     002 CLN M     09:30A ADJN  03/23/2011 M     09:30A LJV    OSC
03/23/2011     003 CLN M     09:30A ADJN  04/19/2011 M     09:30A LJV    OSC
04/19/2011     004 CLN M     09:30A ADJN  05/11/2011 M     09:30A LJV    OSC
05/11/2011     005 CLN M     09:30A DNAM                          LJV    OSC

05/13/2011 002 OSC BY RESP SIGNED BY   LJV  05/31/2011 M     09:30A
                VACATE JUDGMENT
05/31/2011     001 CLN M     09:30A ADJN  07/11/2011 M     09:30A LJV    OSC
07/11/2011     002 CLN M     09:30A ADJN  09/07/2011 M     09:30A LJV    OSC
09/07/2011     003 CLN M     09:30A DNAM                          LJV    OSC

09/07/2011 003 OSC BY RESP DENIED BY   LJV
                VACATE JUDGMENT

09/12/2011 004 OSC BY RESP SIGNED BY   LJV  09/26/2011 M     09:30A
                VACATE JUDGMENT
09/26/2011     001 CLN M     09:30A ADJN  11/01/2011 M     09:30A LJV    OSC
11/01/2011     002 CLN M     09:30A DNAM                          LJV    OSC

02/01/2012 005 OSC BY RESP SIGNED BY   LJV  02/17/2012 M     09:30A
                VACATE JUDGMENT
02/17/2012     001 CLN M     09:30A ADJN  02/21/2012 M     09:30A LJV    OSC
02/21/2012     002 CLN M     09:30A DNAM                          LJV    OSC

02/21/2012 006 OSC BY RESP DENIED BY   LJV
                VACATE JUDGMENT

02/23/2012 007 OSC BY RESP DENIED BY   LJV
                VACATE JUDGMENT

02/28/2012 008 OSC BY RESP SIGNED BY   LJV  03/13/2012 M     09:30A
                VACATE JUDGMENT
03/13/2012     001 CLN M     09:30A ADJN  04/24/2012 M     09:30A LJV    OSC
04/24/2012     002 CLN M     09:30A DNAM                          LJV    OSC

05/03/2012 009 OSC BY RESP SIGNED BY   LJV  05/22/2012 M     09:30A
                VACATE JUDGMENT
```

```
DATE: 07/02/2012                OFFICE OF COURT ADMINISTRATION
TIME: 15:12:23          - BRNX HOUSING COURT INFORMATION SYSTEM -        PAGE:  2
                                  HISTORY OF PROCEEDINGS

CASE:  047671/2010
2229 CRESTON        PARTNERS           VS DELGADO/NYCHA          JOEL

05/22/2012      001 CLN M      09:30A ADJN  07/02/2012 M     09:30A LJV    OSC
07/02/2012      002 CLN M      09:30A                                      OSC

07/02/2012 010 OSC BY RESP SIGNED BY    LJV  07/16/2012 M      09:30A
                   VACATE JUDGMENT
07/16/2012      001 CLN M      09:30A                                      OSC

