CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

------------------------------------------------------x

1106 Morris Avenue, HDFC,

               Plaintiff,

048726

INDEX NO.
FILE NO. 13853.0

    -against-

SUMMONS
Place of Venue is Plaintiff's
place of business:

Melissa Williams-Wailes,

1106 Morris Avenue
Bronx, NY 10456

             Defendant(s)

------------------------------------------------------x

To the above named defendants(s):

  YOU ARE HEREBY SUMMONED to appear at the CIVIL COURT OF THE CITY OF NEW YORK, COUNTY OF BRONX at the office of the clerk of the said Court at 851 Grand Concourse, Bronx, NY 10451, in the COUNTY OF BRONX, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $5,457.31 with interest thereon from April 1, 2005 together with costs of this action.

DATED: July 1, 2011

**FEE PAID**

JUL 1 4 2011

**CIVIL COURT
BRONX COUNTY**

By: Gary Kavulich, Esq.,
Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Avenue
Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendant's Address:
Melissa Williams-Wailes
1570 Webster Avenue, Apt. 3C
Bronx, NY 10457-8056

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.

## COMPLAINT

**FIRST ACTION**: Plaintiff seeks to recover damages from defendant(s) for breach of a lease agreement in the sum of $4,957.31 representing rental arrears for the months of April, 2005 balance of $683.11; May, 2005  through and including September, 2005 at the agreed monthly sum of $854.84 for the premises known as 1106 Morris Avenue, Apt.4G Bronx, NY 10456 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

**THIRD ACTION**: Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other further relief as the Court may deem just.

**WHEREFORE**, Plaintiff demands judgment (A) on the First Action, in the sum of $4,957.31 plus interest from  April 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (B) on the Second Action, in the sum of   $0.00 plus interest from April 1, 2005 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00  together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.

## AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
Attorneys: Kavulich & Associates, P.C
Address: 181 Westchester Avenue, Ste 500 C, Port Chester, NY 10753

INDEX: *48726-11*
Filed:  *13853-0*

*1106 Morris Ave HDFC*   -VS-   *Melissa Williams Wailes*

STATE OF NEW YORK COUNTY: *BRONX*
DANIEL L RODRIGUEZ being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On *4/21/2012* at *11:15am*.
At: *1570 Webster Ave Brny 10457*
Served the within Summons and Complaint:  *#3C*
On: *Melissa Williams Wailes* Defendant therein named.

| | |
|---|---|
| Individual [ ] | By delivering a true copy of each to said recipient: deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served and authorized to accept service on behalf of the Corporation. |
| Suitable Age Person [ ] | By delivering a true copy of each to a person of suitable age and discretion said premises is recipients [ ] actual place of business [ ] dwelling house within the state. |
| Affixing to door [X] | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business   [X] dwelling house (place of abode) within the state |
| Mail copy [X] | On *4/23/2012* deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class Properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion

having called thereat:

| | | | | |
|---|---|---|---|---|
| ON | *4.19* | AT | *8:16 am* | M |
| ON | *4.20* | AT | *10:30 am* | M |
| ON | *4.21* | AT | *11:15 am* | M |

Description: Defendant, or other person served on behalf of the Defendant:

SEX: ____ Color of Skin_____ Color of Hair_____ Age_____ Height_____ Weight_____

Military Service: Deponent asked person spoken to whether the recipient was presently in military service of the United States Government
[ ]   or of the State of New York and was informed that the recipient is not, Recipient wore clothes and no military uniform.

Other:
[ ]   "Jane Doe" neighbor stated that the Defendant is not military.

DANIEL L. RODRIGUEZ
License #: 1328710

Sworn to before me on this *23* day of *April 2012*

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU5071950
Qualified in Westchester County
Commission Expires ____ 2015

2012 APR 27 AM 11:11

Bronx County Civil Court
Civil Judgment

Plaintiff(s):
1106 Morris Avenue, HDFC

**Index Number:** CV-048726-11/BX

Judgment issued:   On Default

vs.

On Motion of:

Defendant(s):
Melissa Williams-Wailes

Kavulich & Associates PC
181 Westchester Avenue, Suite 500C, Port
Chester, NY 10573-

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $2,564.52 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $40.00 |
| Interest   07/01/2005 at 9% | $1,606.80 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $20.00 | Jury Demand Fee | $0.00 | | |
| Total Damages | $4,171.32 | Total Costs & Disbursements | $130.00 | Judgment Total | $4,301.32 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) 1106 Morris Avenue, HDFC
1106 Morris Avenue, Bronx, NY 10456-

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Melissa Williams-Wailes
1570 Webster Avenue, Apt. 3C, Bronx, NY 10457-

Judgment entered at the Bronx County Civil Court, 851 Grand Concourse, Bronx, NY 10451, in the STATE OF NEW YORK in the total amount of **$4,301.32 on 06/15/2012 at 12:33 PM.**