12/23/2010 001     WAR WARRANT REQUESTED
01/03/2011 001 FJD PAPERS REVIEWED
01/03/2011 001 FJD SUBMITTED TO AL    FAIL TO ANSWER
01/03/2011 001     WAR WARRANT REVIEWED
01/12/2011 001 FJD SIGNED BY AL
                   FAIL TO ANSR/
                   POSS AWARDED Y MONEY AWARD        $.00
JUDGMENT AGAINST:
DELGADO                                              JOEL
01/12/2011 001     WAR WARRANT ISSUED    JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
DELGADO                                              JOEL
```

# Civil Court of the City of New York

**COUNTY OF** _____
Housing Part

Index No. LT **47677-10** [PLEASE PRESS HARD]

_____ Petitioner,

**against**

Delgado / NYCHA Respondent

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE TO VACATE A JUDGMENT**
Based Upon a) Failure To Appear  b) Failure to Comply
and
**TO RESTORE TO THE CALENDAR**

Address: 2229 Creston Ave #17
Bronx N.Y. 10457          Apt. 17

State of New York, County of _____ ss.:

_____ J. Delgado _____, being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | | |
|---|---|---|
| **1.** **PARTY** | J.D. | a) I am the tenant named as respondent in the above summary proceeding. |
| | _____ | b) I am the person claiming possession to these premises and am the _____ of the tenant named above. |

| | | |
|---|---|---|
| **2.** **SERVICE** **and ANSWER** | _____ | I received the Notice of Petition and Petition in this proceeding, filed my answer in the Clerk's Office and received a date for trial. |
| | _____ | I received a Holdover Notice of Petition and Petition and the date had already passed. |

**3.**
**EXCUSE**

On the Date of Trial before Judge _____ 7-2-12 @ 9:30 _____

☑ a) a Judgment was entered against me by default for my *failure to appear*. My reason for not appearing in Court on the date scheduled for (Trial) (Motion) is: _____

_____ b) a Judgment was entered (after trial) (after stipulation) but (I) (the Landlord) *failed to comply* with the Order of the Court because:_____

**4.**
**DEFENSE**

I allege that I have a good defense because:

_____ I was improperly served.                      _____ petitioner is not the owner.
_____ the amount being claimed is incorrect.         _____ no rent was demanded.
_____ there is credit due for rent overcharge.       _____ the rent has been partially/fully paid.*
_____ the rent has been offered and refused.         _____ I have been harassed.
_____ there are conditions in the apartment which need repair, or services which have not been provided.

J.D. *Explain rent payments, if any, or other defense: I have the Rent In money order Its Just the Rent they say I owe Is wrong & they dont want to fix nothing

**5.**
**REQUEST**

_____ I request that the Judgment be vacated, that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**6.**
**PRIOR**
**ORDER**

_____ a) I have not had a previous Order to Show Cause regarding this index number.

☑ b) I have had a previous Order to Show Cause regarding this index number but I am making this further application because: I was In the Hospital today and just got out

Sworn to before me this ___ day of JULY, 20 12      _____
                                                    Signature of Respondent

_____
Signature of Court Employee and Title





PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:   Joel Delgado

IMPORTANT - SEE BACK BEFORE CASHING

Joey Leon

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION:   326 Bray St  Apopka Fl 32712

Payable Through
Wells Fargo Bank
South Central, N.A.
Anchorage, Alaska

**$978.00**
NINE HUNDRED SEVENTY EIGHT
DOLLARS 00 CENTS ********

60528145998459
2758000284080203

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

R20 27000 0020

⑈091916187⑈7027  0000203⑈  90

---

3865201265

**MoneyGram.**
Money Orders
INTERNATIONAL MONEY ORDER

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:   Creston Partner's

IMPORTANT - SEE BACK BEFORE CASHING

Stacey Mason

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

**$985.00**
PAY ONLY THIS AMOUNT

NINE HUNDRED EIGHTY-FIVE
DOLLARS & 00 CENTS ********

2038652012 6
MONEY ORDER - WM

02/20/2012

---

**MoneyGram.**
Money Orders   INTERNATIONAL MONEY ORDER

75-53
919

01/17/2012
10384512229
MONEY ORDER-WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:   Juan Velilla

IMPORTANT   SEE BACK BEFORE CASHING

Nelson Boston

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION:   12 MAIN ST BOSTON. MA 02129

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC

▼  PAY ONLY THIS AMOUNT  ▼  ▼
**$985.00**

NINE HUNDRED EIGHTY FIVE
DOLLARS 00 CENTS ********

9821002 3020001
268212 354122229

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

R10384512229 7

⑈091916187⑈1038  45122297⑈  90

---



THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC, ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**MoneyGram.**
Money Orders   INTERNATIONAL MONEY ORDER

75-53
919

01/17/2012
10384512280
MONEY ORDER-WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:   Juan Velilla

IMPORTANT   SEE BACK BEFORE CASHING

Nelson Boston

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION:   12 MAIN ST BOSTON. MA 02129

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

▼  PAY ONLY THIS AMOUNT  ▼  ▼
**$985.00**

NINE HUNDRED EIGHTY FIVE
DOLLARS 00 CENTS ********

9821002 3020001
268212 354122280

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

R10384512280 8

⑈091916187⑈1038  45122808⑈  90





11376 4

MoneyGram.
Money Orders

INTERNATIONAL MONEY ORDER

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:

Susan Velilla

IMPORTANT - SEE BACK BEFORE CASHING

02/01/2012
10384511376
MONEY ORDER-WM
PAY ONLY THIS AMOUNT

**$988 50
dols
cts

75-53
919

---

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:      Joel Delgado

IMPORTANT - SEE BACK BEFORE CASHING

John Sean

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION:    326 Bay St Apopka Fl 32712

Payable Through          ISSUER/DRAWER:
Wells Fargo Bank         MONEYGRAM PAYMENT SYSTEMS, INC.
South Central, N.A.
Anchorage, Alaska

MONEY ORDER - WM

PAY ONLY THIS AMOUNT

**$978 00

NINE HUNDRED SEVENTY EIGHT
DOLLARS 00 CENTS ***WORDS*

60528145998458
2758000284080204

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

C091916187C2022  0000201270  90

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

MoneyGram.
Money Orders

INTERNATIONAL MONEY ORDER

02/20/2012
20386520127
MONEY ORDER - WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:      Creston Partner's

IMPORTANT - SEE BACK BEFORE CASHING

Stacey Green

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION:    13772 OLIVE ST, WESTMINISTER, CA 92683

Payable Through          ISSUER/DRAWER:
Wells Fargo Bank         MONEYGRAM PAYMENT SYSTEMS, INC.
South Central, N.A.
Anchorage, Alaska

PAY ONLY THIS AMOUNT

**$985 00

NINE HUNDRED EIGHTY-FIVE***
DOLLARS & 00 CENTS*********

60528378893788
1839200218089127

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

75-53
919

R20386520127   6

C091900533C2038  6520127G  90

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

MoneyGram.
Money Orders

INTERNATIONAL MONEY ORDER

02/01/2012
10384511375
MONEY ORDER-WM

PAY ONLY THIS AMOUNT

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE:      Juan Velilla

IMPORTANT - SEE BACK BEFORE CASHING

John

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION:    1151 S BAY RD, DOVER, DE 19901

Payable Through          ISSUER/DRAWER:
Citizens State Bank      MONEYGRAM PAYMENT SYSTEMS, INC
of Clara City
Clara City, MN

**$988 50

NINE HUNDRED EIGHTY EIGHT
DOLLARS 50 CENTS ********

98210023020001
1682135412375

TO AUTHENTICATE RUB CIRCLE
PARA AUTENTICAR RESTREGAR EL CIRCULO

75-53
919

R10384511375   3

C091916187C1038  45113753G  90



PAY TO THE ORDER OF:/
PAGAR A LA
ORDEN DE: Joel Delgado

IMPORTANT - SEE BACK BEFORE CASHING

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION: 326 Bay St Apopka FL 32712

Payable Through
Wells Fargo Bank
South Central, N.A.
Anchorage, Alaska

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

MONEY ORDER - WM
PAY ONLY THIS AMOUNT
NINE HUNDRED SEVENTY EIGHT
DOLLARS 00 CENTS

---

MoneyGram
Money Orders
INTERNATIONAL MONEY ORDER

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Creston Partner's

IMPORTANT - SEE BACK BEFORE CASHING

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR

02/20/2012
2038652012 6
MONEY ORDER - WM

PAY ONLY THIS AMOUNT
NINE HUNDRED EIGHTY-FIVE
DOLLARS 00 CENTS

---

MoneyGram. INTERNATIONAL MONEY ORDER
Money Orders

01/17/2012
10384512229
MONEY ORDER-WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE: Juan Velilla

IMPORTANT  SEE BACK BEFORE CASHING

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION: 12 MAIN ST BOSTON. MA 02129

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

ISSUER/DRAWER
MONEYGRAM PAYMENT SYSTEMS, INC

PAY ONLY THIS AMOUNT
** $ 985 00
NINE HUNDRED EIGHTY FIVE
DOLLARS 00 CENTS ********

98210023020001
268212 354122229

---

MoneyGram. INTERNATIONAL MONEY ORDER
Money Orders

01/17/2012
10384512280
MONEY ORDER-WM

PAY TO THE
ORDER OF:/
PAGAR A LA
ORDEN DE Juan Velilla

IMPORTANT  SEE BACK BEFORE CASHING

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCION: 12 MAIN ST BOSTON. MA 02129

Payable Through
Citizens State Bank
of Clara City
Clara City, MN

ISSUER/DRAWER
MONEYGRAM PAYMENT SYSTEMS, INC

PAY ONLY THIS AMOUNT
** $ 985 00
NINE HUNDRED EIGHTY FIVE
DOLLARS 00 CENTS ********

98210023020001
268212 354122280



## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2012050200166003001E71F7

### RECORDING AND ENDORSEMENT COVER PAGE                    PAGE 1 OF 5

| Document ID: 2012050200166003 | Document Date: 04-25-2012 | Preparation Date: 05-02-2012 |
|---|---|---|

Document Type: DEED
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| JUDICIAL TITLE INSURANCE AGENCY, LLC PICKUP | MARC A. WINSTON, ESQ. |
| 800 WESTCHESTER AVENUE STE S340 | LAZARUS, LAZARUS & WINSTON |
| AS AGENT FOR FIRST AMERICAN - 109869 (MAF) | 3699 BAINBRIDGE AVENUE |
| RYE BROOK, NY 10573 | BRONX, NY 10467 |
| 914-381-6700 | |
| chalpin@judicialtitle.com | |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3170 | 32 | Entire Lot | 2229 CRESTON AVENUE |

Property Type: COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year____ Reel____ Page____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 2229 CRESTON PARTNERS LLC | CONCREST REALTY LLC |
| C/O TREETOP DEVELOPMENT, 550 BROAD STREET | 3200 CRUGER AVENUE, SUITE 201 |
| SUITE 1212 | BRONX, NY 10467 |
| NEWARK, NJ 07102 | |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 52,500.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 8,000.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | RECORDED OR FILED IN THE OFFICE | |
| MTA: | $ | 0.00 | OF THE CITY REGISTER OF THE | |
| NYCTA: | $ | 0.00 | CITY OF NEW YORK | |
| Additional MRT: | $ | 0.00 | Recorded/Filed        05-09-2012 14:02 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ | 57.00 | 2012000184673 | |
| Affidavit Fee: | $ | 0.00 | | |

*City Register Official Signature*

8/01/2012  12:03    7185191480                  GAZIVODA REALTY CO ,                    PAGE  03

109869  ④

THE JUDICIAL TITLE INSURANCE AGENCY LLC
800 WESTCHESTER AVENUE - SUITE 8-840
RYE BROOK, NEW YORK 10573
914-381-6700

## BARGAIN & SALE DEED WITHOUT COVENANTS

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 25 day of April, two thousand and twelve

**BETWEEN**

    **2229 Creston Partners LLC,** a New York limited liability company,
    having an address c/o TreeTop Development,
    550 Broad Street, Suite 1212, Newark, New Jersey 07102,

    party of the first part, and

    **Concrest Realty LLC,** a New York limited liability company,
    having an address at 3200 Cruger Avenue, Suite 201, Bronx, New York 10467,

    party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the **BOROUGH AND COUNTY OF BRONX, CITY AND STATE OF NEW YORK,** bounded and described more particularly as set forth in Schedule A annexed hereto and made a part hereof;

        **See SCHEDULE A annexed hereto.**

**PREMISES** being known as 2229 Creston Avenue, Bronx, New York.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center of the lines thereof;

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to the premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

| | |
|---|---|
| STATE OF NEW YORK          )<br>COUNTY OF NEW YORK  )  ss:<br>On the *15* day of *Apr*____ in the year<br>2012, before me, the undersigned a notary public<br>in and for said state, personally appeared<br>_____, personally known to me or<br>proved to me on the basis of satisfactory evidence<br>to be the individual whose name is subscribed to<br>the within instrument and acknowledged to me<br>that he executed the same in his capacity, and that<br>by his signature on the instrument, the individual,<br>or the person upon behalf of which the individual<br>acted, executed the instrument. | STATE OF NEW YORK          )<br>COUNTY OF NEW YORK  )  ss:<br>On the ____ day of _____ in the year<br>2012, before me, the undersigned a notary public<br>in and for said state, personally appeared<br>_____, personally known to me or<br>proved to me on the basis of satisfactory evidence<br>to be the individual whose name is subscribed to<br>the within instrument and acknowledged to me<br>that he executed the same in his capacity, and that<br>by his signature on the instrument, the individual,<br>or the person upon behalf of which the individual<br>acted, executed the instrument. |

_____ Notary Public

ADAM MAC PHERSON
Notary Public State of New York
No. 01MA6072441
Qualified in Westchester County
Commission Expires May 27, 2014

_____ Notary Public

### BARGAIN AND SALE DEED
### WITHOUT COVENANTS
### AGAINST GRANTOR'S ACTS

TITLE NO.  *108864*

_____

**2229 Creston Partners LLC**

- to -

**Concrest Realty LLC**

_____

| | |
|---|---|
| SECTION: | |
| BLOCK: | 3170 |
| LOT: | 32 |
| COUNTY: | Bronx |
| TAX BILLING ADDRESS: | |
| | 2229 Creston Avenue |
| | Bronx, New York |

RETURN BY MAIL TO:

Marc A. Winston, Esq.
Lazarus, Lazarus & Winston
3699 Bainbridge Avenue
Bronx, New York 10467

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

**IN PRESENCE OF:**

> **2229 Creston Partners LLC**
> By:   RCM Bronx Holdings, LLC,
>         its Managing Member
> By:   Jazidic Brother, LLC,
>         its Sole Member and General Manager
>
> By:   _____  Adam Mermelstein
>         Name:
>         Title:   General Manager

# THE JUDICIAL TITLE INSURANCE AGENCY LLC

### Title Number: 109869FA-B

### S C H E D U L E  A

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of the Bronx, City and State of New York, bounded and described as follows:

BEGINNING at a point at the corner formed by the intersection of the southerly side of 182 Street with the westerly side of Creston Avenue as said street and avenue are laid out and legally opened;

RUNNING THENCE westerly along the southerly side of 182 Street, 100 feet;

THENCE southerly at right angles to the southerly side of 182 Street, 73.33 feet;

THENCE easterly in a straight line for a distance of 97.24 feet to a point on the westerly line of Creston Avenue which point is distant 52.89 feet southerly from the point of beginning as measured along the westerly line of Creston Avenue;

THENCE northerly along said westerly line of Creston Avenue, 52.89 feet to the point or place of BEGINNING.

SAID premises being known as 2229 Creston Avenue, Bronx, NY.

**FOR CONVEYANCING ONLY**

The policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property.

TOGETHER with all the right, title and interest of the party in the first part, or, in and to the land lying in the street in front of and adjoining said premises.

Page 1 of 1

All other rent *waived* - *Rest received* Deleniri

INDEX NUMBER _____ /

4761C/10

# CIVIL COURT OF THE CITY OF NEW YORK

COUNTY OF ...... BC ...... BM

HOUSING COURT PART ......

HON. V.1/0//C

DATE 8/1/12

Petitioner Concrest Realty LLC

against

Respondent Joel Delgado
Address
Apt. # 2229 Crotona Ave    17

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

MARK H. COHEN & ASSOCIATES PC HEREBY APPEAR FOR PETITIONER

RESPONDENT APPEARS PRO SE    Caption Amended to reflect Petitioner as

IT IS AGREED:    Concrest Realty LLC    Prior judgment vacated

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Concrest Realty LLC | | X | | |
| Respondent 1 Joel Delgado | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

Petition amended to date

NEW
Final Judgment for $ 14,625.00    in favor of Petitioner which is rent owed through

warrant shall issue forthwith

Execution of warrant stayed to    See below    for payment of $ 14,625.00

Payments are to first be applied to current rent and then to the arrears.

Petitioner consents to one OTSC motion for good cause shown by the Respondent.

Respondent given complete rent history in court.

Petitioner reserves its claims for legal fees, marshall fees and late charges.

HON. LOUIS L. NOCK

TO 8/10/12 For 10,000 (keep has the Money)

TO 9/25/12 for 4625.00    rent 925.00 prelease

rent 925.00 - April thru Aug

Page 80 974C

3x7 - 45P

Access for 10 days    Aug 6, 28 - Complete 8/31/12

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX       PART**
**DECISION AND JUDGMENT**

INDEX # 047671/2010
JUDGMENT SEQ # 002

2229 CRESTON PARTNERS LLC,

**AGAINST**

DELGADO, JOEL
NYCHA,

Petitioner(s)

Respondent(s)

**Decision and judgment is** rendered based upon
a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
2229 CRESTON PARTNERS LLC,
and against
DELGADO, JOEL
A counterclaim is granted in favor of the respondent in the amount of    $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of    $0.00 in favor of:
2229 CRESTON PARTNERS LLC,
and against
DELGADO, JOEL

for a total amount of  $14625.00

(Monthly use and occupancy is set at    $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith                Execution            APS

Date  8-1-12

Judge, Civil/Housing Court    /LOUIS VILLELLA
JUDGE, HOUSING COURT

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied.  Failure to do so subjects the judgment creditor to penalties.