Judgment sequence 1

*Carol Alt*

Carol Alt, Chief Clerk Civil Court

**FILED**
CLERK'S OFFICE

JUN 1 5 2012

CIVIL COURT
BRONX COUNTY

Page 1 of 1

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX

--------------------------------------------------

1106 Morris Avenue, HDFC,

                    PLAINTIFF(S)

    -AGAINST-

Melissa Williams-Wailes

                    DEFENDANT(S)

--------------------------------------------------

INDEX NO. 48726/11

FILE NO. 13853.0
JUDGMENT

1106 Morris Avenue
Bronx, NY 10456

| | |
|---|---|
| AMOUNT CLAIMED LESS PMTS ON ACCT. | $2,564.52 |
| INTEREST FROM 7/1/2005 | $1,577.18 |
| | $4,141.70 |
| COSTS BY STATUTE | $20.00 |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 |
| FILING OF SUMMONS AND COMPLAINT | $45.00 |
| PROSPECTIVE MARSHALL'S FEE | $40.00 |
| NOTICE OF INQUEST | $0.00 |
| TRANSCRIPT & DOCKETING | $0.00 |
| | $130.00 |
| | TOTAL $4,271.70 |

STATE OF NEW YORK, COUNTY OF WESTCHESTER:
    THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE
ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION,
STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED
THEREIN AND ARE REASONABLE IN AMOUNT: UPON FAILURE TO ANSWER, THE TIME OF THE DEFENDANT TO APPEAR
AND ANSWER HEREIN HAS EXPIRED AND THE SAID DEFENDANT HAS NOT APPEARED AND ANSWERED HEREIN.
THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER
THE PENALTIES OF PERJURY.
DATED: WESTCHESTER, NY
        6/8/2012

                    --------------------------------------------------
                    KAVULICH & ASSOCIATES, P.C.
                    BY: GARY KAVULICH, ESQ.
                    181 WESTCHESTER AVENUE, SUITE 500C
JUDGMENT ENTERED ON            PORT CHESTER, NY 10573
SERVICE OF SUMMONS AND COMPLAINT IN THIS ACTION ON THE DEFENDANT(S)
HEREIN HAVING BEEN COMPLETED ON 6/6/2012 WITHIN THE CITY OF NEW YORK ON THAT DAY AND MORE THAN 20
DAYS
    HAVING ELAPSED.
    BY FILING ON SAID DAY OF PROOF OF THE SERVICE THEREOF BY SUBSTITUED SERVICE ON DEFENDANT(S)
AND MORE THAN 30 DAYS HAVING ELAPSED SINCE THE DAY OF COMPLETION OF SERVICE AND THE TIME OF SAID
DEFENDANT(S) TO APPEAR AND ANSWER HAVING EXPIRED, AND
    NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS, ADJUDGED THAT
1106 Morris Avenue, HDFC
RESIDING AT: 1106 Morris Avenue Bronx, NY 10456
RECOVER OF Melissa Williams-Wailes
RESIDING AT: 1570 Webster Avenue Apt. 3C Bronx, NY 10457-8056
THE SUM OF $2,564.52 WITH INTEREST OF $1,577.18 MAKING A TOTAL OF $4,141.70 TOGETHER WITH $130.00 COSTS AND
DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF $4,271.70 AND THAT PLAINTIFF HAVE EXECUTION THEREFORE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.

                                        ------------------------
                                        CLERK

# AFFIDAVIT OF SERVICE

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
Attorneys: Kavulich & Associates, P.C
Address: 181 Westchester Avenue, Ste 500 C, Port Chester, NY 10753

INDEX: 48726-11
Filed: 13853.0

_1106 Morris Ave H+FC_ -VS- _Melissa Williams Wailes_

STATE OF NEW YORK COUNTY: Bronx
DANIEL L RODRIGUEZ being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 4/21/2012 at 11:15am.
At: 1500 Webster Ave Bronx 10457 #3C
Served the within Summons and Complaint:
On: Melissa Williams Wailes Defendant therein named.

| | |
|---|---|
| Individual [ ] | By delivering a true copy of each to said recipient; deponent knew the person served to be the person described as said person therein. |
| Corporation [ ] | By delivering to and leaving with _____ and that deponent knew the person so served to be authorized to accept service on behalf of the Corporation. |
| Suitable Age Person [ ] | By delivering a true copy of each to a person of suitable age and discretion said premises is recipients [ ] actual place of business [ ] dwelling house within the state. |
| Affixing to door | By affixing a true copy of each to the door of said premises, which is recipients [ ] actual place of business [ ] dwelling house (place of abode) within the state |
| Mail copy | On 4/23/2012 deponent completed service under the last two sections by depositing a copy of the Summons and Complaint to the above address in a 1st Class Properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |

Deponent was unable, with due diligence to find the recipient or a person of suitable age and discretion having called thereat:

ON 4.19 AT 8:16 am M
ON 4.20 AT 10:30 am M
ON 4.21 AT 11.15 am M

Description: Defendant, or other person served on behalf of the Defendant:

SEX: _____ Color of Skin _____ Color of Hair _____ Age _____ Height _____ Weight _____

Military Service: Deponent asked person spoken to whether the recipient was presently in military service of the United States Government
[ ] or of the State of New York and was informed that the recipient is not. Recipient wore clothes and no military uniform.