==========================================================================

**ENTRY OF JUDGMENT**

Judgment entered in accordance with the above on  8-1-12

Carol alt
CHIEF CLERK

Chief Clerk, Civil Court

Warrant issued to Marshal _____ On _____

CIV-LT-50(2006)

Page 1 of 1

**JOHN L. VILLANUEVA**

CITY MARSHAL
**BADGE #36**
29 East 233rd Street
Bronx, N.Y. 10470
Phn. (718) 654-3000
Fax: (718) 654-4109

W A R R A N T   R E Q U I S I T I O N
-------------------------------------

N/P (X)    H/O ( )    A/T ( )    DEF (X)    RES (X)    COM ( )

COUNTY: BRONX

INDEX :   47671/2010              MARSHAL`S DOCKET#: 228382

**PETITIONER(S)**              **RESPONDENT(S)**
CONCREST REALTY LLC            JOEL DELGADO

                              **RESPONDENT`S ADDRESS**
                              2229 CRESTON AVENUE
                              APT. 17
                              BRONX, NY   10453-0000

COMMENTS

DATE 10/15/2012                                    _____
                                                      SIGNATURE

           JOHN L. VILLANUEVA, CITY MARSHAL BADGE #36

CIV-L/T-100(3/05)

*228382*

**CITY OF NEW YORK**
**OF BRONX**

Warrant Index Number
047671/2010/001
FJ SEQ 001

**RRANT OF EVICTION**

**THE CITY OF NEW YORK OR ANY MARSHAL, GREETINGS:**
and the entry of a judgement of possession in favor of the

STON PARTNERS LLC,

**THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK, you are commanded TO
MOVE THE RESPONDENT(S):**

DELGADO, JOEL

**AND ALL OTHER PERSONS from the premises**

2229 CRESTON AVENUE 17 BRONX, NY 10453
17
and to put the petitioner(s) in full possession.
This warrant may be executed as per stipulation/order.

WITNESS, HON. ANDREW LEHRER
        Judge, Civil/Housing Court

*Carol Alt*
CHIEF CLERK

Date 01/12/2011            Chief Clerk Carol Alt _____

**RETURN:** Pursuant to the command of this warrant I have this day put the
petitioner(s) above named into full possession of the premises by
            Legal Possession_____          Eviction_____

                        Signature         _____

Docket Number: 228382
APS Control Number:

JOHN VILLANUEVA-BADGE #36
29 EAST 233RD STREET -
BRONX, NY 10470
(718) 654-3000

_____
(To be signed in case of Legal Possession)
Possession of the premises with the contents intact is hereby acknowledged.
The petitioner accepts responsibility for all property on the  premises,
releases the marshal from any liability,  and agrees to hold  the marshal
harmless from any action  resulting from the execution of  this warrant.

OOC rec 1-27-11 ran 2-10-11 Gn
OOC rec 9-13-11 ran 9-26-11s
OOC rec 2-1-12 ran 2-17-12n
OOC rec 2-28-12 ran 3-18-12n
OOC REC 5-3-12 R ran 5-22-12

Petitioner, Agent, Attorney for Landlord

||||||||||||||||||||||||||||||||||
622010047671001

JAN 10 2011

CITY OF NEW YORK                        Warrant Index Number
OF BRONX                                047671/2010/001
                                        FJ SEQ 001

RRANT OF EVICTION

THE CITY OF NEW YORK OR ANY MARSHAL, GREETINGS:
on and the entry of a judgement of possession in favor of the

ESTON PARTNERS LLC,

THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK, you are commanded TO
REMOVE THE RESPONDENT(S):

DELGADO, JOEL

**AND ALL OTHER PERSONS from the premises**

2229 CRESTON AVENUE 17 BRONX, NY 10453
17
and to put the petitioner(s) in full possession.
This warrant may be executed as per stipulation/order.

WITNESS, HON. ANDREW LEHRER
          Judge, Civil/Housing Court

Date 01/12/2011              Chief Clerk Carol Alt  _____

RETURN: Pursuant to the command of this warrant I have this day put the
petitioner(s) above named into full possession of the premises by
          Legal Possession_____        Eviction_____

                         Signature  _____
                                    **JOHN VILLANUEVA-BADGE #36**
Docket Number: 228382               29 EAST 233RD STREET -
APS Control Number:                 BRONX, NY 10470
                                    (718) 654-3000

(To be signed in case of Legal Possession)
Possession of the premises with the contents intact is hereby acknowledged.
The petitioner  accepts responsibility  for all property on the  premises,
releases the marshal from any liability,  and agrees to hold  the marshal
harmless from any action  resulting from the execution of  this warrant.

                              _____
                              Petitioner, Agent, Attorney for Landlord

                              622010047671001

COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX      PART
DECISION AND JUDGMENT

INDEX # 047671/2010
JUDGMENT SEQ # 002

CONCREST REALTY LLC,

Amrnd-y
Petitioner(s)

**AGAINST**
DELGADO, JOEL
NYCHA,

Respondent(s)

**Decision and judgment is** rendered based upon
a stipulation entered into by the parties as follows:
Judgment of possession is granted in favor of:
CONCREST REALTY LLC,
and against
DELGADO, JOEL
A counterclaim is granted in favor of the respondent in the amount of     $0.00
(which if not being entered separately is offset and reflected in the
total amount due, listed below.)

A money judgment is hereby granted, along with cost and disbursements
in the amount of     $0.00 in favor of:
CONCREST REALTY LLC,
and against
DELGADO, JOEL

for a total amount of  $14625.00

(Monthly use and occupancy is set at     $0.00 per month, as per order,
stipulation or decision in record.)

Warrant to issue forthwith          Execution          A-PS

Date  10-19-12              Judge, Civil/Housing Court     LOUIS VILLELLA
                                                          JUDGE, HOUSING COURT
Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the
clerk when the judgment is satisfied.  Failure to do so subjects the judgment creditor to penalties.

**ENTRY OF JUDGMENT**                    Carol Alt
Judgment entered in accordance with the above on  10-19-12  .     CHIEF CLERK
                                                          Chief Clerk, Civil Court
Warrant issued to Marshal  Villanueva   On   NOV 0 7 2012

CIV-LT-50(2006)                                          Page 1 of 1

Part: M

*The Warrant Department was unable to process a warrant request on this case for the following reason(s).*

Date: 10-18-12

Enter Screen 5

Judge's Signature Omitted

Prepare Final Judgment

Vacate Date Missing in Sequence #

Petition was Amended

Correct Information on Judgment: Refant w/ amended petitione "Concrest Realty LLC"

Complete Information on Judgment: _____

Other _____

*Please Correct and Return as soon as possible*

JK

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X

Concrest Realty LLC

              Plaintiff,

                                      INDEX # : L&T 47671/10
-against-                                 FILE NO : 17017.0
                                       INFORMATION SUBPOENA

Joel Delgado,                       RE: Joel Delgado
    █████1747
                               -----------------------
              Defendant.            JUDGEMENT DEBTOR
-------------------------------------------------------------X

TO: UNITED PARCEL SERVICE
     636 E SANDY LAKE RD
     COPPELL, TX 75016, ATTN: PAYROLL
     ATTN:

GREETING:                           WHEREAS, IN AN ACTION IN THE CIVIL
COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX
BETWEEN: Concrest Realty LLC AS PLAINTIFF(S) AND   Joel Delgado,  AS DEFENDANT(S)

WHO ARE ALL THE PARTIES NAMED IN SAID ACTION, A JUDGEMENT WAS ENTERED ON
8/1/2012 12:00:00 AM
IN FAVOR OF Concrest Realty LLC JUDGEMENT CREDITOR AND AGAINST  Joel Delgado,
JUDGEMENT DEBTOR(S)
WHOSE LAST KNOWN ADDRESS IS 2229 Creston Ave  Bronx, NY 10453 IN THE AMOUNT
OF $14,625.00 INCLUDING COSTS, OF WHICH $14,625.00 TOGETHER WITH INTEREST
THEREON FROM 8/1/2012 12:00:00 AM REMAINS DUE AND UNPAID ; AND WHEREAS, THE
PERSON TO WHOM THIS SUBPOENA IS DIRECTED  ;(RESIDES);(IS REGULARLY
EMPLOYED);(HAS AN OFFICE FOR THE REGULAR TRANSACTION OF BUSINESS IN
PERSON);
NOW, THEREFORE WE COMMAND YOU, THAT YOU ANSWER IN WRITING UNDER OATH,
SEPERATELY AND FULLY, EACH QUESTION IN THE QUESTIONNAIRE ACCOMPANYING
THIS SUBPOENA, EACH ANSWER REFERRING TO THE QUESTION TO WHICH IT RESPONDS;
AND THAT YOU RETURN THE ANSWERS TOGETHER WITH THE ORIGINAL OF THE
QUESTIONS WITHIN 7 DAYS AFTER YOUR RECEIPT OF THE QUESTIONS AND THIS
SUBPOENA.
TAKE NOTICE THAT FALSE SWEARING OR FAILURE TO COMPLY WITH THIS SUBPOENA IS
PUNISHABLE AS A CONTEMPT OF COURT.

                                   Gary Kavulich Esq.
                          Kavulich & Associates, P.C.
                 181 Westchester Avenue, Suite 500C
                     Port Chester, NY 10573
                        (914) 355-2074

DATED Thursday, February 14, 2013



UPS Service Center 636 E. Sandy Lake Rd Coppell, TX 75019



SSN: ████████ 747.

___ Employee has active garnishments currently set up and deducting.

___ Employee is currently part time and has low earnings. This is set up in our system if and when this employee's earnings increase this garnishment will deduct.

___ Employee has filed bankruptcy. We are unable to make any more deductions. The original document is enclosed.

___ Employee is currently is inactive as of.

X Employee is terminated and no longer with the company. 8-17-2005

___ We show no record of this social security number.

___ Employee is currently working. We remit weekly.

___ We have received your letter to release garnishment.  It was stopped on    /  /2012.

_____ I am UNABLE to locate this employee with the information given.

___ I am unable to locate this employee without a: SOCIAL SECURITY #.

*If we can be of further assistance, please call Garnishment Payroll Department 972-304-3100. Kdm*

*MONDAY – FRIDAY, 7:30 A.M. until 3:00 P.M.*

Date: 3-1-2013   *Kerren McNeal*   Kerren Mcneal

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY: HOUSING PART 34H

-----------------------------------------------

*Concrest Realty*

Petitioner (Landlord)

-against-

*Delgado / Njetta*

Respondent (Tenant)

-----------------------------------------------

INDEX #: *47671, 10*

ORDER TO SHOW CAUSE

POST JUDGMENT
(MONEY ONLY)

Upon the annexed affidavit of *Joel Delgado*, the tenant named above, sworn on the *22nd* day of *April*, 20 *14*, and on all proceedings had herein, let the landlord or his/her attorney show cause before me or one of the Judges of this Court, at a Motion Term of the Housing Part, Part 34H, Room 503 thereof, to be held at the Courthouse thereof, located at 851 Grand Concourse, in the County of the Bronx, City and State of New York, on the *12th* day of *May*, 20 *14* at 9:30 AM in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made (opening tenant's default)*, vacating and setting aside the final judgment entered herein in favor of the landlord and against the tenant on the *1* day of *August*, 20 *11* (and restoring the case to the calendar for trial on a day certain)* and why such other and further relief should not be granted as may be just in the premises.

Pending the hearing and determination of this motion and the entry of an order thereon, let all proceedings on the part of the landlord, his/her attorneys and agents, and any Marshal or Sheriff of the City of New York for the enforcement of said judgment be stayed.

*Kavulich Associates      /  Stephen Biegel*
*181 Westchester Ave.    /  109 West 38th St.*
*Suite 500C                  /  Suite 200*
*Portchester, N.Y. 10573 /  New York, N.Y. 10018*
                           *212 - 627 - 7425*

Sufficient cause therefor appearing, let service of a copy of this order, together with a copy of the affidavit annexed hereto, on the landlord or his attorney and on Marshal *Biegel* on or before the *26* day of *April*, 20 *14* be sufficient; these papers with proof of service to be filed in court on *5/12/14*. Service shall be made by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

(These papers may be served by the tenant in person)*

DATED: *April 22nd*, 20 *14*

MDNM  9:33 am

*Strike out matter in both parentheses if application is based only on non-service of process

Judge of the Civil Court of the City of New York
HON. RUBÉN FRANCO

Court of the City of New York

COUNTY OF _____

I.D. Presented Type: *NY3DC*

No I.D. Provided *Jw*

[PLEASE PRESS HARD]

Housing Part A

Index No. LT *47671-10*

*Concrest Realty*

Petitioner,

against

*Delgado / NYCHA*

Respondent

**AFFIDAVIT IN SUPPORT OF
ORDER TO SHOW CAUSE**
To Restore to the Calendar

Address *750 E 179th St*

*Bronx N.Y. 10457* Apt. *14 E*

State of New York, County of _____ ss.:

*Joel Delgado*

(Print Your Name)

, being duly sworn, deposes and says:

**Tenant's Initials**

**1.
PARTY**   *XJD*   a) I am the tenant named as respondent in the above summary proceeding.

_____ b) I am the person claiming possession to these premises and am the _____
of the tenant named above.

**2.
TRIAL**   On the Date of Trial

_____ a) a stipulation (a written agreement) was made between landlord and tenant.

_____ b) a trial was held before Judge _____

*X* c) Other: *they gave me a court date for 9/28 that was a saturday*

**3.
REASON
FOR
APPLI-
CATION**   I make this application to Restore the Case to the Calendar because:

*I do not owe this money to them and when they Got a Judgment against me I was In the Hospital and NYCHA stop paying them because they did not do repairs & there was not Heat or Hot water or Gas for over 8 months In the Entire building*

**4.
REQUEST**   *XJD* I request that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**5.
PRIOR
ORDER**   *XJD* a) I have not had a previous Order to Show Cause regarding this index number.

*XJD* b) I have had a previous Order to Show Cause regarding this index number, but I am making this further application because: *X last time I was Hear they gave me a court date 9/28 that was a saturday.*

**6.
PRIOR
CASES**   The same landlord and I have been in Housing Court before. Earlier Index Number(s): _____

_____

Sworn to before me this *22nd* day of *April*, 20*14*

_____
(Signature of Respondent)

*Lennox R Headley SCC*
(Signature of Court Employee and Title)

Page 90

CIV-LT-10 (Revised 12/89)

COURT CASE FILE

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY: HOUSING PART 34H

------------------------------------------------------

*Concrest Realty*

                  Petitioner (Landlord)

          -against-

*Delgado / NYCHA* Respondent (Tenant)

------------------------------------------------------

INDEX #: *47671 ; 10*

ORDER TO SHOW CAUSE

POST JUDGMENT
(MONEY ONLY)

      Upon the annexed affidavit of *Joel Delgado*, the tenant named above, sworn on the *12th* day of *May*, 20 *14*, and on all proceedings had herein, let the landlord or his/her attorney show cause before me or one of the Judges of this Court, at a Motion Term of the Housing Part, Part 34H, Room 503 thereof, to be held at the Courthouse thereof, located at 851 Grand Concourse, in the County of the Bronx, City and State of New York, on the *30* day of *May*, 20 *14* at 9:30 AM in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made (opening tenant's default)*, vacating and setting aside the final judgment entered herein in favor of the landlord and against the tenant on the *1* day of *August*, 20 *12* (and restoring the case to the calendar for trial on a day certain)* and why such other and further relief should not be granted as may be just in the premises.

      Pending the hearing and determination of this motion and the entry of an order thereon, let all proceedings on the part of the landlord, his/her attorneys and agents, and any Marshal or Sheriff of the City of New York for the enforcement of said judgment be stayed.

*Kavulich Associates* / *Stephen Biegel*
*181 Westchester Ave #500C* / *109 West 38th Street · Suite 200*
*Portchester, N.Y. 10573* / *New York, N.Y. 10018*

      Sufficient cause therefor appearing, let service of a copy of this order, together with a copy of the affidavit annexed hereto, on the landlord or his attorney and on Marshal *Biegel* on or before the *14* day of *May*, 20 *14* be sufficient; these papers with proof of service to be filed in court on *5/30/14*. Service shall be made by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

      (These papers may be served by the tenant in person)*

DATED: *5/12*, 20 *14*

_____
Judge of the Civil Court of the City of New York

*Strike out matter in both parentheses if application is based upon non-service of process*

ELIZABETH A. TAYLOR
JUDGE, CIVIL COURT

**Civil Court of the City of New York**

County of Bronx

Part _____

Index Number 476M/16

**Concrest Realty**

Petitioner(s),

against

**Delgado / NYCHA**

Respondent(s)

**AFFIDAVIT IN SUPPORT OF
AN ORDER TO SHOW CAUSE**

For 750 E 179th st

Address: Bronx NY · 10457 (Relief Requested)

Apt. 14E

State of New York, County of Bx ss.:

x Joel Delgado , being duly sworn, deposes and says:

[Print your name]

**(INITIALS)**

1. **Party** x JD  a) I am the party named as (~~Petitioner~~)(Respondent) in the above entitled proceeding.
   _____ b) I am the _____ of the party named as (Petitioner)(Respondent) in this proceeding.
   [Relationship]

2. **Request** x JD  I request that:

   FOR A NEW COURT date

   _____

3. **Defense/Claim** x JD  I have a good defense/claim because:

   I was In the Hospital when they Got the Judgment
   and NYCHA stop paying Because they did not Repair

4. **Excuse/Reason** x JD  I have a good excuse/reason because:

   I Got to Court late Because I was on Access A Ride
   and they Had a Flat Access A Ride Is Fro. disable People

5. **Prior Order** x JD  a) I have not had a previous Order to Show Cause regarding this Index Number.
   b) I have had a previous Order to Show Cause regarding this Index Number but I am making this
   further application because I was on Access A Ride and they
   Had a Flat and I Got Hear late

Sworn to before me this 12 day of May, 20 16

Signature of Court Employee and Title
Y Rowe, SCC

(Sign) _____

(Print) Joel Delgado
Name

Address 750 E 179th st
Bronx NY · 10457
City, State, Zip Code

Telephone Number
347-454-574c

CIV-LT-13 (Revised, March, 2000) [4 ply]