Other:
[ ] "Jane Doe" neighbor stated that the Defendant is not military.

DANIEL L. RODRIGUEZ
License #: 1328710

Sworn to before me on this 23 day of April 2012

FRANK G. BUGLIONE
Notary Public, State of New York
No. 02BU5071950
Qualified in Westchester
Commission E.        . 15

2012 APR 27 F 11:04

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------
1106 Morris Avenue, HDFC.
                    PLAINTIFF(S)

              AGAINST

Melissa Williams-Wailes
                    DEFENDANT(S)
-------------------------------------------------

                              AFFIDAVIT OF FACTS
                              CONSTITUTING THE CLAIM
                              THE DEFAULT AND THE
                              AMOUNT DUE

STATE OF NEW YORK COUNTY OF WESTCHESTER
SS: GARY KAVULICH, ESQ. HEREBY DEPOSES AND SAYS UNDER THE PENALTIES OF PURJURY, THAT DEPONENT IS THE
ATTORNEY FOR THE PLAINTIFF(S) IN THE WITHIN ACTION; THIS ACTION WAS COMMENCED BY SUBSTITUED SERVICE
OF THE SUMMONS AND COMPLAINT UPON DEFENDANT(S) AND IS AN ACTION FOR RENT DUE AND OWING FOR (AFTER
APPLICATION OF PAYMENT AND SECURITY DEPOSIT)
July, 2005   $854.84
August, 2005   $854.84
September, 2005   $854.84
AT THE AGREED MONTHLY RENTAL OF $854.84
ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED AND DISPOSED.  AFTER A COMPLETE AND THOROUGH
INVESTIGATION THE DEFENDANT IS FOUND NOT TO BE IN THE MILITARY AND RESIDES WITHIN THE CITY OF NEW
YORK.  RENT WAS NOT PAID BY ANY OTHER SOURCE.  I MAKE THIS AFFIRMATION UPON INFORMATION AND BELIEF, A
BELIEF PREDICATED UPON CONVERSATIONS WITH MY CLIENT, MY INVOLVEMENT IN THE PROCEEDING AND READING
THE FILE IN THIS CASE.
SECOND AND THIRD CAUSES OF ACTION ARE HEREBY WAIVED.  THE CAUSE OF ACTION IN THE WITHIN MATTER
ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATIONS ON A CONTRACT, UPON WHICH THE
ACTION IS BASED, IS SIX(6) YEARS.  THE STATUTE OF LIMITATIONS HAS NOT EXPIRED.
        WHEREFORE DEPONENT DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR $2,564.52WITH INTEREST FROM
7/1/2005 TOGETHER WITH COSTS AND DISBURSEMENTS OF THE ACTION.

                              ------------------------------------
                              KAVULICH & ASSOCIATES, P.C.
                              BY:  GARY KAVULICH, ESQ.
                              181 WESTCHESTER AVENUE, SUITE 500C
                              PORT CHESTER, NY 10573

TO THE DEFENDANT(S):  PLEASE TAKE NOTICE THAT THE WITHIN IS A TRUE COPY OF A JUDGMENT MADE AND
ENTERED IN THE WITHIN ENTITLED ACTION AND DULY FILED IN THE OFFICE OF THE CLERK OF THE COUNT ON

DATED:  WESTCHESTER, NY
        6/8/2012                              YOURS, ETC.,
                                             ATTORNEYS FOR PLAINTIFF

STATE OF NEW YORK, COUNTY OF                 SS:
BEING DULY SWORN, DEPOSES AND SAYS; THAT DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE
AND RESIDES IN

THAT ON          DEPONENT SERVED A TRUE COPY OF THE WITHIN JUDGMENT AND NOTICE OF ENTRY THEREOF
(EACH OF) THE FOLLOWING NAMED DEFENDANT(S) AT THE ADDRESS(ES) INDICATED (FOR EACH):

BY DEPOSITING SAME ENCLOSED IN POSTPAID PROPERLY ADDRESSED WRAPPER(S), IN –A POST OFFICE- OFFICIAL
DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE WITHIN NEW
YORK STATE.