```
DATE: 05/12/2014              OFFICE OF COURT ADMINISTRATION
TIME: 13:47:49       - BRNX HOUSING COURT INFORMATION SYSTEM -        PAGE: 1
                              HISTORY OF PROCEEDINGS


CASE: 047671/2010
CONCREST REALTY      LLC              VS DELGADO/NYCHA      JOEL


NO OF RESP OSC APPL: 13
AMT DMD:    $7,840.60 PETN ATTY: MARK H. COHEN & ASSOCIATES, P.
FILING DTE   FILING TYPE  CASE TYPE1   CASE TYPE2   CASE TYPE3
08/31/2010   PET/NP       RESDT        NON-PAY
PETITIONER:
CONCREST REALTY LLC
RESPONDENT:
DELGADO                                                JOEL
NYCHA
PREMISES ADDRESS:
2229   CRESTON AVENUE           17
BRONX               NY 10453
DESCRIPTION:
17


01/27/2011 001 OSC BY RESP SIGNED BY   LJV 02/10/2011 M     09:30A
               VACATE DEFAULT JUDGMENT
               ASSIGN TO PART M
02/10/2011     001 CLN M      09:30A ADJN  03/02/2011 M     09:30A LJV     OSC
03/02/2011     002 CLN M      09:30A ADJN  03/23/2011 M     09:30A LJV     OSC
03/23/2011     003 CLN M      09:30A ADJN  04/19/2011 M     09:30A LJV     OSC
04/19/2011     004 CLN M      09:30A ADJN  05/11/2011 M     09:30A LJV     OSC
05/11/2011     005 CLN M      09:30A DNAM                          LJV     OSC


05/13/2011 002 OSC BY RESP SIGNED BY   LJV 05/31/2011 M     09:30A
               VACATE JUDGMENT
05/31/2011     001 CLN M      09:30A ADJN  07/11/2011 M     09:30A LJV     OSC
07/11/2011     002 CLN M      09:30A ADJN  09/07/2011 M     09:30A LJV     OSC
09/07/2011     003 CLN M      09:30A DNAM                          LJV     OSC


09/07/2011 003 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT


09/12/2011 004 OSC BY RESP SIGNED BY   LJV 09/26/2011 M     09:30A
               VACATE JUDGMENT
09/26/2011     001 CLN M      09:30A ADJN  11/01/2011 M     09:30A LJV     OSC
11/01/2011     002 CLN M      09:30A DNAM                          LJV     OSC


02/01/2012 005 OSC BY RESP SIGNED BY   LJV 02/17/2012 M     09:30A
               VACATE JUDGMENT
02/17/2012     001 CLN M      09:30A ADJN  02/21/2012 M     09:30A LJV     OSC
02/21/2012     002 CLN M      09:30A DNAM                          LJV     OSC


02/21/2012 006 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT


02/23/2012 007 OSC BY RESP DENIED BY   LJV
               VACATE JUDGMENT


02/28/2012 008 OSC BY RESP SIGNED BY   LJV 03/13/2012 M     09:30A
               VACATE JUDGMENT
03/13/2012     001 CLN M      09:30A ADJN  04/24/2012 M     09:30A LJV     OSC
04/24/2012     002 CLN M      09:30A DNAM                          LJV     OSC