SWORN TO BEFORE ME ON

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------

1106 Morris Avenue, HDFC.

INDEX NO. 48726/11

PLAINTIFF(S)

-AGAINST-

AFFIRMATION OF
MAILING OF ADDITIONAL
NOTICE OF SUIT

Melissa Williams-Wailes

DEFENDANT(S)
-------------------------------------------------------

GARY KAVULICH, ESQ., HEREBY AFFIRMS THE FOLLOWING UNDER THE PENALTY OF PERJURY.

1. I AM THE ATTORNEY FOR THE PLAINTIFF(S) HEREIN.

2. THE ABOVE ENTITLED ACTION IS AGAINST A NATURAL PERSON AND IS BASED
UPON NON PAYMENT OF A CONTRACTUAL OBLIGATION.

3. ON 5/3/2012, I MAILED A COPY OF THE SUMMONS AND COMPLAINT IN THE ABOVE ENTITLED ACTION BY DEPOSITING
THE ENVELOPE(S) IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE U.S. POSTAL
SERVICE WITHIN NEW YORK STATE. SAID MAILING WAS BY FIRST CLASS MAIL IN A POSTPAID ENVELOPE(S), PROPERLY
ADDRESSED TO THE DEFENDANT(S), THE ENVELOPE(S) BORE THE LEGEND
"PERSONAL & CONFIDENTIAL" AND THERE WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE(S) THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT. AT DEFENDANT(S):

X------LAST KNOWN ADDRESS AT: Melissa Williams-Wailes: 1570 Webster Avenue  Apt. 3C  Bronx, NY  10457-8056

------PLACE OF EMPLOYMENT AT:

THE ENVELOPE BORE THE LEGEND "PERSONAL & CONFIDENTIAL" AND THERE
WAS NO INDICATION ON THE OUTSIDE OF THE ENVELOPE THAT THE
COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNED AN ALLEGED DEBT.

------A KNOWN ADDRESS OF THE DEFENDANT AT:

THIS ADDRESS IS NOT THE RESIDENCE OR PLACE OF EMPLOYMENT OF THE DEFENDANT.

THE AFOREMENTIONED MAILING:

------HAS NOT BEEN RETURNED UNDELIVERABLE BY POSTAL SERVICE.

------WAS RETURNED UNDELIVERABLE BY POSTAL SERVICE AND WAS RE-SENT TO THE DEFENDANT AT:

GARY KAVULICH, ESQ.

COUNTY OF BRONX
-----------------------------------------------------------------------X        INDEX NO:
                                                                FILE NO: 13853.0
1106 Morris Avenue, HDFC,                    PLAINTIFF,

            -AGAINST-                                            AFFIRMATION OF FACTS
                                                                CONSTITUTING THE
Melissa Williams-Wailes,            DEFENDANT(S)                 AMOUNT DUE


-----------------------------------------------------------------X

Tara Grekulak

    hereby deposes and says under the penalties of perjury, ss:
That deponent is the managing agent of 1106 Morris Avenue, HDFC, Plaintiff in the within action; this action was
commenced by substituted service of the summons and complaint upon defendant(s) and is an action for breach of a
lease agreement in the amount of $2,564.52 for the months                        July, 2005 through and
including September, 2005 at the agreed monthly rental amount of $854.84 per month (after application of security and
after application of payments) no part  having  been paid, although duly demanded and Damages in the amount of
$0.00. All other causes of action are hereby waived and disposed of. After a complete and thorough investigation, as I
have been informed by Plaintiff ' s counsel, the defendant(s) is/are found not to be in the military and reside(s) in the
City of New York. Rent was not paid by any other source. I make this affirmation upon personal Knowledge.


WHEREFORE, Plaintiff demands judgment against defendant for $2,564.52 with interest from July 1, 2005  together
with costs and disbursements of the action.


Dated: 7/1/2011

Sworn to before me
on this 1st day of July 2011

Charlotte V. Fazio - Tarallo
Notary Public

CHARLOTTE V. FAZIO TARALLO
Notary Public - State of New York
No. 01FA6184123
Qualified in Montgomery County
My Commission Expires 1-12-2015

Tara Grekulak

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X
1106 Morris Avenue, HDFC,

                                              Index No. 48726/11
                                              File No. 13853.0
                              Plaintiff,

                -against-                     **AFFIDAVIT OF**
                                              **INVESTIGATOR**

Melissa Williams-Wailes
████████9316        Defendant(s).
-----------------------------------------------------------------X

STATE OF NEW YORK        )
                         )SS.: ████████9316
COUNTY OF WESTCHESTER    )

I am over 18 years of age, am not a party to this action and reside in Westchester County,
State of New York.

I have been requested by Kavulich & Associates, P.C. attorney for the Plaintiff, to make
an investigation to ascertain if the Defendant(s) Melissa Williams-Wailes is at the present
time in military service for the purpose of entry of judgment.

On June 8, 2012, I Denise Miranda, contacted the Defense manpower Date Center
concerning the Defendant Melissa Williams-Wailes military status.