05/03/2012 009 OSC BY RESP SIGNED BY   LJV 05/22/2012 M     09:30A
               VACATE JUDGMENT
```

```
DATE: 05/12/2014            OFFICE OF COURT ADMINISTRATION
TIME: 13:47:49       - BRNX HOUSING COURT INFORMATION SYSTEM -        PAGE:  2
                            HISTORY OF PROCEEDINGS


CASE:  047671/2010
CONCREST REALTY        LLC          VS DELGADO/NYCHA      JOEL

05/22/2012      001 CLN M     09:30A ADJN  07/02/2012 M    09:30A LJV    OSC
07/02/2012      002 CLN M     09:30A ADJN  08/01/2012 M    09:30A LJV    OSC
08/01/2012      003 CLN M     09:30A GRTD  08/01/2012 M    09:30A LJV    OSC R
08/01/2012      004 CLN M     09:30A JSTP                         LJV    CAL


07/02/2012 010 OSC BY RESP NOT SIGNED  LJV
               VACATE JUDGMENT


08/07/2013 011 OSC BY RESP SIGNED BY   RF   08/21/2013 34H   09:30A
               POST JUDGMENT
08/21/2013      001 CLN 34H    09:30A ADJN  09/16/2013 34H   09:30A EM    OSC
09/16/2013      002 CLN 34H    09:30A                                     OSC


04/22/2014 012 OSC BY RESP SIGNED BY    RF
               VACATE JUDGMENT
               RESTORE TO CALENDAR


05/12/2014 013 OSC BY RESP SIGNED BY    JR   05/30/2014 34H   09:30A
               POST-JUDMENT
05/30/2014      001 CLN 34H    09:30A                                     OSC


12/23/2010 001     WAR WARRANT REQUESTED
01/03/2011 001 FJD PAPERS REVIEWED
01/03/2011 001 FJD SUBMITTED TO AL     FAIL TO ANSWER
01/03/2011 001     WAR WARRANT REVIEWED
01/12/2011 001 FJD SIGNED BY AL
               FAIL TO ANSR/
               POSS AWARDED Y MONEY AWARD        $.00
JUDGMENT AGAINST:
DELGADO                                              JOEL
01/12/2011 001     WAR WARRANT ISSUED    JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
DELGADO                                              JOEL

08/01/2012 002 FJD SIGNED BY LJV
               AS PER STIP/
               POSS AWARDED Y MONEY AWARD    $14,625.00
JUDGMENT AGAINST:
DELGADO                                              JOEL
         COMMENT: AMENDED AND REPRINTED 11/7/12
10/16/2012 002     WAR WARRANT REQUESTED
11/07/2012 002     WAR WARRANT REVIEWED
11/07/2012 002     WAR WARRANT ISSUED    JOHN VILLANUEVA-BADGE #36
EXECUTION IS AS PER STIP/ORDER
AGAINST:
DELGADO                                              JOEL