I inputted the Defendant's name and social security number, as provided by the Defendant him/herself, into the Defense
Manpower Data Center.

Under the Defendant's social security number I received an affidavit from the Defense
Manpower Data Center stating that the said Defendant is not currently in the military
service of the United States and the State of New York (National Guard).

                                              Denise Miranda

Sworn to before me this
    Day of          2018

Notary Public

GARY KAVULICH
NOTARY PUBLIC-STATE OF NEW YORK
NO:02KA6205615
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/11/2013



Department of Defense Manpower Data Center

Results as of : Jun-08-2012 11:57:56

SCRA 2.2.1



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>WILLIAMS-WAILES</u> First Name: <u>MELISSA</u>

Active Duty Status As Of: <u>Jun-08-2012</u>

| Active Duty Start Date | Active Duty End Date | Status | Service Component |
|---|---|---|---|
| On Active Duty On Active Duty Status Date | | | |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| | Left Active Duty Within 367 Days of Active Duty Status Date | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| | The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Report ID: HRTMD4TN4R

*Not timely picked up*  *1ST OTSC*

Civil Court of the City of New York
County of Bronx  Part 39

*Appearances are Mandatory*

Index Number: CV-048726-11/BX

34    6

ORDER TO SHOW CAUSE

1106 Morris Avenue, HDFC
          -against-
Melissa Williams-Wailes

To restore case to the calendar, and vacate any
judgment, liens and income executions on this
defendant on this Index number,
allow proposed answer or dismissing the action

UPON the annexed affidavit of **Melissa Williams-Wailes**, sworn to on March 11, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, NY 10451**
**Part 34**        Room *503*
on *March 27, 2013*  at  9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just..

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or **named attorney(s):**          Sheriff or Marshal:
(Judge to Initial)                                          (Judge to Initial)

_____ by Personal Service by " In Hand Delivery"          _____ by Personal Service by " In Hand Delivery"
__X__ by Certified Mail, Return Receipt Requested          _____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office       _____ by First Class Mail with official Post Office
Certificate of Mailing                                      Certificate of Mailing
on or before _____ *3/15/13* _____ , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE** may be filed with the Clerk in the Part
indicated above on the return date of this Order to Show Cause.

Sheriff/Marshal:

Mail to Attorney :
**Kavulich & Associates PC**
(Counsel for Pltf)
at 181 Westchester Avenue, Suite 500C,
Port Chester, NY 10573

*MPNAM*
*3-27-13*
*HON. JOSE A. PADILLA, JR.*

March 11, 2013
DATE

*3-11-13*

Hon. Jose A. Padilla, Civil Court Judge, Acting JSC (NYC)

*3/27*

...rt of the City of New York
...nty of Bronx

1106 Morris Avenue, HDFC
        -against-
Melissa Williams-Wailes

Index No: CV-048726-11/BX



## PROPOSED ANSWER IN WRITING

*ACTION FOR MONEY ONLY*

Defendant, Melissa Williams-Wailes, at 1570 Webster Avenue, Apt. 3C, Bronx, NY 10457 answers the Complaint as follows:

*Check all that apply)*

1 \_\_\_\_ General Denial: I deny the allegations in the complaint
**SERVICE**
2 ✓ I did not receive a copy of the summons and complaint
3 \_\_\_\_ I received the Summons and Complaint, but service was not correct as required by law.
**DEFENSES**
4 ✓ I do not owe this debt
5 \_\_\_\_ I did not incur this debt. I am the victim of identity theft or mistaken identity.
6 \_\_\_\_ I have paid all or part of the alleged debt.
7 \_\_\_\_ I dispute the amount of the debt.
8 \_\_\_\_ I do not have a business relationship with Plaintiff.  ( Plaintiff lacks standing.)
9 \_\_\_\_ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10 \_\_\_\_ Plaintiff does not allege a debt collection license number in the Complaint.
11 \_\_\_\_ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12 \_\_\_\_ The debt has been discharged in bankruptcy.
13 \_\_\_\_ The collateral (property) was not sold at a commercially reasonable price.
14 \_\_\_\_ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15 \_\_\_\_ Violation of the duty of good faith and fair dealing.
16 \_\_\_\_ Unconscionability (the contract is unfair.)
17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18 \_\_\_\_ Defendant is in the military.
19 \_\_\_\_ Other: _____

**OTHER**
20 Please take notice that my only source of income is _____,which is exempt from collection.

**COUNTERCLAIM**
21 Counterclaim(s):$ _____ Reason: _____

## VERIFICATION-

State of New York, County of Bronx ss:
Melissa Williams-Wailes,being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in Writing Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true

MAR 11 2013

Sworn to before me this \_\_\_\_\_ day of \_\_\_\_\_ 20\_\_\_\_          COURT
                                                                REV, ASSIST.
Notary Public/Court Employee and Title                                    Defendant