10/18/2012 001 CJO SENT TO PART M 10/18/12 JK, RETURNED 11/7/12
```

*Four Copies* | *Date May 30, 2014*
*Time 9:30 Am*
*Room 503, 5th Floor*

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY: HOUSING PART 34H

-------------------------------------------------

INDEX #: *47671 / 10*

*Concrest Realty*

           Petitioner (Landlord)

ORDER TO SHOW CAUSE

-against-

POST JUDGMENT
(MONEY ONLY)

*Delgado / NYCHA* Respondent (Tenant)

-------------------------------------------------

Upon the annexed affidavit of *Joel Delgado*, the tenant named above, sworn on the *12th* day of *May*, 20 *14*, and on all proceedings had herein, let the landlord or his/her attorney show cause before me or one of the Judges of this Court, at a Motion Term of the Housing Part, Part 34H, Room 503 thereof, to be held at the Courthouse thereof, located at 851 Grand Concourse, in the County of the Bronx, City and State of New York, on the *30* day of *May*, 20 *14* at 9:30 AM in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made (opening tenant's default)*, vacating and setting aside the final judgment entered herein in favor of the landlord and against the tenant on the *1* day of *August*, 20 *12* (and restoring the case to the calendar for trial on a day certain)* and why such other and further relief should not be granted as may be just in the premises.

    Pending the hearing and determination of this motion and the entry of an order thereon, let all proceedings on the part of the landlord, his/her attorneys and agents, and any Marshal or Sheriff of the City of New York for the enforcement of said judgment be stayed.

*Kavulich Associates* / *Stephen Biegel*
*181 Westchester Ave #500C* / *109 West 38th Street - Suite 200*
*Portchester, N.Y 10573* / *New York, N.Y. 10018*

    Sufficient cause therefor appearing, let service of a copy of this order, together with a copy of the affidavit annexed hereto, on the landlord or his attorney and on Marshal *Biegel* on or before the *14* day of *May*, 20 *14* be sufficient; these papers with proof of service to be filed in court on *5/30/14*. Service shall be made by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

    (These papers may be served by the tenant in person)*

DATED: *5/12*, 20 *14*.

_____
Judge of the Civil Court of the City of New York

*Strike out matter in both parentheses if application
is based only on non-service of process*

...ourt of the City of New York

**[PLEASE PRESS HARD]**

_____ Part

Index Number _____

_____ Realty

Petitioner(s),

against

**AFFIDAVIT IN SUPPORT OF
AN ORDER TO SHOW CAUSE**

For _750 E 194 St_ *(Relief Requested)*

Address: _Bronx NY. 104_

_____ NYCHA   Respondent(s)

Apt. _14E_

State of New York, County of _NY_  ss:

_Joel Delgado_ *[Print your name]*, being duly sworn, deposes and says:

**(INITIALS)**

**1.**
**Party** a) I am the party named as (Petitioner)(Respondent) in the above entitled proceeding.
b) I am the _____ of the party named as (Petitioner)(Respondent) in this proceeding. *[Relationship]*

**2.**
**Request** I request that:
For A New Court date

**3.**
**Defense/
Claim** I have a good defense/claim because:
I was In the Hospital when they Got the Judgement
and NYCHA Stop paying because they did not Repair

**4.**
**Excuse/
Reason** I have a good excuse/reason because:
I Got to Court late Because I was on Acess A Ride
and they Had a Flat Acess A Ride Is Transportation for disable people

**5.**
**Prior
Order** a) I <u>have not</u> had a previous Order to Show Cause regarding this Index Number.
b) I <u>have</u> had a previous Order to Show Cause regarding this Index Number but I am making this further application because I was on Access A Ride and they Had a Flat and I Got Hear late

Sworn to before me this _12_ day of _May_, 20 _18_

(Sign) _____
(Print) _Joel Delgado_
Name _750 E 194 st_
Address _Bronx N.Y._
City, State, Zip Code    Telephone Number
347-xxx-xxxx

Signature of Court Employee and Title

CIV-LT-13 (Revised, March, 2000) [4 ply]

Page 96

**Lucretia Sealy - 34h file- index #47671/2010**

| | |
|---|---|
| **From:** | Lucretia Sealy |
| **To:** | Gladys Maldonado;  Lakisha Hickson;  Ted Wind;  William Smith |
| **Date:** | 5/13/2014 11:03 AM |
| **Subject:** | 34h file- index #47671/2010 |

Greetings,

Please forward index #47671/2010 Concrest Realty llc vs Joel Delgado/NYCHA for the 34h calendar on May 30,2014.

Thank you,
Lucretia Sealy

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34H
------------------------------------------------------------X
CONCREST REALTY LLC,

                Petitioner,

      -against-

JOEL DELGADO,

                Respondent.
------------------------------------------------------------X

INDEX NO. L&T 47671/10
FILE NO. 17017

AFFIRMATION IN
OPPOSITION

GARY KAVULICH, ESQ., an attorney duly admitted to practice law before the Court of the State of New York, hereby affirms under the penalty of perjury:

1.   I am a member of Kavulich & Associates, P.C., attorneys for the Petitioner herein. As such, I am fully familiar with the facts and circumstances of the within proceeding, except as to those matters stated upon information and belief, as to those matters I believe them to be true. The basis of my belief is information supplied to me by my client, information contained within the court file and information maintained within my office.

2.   I make this affirmation in opposition to the Respondent JOEL DELGADO's Third Order to Show Cause which seeks to vacate the stipulated judgment in this matter and all executions against him and restore this matter to this Court's calendar. Please see Respondent's instant Order to Show Cause annexed hereto as Exhibit "1."

## STATEMENT OF THE UNDISPUTED FACTS

3.   This proceeding results from Respondent's breach of a lease agreement entered into by the Parties for the premises known as 2229 Creston Avenue, Apt. 17, Bronx, NY 10453. Annexed hereto as Exhibit "2" is the affidavit of Angela Gazivoda, managing agent of the Petitioner.

4. Defendant then failed to pay rent and accumulated substantial rental arrears. Annexed hereto as Exhibit "3" is a copy of the tenant ledger. Please see aforementioned Exhibit "2."

5. Petitioner then commenced a non-payment proceeding against Respondent and on August 1, 2012, the Parties stipulated to a final money judgment for the Petitioner of $14,625.00 due by September 25, 2012. Annexed hereto as Exhibit "4" is a copy of said judgment. Please see aforementioned Exhibit "2."

6. As of this date, Respondent has yet to pay any of the outstanding judgment.

7. Petitioner then had to resort to execution measures in an effort to collect the outstanding amount due.

8. Thereafter, your Affirmant's office began execution measures to collect on the outstanding judgment.

9. As a part of those execution measures, your Affirmant's office served upon Bank of America an information subpoena and restraining notice on or about March 20, 2012.

10. Thereafter, your Affirmant's office received a response from Bank of America stating that the amount in the account was insufficient to restrain.

11. Thereafter, the Respondent moved via his first Order to Show Cause, seeking to vacate the judgment with a return date for August 21, 2013. Annexed hereto as Exhibit "5" is a copy of the Respondent's first Order to Show Cause.

12. On August 21, 2013, Respondent's Order was denied.

13. Thereafter, Petitioner as a part of those execution measures, on or about April 26, 2014 caused New York City Marshal Stephen W. Biegel to serve a duly executed property execution upon Defendant's bank account.

14. Thereafter, on April 22, 2014 the Respondent moved once again, via an Order to Show Cause, seeking to vacate the stipulated judgment with a return date for May 12, 2014. Annexed hereto as Exhibit "6" is a copy of the Respondent's second Order to Show Cause.

15. On May 12. 2014, Respondent's Order was denied.

16. Thereafter, on May 12, 2014 the Respondent moved once again, via the instant Order to Show Cause, seeking to vacate the stipulated judgment with a return date for May 30, 2014. Please see aforementioned Exhibit "1."

17. Petitioner now opposes Respondent's Order.

<u>RESPONDENT HAS FAILED TO MEET THE STANDARD REQUIRED TO VACATE<br>THE STIPULATION</u>

18. Stipulations entered into in open court are favored by the courts and are to be set aside only where there is cause sufficient to invalidate a contract such as fraud, duress, collusion, or mistake. *Dubi v. Skiros Corp.*, 2009 NY Slip Op 07793 [2d Dep't 2009]; *Hallock v. Bronx*, 64 NY2d 224 [1984].

19. Here, the Respondent's assertion that this judgment should be vacated is patently false.

20. While Petitioner sympathizes with Respondent's situation, Respondent has had ample opportunity to resolve this amicably outside of Court.

21. In addition, Respondent has provided this Court with no basis upon which to grant her motion, as there is no evidence of fraud, duress, collusion, or mistake.

22. As stated earlier this judgment is based upon a stipulation of settlement that the Respondent willfully defaulted upon. Please see aforementioned Exhibit "3." Please see aforementioned Exhibit "4."

23. Moreover, Respondent's claim that he never appeared before the court on August 1, 2012 is nonsensical.

24. Respondent's signature is prominently displayed on the stipulation in question. Please see aforementioned Exhibit "3."

25. In addition, Respondent's claim that he was previously given a Saturday date to vacate this stipulated judgment is without merit. Please see aforementioned Exhibit "1."

26. As stated earlier, Respondent moved via his first Order to Show Cause, seeking to vacate the stipulated judgment with a return date for August 21, 2013.

27. Despite Respondent's accusations that August 21, 2013, was a Saturday, it was in fact a Wednesday. Please see aforementioned Exhibit "5."

28. Petitioner is just exercising his right to collect monies owed by filing judgment against Respondent. Please see aforementioned Exhibit "4."

29. While Petitioner is sympathetic to any financial difficulty which Respondent may have experienced, Petitioner submits that the law entitles it to have its judgment satisfied.

30. As Respondent has failed to set forth a basis upon which the Parties' stipulation, in accord with *Dubi* and *Hallock*, this Court must uphold the instant judgment and underlying stipulation.

31. Therefore, Petitioner respectfully requests this Court to deny the instant motion in all respects.

WHEREFORE, as no legal or equitable basis has been stated or exists, Petitioner respectfully asks that this Court deny the instant motion.

Dated: May 8, 2014
Port Chester, NY

_____
Kavulich & Associates. P.C.
By: Gary Kavulich, Esq.
Attorney for Petitioner
181 Westchester, Ave., Suite 500C
Port Chester, NY 1057
(914) 355-2074

# EXHIBIT 1

*A tmy Copy*          *17017*

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY: HOUSING PART 34H

-----------------------------------------------

*Conerest Realty*

                    Petitioner (Landlord)

                    -against-

*Delgado / NYCHA* Respondent (Tenant)

-----------------------------------------------

INDEX #: *47671 , 10*

ORDER TO SHOW CAUSE

POST JUDGMENT
(MONEY ONLY)

          Upon the annexed affidavit of *Joel Delgado*, the tenant named above, sworn on the *12th* day of *May*, 20 *14*, and on all proceedings had herein, let the landlord or his/her attorney show cause before me or one of the Judges of this Court, at a Motion Term of the Housing Part, Part 34H, Room 503 thereof, to be held at the Courthouse thereof, located at 851 Grand Concourse, in the County of the Bronx, City and State of New York, on the *30* day of *May*, 20 *14* at 9:30 AM in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made (opening tenant's default)*, vacating and setting aside the final judgment entered herein in favor of the landlord and against the tenant on the *1* day of *August*, 20 *12* (and restoring the case to the calendar for trial on a day certain)* and why such other and further relief should not be granted as may be just in the premises.

          Pending the hearing and determination of this motion and the entry of an order thereon, let all proceedings on the part of the landlord, his/her attorneys and agents, and any Marshal or Sheriff of the City of New York for the enforcement of said judgment be stayed.

*Kavulich Associates*                  */ Stephen Biegel*
*181 Westchester Ave #500C*            *109 West 38th Street - Suite 200*
*Portchester, N.Y. 10573*              *New York, N.Y. 10018*

          Sufficient cause therefor appearing, let service of a copy of this order, together with a copy of the affidavit annexed hereto, on the landlord or his attorney and on Marshal *Biegel* on or before the *14* day of *May*, 20 *14* be sufficient; these papers with proof of service to be filed in court on *5/30/14*. Service shall be made by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

          (These papers may be served by the tenant in person)*

DATED: *5/12*, 20 *14*.

                                        _____
                                        Judge of the Civil Court of the City of New York

*Strike out matter in both parentheses if application
is based only on non-service of process*

art of the City of New York

[PLEASE PRESS HARD]

_____ Part

Index Number  47671/10

_ncrest Realty_                              Petitioner(s),

**AFFIDAVIT IN SUPPORT OF**
**AN ORDER TO SHOW CAUSE**

against

For  750 E 179th St

_Delgado / NYCHA_   Respondent(s)