Civil Court of the City of New York
County of Bronx  Part 39

**Appearances are Mandatory**

34    8

Index Number: CV-048726-11/BX

1106 Morris Avenue, HDFC

—against—

Melissa Williams-Wailes

**ORDER TO SHOW CAUSE**

2013 MAR 26  PM 3: 33

To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

**UPON** the annexed affidavit of **Melissa Williams-Wailes**, sworn to on March 25, 2013, and upon all papers and proceedings herein:

Let the Claimant(s)/Plaintiff(s) or Claimant(s)/Plaintiff(s) attorney(s) show cause at:

CIVIL COURT

**Bronx Civil Court**
**851 Grand Concourse**
**Bronx, NY 10451**
**Part 34**      **Room 503**
on  APRIL 4, 2013      at 9:30 AM
or as soon thereafter as counsel may be heard, why an order should not be made:

**VACATING** the Judgment, and all income executions and restraining notices, if any, restoring the case to the calendar, deeming the proposed answer filed and/or dismissing the action if warranted, and/or granting such and further relief as may be just.

**PENDING** the hearing of this Order to Show Cause and the entry of an Order thereon, let all proceedings on the part of the Claimant(s)/Plaintiff(s), Claimant(s)/Plaintiff(s) attorney(s) and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment be stayed.

**SERVICE** of a copy of this Order to Show Cause, and annexed Affidavit, upon the:
Claimant(s)/Plaintiff(s) or **named attorney(s):**
(Judge to Initial)

Sheriff or Marshal:
(Judge to Initial)

_____ by Personal Service by " In Hand Delivery"
__PMBX__ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
Certificate of Mailing

_____ by Personal Service by " In Hand Delivery"
_____ by Certified Mail, Return Receipt Requested
_____ by First Class Mail with official Post Office
Certificate of Mailing

on or before  MARCH 27, 2013 , shall be deemed good and sufficient

**PROOF OF SUCH SERVICE may be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.**

Mail to Attorney:
**Kavulich & Associates PC**
(Counsel for Plff),
at 181 Westchester Avenue
Suite 500C,
Port Chester, NY 10573

Sheriff/Marshal:

March 25, 2013
DATE

Clerk's Office, Clerk's Office
DONALD A. MILES
JUDGE, CIVIL COURT

Court of the City of New York, County of Bronx

106 Morris Avenue, HDFC

-against-

Melissa Williams-Wailes

Index # CV-048726-11/BX

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number,
allow proposed answer or dismissing the action

State of New York, County of New York:

**Melissa Williams-Wailes**, being duly sworn, deposes and says:
(Defendant's initials)

1. ___ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

2. ___ a) I have been served with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   ___ b) I have not been served, and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   ___ a Notice of Default Judgment mailed to me
   ___ a Restraining Notice on my bank account.
   ___ a copy of an Income Execution served on _____
   ___ Other: _____

3. ___ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].
   _____
   ___ b) I did not appear and answer in the Clerk's Office
   ___ and I received a date for trial.
   ___ but the answer was entered late
   ___ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   ___ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   ___ a judgment was entered after the trial.
   ___ a judgment was entered against me by default for my failure to appear.
   ___ Other: _____

5. My reason for not
   ___ complying with the stipulation is _____
   ___ following the order of the Court is _____
   ___ appearing in court on the date scheduled for trial is _____
   ___ Other: _____

6. ___ I allege that I have a good defense because: I had Section 8 and the Apartment failed Inspection, I was never Owing my security deposit, back my share was paid

7. ___ a) I have not had a previous Order to Show Cause regarding this index number.
   ___ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: I didn't know I had only two days to p/u the paper work and I live out of state

8. ___ I request that the Judgment be vacated, that the case be restored to the calendar and that the answer be deemed timely filed.

Sworn to before me this day March 25, 2013

COURT REV. ASSIST

Signature of Court Employee and Title

(Sign Name) _____
Melissa Williams-Wailes
1570 Webster Avenue
Apt. 3C
Bronx, NY 10457

Court of the City of New York
County of Bronx

Index No: CV-048726-11/BX

1106 Morris Avenue, HDFC

—against—

Melissa Williams-Wailes

~~proposed~~ ANSWER IN WRITING

___ ACTION FOR MONEY ONLY

Defendant, **Melissa Williams-Wailes**, at 1570 Webster Avenue, Apt. 3C, Bronx, NY 10457 answers the
Complaint as follows:

*Check all that apply)*

1 ✓ General Denial: I deny the allegations in the complaint
   **SERVICE**
2 ✓ I did not receive a copy of the summons and complaint
3 ___ I received the Summons and Complaint, but service was not correct as required by law£102 01 AAA
   **DEFENSES**
4 ✓ I do not owe this debt
5 ___ I did not incur this debt. I am the victim of identity theft or mistaken identity.
6 ___ I have paid all or part of the alleged debt.
7 ___ I dispute the amount of the debt.
8 ___ I do not have a business relationship with Plaintiff. ( Plaintiff lacks standing.)
9 ___ The NYC Department of Consumer Affairs shows no record of plaintiff having a license to collect a debt.
10 ___ Plaintiff does not allege a debt collection license number in the Complaint.
11 ___ Statute of Limitations ( the time has passed to sue on this debt: more than six years.)
12 ___ The debt has been discharged in bankruptcy.
13 ___ The collateral (property) was not sold at a commercially reasonable price.
14 ___ Unjust enrichment (the amount demanded is excessive compared with the original debt.)
15 ___ Violation of the duty of good faith and fair dealing.
16 ___ Unconscionability (the contract is unfair.)
17 ✓ Laches (plaintiff has excessively delayed in bringing this lawsuit to my disadvantage.)
18 ___ Defendant is in the military.
19 ___ Other: _____

**OTHER**
20 ___ Please take notice that my only source of income is _____,which is exempt from collection.
**COUNTERCLAIM**
21 ___ Counterclaim(s):$ _____ Reason: _____

**VERIFICATION-**

State of New York, County of Bronx ss:
**Melissa Williams-Wailes**, being duly sworn, deposes and says: I am the Defendant in this proceeding. I have read the Answer in
Writing/Consumer Credit Transaction and know the contents thereof to be true to my own knowledge except as to those matters
stated on information and belief, and as to those matters I believe them to be true

Sworn to before me this ____ day of _____ 20___

MAR 26 2013
COURT

Notary Public /Court Employee and Title   REV. ASSIST

Defendant

BRONX COUNTY
CIVIL COURT
APR 10 2013
RECEIVED

# Civil Court of the City of New York

County of _____

Part _____

1106 Morris Avenue, HDFC

_____
Claimant(s)/Plaintiff(s)/Petitioner(s)

*against*

Mollison William-Wailer

_____
Defendant(s)/Respondent(s)

Index Number ___CV- 048726-11/BX___

Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | _____ |
| Order to Show Cause and Affidavits Annexed..... | _____ |
| Answering Affidavits ................................. | _____ |
| Replying Affidavits.................................. | _____ |
| Exhibits ............................................. | _____ |
| Other................................................ | _____ |

Upon the foregoing cited papers, the Decision/Order on this Motion to ___Vacate judgment and issue execution is granted,___ is as follows:

Respondent has an excuse for her default and a meritorious defense to this action. Judgment and issuance execution are vacated. Proposed answer is deemed accepted. Adjourned to 5-1-2013 for traverse then trial.

RM 528-A

4-4-2013
_____
Date

_____
Judge, Civil Court

HON. DAVID B. COHEN

CIV-GP-81 (Revised, September 1999)

Civil Court of the City of New York
County of Bronx

Index No: CV-048726-11/BX

1106 Morris Avenue, HDFC

                              Plaintiff(s)

            -against-
Melissa Williams-Wailes

                              Defendant(s)

REPORT OF A TRAVERSE
HEARING

To: New York City Department of Consumer Affairs
    Attn: Legal Division
    42 Broadway, 9th Floor
    New York, NY 10004

From: Hon. _Donald A Miles_
      Civil Court , City of New York
      County of Bronx

    A traverse hearing was held before me in Part _39_ on _5-1-13_

on the sufficiency of service on index number CV-048726-11/BX.

The name of the process server is _Daniel Rodriguez_

The license of the process server is _132 8710_

Traverse was: ___✓___ Sustained ( Service was improper)

              _____ Overruled ( Service was proper)

Comments: ( was based on default of plaintiff/ plaintiff process server) other _Plaintiff's process_
_server failed to appear, Plaintiff's counsel states_
_that process server's appearance was required._
See copy of the decision attached

Date: _5-1-13_

Civ GP 30 (Dec 2005)

Civil Court
of the
City of New York
MAY 01 2013
ENTERED
BRONX COUNTY

_D.T.M_
Judge, Civil Court
. DONALD A. MILES
JUDGE, CIVIL COURT

Civil Court of the City of New York
County of Bronx

Index No: CV-048726-11/BX

1106 Morris Avenue, HDFC

Plaintiff(s)

~against~
Melissa Williams-Wailes

**REPORT OF A TRAVERSE
HEARING**

Defendant(s)

To: New York City Department of Consumer Affairs
Attn: Legal Division
42 Broadway, 9th Floor
New York, NY 10004

From: Hon. _Donald A. Miles_
Civil Court , City of New York
County of Bronx

A traverse hearing was held before me in Part __39__ on __5-1-13__

on the sufficiency of service on index number **CV-048726-11/BX.**

The name of the process server is _Daniel Rodriguez_

The license of the process server is _132 8710_

Traverse was: _____✓____ Sustained ( Service was improper)