Address:  BRonX NY. 10457
                                                     (Relief Requested)

                                              Apt. 14 E

State of New York, County of  Bx _____  ss:

x  Joel Delgado _____, being duly sworn, deposes and says:
                [Print your name]

**(INITIALS)**

**1.**   **J.D.**   a) I am the party named as (Petitioner)(Respondent) in the above entitled proceeding.
**Party** _____   b) I am the _____ of the party named as (Petitioner)(Respondent) in this proceeding.
                                      [Relationship]

**2.**   **J.D.**   I request that:
**Request**

For A New court date

**3.**   **J.D.**   I have a good defense/claim because:
**Defense/**
**Claim**   I was In the Hospital when they Got the Judgement
and NYCHA stop paying Because they did not Repair

**4.**   **J.D.**   I have a good excuse/reason because:
**Excuse/**
**Reason**   I Got to court late Because I was on Acess A Ride
and they Had a Flat Acess A Ride is JRa. disable People

**5.**   _____   a) I have **not** had a previous Order to Show Cause regarding this Index Number.
**Prior**   **J.D.**   b) I **have** had a previous Order to Show Cause regarding this Index Number but I am making this
**Order**   further application because  I was on Access A Ride and they
Had a Flat and I Got Hear late

Sworn to before me this  12  day of  May , 20 14

(Sign) _____

(Print)  Joel Delgado
Name
                                     750 E 179th St
Address
_____
Signature of Court Employee and Title   City, State, Zip Code  BRonX NY. 10457

Telephone Number
                                     347-454-5740

CIV-LT-13 (Revised, March, 2000) [4 ply]

Page 104

# EXHIBIT 2



CONCREST REALTY LLC,

                    Petitioner,

                                  **AFFIDAVIT IN**
   -against-                         **OPPOSITION**

JOEL DELGADO,

                    Respondent.

-----------------------------------------------------------X

CITY OF NEW YORK     )
                         ) SS
COUNTY OF BRONX      )

      I, Angela Gazivoda, being duly sworn deposes and says:

      1.      I am the managing agent for the Petitioner, Concrest Realty LLC, herein, and as such I am fully familiar with the facts and circumstances of this proceeding.

      2.      The within proceeding was initially instituted in 2010 under the instant index number by the Petitioner against the Respondent due to the nonpayment of rent by service of a Notice of Petition and Petition.

      3.      On August 1, 2012, the Parties stipulated to a final money judgment for the Petitioner of $14,625.00.

      4.      However, as of this date, Respondent has yet to pay any of the outstanding judgment.

5. My attorney has further advised me that the Respondent seeks to vacate the judgment taken against him in this matter.

WHEREFORE, your deponent prays that the relief sought herein is granted in all respects and for such other and further relief as to this court may seem just and proper.

Sworn to before me this
9th day of May, 2014

_____
Notary Public

_____
Angela Gazivoda

> **GARY KAVULICH**
> Notary Public, State of New York
> No. 02KA6205615
> Qualified in Westchester County
> Commission Expires May 11, 2017

**EXHIBIT 3**

Property Code 2229  Unit 17                    Other Mailing Address:                    11/08/2012
JOEL DELGADO
2229 CRESTON AVENUE
BRONX, NEW YORK 10453

Phone (347) 454-5740  B z Phone              SS#       Last Pa nt 07/10/2012  Shares Owned       Park#
Lease Start 07/01/2012  Lease End 06/30/2013  Lease Type RS8  Move-In 01/01/2008
Parking Lease Start        Parking Lease End        Rent Security 0.00      Parking Security 0.00      Other Security 0.00

BASE CHARGES
Rent: 1092.67    Prefer 0.00    Fuel 0.00      Subsidy 265.00
Air Cond 0.00    Wash Mach 0.00      0.00      0.00      0.00      0.00

OPEN BALANCES:  ·  Total Balance Due  40216.66
Rent: 38361.66    Subsidy 1855 00
Air Cond 0.00    Wash Mach 0.00      0.00      0.00      0.00      0.00
Late Charges 0.00    Legal Charges 0.00      Other Charges 0.00

OTHER TENANT INFO: SearchID          SearchID V 0534822     POID  S8 NYCHA
JULY 13,2012 WORKER NOEL WAS THIER TO DC WORK THE FLOORS TENANT DID OPEN DOOR ( LIZ )

7/19/12 Rebecca 718.450.2285

LEGAL HISTORY:
4/24/12 Court Date
4/26/12 Server NOE
5/22/12 Court Date ADJ for 7/2/12 for tenant to come to office
7/2/12 Court Date, ADJ to 8/1/12. Stip includes repairs . access set for 7/9/-7/11. Tenant to come
to office . has $10,000 in MC's
8/1/12 Court Date  Stay to pay $14625 00 . $10,000 by 8/10/12 and $4625 by 9/25/12  Stip includes
repairs . access 7/6-7/9, APS needs to be notified
8/7/12 Warrant ordered
8/13/12 NON-PAYMENT 8/10 confirmed warrant is ordered
9/18/12 warrant not back

CURRENT LEGAL: Index 47671/10      Court Date 08/01/2012 Time       Pay Date 08/10/2012 Amount 10000.00

|  | Ordered - Expired |  |  |  | Ordered - Expired |  |
|---|---|---|---|---|---|---|
| Court Repair | 08/06 | 08/09 |  | Warrant |  |  |
| Holdover |  |  |  | Possess |  |  |
| Dispossess |  |  |  | Eviction |  |  |
| Stipulation |  |  |  | 3-Day |  |  |

1 YEAR OPEN/BALANCE HISTORY

| Date | Opening Bal | Base Rent | Mtnly Chgs | Check#/Description | Receipts | Chg/Crd | Bal Due |
|---|---|---|---|---|---|---|---|
| 05/01/2012 | 33645.95 | 1053 18 | 0.00 | Monthly Billing | 0.00 | 0.00 | 34700 13 |
| 06/01/2012 | 34700.13 | 1053 18 | 0.00 | Monthly Billing | 0.00 | 0.00 | 35753.31 |
| 07/01/2012 | 35753.31 | 1053 18 | 0.00 | Monthly Billing | 0.00 | 0.00 | 36806 49 |
| 07/23/2012 | 36806.49 | 0 00 | 0.00 | July renewal | 0.00 | 39.49 | 36845.98 |
| 08/01/2012 | 36845 98 | 1092 67 | 0.00 | Monthly Billing | 0.00 | 0.00 | 37938.65 |
| 09/01/2012 | 37938 65 | 1092 67 | 0.00 | Monthly Billing | 0.00 | 0.00 | 39031 32 |
| 10/01/2012 | 39031 32 | 1092 67 | 0.00 | Monthly Billing | 0.00 | 0.00 | 40123 99 |
| 11/01/2012 | 40123 99 | 1092 67 | 0.00 | Monthly Billing | 0.00 | 0.00 | 41216 66 |
| 11/08/2012 | 41216.66 | 0.00 | 0.00 | Rent Security | 0.00 | -1000.00 | 40216.66 |

# EXHIBIT 4

08/06/2012   18:49   7189331813                     B.R. & C. P.C.                    PAGE   03/05

INDEX NUMBER _____ 4/76(C/10

# CIVIL COURT OF THE CITY OF NEW YORK

## COUNTY OF ............... 8M

### HOUSING COURT PART

HON. _____
DATE _____ 8/1/12

| | The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter. |

Respondent  Joel Delgado
Address  2229 Crotona Av
Apt. #  17

MARK H. COHEN & ASSOCIATES PC HEREBY APPEAR FOR PETITIONER

RESPONDENT APPEARS PRO SE

IT IS AGREED:

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | X | | |
| Respondent 1 | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

Petition amended to date

Final Judgment for $ 14,625.00  in favor of Petitioner which is rent owed through

warrant shall issue forthwith

Execution of warrant stayed to  See below  for payment of $ 14,625.00

Payments are to first be applied to current rent and then to the arrears.

Petitioner consents to one OTSC motion for good cause shown by the Respondent.

Respondent given complete rent history in court.

Petitioner reserves its claims for legal fees, marshall fees and late charges.

To 8/10/12  For 10,000 (resp has the Money)
To 9/25/12  For 4625.00  rent 925.00  per lease
rent 925.00 — April thru Aug

MARK H. COHEN & ASSOCIATES PC
2406 HOFFMAN STREET SUITE 3
BRONX, NEW YORK 10458

# EXHIBIT 5

*MYSDL*
*Delgado, Joel, O*
*12013*

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY: HOUSING PART 34H

---

*Concrest Realty LLC*

Petitioner (Landlord)

-against-

*Joel Delgado*
*NYCHA*

Respondent (Tenant)

---

INDEX # ___*47671 ; 2010*___

ORDER TO SHOW CAUSE

POST JUDGMENT
(MONEY ONLY)

Upon the annexed affidavit of ___*Joel O Delado*___, the tenant named above, sworn on the *7th* day of ___*August*___, 20 *13*, and on all proceedings had herein, let the landlord or his/her attorney show cause before me or one of the Judges of this Court, at a Motion Term of the Housing Part, Part 34H, Room 503 thereof, to be held at the Courthouse thereof, located at 851 Grand Concourse, in the County of the Bronx, City and State of New York, on the *21st* day of ___*August*___, 20 *13* at 9:30 AM in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made (opening tenant's default)*, vacating and setting aside the final judgment entered herein, in favor of the landlord and against the tenant on the ___*13*___ day of ___*August*___, 20 *12* (and restoring the case to the calendar for trial on a day certain)* and why such other and further relief should not be granted as may be just in the premises.

Pending the hearing and determination of this motion and the entry of an order thereon, let all proceedings on the part of the landlord, his/her attorneys and agents, and any Marshal or Sheriff of the City of New York for the enforcement of said judgment be stayed.

| | |
|---|---|
| *Gary Karulich* | *Marshal Biegel* |
| *181 Wetchester Room 500 C* | *109 W 38th St* |
| *Portchester, NY 10573* | *NY NY 10018* |

Sufficient cause therefor appearing, let service of a copy of this order, together with a copy of the affidavit annexed hereto, on the landlord or his attorney and on Marshal ___*Biegel*___ on or before the *9th* day of ___*August*___, 20 *13* be sufficient; these papers with proof of service to be filed in court on ___*August 21st 2013*___. Service shall be made by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

(These papers may be served by the tenant in person)*

DATED: ___*August 7*___ 20 *13*.

_____
Judge of the Civil Court of the City of New York

*Strike out matter in both parentheses if application
is based only on non-service of process.

# Civil Court of the City of New York

COUNTY OF ___BX___

Housing Part 34H

□ _NYSDL_

[PLEASE PRESS HARD]

Index No. LT ___47671/2010___

Concret Realty LLC
*Petitioner,*

*against*

Joel Delgado
NYCHA
*Respondent*

AFFIDAVIT IN SUPPORT OF
ORDER TO SHOW CAUSE
To Restore to the Calendar

X Address: _750 E 179th st #_

X _BRonx N.Y. 10457_  Apt. _14E_

State of New York, County of ___BX___ ss.:

x ___Joel DeLGADo___, being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

**1. PARTY**
_____ a) I am the tenant named as respondent in the above summary proceeding.
_____ b) I am the person claiming possession to these premises and am the _____
of the tenant named above.

**2. TRIAL**
On the Date of Trial
_____ a) a stipulation (a written agreement) was made between landlord and tenant.
_____ b) a trial was held before Judge _____
_____ c) Other: _____

**3. REASON FOR APPLICATION**
I make this application to Restore the Case to the Calendar because:
I never Got Court PaPeRs about the Y are
Suing me and I will like the lien Lifted
Because I am on social security and now I cant
Pay my Rent they Have my Account on Hold
and I never Knew I was Getting sued
and I dont live In that address please Thnk U

**4. REQUEST**  SD.
I request that the case be restored to the calendar and that I be granted permission to serve these papers
in person.

**5. PRIOR ORDER**  SD.
(a) I have not had a previous Order to Show Cause regarding this index number.
_____ b) I have had a previous Order to Show Cause regarding this index number, but I am making this further
application because: _____

**6. PRIOR CASES**
_____ The same landlord and I have been in Housing Court before. Earlier Index Number(s): _____

Sworn to before me this _7_ day of _August_ 20_13_

_(Signature of Respondent)_

_(Signature of Court Employee and Title)_

CIV-LT-19 (Revised 12/89)

# EXHIBIT 6

17017

CIVIL COURT OF THE CITY OF NEW YORK
BRONX COUNTY: HOUSING PART 34H

.......................................................

INDEX #: *47671, 10*

*Concrest Fees in*

-----------------------------------------------
Petitioner (Landlord)

ORDER TO SHOW CAUSE

-against-

POST JUDGMENT
(MONEY ONLY)

*Delgado Nicola*

-----------------------------------------------
Respondent (Tenant)

.......................................................

Upon the annexed affidavit of *Joel Delgado*, the tenant named above, sworn on the *22nd* day of *April*, 20 *14*, and on all proceedings had herein, let the landlord or his/her attorney show cause before me or one of the Judges of this Court, at a Motion Term of the Housing Part, Part 34H, Room 303 thereof, to be held at the Courthouse thereof, located at 851 Grand Concourse, in the County of the Bronx, City and State of New York, on the *12th* day of *May*, 20 *14* at 9:30 AM in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be made (opening tenant's default)*, vacating and setting aside the final judgment entered herein in favor of the landlord and against the tenant on the *1* day of *March*, 20 *17* (and restoring the case to the calendar for trial on a day certain)* and why such other and further relief should not be granted as may be just in the premises.

Pending the hearing and determination of this motion and the entry of an order thereon, let all proceedings on the part of the landlord, his/her attorneys and agents, and any Marshal or Sheriff of the City of New York for the enforcement of said judgment be stayed.

*Kasulich Associates     /  Stephen Biegel*
*181 Westchester Ave.    /  109 West 38th St.*
*Suite 500C              /  Suite 200*
*Portchester, NY 10573   /  New York, NY 10018*
                         *  213-627-7425*

Sufficient cause therefor appearing, let service of a copy of this order, together with a copy of the affidavit annexed hereto, on the landlord or his attorney and on Marshal *BIEGEL* on or before the *26* day of *April*, 20 *14* be sufficient; these papers with proof of service to be filed in court on *5/12/14*. Service shall be made by CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