_____ Overruled ( Service was proper)

Comments: ( was based on default of plaintiff/ plaintiff process server) other _Plaintiff's process_
_server failed to appear. Plaintiff's counsel states_
_that process server's appearance was required._
See copy of the decision attached

Date: __5-1-13__

_D-T-M_
Judge, Civil Court

**DONALD A. MILES
JUDGE, CIVIL COURT**

Civ GP 30 (Dec 2005)

Civil Court
of the
City of New York
MAY 01 2013
ENTERED
BRONX COUNTY

... Court of the City of New York, County of Bronx

Index # CV-048726-11/BX

1106 Morris Avenue, HDFC

-against-

Melissa Williams-Wailes

Affidavit in support of an order to show cause to restore case to the calendar, vacate any judgment, liens and income executions on this defendant on this Index number,

allow proposed answer or dismissing the action

State of New York, County of New York:

**Melissa Williams-Wailes,** being duly sworn, deposes and says:

(Defendant's initials)

1. __x (MW)__ a) I am the **Party** named as (Defendant)(Respondent) in the above titled action

2. (MW) a) **I have been served** with a summons and complaint in this action. [NOTE: if Small Claims skip #3, and go to # 4]
   __x__ b) **I have not been served,** and my first notice of legal action was [NOTE: if you complete any of #2b, skip #3, #4, #5, and go to #6]
   _____ a Notice of Default Judgment mailed to me
   _____ a Restraining Notice on my bank account.
   _____ a copy of an Income Execution served on _____
   _____ Other: _____

3. _____ a) I did not appear and answer in the Clerk's Office because:[NOTE: if you complete # 3a, skip and go to #6].

   _____ b) I did not appear and answer in the Clerk's Office
   _____ and I received a date for trial.
   _____ but the answer was entered late
   _____ Other: _____

4. On the Date of **Trial** before Judge/Arbitrator
   _____ a stipulation(a written agreement) was made between claimant/plaintiff and defendant.
   _____ a judgment was entered after the trial.
   _____ a judgment was entered against me by default for my failure to appear.
   _____ Other: _____

5. My reason for not
   _____ complying with the stipulation is _____
   _____ following the order of the Court is _____
   _____ appearing in court on the date scheduled for trial is _____
   _____ Other: _____

6. __x (MW)__ I allege that I have a good defense because: __I was receiving Section 8 and the apartment failed inspection. My portion was paid.__

7. __x (MW)__ a) I have not had a previous Order to Show Cause regarding this index number.
   _____ b) I have had a previous Order to Show Cause regarding this index number but I am making this application because: _____

8. __x (MW)__ I request that the Judgment be vacated, that the case be restored to the calendar and that the answer be deemed timely filed .

Sworn to before me this day March 11, 2013

COURT REY. ASSIST.

Signature of Court Employee and Title

(Sign Name) _Melissa Williams-Wailes_
Melissa Williams-Wailes
1570 Webster Avenue
Apt. 3C
Bronx, NY 10457

# Civil Court of the City of New York

County of _Bronx_

Part

I/06 Morris Ave., HDFC

~~Claimant(s)/Plaintiff(s)/Petitioner(s)~~

*against*

Melissa Williams-Wailes

Defendant(s)/Respondent(s)

Index Number _CV-048726-11_

Motion Cal. # _____ Motion Seq. # _____

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | _____ |
| Order to Show Cause and Affidavits Annexed | _____ |
| Answering Affidavits | _____ |
| Replying Affidavits | _____ |
| Exhibits | _____ |
| Other | _____ |

~~Upon the foregoing cited papers, the Decision/Order on this Motion to~~ _____ ~~is as follows:~~

Defendant made timely appearances but plaintiff's process server failed to appear. Consequently, defendant's Traverse challenge is sustained and the plaintiff's case is hereby dismissed.

This constitutes the Decision and Order of the court.

Any and all liens, executions, attachments, garnishments or encumbrances are hereby vacated.

Civil Court
of the
City of New York

MAY 01 2013

ENTERED
BRONX COUNTY

5-1-13
Date

Judge, Civil Court

DONALD A. MILES
JUDGE, CIVIL COURT

Page 22

CIV-GP-83 (Revised September 1999)

Civil Court of the City of New York

CV 048726 -11

CV-048726-11/BX
1106 Morris Avenue, HDFC
-against-
Molissa Williams-Welles

| Comments | Notes |
|---|---|
| Will Trans. Hearing Williams & Geo Dismissed Per Mtn | |

**FELONY WARNING:**
A person who willfully and unlawfully removes, mutilates, alters, corrupts or obliterates a record of this office is subject to punishment by imprisonment for five years. (Penal Law § 175.25)

CIV-GP-94.1 (Revised, Feb. 2004)