(These papers may be served by the tenant in person)*

DATED: *April 22nd*, 20 *14*

-----------------------------------------------
Judge of the Civil Court of the City of New York

HON. RUBÉN FRANCO

*Strike out matter in both parentheses if application is based only on non-service of process

N-76

# Civil Court of the City of New York

COUNTY OF _Bx_

**[PLEASE PRESS HARD]**

Index No. LT _97671-17_

Housing Part _1_

_____

**Petitioner,**

against

_____

**Respondent**

**AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE**
To Restore to the Calendar

Address X _750 E 17a^{th} St_

_BRONX N.Y. 10457_ Apt. _14E_

State of New York, County of _____ ss.:

X _Joel Delgado_ _____, being duly sworn, deposes and says:
(Print Your Name)

**Tenant's Initials**

| | | |
|---|---|---|
| **1.** PARTY | _X J D_ | a) I am the tenant named as respondent in the above summary proceeding. |
| | | b) I am the person claiming possession to these premises and am the _____ of the tenant named above. |

**2.** TRIAL

On the Date of Trial
a) a stipulation (a written agreement) was made between landlord and tenant.
b) a trial was held before Judge _____
X c) Other: _they gave me a court date for 9/28 that was a saturday_

**3.** REASON FOR APPLICATION

I make this application to Restore the Case to the Calendar because:
_I do not owe this money to them and when they got a Judgment against me I was in the hospital and NYCHA stop paying them because they did not do repairs & there was not Heat or Hot water or gas for over 8 months In the entire building_

**4.** REQUEST

_X J D_ I request that the case be restored to the calendar and that I be granted permission to serve these papers in person.

**5.** PRIOR ORDER

a) I have not had a previous Order to Show Cause regarding this index number.
_X J D_ b) I have had a previous Order to Show Cause regarding this index number, but I am making this further application because: _X last time I was Here they gave me a court date 9/28 that was a saturday_

**6.** PRIOR CASES

The same landlord and I have been in Housing Court before. Earlier Index Number(s): _____

Sworn to before me this _23rd_ day of _April_ 20_18_

_____
(Signature of Respondent)

_Lennox H. Headley 5cc_
(Signature of Court Employee and Title)

Revised 12/89)

MARSHAL

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34H

Index No. L&T 47671/10
File No. 17017

------------------------------------------------------X

CONCREST REALTY LLC.,

                        Petitioner,

                                                    AFFIRMATION OF
            -against-                               SERVICE

JOEL DELGADO,

                        Respondent.

------------------------------------------------------X


        Gary M. Kavulich, Esq., an attorney duly admitted to practice law before the courts of the
State of New York hereby affirms the following under the penalty of perjury.

        On May 18, 2014, I served the within Affirmation in Opposition upon JOEL
DELGADO, the Respondent in this action, by depositing a true copy in a post-paid envelope
addressed to:

                        JOEL DELGADO
                    750 E. 179th Street, Apt. 14E
                        Bronx, NY 10457

in an official depository under the exclusive dominion and control of the United States Postal
Service within the State of New York via regular first class mail.


                        _____
                        Gary M. Kavulich, Esq.

INDEX NO:   L&T 47671/10

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: PART 34H

CONCREST REALTY LLC.,

                                         Petitioner,

        - against -

JOEL DELGADO,

                                    Respondent.

AFFIRMATION IN OPPOSITION

Signature Rule 130-1.1-a

Print Name Beneath -                              Gary M. Kavulich, Esq.

Kavulich & Associates, P.C.
Attorneys for Petitioner
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
(914) 355-2074

# Civil Court of the City of New York

County of Bronx

Part 34H

Concrest Realty LLC

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Joel Delgado

Defendant(s)/Respondent(s)

Index Number LT 17611/2010

Motion Cal. # _____   Motion Seq. # _____

File 17817

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed.... | _____ |
| Answering Affidavits ............................. | _____ |
| Replying Affidavits............................... | _____ |
| Exhibits ........................................... | _____ |
| Other............................................... | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to Respondent's Order to show cause seeking to vacate the stipulated judgment is as follows: is hereby denied in all respects. Petitioner's execution measures and restraints shall remain in full force and effect. This shall constitute a decision and order of this court.

Civil Court
of the
City of New York

JUN 06 2014

ENTERED
BRONX COUNTY

6/06/2014
Date

Judge, Civil Court

HON. EDDIE J. McSHAN

CIV-GP-45 (Revised September 1999)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------X
CONCREST REALTY, LLC,

                                        Plaintiff,

                    -against-

JOEL DELGADO,

                                        Defendant(s).
--------------------------------------------------------------X

L&T INDEX NO. 47671/10
FILE NO. 17017

NOTICE OF ENTRY

     PLEASE TAKE NOTICE, that annexed hereto is the Decision/Order duly entered

in the office of the Clerk of the Court on the 6ᵗʰ day of June, 2014

Dated:  Westchester, NY
       June 9, 2014

                         Yours, etc.,

                         Kavulich & Associates, PC
                         181 Westchester Avenue, Ste. 500C
                         Port Chester, NY 10573

To:  Joel Delgado
     750 E. 179ᵗʰ Street
     Apt. 14E
     Bronx, NY 10457

Page 121

# Civil Court of the City of New York

County of _Bronx_

Part _341_

Index Number _L&T 76117/14_

Motion Cal. # _____  Motion Seq. # _____

_Concust Realty LLC_

Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

_Joel Delgado_

Defendant(s)/Respondent(s)

F.D 76117

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed .... | _____ |
| Answering Affidavits ............................. | _____ |
| Replying Affidavits............................... | _____ |
| Exhibits ......................................... | _____ |
| Other............................................. | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to _Respondent's Order to show cause seeking to vacate the stipulated judgment_ is as follows:

_is hereby denied in all respects. Pd's prior protective measures and restraints shall remain in full force and effect. This shall constitute a decision and order of this Court_

_6/06/2014_
Date

JUN 06 2014
ENTERED
BRONX COUNTY
Civil Court of the City of New York

Judge, Civil Court

HON. EDDIE J. McSHAN

CIV-GP-41 (Revised September 1999)

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

L.&T Index No. 47671/10
File No. 17017

-------------------------------------------------------------------X

CONCREST REALTY, LLC,

Plaintiff,

AFFIDAVIT OF SERVICE
BY MAIL

-against-

JOEL DELGADO,

Defendant(s).

-------------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF WESTCHESTER ss:

Vanessa Sooksavath being duly sworn, deposes and says:

I am over 18 years of age and not a party to this action.  On June 9, 2014

I served the within Notice of Entry upon the Defendant(s) in this action, by depositing

a true copy of the Notice of Entry in a postpaid envelope addressed to:

Joel Delgado
750 E. 179th Street, Apt. 14E
Bronx, NY 10457

in an official depository under the exclusive care and custody of the United States Postal Service,

within the State of New York via regular first class mail.

Vanessa Sooksavath

Sworn to before me
this 9th day of June, 2014

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO: 02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2017

L&T INDEX NO. 47671                    YEAR 2010

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

CONCREST REALTY, LLC,

                                        Plaintiff,

-against-

JOEL DELGADO,

                                        Defendant(s).

NOTICE OF ENTRY

Signature(Rule 130-1.1-a)

Gary Kavulich, Esq.

Kavulich & Associates, P.C.
Attorney for Plaintiff
Office and Post Office Address, Telephone
181 Westchester Avenue, Ste. 500C
Port Chester, NY 10573
914-355-2074

To

Attorney(s) for

Dated

Service of a copy of the within is hereby admitted.

Attorney(s) for

---

═══════NOTICE OF ENTRY═══════

PLEASE take notice that the within is a
(certified) true copy of a
duly entered in the office of the clerk of
the within named court on

Dated,

Attorney for

        Office and Post Office Address

To

Attorneys(s) for

═══════NOTICE OF SETTLEMENT═══════

PLEASE take notice that an order
of which the within is a true copy will be presented
for settlement to the Hon
one of the judges of the within named Court, at
on
at
Dated.

                Yours, etc.

Attorney for

        Office and Post Office Address

To

---

| Date | Court Action or Comments | | Adjournment Request: | | | | Remarks (cont.) |
|---|---|---|---|---|---|---|---|
| | | 4 | Petitioner | Respondent | Court | Consent | |
| 6/31/11 | | | | | | | |
| Part | | | | | | | OSC |
| ₩ | MDNMY | | Reason for Adjournment: | | | | 9-7-12 MC/F9 Lobby charges |
| So Ordered | | | Rent Deposit: | | | | |
| | | | ___ Adjournment period to be excluded under RPAPL §745(2) | | | | |
| Judge | | | ___ Adjournment period to be charged under RPAPL §745(2) | | | | 2/17/12 |
| | | | ___ Days charged to be limited to ___ | | | | |

| Date | Court Action or Comments | | Adjournment Request: | | | | |
|---|---|---|---|---|---|---|---|
| | | 5 | Petitioner | Respondent | Court | Consent | |
| 5/3/11 | T OSC | | | | | | |
| Part | Subpoena HPD SK | | Reason for Adjournment: | | | | 2-1-3-12 Adj to 7-30-12 for Cut |
| So Ordered | | | Rent Deposit: | | | | 4-24-12 MONDAY |
| | | | ___ Adjournment period to be excluded under RPAPL §745(2) | | | | |
| Judge | | | ___ Adjournment period to be charged under RPAPL §745(2) | | | | 5-22-12 Adj to 7-3-12 |
| | | | ___ Days charged to be limited to ___ | | | | |

| Date | Court Action or Comments | | Adjournment Request: | | | | |
|---|---|---|---|---|---|---|---|
| | | 6 | Petitioner | Respondent | Court | Consent | |
| 4-26-11 | | | | | | | 7-3-12 MK SL |
| Part | | | Reason for Adjournment: | | | | |
| ₩ | Jour | | Rent Deposit: | | | | 8/4/12 |
| So Ordered | | | ___ Adjournment period to be excluded under RPAPL §745(2) | | | | |
| | | | ___ Adjournment period to be charged under RPAPL §745(2) | | | | |
| Judge | | | ___ Days charged to be limited to ___ | | | | |

## WARRANT INFORMATION

| Date Warrant Application Received | CHECK ONE | | | Date Warrant Issued | Marshal | REJECTION | |
|---|---|---|---|---|---|---|---|
| | Failed to Answer Default | After Trial (Incl. Stipulation and Failed to Appear Default, etc.) | | | | Reject Reason | Filing Date |
| 12/30/10 | ✓ | | | JAN 12 2011 | Villanueva | | |
| 11-10-12 | | ✓ | | 11-2-12 | VILLANUEVA | | Clerk. |

FELONY WARNING:
A person who willfully and unlawfully removes, mutilates, destroys, conceals or obliterates a record of this office is subject to punishment by imprisonment for five years. (Penal Law §175.25)

CIV-LT-94 Barcode (Revised, Jun. 2007)

For OCA Only

047671

10

LT 047671 -10

047671

213923

0308412

047671/2010    RESDL NONPY
08/31/2010

PREMISES:
2229 CRESTON AVENUE 17
PET:2229 CRESTON PARTNERS
ATY:DAVID MOSS & ASSOCIATES
   Marc Cohen & Assoc (
RSP:DELGADO/NYCHA JOEL
ATY:

## ivil Court of the City of New York
## ousing Court

spondent Answer ~~WARRANT ISSUED~~

nswer is       TO  ~~MARSHAL~~

titioner Notified on _____

| | |
|---|---|
| **Assigned to Part** | |

☐ Date Filed _____
☐ Fee Waived - Judge _____
☐ Appeal Filed _____
☐ Jury Demand Filed _____

Trial Date _____    Part _____

PETITIONE
Petitioner's A
        agai
RESPONDE

Address _____

☐ Non-Payment   ☐ Holdover   ☐ Other
☐ Residential   ☐ H.P.   ☐ 7-A   ☐ Commercial

Date Filed _____    Index Number _____

| Date | Court Action or Comments | Adjournment Request: | | Notice of Appearance |
|---|---|---|---|---|
| | | Petitioner   Respondent   Court   Consent | | ☐ Petitioner ☐ Respondent |

**1**

Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to _____

Rent Deposit: _____

Reason for Adjournment _____

| Date | Court Action or Comments | Adjournment Request: | | Notice of Appearance |
|---|---|---|---|---|
| | | Petitioner   Respondent   Court   Consent | | ☐ Petitioner ☐ Respondent |

**2**

Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to _____

Rent Deposit: _____

Reason for Adjournment _____

| Date | Court Action or Comments | Adjournment Request: | | Remarks: |
|---|---|---|---|---|
| | | Petitioner   Respondent   Court   Consent | | |

**3**

Adjournment period to be excluded under RPAPL §745(2)
Adjournment period to be charged under RPAPL §745(2)
Days charged to be limited to _____

Rent Deposit: _____

Reason for Adjournment _____

**FELONY WARNING:** A person who willfully and unlawfully removes, mutilates, destroys, or mails or obliterates a record of this office is subject to punishment by imprisonment for five years (Penal Law § 175.25).

CIV-LT-244 (Revised, Jan. 2007)

Page 126